Glenn D. Pomerantz (State Bar No. 112503)
  glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
  kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
  justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

McGregor Scott (State Bar No. 142413)
  mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4800

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page 2*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>Nexstar Media Group, Inc; and TEGNA Inc.,<br><br>             Defendants. | Case No.<br><br>**PLAINTIFF DIRECTV, LLC'S CORPORATE DISCLOSURE STATEMENT** |

1

**CORPORATE DISCLOSURE STATEMENT**

Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
    carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
    brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Plaintiff DIRECTV, LLC*

2

**CORPORATE DISCLOSURE STATEMENT**

**<u>PLAINTIFF DIRECTV, LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record certifies that DIRECTV, LLC is a wholly owned subsidiary of DIRECTV Holdings LLC, which is ultimately owned by Merlin MVPD Holdings LLC and TPG VIII Merlin Investment Holdings, L.P.  No publicly held corporation owns 10% or more of DIRECTV's stock.

DATED:  March 18, 2026                    MUNGER, TOLLES & OLSON LLP


By:  */s/ Glenn D. Pomerantz*
GLENN D. POMERANTZ
*Attorneys for Plaintiff DIRECTV, LLC*

3

**CORPORATE DISCLOSURE STATEMENT**