UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

DIRECTV, LLC,

Plaintiff,

vs.

Nexstar Media Group, Inc.; and TEGNA Inc.,

Defendants.

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF ROBERT E. BOWEN IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Robert E. Bowen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm Munger, Tolles & Olson LLP, which serves as counsel to Plaintiff DIRECTV, LLC ("DIRECTV") in this action. I am an attorney admitted to practice in this Court. I respectfully submit this Declaration in support of DIRECTV's Motion for a Temporary Restraining Order.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the 2024 Form 10-K filed with the U.S. Securities and Exchange Commission by Nexstar Media Group, Inc. ("Nexstar"). In this document, Nexstar states that in the following "markets" it owns more than one station affiliated with the ABC, CBS, NBC, or FOX networks: (1) Albuquerque-Santa Fe, NM; (2) Binghamton, NY; (3) Bluefield-Beckley-Oak Hill, WV; (4) Clarksburg-Weston, WV; (5) Fort Smith-Fayetteville-Springdale-Rogers, AR; (6) Fresno-Visalia, CA; (7) Grand Rapids-Kalamazoo, MI; (8) Harlingen-Brownsville, TX; (9) Indianapolis, IN; (10) Norfolk-Portsmouth-Newport News, VA; (11) Topeka, KS; (12) Tri-Cities, TN-VA; (13) Wheeling, WV-Steubenville, OH; and (14) Youngstown, OH.

3. **Albuquerque-Santa Fe, NM.** In Albuquerque-Santa Fe, New Mexico, Nexstar owns KRQE, which is affiliated with CBS, and KRQE-D2, which is affiliated with FOX. Attached hereto as **Exhibit 2** are true and correct copies of pages from krqe.com

(https://www.krqe.com/contact; https://www.krqe.com/about-us/meet-the-team, https://muckrack.com/iain-munro), as well as a true and correct copy of a listing for Iain Munro from the website Muck Rack (https://muckrack.com/iain-munro), which maintains a database of information about journalists. These documents (1) reflect a single website for the KRQE media group, which includes both KRQE and FOX New Mexico; (2) identify Ian Munro as the News Director for both KRQE and KRQE-D2; and (3) identify a single team of on-air talent for KRQE and FOX New Mexico. I have also reviewed the TV schedule on krqe.com, available at https://www.krqe.com/about-us/krqe-tv-schedule, which reflects that KRQE and KRQE-D2 often broadcast the same local news programming. For example, both KRQE and KRQE-D2 broadcast "KRQE News 13 at 5 AM" from 5 to 6 am, and "KRQE News 13 at 6 AM," as reflected in **Figure 1** below.




*Figure 1*

4. **Binghamton, NY.** In the Binghamton, New York market, Nexstar owns WIVT, which is affiliated with ABC, and WBGH, which is affiliated with NBC. Attached hereto as **Exhibit 3** are true and correct copies of a page from a website operated by Nexstar (https://www.nexstar.tv/stations), which lists a single website, binghamtonhomepage.com, for both WIVT and WBGH-CD. Attached hereto as **Exhibit 4** are true and correct copies of a page from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/wbgh), which states that "local news is simulcast" on both WBGH and WIVT and a copy of a Muck Rack listing for Jim Ehmke (https://muckrack.com/jim-ehmke), which lists him has the News Director for both

WBGH and WIVT. I have reviewed the TV Guide listing for Binghamton, New York, available at https://www.tvguide.com/listings/zip/13902-binghamton-ny, which reflects that the same local news programming appears on both WIVT and WBGH. For example, according to that TV Guide listing, WIVT and WBGH both broadcast "Newschannel 34 at 6," from 6 to 6:30 pm and "Newschannel 34 at 11," from 11 to 11:30 pm.

5. **Bluefield-Beckley-Oak Hill, WV.** In the Bluefield-Beckley-Oak Hill, West Virginia market, Nexstar owns WVNS, which is affiliated with CBS, and WVNS-D2, which is affiliated with FOX. **Exhibit 3** identifies WVNS's website as http://www.wvnst.com, and WVNS-D2's website as http://www.wearewvproud.com, both of which direct visitors to a single website, http://www.wvnst.com. Attached hereto as **Exhibit 5** are true and correct copies of pages from wvnst.com (http://www.wvnst.com/about-us; http://www.wvnst.com/contact-us; http://www.wvnst.com/meet-the-team), which (a) identify wvnst.com as the site for both the CBS and FOX affiliate in Bluefield, explaining that "WVNS-TV, 59 News, [and] Fox59 . . . are the CBS and FOX-affiliated Nexstar Media Group Station for southern West Virginia"; (b) list a single news director, Valerie Sullivan; and (c) list a single team of on-air talent. A banner at the top of wvns.com states "WATCH 59NEWS NOW," which links to http://www.wvnstv.com/59news-live-stream, a true and correct copy of which is attached as **Exhibit 6**. That website presents a single news feed and lists daily newscasts for both CBS and FOX in a single schedule with no overlapping programming (e.g., "WVNS 59News @ 10PM (FOX) 10 PM – 11 PM; WVNS 59 News @ 11 PM (CBS) 11 PM – 11:30 PM").

6. **Clarksburg-Weston, WV.** In the Clarksburg-Weston, West Virginia market, Nexstar owns WBOY, which is affiliated with NBC, and WBOY-D2, which is affiliated with ABC. Attached hereto as **Exhibit 7** is a true and correct copy of a page from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/wboy), which (a) identifies WBOY as "[a]n NBC affiliate," with an "ABC affiliation as a digital subchannel"; (b) lists a single news director, Aaron Williams; and (c) lists a single website, http://www.wboy.com. The wboy.com website includes a banner that states "Watch WBOY Live News," which links to a page that presents just a single newsfeed, https://www.wboy.com/live-streaming-event, a true and correct copy of which is

attached as **Exhibit 8.** The wboy.com website also includes a "Meet the Team" page (https://www.wboy.com/meet-the-team), which lists a single team of anchors and journalists, a true and correct copy of which is attached hereto as **Exhibit 9**. The wboy.com website includes a schedule, available at https://www.wboy.com/watch, which reflects that WBOY and WBOY-D2 often share the same local news programming. For example, WBOY and WBOY-D2 both broadcast "12 News @ 6am," from 6 to 7 am, "12 News @ 12pm," from 12 to 12:30 pm, "12 News @ 6pm," from 6 to 6:30 pm, and "12 News @ 11pm," from 11 to 11:30 pm.

7. **Fort Smith-Fayetteville-Springdale-Rogers, AR**. In the Fort Smith-Fayetteville-Springdale-Rogers, Arkansas market, Nexstar owns KNWA, which is affiliated with NBC, and KFTA, which is affiliated with FOX. Attached hereto as **Exhibit 10** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/knwa; https://digital-stage.nexstar.tv/stations/kfta), which list Josh Harvison as the News Director for both KNWA and KFTA. Exhibit 4, above, lists a single website (nwahomepage.com) for both KNWA and KFTA. That website, true and correct copies of which are attached hereto as **Exhibit 11** (https://www.nwahomepage.com; https://www.nwahomepage.com/knwa-news-live; https://www.nwahomepage.com/meet-the-team), (a) includes a banner with logos for both KNWA (NBC), and FOX 24 (KFTA); (b) presents a single live news feed; and (c) lists a single team of anchors and reporters, each of whom have both a KNWA and FOX 24 (KFTA) logo included on their pictures, as reflected in **Figure 2** below. Attached hereto as **Exhibit 12** is a true and correct copy of the LinkedIn pages identifying anchors and reporters as working for both KNWA and KFTA, for example Casey Smith, who lists his job as "Reporter at KNWA/FOX24."




*Figure 2*

8. **Fresno-Visalia, CA.** In the Fresno-Visalia, California market, Nexstar owns KGPE, which is affiliated with CBS, and KSEE, which is affiliated with NBC. Attached hereto as **Exhibit 13** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/kgpe; https://digital-stage.nexstar.tv/stations/ksee), which identify Andy Paras as the News Director for both stations, and yourcentralvalley.com, as the website for both stations. Attached hereto as **Exhibit 14** is a true and correct copy of a page from yourcentralvalley.com (https://www.yourcentralvalley.com/meet-the-team), that identifies a single

news team for KGPE and KSEE and includes a banner at the top that with both KGPE's and KSEE's logos. Attached hereto as **Exhibit 15** are true and correct copies of pages from yourcentralvalley.com providing biographies of KGPE/KSEE journalists ( https://www.yourcentralvalley.com/author/Jennifer-Zucker; https://www.yourcentralvalley.com/author/briana-byus; https://www.yourcentralvalley.com/author/viviana-yvonne; https://www.yourcentralvalley.com/author/jason-takhtadjian; https://www.yourcentralvalley.com/author/Hannah-Gonzales; https://www.yourcentralvalley.com/author/juanita-adame; https://www.yourcentralvalley.com/author/scott-bemis; https://www.yourcentralvalley.com/author/rhett-rodriguez). Each biography of a reporter on these pages identifies the reporter as a reporter for both stations: for example, "Jennifer Zucker is a News Reporter for KSEE24 and CBS47." Some of the biographies of on-air talent on these pages describe the talent as appearing on both stations. For example, Scott Bemis's biography states that he "anchors sports during the evening newscasts on KSEE24 and CBS47," and Rhett Rodriguez's biography states that he "is a forecaster on KSEE24," and "also forecasts for CBS47 on Saturday and Sunday evenings."

9. **Grand Rapids-Kalamazoo, MI.** In the Grand Rapids-Kalamazoo, Michigan market, Nexstar owns WOTV, which is affiliated with ABC and WOOD, which is affiliated with NBC. Attached hereto as **Exhibit 15** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/WOTV; https://digital-stage.nexstar.tv/stations/wood), which (a) lists Brad Kessie as the news director for both WOTV and WOOD; and (b) states that "WOTV carries WOOD TV8's daily news at 6am, 6pm and 11pm." Nexstar's webpages at **Exhibit 3** identify WOTV's website as abc4westmichigan.com and WOOD's website as woodtv.com. WOTV's website, abc4westmichigan.com, redirects to https://www.woodtv.com/abc4, a website that includes an option to "Watch live: WOOD TV+," and does not contain any page listing anchors or journalists for WOTV. A true and correct copy of a page from WOTV's website (https://www.woodtv.com/abc4) is attached hereto as **Exhibit**

**17**. A true and correct copy of a page from WOOD's website (https://www.woodtv.com/meet-the-team) identifying their news team is attached hereto as **Exhibit 18**. WOOD's website also includes a schedule of TV programming, available at https://www.woodtv.com/more-2/tv-schedule, showing that WOOD and WOTV often run the same local news programming, such as News 8 Daybreak Early Edition from 5 to 6 am, and News 8 Daybreak from 6 to 7 am, as reflected in **Figures 3** and **4** below.




***Figure 3***




***Figure 4***

10. **Harlingen-Brownsville, TX.** In the Harlingen-Brownsville, Texas market, Nexstar owns KVEO, which is affiliated with NBC, and KVEO-D2, which is affiliated with CBS. Attached hereto as **Exhibit 19** is a true and correct copy of a page from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/kveo), which describes KVEO-TV as "a NBC affiliate," which "acquired the CBS4 affiliate." The page lists a single News Director, Brad Ginsberg, and website (valleycentral.com). Attached hereto as **Exhibit 20** is a true and correct

copy of the "About Us" page from valleycentral.com (https://www.valleycentral.com/about-us), which states: "The CBS 4 and NBC 23 affiliates are television stations in the Harlingen-Weslaco-McAllen DMA, serving the entire surrounding metropolitan area, known as the Rio Grande Valley in south Texas. The station is owned by Nexstar Media Group." Attached hereto as **Exhibit 21** are true and correct copies of LinkedIn pages identifying reporters as working for both CBS4 (KVEO) and NBC23 (KVEO-D2), including Brad Ginsburg, "KVEO NBC 23/CBS 4 News Director"; Brent Smith, "Executive Producer- KVEO NBC 23/CBS 4"; Taylor Gomez, "Weather Forecaster for CBS 4 and NBC 23"; and Marco Ramirez, "Reporter | CBS 4 News & NBC 23 News."

11. **Indianapolis, IN.** In the Indianapolis, Indiana market, Nexstar owns WTTV, which is affiliated with CBS, and WXIN, which is affiliated with FOX. Attached hereto as **Exhibit 22** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/WTTV; https://digital-stage.nexstar.tv/stations/WXIN), which (a) identify C.J. Hoyt as the Director of News for both stations; and (b) list WTTV's website as cbs4indy.com, and WXIN's website as fox59.com. Both cbs4indy.com and fox59.com direct viewers to http://www.fox59.com. Attached hereto as **Exhibit 23** are true and correct copies of pages from fox59.com (https://fox59.com/contact/people; https://fox59.com/author/hannah-adamson; https://fox59.com/author/claire-curry; https://fox59.com/author/anna-darling; https://fox59.com/author/max-lewis; https://fox59.com/author/jessewellsnews), which list "FOX59/CBS4 Reporting Staff," and include biographies for FOX59 and CBS4's reporters. Those biographies state that many of the stations' reporters and on-air talent work for both WXIN/FOX59 and WTTV/CBS4. For example, the pages state that:

a. Hannah Adamson "joined the WXIN/WTTV news team in July 2024";

b. Claire Curry "joined the FOX59/CBS4 team as a multimedia journalist in March 2024";

c. Anna Darling "joined the FOX59/CBS4 morning shows as the developing news anchor in October 2024";

d. Max Lewis "joined the Fox59 team in October 2021 as a reporter. He also holds

the position of weekend evening anchor on our sister station, CBS4"; and

e. Jesse Wells "joined Fox59 and CBS4Indy as a general assignment reporter in July 2015."

12. **Norfolk-Portsmouth-Newport News, VA.** In the Norfolk-Portsmouth-Newport News, Virginia market, Nexstar owns WAVY, which is affiliated with NBC, and WVBT, which is affiliated with FOX. Attached hereto as **Exhibit 24** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/WAVY; https://digital-stage.nexstar.tv/stations/WVBT), which (a) identify Kathy Stone as the News Director of both stations, and (b) identify wavy.com as the website for WAVY, but do not identify any website for WVBT. **Exhibit 3** identifies wavy.com as the website for both WAVY and WVBT. WVBT maintains a web presence on a section of WAVY's website, available at wavy.com/fox-43-tv. WAVY's website also includes a TV Schedule, available at https://www.wavy.com/tv-schedule, which describes the local news broadcasts on both WAVY and WVBT as "WAVY News 10." Under "About Us," WAVY's website also includes a drop-down menu including "Meet the Team," which links to a WAVY-branded "Meet the Team" page, which is shared between WAVY and WVBT and contains links to biographies for WAVY/WVBT anchors and reporters. Attached hereto as **Exhibit 25** are true and correct copies of pages from wavy.com (https://www.wavy.com/author/katie-collett; https://www.wavy.com/author/tom-schaad; https://www.wavy.com/author/ashley-knight; https://www.wavy.com/author/brett-hall; https://www.wavy.com/author/markeshia-jackson; https://www.wavy.com/author/ethan-krauss), which (a) contain biographies for WAVY/WVBT anchors and reporters; and (b) describe many of the anchors and reporters as working for both WAVY (WAVY-TV 10) and WVBT (FOX 43). For example, the pages state that:

a. Katie Collett "joined the WAVY-TV 10/FOX 43 News team in August of 2007";

b. Tom Schaad "came to WAVY-TV in 2007 to anchor the 5,6, and 11 p.m. news, and has since added WAVY News 10 at 10 on FOX43 to his anchor duties";

c. Ashley Knight "joined the WAVY News 10/FOX 43 Team in September 2023 as the weekend evening anchor/weekday reporter"; and

d. Brett Hall "joined the WAVY-TV 10/FOX43 team in March 2018," and now "serve[s] as one of the station's investigative reporters with a focus on [] economic development and local government."

13. **Topeka, KS.** In the Topeka, Kansas market, Nexstar owns KSNT, which is affiliated with NBC, and KTMJ-CD, which is affiliated with FOX. Attached hereto as **Exhibit 26** are true and correct copies of pages from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/KSNT; https://digital-stage.nexstar.tv/stations/KTMJ), which identifies Jesse Fray as the News Director of both stations. KTMJ-CD maintains a web presence on a section of KSNT's website, available at https://www.ksnt.com/ktmj-fox.

14. **Tri-Cities, TN-VA.** In the Tri-Cities, Tennessee and Virginia market, Nexstar owns WJHL, which is affiliated with CBS, and WJHL-D2, which is affiliated with ABC. Attached hereto as **Exhibit 27** is a true and correct copy of a page from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/WJHL), which describes both stations, and lists Jay Quaintance as the news director and wjhl.com as the stations' website. **Exhibit 27** lists a single website, wjhl.com for WJHL and WJHL-2. Attached hereto as **Exhibit 28** are true and correct copies of pages from wjhl.com (https://www.wjhl.com/meet-the-team; https://www.wjhl.com/wjhl-tv-listings), which list a single news team and state that the same local news program sometimes runs on both WJHL and WJHL, for example, "WJHL News Channel 11 This Morning" runs from 4:30 to 7 am on both WJHL and WJHL-D2.

15. **Wheeling, WV-Steubenville, OH.** In the Wheeling, West Virginia-Steubenville, Ohio market, Nexstar owns WTRF, which is affiliated with CBS, and WTRF-D3, which is affiliated with ABC. Attached hereto as **Exhibit 29** is a true and correct copy of a page from a website operated by Nexstar (https://digital-stage.nexstar.tv/stations/WTRF), which describes WTRF "[a]s a CBS, [and] ABC station," lists Keri Brown as the News Director, and identifies wtrf.com as both stations' website. Attached hereto as **Exhibit 30** is a true and correct copy of a page from wtrf.com (https://www.wtrf.com/meet-the-team/), which lists a single news team. The wtrf.com website also lists a program schedule, available at https://www.wtrf.com/watch, which states that the same local news program sometimes runs on both WTRF and WTRF-D3. For

example, http://www.wtrf.com/watch states that from 6 to 7 am, both WTRF and WTRF-D3 carry "7News @ 6am," at noon, both channels carry "7News @ 12pm," at 6 pm, both channels carry "7News @ 6pm," and at 11 pm both channels carry "7News @ 11pm."

16. **Youngstown, OH.** In the Youngstown, Ohio market, Nexstar owns WKBN, which is affiliated with CBS, and WYFX-LD, which is affiliated with FOX. Attached hereto as **Exhibit 31**, which is a true and correct copy of a page from a website operated by Nexstar for WKBN (https://digital-stage.nexstar.tv/stations/WKBN) and **Exhibit 32**, which is a true and correct copy of a website operated by Nexstar for WYFX (https://digital-stage.nexstar.tv/stations/WYFX), which list Jason Vinkler as the News Director for both stations and wkbn.com as the website for both stations. At **Exhibit 32** Nexstar describes WYFX's newscast as "an extension of the WKBN brand" and states "WYFX rebroadcasts WKBN's local morning news weekdays from 7AM-9AM." Attached hereto as **Exhibit 33** is a true and correct copy of a page from wkbn.com (https://www.wkbn.com/meet-the-team/?ipid=navlinkmeetteam), which lists a single news team.

17. Attached hereto as **Exhibit 34** is an excerpt from the 2024 Form 10-K filed with the U.S. Securities and Exchange Commission by TEGNA Inc. ("TEGNA"). In this document, TEGNA states that in the following "markets" it owns more than one station affiliated with the ABC, CBS, NBC, or FOX networks: (1) Beaumont-Port Arthur, TX; and (2) Jacksonville, FL.

18. **Beaumont-Port Arthur, TX.** In the Beaumont-Port Arthur, Texas market, TEGNA owns KBMT, which is affiliated with ABC and NBC. Attached hereto as **Exhibit 35** are true and correct copies of pages from 12newsnow.com (https://www.12newsnow.com/meet-the-team; https://www.12newsnow.com/watch; https://www.12newsnow.com/tv-listings), which include a banner at the top with logos for both ABC and NBC. The 12newsnow.com website (a) lists a single news team as "the 12NEWS Team," (b) includes a link to a live feed of a single news channel, and (c) includes TV listings indicating that "12News" airs on both the ABC channel (12.1) and the NBC channel (12.2). For example, according to the TV listings, from 5 to 7 am, both ABC and NBC air "12 News Daybreak"; from 11 to 11:30 am, both ABC and NBC air "12 News at 11am"; from 5 to 5:30 pm, both ABC and NBC air "12News at 5pm"; from 6 to 6:30 pm, both ABC and NBC air "12News at 6"; and from 10 to 10:30 pm, both ABC and NBC air

"12News at 10."

19. **Jacksonville, FL.** In the Jacksonville, Florida market, TEGNA owns WJXX, which is affiliated with ABC, and WTLV, which is affiliated with NBC. Attached hereto as **Exhibit 36** are true and correct copies of pages from firstcoastnews.com (https://www.firstcoastnews.com/section/about-us/team-bios; https://www.firstcoastnews.com/watch), which include a banner at the top with logos for both ABC and NBC. The firstcoastnews.com website lists a single news team as "the First Coast News Team," and includes a link to a live feed of a single news channel. Attached hereto as **Exhibit 37** is a true and correct copy of the TV Guide for Jacksonville, Florida (https://www.tvguide.com/listings/zip/32208-jacksonville-fl). The TV Guide lists "First Coast News at Noon," "First Coast News at 5," "First Coast News at 5:30," "First Coast News at 6," and "First Coast News at 11," as airing on both WJXX and WTLV.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this March 20, 2026, at Los Angeles, California.

*<u>/s/ Robert E. Bowen</u>*
Robert E. Bowen