# EXHIBIT 7



VISIT SITE

**STATION PROFILE**

Nexstar Broadcasting entered into an agreement to purchase WBOY from West Virginia Media Holdings in November 2015. WBOY is a perennially dominant station in the Clarksburg/Weston WV market. An NBC affiliate since 1957, WBOY added its ABC affiliation as a digital subchannel, in 2008.

With the main station located in Clarksburg, WBOY also operates a studio in Morgantown, WV, which is the home of West Virginia University. It's a unique situation, with Morgantown being technically located within the Pittsburgh DMA, but the happenings of Morgantown are of great interest to our viewers and those of other Nexstar-owned stations in the region (WTRF, WOWK, & WVNS). WBOY is also the home base for wvillustrated.com, which produces the official coaches shows 52 weeks a year and a two hour live pregame broadcast during football season as part of a partnership with IMG College and WVU Athletics. "WVi," as we call it for short, also produces multiple daily sports reports for the regional affiliates listed above.

In addition to its market-leading newscasts, WBOY also boasts Wheel of Fortune, Jeopardy, Dr. Phil, Dr. Oz, The Doctors, the Ellen DeGeneres Show and Rachel Ray as highlights of its syndicated line up. In September 2016 two additional digital networks were added to the line up, Escape and LAFF.

WBOY has a proud tradition of community involvement, with our "Snowbird" mascot leading the way.

**MARKET PROFILE**

Clarksburg / Weston, WV is in the 172nd largest DMA in the United States, with a population of approximately 239,316 and 101,120 television households, as reported by Nielsen Media.

Cable/ADS penetration in the market is estimated to be 59.1% ADS and 38.4% wired. Our area is home the FBI CJIS Division, West Virginia University, Mylan Pharmaceuticals, Department of Defense Fusion Center and has dominant industries in biometrics, aerospace, technology and healthcare.

**STATION CONTACT INFORMATION**

904 West Pike Street

Clarksburg, WV 26301

P: (304) 623-3311

F: (304) 624-6152

wboy.com


**STATION CONTACTS**

Jim Dodrill, VP & General Manager

Aaron Williams, News Director

Ray Friend, General Sales Manager



# Company

CONTENT: COMPANY HISTORY ›

BOARD OF DIRECTORS ›

COMPANY MILESTONES ›

# News

(Forbes) How The CW Is Betting On Sports To Attract Viewers And Advertisers

Nexstar Television Stations Across Virginia To Air Exclusive Live Coverage of Gubernatorial Debate Between Lt. Governor Winsome Earle-Sears and Former Congresswoman Abigail Spanberger on October 9 at 7 p.m. ET

(Awful Announcing) Miami-USF could be The CW's biggest football game ever

(SBJ) CW angling for major impression ahead of first ranked college football matchup

# More

CONTACT US ›

CAREERS ›

INVESTOR RELATIONS ›

NEXSTAR CC CERTIFICATION ›

CALM ACT CERTIFICATIONS ›

PRIVACY POLICY ›

YOUR PRIVACY CHOICES ›

ADVERTISE WITH US ›

AD TERMS AND CONDITIONS ›

© 1998-2026, Nexstar Media Group, Inc. | All rights reserved