Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

*Attorneys for Plaintiff DIRECTV, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>Nexstar Media Group, Inc.; and TEGNA Inc.,<br><br>          Defendants. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**PLAINTIFF DIRECTV, LLC'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141, Plaintiff DIRECTV, LLC ("DIRECTV") hereby submits this Request to Seal portions of the Declaration of Carl Shapiro in Support of DIRECTV's Application for a Temporary Restraining Order ("Shapiro Declaration").

As set forth in the attached Request to Seal Documents and the Declaration of Robert Thun in Support of DIRECTV's Request to Seal, DIRECTV makes this request because portions of the Shapiro Declaration contain highly confidential business information that would harm DIRECTV if publicly disclosed.

This Notice of Request to Seal Documents was submitted to the Court electronically via CM/ECF pursuant to Local Rule 141.  The Request to Seal Documents, Proposed Order Sealing Documents, and the unredacted documents themselves will be submitted to the Court via email.

DATED:  March 20, 2026                    MUNGER, TOLLES & OLSON LLP

By:  /s/ Glenn D. Pomerantz
GLENN D. POMERANTZ

*Attorneys for Plaintiff DIRECTV, LLC*

2