

# United States District Court
# Eastern District of California

DIRECTV, LLC

Plaintiff(s)

Case Number: 2:26-cv-00976-TLN-CKD

V.

Nexstar Media Group, Inc.; TEGNA Inc.

APPLICATION FOR PRO HAC VICE AND
PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Olivier Nicolas Antoine _____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
DIRECTV, LLC

On _____11/20/2000_____ (date), I was admitted to practice and presently in good standing in the
__Appellate Division, First Department (NY)__ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:_____03/19/2026_____        Signature of Applicant: /s/ ___Olivier Antoine___

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Olivier Nicolas Antoine |
| Law Firm Name: | King & Spalding LLP |
| Address: | 1290 Avenue of the Americas |

| | | | | | |
|---|---|---|---|---|---|
| City: | New York | State: | NY | Zip: | 10104 |

| | |
|---|---|
| Phone Number w/Area Code: | (212) 556-2334 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | OAntoine@kslaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | McGregor W. Scott |
| Law Firm Name: | King & Spalding LLP |
| Address: | 621 Capitol Mall |
| | Suite 1500 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Sacramento | State: | CA | Zip: | 95814 |

| | | | |
|---|---|---|---|
| Phone Number w/Area Code: | (916) 321-4818 | Bar # | 142413 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/19/2026

_____
JUDGE, U.S. DISTRICT COURT