

## United States District Court
## Eastern District of California

| DIRECTV, LLC | | Case Number: | 2:26-cv-00976-TLN-CKD |

Plaintiff(s)

V.

Nexstar Media Group, Inc.; TEGNA Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily J Blackburn _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: DIRECTV, LLC _____

On _____07/08/2016_____ (date), I was admitted to practice and presently in good standing in the _____District of Columbia Court of Appeals,_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____03/19/2026_____      Signature of Applicant: /s/ ____Emily Blackburn____

**Pro Hac Vice Attorney**

Applicant's Name: Emily J Blackburn

Law Firm Name: King & Spalding LLP

Address: 1700 Pennsylvania Avenue, NW

Suite 900

City: Washington    State: D.C.    Zip: 20006

Phone Number w/Area Code: (202) 626-9623

City and State of Residence: Washington, D.C.

Primary E-mail Address: eblackburn@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: McGregor W. Scott

Law Firm Name: King & Spalding LLP

Address: 621 Capitol Mall

Suite 1500

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 321-4818    Bar # 142413

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/16/2026

_____
JUDGE, U.S. DISTRICT COURT