

## United States District Court
## Eastern District of California

DIRECTV, LLC

Plaintiff(s)

V.

Nexstar Media Group, Inc.; TEGNA Inc.

Defendant(s)

Case Number: 2:26-cv -00976 -TLN - CKD

APPLICATION FOR PRO HAC VICE AND
PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Laura Elizabeth Harris _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
DIRECTV, LLC

On _____04/30/2012_____ (date), I was admitted to practice and presently in good standing in the __Appellate Division, First Department (NY)__ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____03/19/2026_____        Signature of Applicant: /s/ *Laura Elizabeth Harris*

**Pro Hac Vice Attorney**

Applicant's Name: Laura Elizabeth Harris

Law Firm Name: King & Spalding LLP

Address: 1290 Avenue of the Americas

City: New York        State: NY    Zip: 10104

Phone Number w/Area Code: (212) 790-5360

City and State of Residence: New York, NY

Primary E-mail Address: lharris@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: McGregor W. Scott

Law Firm Name: King & Spalding LLP

Address: 621 Capitol Mall

Suite 1500

City: Sacramento        State: CA    Zip: 95814

Phone Number w/Area Code: (916) 321-4818        Bar # 142413

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/19/2026

_____
JUDGE, U.S. DISTRICT COURT