

# United States District Court
# Eastern District of California

DIRECTV, LLC

Plaintiff(s)

Case Number: 2:26-cv-00976-TLN-CKD

V.

Nexstar Media Group, Inc.; TEGNA Inc.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sean Michael Murray hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
DIRECTV, LLC

On ___07/18/2018___ (date), I was admitted to practice and presently in good standing in the ___Appellate Division, First Department (NY)___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___03/19/2026___    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Sean Michael Murray

Law Firm Name: King & Spalding LLP

Address: 1290 Avenue of the Americas

City: New York   State: NY   Zip: 10104

Phone Number w/Area Code: (212) 827-4380

City and State of Residence: Sea Cliff, NY

Primary E-mail Address: smurray@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: McGregor W. Scott

Law Firm Name: King & Spalding LLP

Address: 621 Capitol Mall

Suite 1500

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 321-4818   Bar # 142413

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/20/2026

JUDGE, U.S. DISTRICT COURT