

## United States District Court
## Eastern District of California

DIRECTV, LLC

Plaintiff(s)

V.

Nexstar Media Group, Inc.; TEGNA Inc.

Defendant(s)

Case Number: 2:26-cv-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Joshua Hazan                                        hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
DIRECTV, LLC

On _____07/13/2015_____ (date), I was admitted to practice and presently in good standing in the
____Appellate Division, First Department (NY)____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____03/19/2026_____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:      Joshua Hazan

Law Firm Name:      King & Spalding LLP

Address:      1290 Avenue of the Americas

City:      New York      State:    NY    Zip:   10104

Phone Number w/Area Code:   (212) 556-2168

City and State of Residence:   New York, NY

Primary E-mail Address:   jhazan@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      McGregor W. Scott

Law Firm Name:      King & Spalding LLP

Address:      621 Capitol Mall

Suite 1500

City:      Sacramento      State:    CA    Zip:   95814

Phone Number w/Area Code:   (916) 321-4818      Bar #   142413

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/20/2026

_____
JUDGE, U.S. DISTRICT COURT