Glenn D. Pomerantz (State Bar No. 112503)
  glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
  kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
  justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

McGregor Scott (State Bar No. 142413)
  mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

*Attorneys for Plaintiff DIRECTV, LLC*
*Attorney Information Continued on Page 2*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>Nexstar Media Group, Inc; and TEGNA Inc.,<br><br>            Defendants. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**PROOF OF SERVICE** |

-1-

PROOF OF SERVICE

Robert E. Bowen (State Bar No. 335932)
  robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
  liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
  carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
  april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
  brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Plaintiff DIRECTV, LLC*

PROOF OF SERVICE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is 560 Mission St 27th floor, San Francisco, CA 94105.

On March 20, 2026, I served true copies of the following document(s) described as

- **PLAINTIFF DIRECTV, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **PLAINTIFF DIRECTV, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

- **AFFIDAVIT OF ROBERT D. THUN IN SUPPORT OF THE EXISTENCE OF IRREPARABLE INJURY PURSUANT TO LOCAL RULE 231(C)(4) IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF PROFESSOR CARL SHAPIRO IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF ROBERT E. BOWEN IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **EXHIBITS 1-37 TO DECLARATION OF ROBERT E. BOWEN IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **EXHIBITS 1-14 TO DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF OLIVIER N. ANTOINE IN SUPPORT OF DIRECTV'S MOTION FOR TEMPORARY RESTRAINING ORDER**

- **AFFIDAVIT OF GLENN D. POMERANTZ REGARDING NOTICE TO DEFENDANTS**

- **EXHIBITS A-C TO AFFIDAVIT OF GLENN D. POMERANTZ REGARDING NOTICE TO DEFENDANTS**

- **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

- **TEMPORARY RESTRAINING ORDER (TRO) CHECKLIST**

- **PLAINTIFF DIRECTV, LLC'S NOTICE OF REQUEST TO SEAL DOCUMENTS**

- **PLAINTIFF DIRECTV, LLC'S NOTICE OF CORRESPONDENCE FROM DEFENDANT NEXSTAR MEDIA GROUP, INC.**

- **EXHIBIT 1 TO PLAINTIFF DIRECTV, LLC'S NOTICE OF CORRESPONDENCE FROM DEFENDANT NEXSTAR MEDIA GROUP, INC.**

on the interested parties in this action as follows:

**Alexander Okuliar**
Morrison Foerster
Email: aokuliar@mofo.com

**Ian G. John**
Kirkland & Ellis LLP
Email: ian.john@kirkland.com

**Jennifer A. Johnson**
Covington & Burling LLP
Email: jjohnson@cov.com

**Kathleen A. Kirby**
Wiley Rein LLP
Email: kkirby@wiley.law

**Rachel Morgan**
Nexstar's General Counsel
Email: rmorgan@nexstar.tv

**Alex Tolston**
TEGNA's Chief Legal Officer
Email: atolston@tegna.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address carson.scott@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2026, at Sausalito, California.

*/s/ Carson J. Scott*
Carson J. Scott