Glenn D. Pomerantz (State Bar No. 112503)
glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

McGregor Scott (State Bar No. 142413)
mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

*Attorneys for Plaintiff DIRECTV, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>Nexstar Media Group, Inc.; and TEGNA Inc.,<br><br>             Defendants. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**PLAINTIFF DIRECTV, LLC'S NOTICE OF ERRATA** |

PLEASE TAKE NOTICE that on March 20, 2026, counsel for Plaintiff DIRECTV, LLC ("DIRECTV") filed its Motion for Temporary Restraining Order and supporting materials, which included the Affidavit of Glenn D. Pomerantz and Exhibits A, B, and C to the Pomerantz Affidavit. Dkt. 14.  Exhibits A and B inadvertently omitted the attachments to each email that counsel sent to attorneys for Defendants

Accordingly, DIRECTV attaches to this Notice corrected Exhibits A and B to the Pomerantz Affidavit, which includes both the emails as well as the attachments to those emails.

DATED:  March 20, 2026                    MUNGER, TOLLES & OLSON LLP

By:  */s/ Glenn D. Pomerantz*
     GLENN D. POMERANTZ

     *Attorneys for Plaintiff DIRECTV, LLC*

2