# EXHIBIT B

**Bowen, Robert**

---

**Subject:**       RE: DIRECTV, LLC v. Nexstar Media Group, Inc., (E.D. Cal.)
**Attachments:**   2026.03.19 Letter to Nexstar re Hold Separate.pdf

---

**From:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>
**Sent:** Thursday, March 19, 2026 10:53 PM
**To:** rmorgan@nexstar.tv; atolston@tegna.com; ian.john@kirkland.com; kkirby@wiley.law; nofitts@wlrk.com; jjohnson@cov.com; aokuliar@mofo.com
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>
**Subject:** RE: DIRECTV, LLC v. Nexstar Media Group, Inc., (E.D. Cal.)

Counsel,

Please see the attached correspondence.

Thank you,
Kuru Olasa
Counsel for DIRECTV

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** Olasa, Kuruvilla
**Sent:** Wednesday, March 18, 2026 11:13 PM
**To:** rmorgan@nexstar.tv; atolston@tegna.com; ian.john@kirkland.com; kkirby@wiley.law; nofitts@wlrk.com; jjohnson@cov.com; aokuliar@mofo.com
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>
**Subject:** DIRECTV, LLC v. Nexstar Media Group, Inc., (E.D. Cal.)

Counsel,

Please see the attached correspondence from Glenn Pomerantz regarding the enclosed Complaint filed today by DIRECTV to enjoin the merger of Nexstar Media Group, Inc. and TEGNA, Inc. on the basis that it violates Section 7 of the Clayton Act.  We request Defendants' position by 5:00 PM Eastern Time on March 19, 2026.

Thank you,
Kuru Olasa
Counsel for DIRECTV

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

**MUNGER, TOLLES & OLSON LLP**

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.

JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
BRIDGET M. FITZPATRICK
ANDREW T. RADSCH
DANE P. SHIKMAN
J. MAX ROSEN
JEREMY S. KREISBERG
XIAONAN APRIL HU
NICOLE M. HOWELL
SKYLAR D. GROVE
SAMUEL H. ALLEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
REBECCA L. SCIARRINO
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN

WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MAGGIE BUSHELL
REBECCA J. HANSEN

CONNOR HOGE
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
ABIGAIL K. BESSLER
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
JIN NIU
SHUYU SUN
REBECCA M. HO
SASHA YUSUF
KEVIN CHIU
NICOLE R. ALLICOCK
SHANNON E. EAGEN
KAITLYN M. RUBCICH
JAKE TODD
ANGELA A. URIBE
ANDREW J. SLOTTJE
CYNTHIA Y. LONG
GRACE I. REHAUT
JOSEPH TROY YOUNG
SEAN ST. CHARLES
ANDREW L. FENNING
ANASTASIA THATCHER
JANNET E. GOMEZ
JACOB M. GHANDOUR
SAHIL A. ALIM
CLAREANNE R. GOSCHKE
ABIGAIL H. SHIM

_OF COUNSEL_
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
TERESA A. REED DIPPO
DAVID T. RYAN
LAURA M. LOPEZ

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

_____

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

_____

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

March 19, 2026

Writer's Direct Contact
(213) 683-9132
(213) 683-5132 FAX
Glenn.Pomerantz@mto.com

**VIA ELECTRONIC MAIL ONLY**

Rachel Morgan
Executive Vice President/
General Counsel and Corp. Secretary
Nexstar Media Group, Inc.
545 E. John Carpenter Freeway
Suite 700
Irving, TX 75062
rmorgan@nexstar.tv

Re:     _DIRECTV, LLC v. Nexstar Media Group, Inc._, (E.D. Cal.)

Dear Counsel:

I write on behalf of DIRECTV in connection with Nexstar Media Group, Inc.'s acquisition of TEGNA, Inc (the "Transaction").  DIRECTV informed Nexstar and TEGNA yesterday evening, March 18, 2026, of DIRECTV's lawsuit to permanently enjoin the Transaction on the basis that it violates Section 7 of the Clayton Act.  DIRECTV asked Defendants not to consummate the Transaction until the Court could adjudicate its lawfulness.

Nexstar and TEGNA did not respond.  Instead, they rushed to consummate the Transaction this evening (March 19, 2026), just moments after the FCC's Media Bureau approved Defendants' application to transfer TEGNA's station licenses.  Nexstar and TEGNA did so at their peril.  Divestiture is available as a remedy under the Clayton Act, and DIRECTV will ask the Court to order divestiture here.

MUNGER, TOLLES & OLSON LLP

March 19, 2026
Page 2


DIRECTV hereby provides notice that it will seek a temporary restraining order that requires Nexstar to hold separate the assets, rights, stations, and licenses it has acquired from TEGNA until the Court can decide whether a divestiture is appropriate.  DIRECTV will ask to be heard tomorrow (March 20, 2026) afternoon at 3:00 pm Pacific Time, or as soon thereafter as the Court is available or deems appropriate, and will request that the Court allow counsel to participate by videoconference.

DIRECTV urges Nexstar not to take any further steps to integrate or combine the assets, rights, stations, and licenses it has acquired from TEGNA until the Court has an opportunity to adjudicate DIRECTV's motion for a hold-separate order.  Again, if Nexstar takes steps to integrate these assets, it will do so at its own peril.


Sincerely,

*/s/ Glenn D. Pomerantz*

Glenn D. Pomerantz


cc:

Alexander Okuliar
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Suite 6000
Washington, DC 20006-1888
AOkuliar@mofo.com

Ian G. John
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
ian.john@kirkland.com

Kathleen A. Kirby
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
kkirby@wiley.law

Alex Tolston
Senior Vice President and

MUNGER, TOLLES & OLSON LLP

March 19, 2026
Page 3


Chief Legal Officer
TEGNA Inc.
8401 Greensboro Drive
Suite 300
McLean, VA 22102
atolston@tegna.com

Nelson O. Fitts
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
nofitts@wlrk.com

Jennifer A. Johnson
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
jjohnson@cov.com