Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Nexstar Media Group, Inc. and<br>TEGNA Inc.,<br><br>   *Defendants*. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**<br><br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

1

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Initial Pretrial Scheduling Order (ECF No. 2), Defendant Nexstar Media Group, Inc. ("Nexstar"), by and through its counsel, certifies the following information:  Nexstar has no public parent corporation.  One publicly held corporation, BlackRock, Inc., owns 10% or more of Nexstar's stock.  Defendant TEGNA Inc. ("TEGNA"), by and through its counsel, certifies the following information: TEGNA is a wholly owned subsidiary of Nexstar.  No other publicly held corporation owns 10% or more of TEGNA's stock.

Dated:  March 20, 2026

Respectfully submitted,

By: /s/ Eliot A. Adelson
Eliot A. Adelson
MORRISON & FOERSTER LLP

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

2