Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Alexander Okuliar (*pro hac vice pending*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com

Bradley S. Lui (CA Bar No. 143088)
(*admission pending*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20006-1888
Telephone: 202.887.1500
Facsimile: 202.785.7574
Email: BLui@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>Nexstar Media Group, Inc. and TEGNA Inc.,<br><br>　　　　　*Defendants*. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S NOTICE OF INTENT TO FILE OPPOSITION TO PLAINTIFF DIRECTV, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 14)**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

DEFENDANTS' NOTICE OF INTENT
TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER

1

On March 20, 2026, Plaintiff DIRECTV, LLC filed a Motion for Temporary Restraining Order (the "TRO Motion") (ECF No. 14) in this action.  The Court has vacated the hearing originally set for today (ECF No. 19).  Defendants Nexstar Media Group, Inc. and TEGNA Inc. respectfully submit this notice of their intent to file opposition to Plaintiff's TRO Motion.

Plaintiff's TRO Motion seeks to enjoin Defendants from further integrating their recently consummated transaction and to require Defendants to hold separate certain assets.  (ECF No. 14-1).  The TRO Motion is accompanied by supporting declarations and exhibits, totaling 62 attachments.  (ECF Nos. 14-1–14-62).  Defendants are currently reviewing the voluminous filings.  Defendants will submit an opposition brief along with supporting declarations and exhibits addressing the TRO Motion on the schedule we understand will be issued by the Court. The brief will include the points outlined in an email from counsel for Defendants to counsel for Plaintiff dated March 20, 2026, attached hereto as Exhibit 1.

Dated: March 20, 2026

Respectfully submitted,

By: */s/ Eliot A. Adelson*
Eliot A. Adelson
MORRISON & FOERSTER LLP

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

DEFENDANTS' NOTICE OF INTENT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

2