Bradley S. Lui (CA Bar No. 143088)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20006-1888
Telephone: 202.887.1500
Facsimile: 202.785.7574
Email: BLui@mofo.com

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>                    *Plaintiff,*<br><br>          v.<br><br>Nexstar Media Group, Inc. and<br>TEGNA Inc,<br><br>                    *Defendants*. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**NOTICE OF APPEARANCE ON<br>BEHALF OF DEFENDANTS<br>NEXSTAR MEDIA GROUP, INC.<br>AND TEGNA INC.**<br><br><br>Judges: Honorable Troy L. Nunley and<br>Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Bradley S. Lui of Morrison & Foerster LLP, member of the State Bar of California and admitted to practice before this Court, and whose contact information appears below, hereby enters his appearance as attorney of record for Defendants Nexstar Media Group, Inc. and TEGNA Inc. in the above-captioned case.

> Bradley S. Lui
> MORRISON & FOERSTER LLP
> 2100 L Street, NW, Suite 900
> Washington, D.C.  20006-1888
> Telephone: 202.887.1500
> Facsimile: 202.785.7574
> Email: BLui@mofo.com

Dated:  March 23, 2026                    Respectfully submitted,

                    By:   /s/ Bradley S. Lui
                            Bradley S. Lui
                            MORRISON & FOERSTER LLP

                            Attorney for Defendants Nexstar
                            Media Group, Inc. and TEGNA Inc.