Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>                    *Plaintiff,*<br><br>        v.<br><br>Nexstar Media Group, Inc. and<br>TEGNA Inc,<br><br>                    *Defendants*. | Case No. 2:26-cv-00976-TLN-CKD<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.**<br><br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

1                                                    NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Henry Huttinger of Morrison & Foerster LLP, member of the State Bar of California and admitted to practice before this Court, and whose contact information appears below, hereby enters his appearance as attorney of record for Defendants Nexstar Media Group, Inc. and TEGNA Inc. in the above-captioned case.

> Henry Huttinger
> MORRISON & FOERSTER LLP
> 707 Wilshire Boulevard, Suite 6000
> Los Angeles, CA 90017-3543
> Telephone: 213.892.5200
> Facsimile: 213.892.5454
> Email: HHuttinger@mofo.com

Dated:  March 24, 2026

Respectfully submitted,

By:   /s/ Henry Huttinger

Henry Huttinger
MORRISON & FOERSTER LLP

Attorney for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

NOTICE OF APPEARANCE