UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, LLC,

               Plaintiff,

        v.

NEXSTAR MEDIA GROUP, LLC, et al.,

               Defendants.

No. 2:26-cv-00976-TLN-CKD

**ORDER**

Plaintiff DIRECTV, LLC ("Plaintiff") has filed a Request to Seal portions of the Declaration of Carl Shapiro ("Shapiro Declaration") in support of its Motion for Temporary Restraining Order and file a proposed redacted version instead. (ECF No. 15.) The Court has carefully considered the Request and finds good cause to grant it. Accordingly, the Court hereby GRANTS Plaintiff's Request. (ECF No. 15.) Plaintiff is directed to promptly file the unredacted Shapiro Declaration under seal and the proposed redacted version.

IT IS SO ORDERED.

Date: March 23, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE