Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Alexa Rae DiCunzolo (*pro hac vice pending*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
        BLui@mofo.com
        ADiCunzolo@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| DIRECTV, LLC,<br><br>            *Plaintiff,*<br><br>      v.<br><br>Nexstar Media Group, Inc. and<br>TEGNA Inc.,<br><br>            *Defendants.* | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

NOTICE OF REQUEST TO SEAL
DOCUMENTS

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141 and the Court's Standing Order, Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") have submitted a Request to Seal portions of following documents submitted in connection with Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order (ECF No. 14):

1. Defendants' Memorandum of Points and Authorities in Opposition to Motion for a Temporary Restraining Order ("Opposition Brief");

2. Declaration of Michael Biard in Support of Defendants' Opposition Brief ("Biard Declaration") and Exhibit A thereto; and

3. Declaration of Mark Israel in Support of Defendants' Opposition Brief ("Israel Declaration").

As set forth in Defendants' Request to Seal Documents, Defendants make this request because portions of the aforementioned documents contain highly confidential business information that would harm Nexstar if publicly disclosed.

Pursuant to Local Rule 141(b), Defendants' Request to Seal Documents, Proposed Order Sealing Documents, and the unredacted documents themselves will be submitted to the Court and served on counsel for Plaintiffs via email.  Defendants will promptly work with Plaintiffs to negotiate a protective order to govern treatment of confidential information in this action. Defendants request that the Court allow the information at issue in this request to be provisionally sealed until further order of the Court.

Dated: March 24, 2026

Respectfully submitted,

By: */s/ Alexander P. Okuliar*
Alexander P. Okuliar (*pro hac vice*)
Eliot A. Adelson (CA Bar No. 25284)
Bradley S. Lui (CA Bar No. 143088)
Henry Huttinger (CA Bar No. 312843)
Alexa DiCunzolo (*pro hac vice pending*)

MORRISON & FOERSTER LLP
Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

NOTICE OF REQUEST TO SEAL
DOCUMENTS