| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Glenn D. Pomerantz (SBN 112503)<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Ave, 50th Floor<br>Los Angeles, CA 90071<br>*Telephone No:* (213) 683-9100 | | | | |
| *Attorney For:* Plaintiff | | *Ref. No. or File No.:*<br>29890-00005 | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |

| *Plaintiff:* Directv, LLC,<br>*Defendant:* Nexstar Media Group, Inc., et al | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-CV-00976-TLN-CKD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint; Initial Pretrial Scheduling Order; Magistrate Judge Consent in Civil Cases: Know Your Rights!; Notice Of Availability Voluntary Dispute Resolution

3. *a.* Party served: Nexstar Media Group, Inc.
   *b.* Person served: Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process
   *served under F.R.C.P. Rule 4.*

4. *Address where the party was served:* 251 Little Falls Drive, Wilmington, DE 19808

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 20 2026 (2) at: 08:30 AM

6. **Person Who Served Papers:**
   a. Eric Chrisco                                    d. **The Fee** for Service was: $373.20
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



03/20/2026                                      _____
_____
(Date)                                          (Signature)



PROOF OF
SERVICE

*15476266*
*(17700295)*