# Exhibit A

**EXHIBIT A: DMAs Without Big Four Overlap Between Nexstar and TEGNA**

This exhibit identifies Designated Market Areas ("DMAs") in which Nexstar and TEGNA both operate, but do not have overlapping Big Four network affiliations. In these DMAs, Nexstar operates only non–Big Four stations while TEGNA operates a single Big Four affiliate, such that no overlap exists within the Big Four retransmission consent market alleged in Plaintiff's Complaint.

| DMA | Nexstar | TEGNA |
|---|---|---|
| Phoenix, AZ | KAZT-TV (Independent / MyNetworkTV / CW) | KPNX (NBC) |
| Washington, DC | WDCW (CW)<br>WDVM-TV (Independent) | WUSA (CBS) |
| Dallas–Ft. Worth, TX | KDAF (CW) | WFAA (ABC) |
| Houston, TX | KIAH (CW) | KHOU (CBS)<br>KTBU (Quest) |