# Exhibit B

**EXHIBIT B: Nexstar and TEGNA Non–Big Four Stations**

This exhibit lists (i) all broadcast stations owned and operated by Nexstar that are not affiliated with a Big Four network (ABC, CBS, NBC, or FOX), and (ii) all TEGNA stations that are not affiliated with a Big Four network, regardless of ownership or operational structure.

| DMA | NEXSTAR | TEGNA |
|---|---|---|
| Atlanta, GA | — | WATL (MyNetworkTV) |
| Austin, TX | KBVO (MyNetworkTV / Bounce / Defy / AntennaTV) | — |
| Birmingham, AL | WHDF (CW / CourtTV / Rewind TV / Charge) | — |
| Buffalo, NY | WNLO (CW / Rewind TV) | — |
| Charlotte, NC | WMYT (CW) | — |
| Chicago, IL | WGN (CW / AntennaTV / GRIT / Rewind TV / The NEST) | — |
| Cleveland–Akron (Canton), OH | WBNX-TV (CW / Buzzr / Rewind TV / Heroes & Icons / Start TV) | — |
| Dallas–Ft. Worth, TX | KDAF (CW / AntennaTV / GRIT / Charge / Rewind TV) | KFAA (Independent) |
| Davenport, IA | KGCW (CW) | |
| Denver, CO | KWGN-TV (CW); KXTU-LD (CW / Bounce / LAFF / AntennaTV) | KTVD (MyNetworkTV) |
| Des Moines, IA | — | KCWI (CW) |
| Grand Rapids–Kalamazoo–Battle Creek, MI | WXSP-CD (MyNetworkTV / The NEST / Comet) | — |
| Hartford–New Haven, CT | WCTX (MyNetworkTV / Charge) | WCCT-TV (CW) |
| Honolulu, HI | KHII; KGMD; KGMV (MyNetworkTV) | — |
| Houston, TX | KIAH (CW / AntennaTV / the NEST / HSN 2 / Rewind TV) | KTBU (Quest) |
| Little Rock–Pine Bluff, AR | KARZ (MyNetworkTV / Bounce) | — |
| Los Angeles, CA | KTLA (CW / AntennaTV / CourtTV / ShopLC / Rewind TV) | — |
| Memphis, TN | — | WLMT (CW) |
| Mobile, AL–Pensacola, FL | WFNA (CW / Bounce / True Crime Network / GRIT) | — |

| DMA | NEXSTAR | TEGNA |
|---|---|---|
| New Orleans, LA | WNOL-TV (CW) | WUPL (MyNetworkTV); WBXN (MyNetworkTV) |
| Oklahoma City, OK | KAUT (CW / Rewind TV / Ion Mystery / Cozi TV) | — |
| Philadelphia, PA | WPHL (CW / MyNet/Antenna TV / GRIT / Comet) | — |
| Portland, OR | KRCW-TV (CW / AntennaTV / GRIT / ShopLC) | — |
| San Diego, CA | KUSI (Independent / Rewind TV) | — |
| San Francisco–Oakland–San Jose, CA | KRON-TV (CW / AntennaTV / Rewind TV / ROAR / Defy) | — |
| Seattle–Tacoma, WA | — | KONG (Independent) |
| Shreveport, LA | KSHV (MyNetworkTV / Ion Mystery / Ion Television / Quest) | — |
| Spartanburg–Greenville–Asheville, SC-NC | WYCW (CW / Rewind TV) | — |
| Springfield, MO | KOZL (MyNetworkTV / Ion Mystery / Bounce / Rewind TV) | — |
| Spokane, WA | — | KSKN (CW) |
| St. Louis, MO | KPLR-TV (CW / CourtTV / Comet / 365 Black) | — |
| Tampa–St. Petersburg (Sarasota), FL | WTTA (CW / Cozi TV); WSNN-LD (MyNetworkTV / GRIT / LAFF / CourtTV) | — |
| Tucson (Sierra Vista), AZ | — | KTTU (CW) |
| Utica, NY | WPNY (MyNetworkTV) | — |
| Washington, DC | WDCW (CW / AntennaTV) WDVM-TV (Independent / Ion Mystery / Rewind TV / ShopLC) | — |
| Wichita Falls, TX–Lawton, OK | KJBO (MyNetworkTV) | — |