Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page 2*

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

Olivier N. Antoine (*pro hac vice*)
    oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

M. Sean Royall (*pro hac vice*)
    sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
    eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC,<br><br>                 Plaintiff,<br><br>        vs.<br><br>Nexstar Media Group, Inc.; and TEGNA Inc.,<br><br>                 Defendants. | Case No. 2:26−cv−00976−TLN−CKD<br><br>**PLAINTIFF DIRECTV, LLC'S NOTICE OF INTENT TO FILE RESPONSE TO DEFENDANTS' PROPOSALS SEEKING COMPLIANCE GUIDANCE** |

Robert E. Bowen (State Bar No. 335932)
   robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
   liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
   carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
   april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
   brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100

Laura Harris (*pro hac vice*)
   lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
   jhazan@kslaw.com
Sean Murray (*pro hac vice*)
   smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)
   aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

PLEASE TAKE NOTICE that Plaintiff DIRECTV, LLC intends to file a response to Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order (Dkt. 63) ("Notice"), which Defendants filed on March 31, 2026. Defendants' Notice raises numerous issues for the first time and Defendants did not raise any of those issues with Plaintiff before filing their Notice. Plaintiff intends to file its response to Defendants' Notice on April 2, 2026, unless the Court directs that a response be filed at a different time. Plaintiff separately intends to file a reply to Defendants' anticipated opposition to a preliminary injunction on Friday, April 3, 2026, the date set by this Court's order (Dkt. 60).

DATED: March 31, 2026                          MUNGER, TOLLES & OLSON LLP

By:  */s/ Glenn D. Pomerantz*
GLENN D. POMERANTZ

*Attorneys for Plaintiff DIRECTV, LLC*

NOTICE OF INTENT TO FILE RESPONSE