Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
          BLui@mofo.com
          RManoso@mofo.com
          ADiCunzolo@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC, | Case No. 2:26-cv-00976-TLN-CKD |
| Plaintiff, | **ORDER GRANTING DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S REQUEST TO SEAL DOCUMENTS** |
| v. | |
| Nexstar Media Group, Inc. and TEGNA Inc., | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| Defendants. | Action Filed: March 18, 2026 |

## ORDER

Before the Court is Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc.'s ("TEGNA") Request to Seal portions of certain documents submitted in support of Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order (ECF No. 60).

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specified portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
|---|---|
| Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order | Highlighted portions of: Pages 1–6 |
| Declaration of Michael Biard in Support of Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order ("Biard Declaration") | Highlighted portions of: Pages 5–7; 9–13 |
| Exhibit C to Biard Declaration | Seal in Full |
| Declaration of Lee Ann Gliha in Support of Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order ("Gliha Declaration") | Highlighted portions of: Pages 2–5 |

ORDER GRANTING REQUEST TO SEAL
                                            DOCUMENTS

**IT IS SO ORDERED.**


Dated:  March 31, 2026

_____

Troy L. Nunley
Chief United States District Judge

3          ORDER GRANTING REQUEST TO SEAL
DOCUMENTS