ROB BONTA
Attorney General of California
PAULA BLIZZARD (SBN 207920)
Senior Assistant Attorney General
LAURA ANTONINI (SBN 271658)
PAUL CHANDER (SBN 305133)
ELIZABETH CHEEVER (SBN 341421)
EMILY CURRAN (SBN 293065)
KOMAL K. PATEL (SBN 342765)
CONNIE P. SUNG (SBN 304242)
BRIAN WANG (SBN 284490)
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA  94102
  Telephone: (415) 510-3495
  E-mail: Laura.Antonini@doj.ca.gov
*Attorneys for Plaintiff, The State of California*

Additional counsel identified on signature page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **In Re: Nexstar-TEGNA Merger Litigation** | Case No. 2:26-cv-00976-TLN-CKD |
| **THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF ILLINOIS, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OREGON, AND THE COMMONWEALTH OF VIRGINIA**<br><br>                          Plaintiffs,<br><br>            v.<br><br>**NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.,**<br><br>                          Defendants. | **PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION** |

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiffs the State of California, State of Colorado, State of Connecticut, State of Illinois, State of New York, State of North Carolina, State of Oregon, and Commonwealth of Virginia (collectively, "Plaintiff States") intend to file a Reply by April 3, 2026 in response to any Opposition filed by Defendants responding to the Court's Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 60) in the newly-captioned case *In Re: Nexstar-TEGNA Merger Litigation*, No. 2:26-cv-00976-TLN-CKD.

Plaintiff States filed a Motion for Temporary Restraining Order in the case previously captioned *State of California et al. v. Nexstar Media Group, Inc. et al.*, No 2:26-cv-00978-TLN-CKD (E.D. Cal.) ("Plaintiff States' Action") on March 20, 2026 (ECF No. 27); Defendants filed their Opposition in Plaintiff States' Action on March 24, 2026 (ECF No. 72); Plaintiff States filed their Reply on March 26, 2026 (ECF No. 81).

In the related case previously captioned *DirecTV, LLC v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00978-TLN-CKD (E.D. Cal.) ("DirecTV Action"), Plaintiff DirecTV and Defendants separately briefed a motion for a Temporary Restraining Order brought by DirecTV (ECF Nos. 14, 48, 56). The Court granted Plaintiff DirecTV's request for a Temporary Restraining Order on March 27, 2026, issued an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and set a briefing schedule for Defendants to file an Opposition by April 1, 2026, and Plaintiff DirecTV to file a Reply on April 3, 2026 (ECF No. 60). The Court's Order granting Plaintiff DirecTV's request for a Temporary Restraining Order cites to the briefs filed in the DirecTV Action and does not cite to any briefing from Plaintiff States' Action.

On March 31, 2026, the Court consolidated Plaintiff States' Action and the DirecTV Action in *In Re: Nexstar-TEGNA Merger Litigation*, No. 2:26-cv-00976-TLN-CKD. In this consolidation order, the Court noted that it shall construe Plaintiff States' pending Motion for Temporary Restraining Order as a Motion for Preliminary Injunction, and it set this motion to be heard on April 7, 2026 at 2:00 p.m. (ECF No. 65). Plaintiff States file this notice to inform the Court that they intend to file a Reply by April 3, 2026, in accordance with the Court's briefing schedule originally set in the DirecTV Action (ECF No. 60) and, of course, to appear for the Preliminary Injunction hearing on April 7, 2026. Plaintiff States' Reply may also address points

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

raised in Defendants' Notice and Proposals Seeking Guidance Under the Temporary Restraining Order filed March 31, 2026 (ECF No. 63).

2

Dated: April 1, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

/s/ *Laura Antonini*
Laura Antonini (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Deputy Attorney General
Paul Chander (SBN 305133)
Elizabeth Cheever (SBN 341421)
Emily Curran (SBN 293065)
Komal K Patel (SBN 342765)
Connie P. Sung (SBN 304242)
Brian Wang (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
Telephone: (415) 510-3495
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

/s/ *Bryn Williams* (as authorized on April 1, 2026)
Bryn A. Williams
First Assistant Attorney General (SBN 301699)
Jonathan B. Sallet (*Admitted Pro Hac Vice*)
Special Assistant Attorney General
Robin Alexander (*Admitted Pro Hac Vice*)
Assistant Attorney General
Amy Bowles (*Admitted Pro Hac Vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Bryn.Williams@coag.gov
        Jon.Sallet@coag.gov
        Robin.Alexander@coag.gov
        Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

3

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*Admitted Pro Hac Vice*)

/s/ *Julián A. Quiñones Reyes* (as authorized on April 1, 2026)
Julián A. Quiñones Reyes (*Admitted Pro Hac Vice*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*


FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

/s/ *Paul J. Harper* (as authorized on April 1, 2026)


Elizabeth L. Maxeiner (*Admitted Pro Hac Vice*)
Chief, Antitrust Bureau
Sarah J. North (*Admitted Pro Hac Vice*)
Deputy Chief, Public Interest Division
Paul J. Harper (*Admitted Pro Hac Vice*)
Supervising Attorney, Antitrust Bureau
John R. Milligan (*Admitted Pro Hac Vice*)
Daniel R. Betancourt (*Admitted Pro Hac Vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

4

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

/s/ *Elinor R. Hoffmann* (as authorized on April 1, 2026)
Elinor R. Hoffmann (*Pro Hac Vice forthcoming*)
Chief, Antitrust Bureau
CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

Amy McFarlane (*Pro Hac Vice forthcoming)*
Deputy Chief, Antitrust Bureau
Morgan Feder (*Admitted Pro Hac Vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov | (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

/s/ *Francisco Benzoni* (as authorized on April 1, 2026)
KUNAL CHOKSI (*Admitted Pro Hac Vice*)
Senior Deputy Attorney General
Francisco Benzoni (*Admitted Pro Hac Vice*)
Special Deputy Attorney General
Brian Rabinovitz (*Admitted Pro Hac Vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Ian Van Loh* (as authorized on April 1, 2026)

Timothy D. Smith (*Admitted Pro Hac Vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Admitted Pro Hac Vice*)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov |
503.428.9482

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry* (as authorized on April 1, 2026)
Tyler T. Henry (*Admitted Pro Hac Vice*)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

6

PLAINTIFF STATES' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION