UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |

**DECLARATION OF ALEXANDER OKULIAR IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

I, Alexander Okuliar, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner at Morrison & Foerster LLP and counsel for Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA").  I have been admitted *pro hac vice* to appear in this matter.  I submit this declaration in support of Defendants' Response to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction.  (ECF Nos. 60, 65).[1]

2.      I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently to them under oath.

3.      Attached as **Exhibit 1** is a true and correct copy of Defendants' Opposition to DIRECTV's Motion for a Temporary Restraining Order in *DIRECTV, LLC v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00976-TLN-CKD (E.D. Cal.) (ECF No. 48), dated March 24, 2026.

4.      I previously submitted a declaration in support of Defendants' Opposition to DIRECTV's Motion for Temporary Restraining Order in *DIRECTV, LLC v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00976-TLN-CKD (E.D. Cal.) (ECF No. 48-1), which is attached as **Exhibit 2** to this declaration. Exhibits A–E to that declaration are attached hereto as **Exhibit 3**.

---

[1] ECF No. 27, *California v. Nexstar Media Grp.*, No. 2:26-cv-00978 (E.D. Cal. Mar. 18, 2026) (now consolidated with *DIRECTV v. Nexstar Media Grp.*, No. 2:26-cv-00976 (E.D. Cal.))

The facts set forth in that prior declaration remain true and correct, and I could and would testify competently to them under oath. I adopt and incorporate that prior declaration by reference herein and shall be deemed to be part of this declaration as if fully set forth in full herein.

5.     Attached as **Exhibit 4** is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order in *State of California, et al. v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00978-TLN-CKD (E.D. Cal.)[2] (ECF No. 73), dated March 24, 2026.

6.     I previously submitted a declaration in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order in *State of California, et al. v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00978-TLN-CKD (E.D. Cal.) (ECF No. 73-1), which is attached as **Exhibit 5** to this declaration. Exhibits A–F to that declaration are attached hereto as **Exhibit 6**. The facts set forth in that prior declaration remain true and correct, and I could and would testify competently to them under oath. I adopt and incorporate that prior declaration by reference herein and shall be deemed to be part of this declaration as if fully set forth in full herein.

7.     Attached as **Exhibit 7** is a true and correct copy of Defendants' Notice and Proposals Seeking Compliance Guidance Under The Temporary Restraining Order in *DIRECTV, LLC v. Nexstar Media Group, Inc., et al.*, No. 2:26-cv-00976-TLN-CKD (E.D. Cal.) (ECF No. 63), dated March 31, 2026.

---

[2] Pursuant to the Court's Order consolidating *DIRECTV, LLC v. Nexstar Media Group, et al.*, No. 2:26-cv-00976-TLN-CKD and *State of California, et al. v. Nexstar Media Group Inc., et al.*, No. 2:26-cv-00978-TLN-CKD (ECF No. 65), Plaintiffs refer to all plaintiffs in this consolidated action, individually and collectively.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of April, 2026 in Washington, DC.

By: */s/ Alexander Okuliar*
Alexander Okuliar

DECLARATION OF ALEXANDER OKULIAR