AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| State of California, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:26-cv-00976-TLN-CKD |
| Nexstar Media Group, Inc. and TEGNA, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Illinois                                                                                      .

Date:  April 1, 2026

*/s/ John Milligan*
*Attorney's signature*

John Milligan (ARDC No. 6337138)
*Printed name and bar number*

Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
*Address*

john.milligan@ilag.gov
*E-mail address*

(773) 505-5937
*Telephone number*

(312) 814-4452
*FAX number*