

United States District Court
Eastern District of California

In re: Nexstar-TEGNA Merger Litigation

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:26-cv-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

David Curtis Smith

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Commonwealth of Virginia

On ____11/03/2010____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of Virginia____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____04/01/2026____    Signature of Applicant: /s/ David C. Smith

**Pro Hac Vice Attorney**

Applicant's Name: David Curtis Smith

Law Firm Name: Office of the Virginia Attorney General

Address: 202 N. 9th St.

City: Richmond   State: VA   Zip: 23219

Phone Number w/Area Code: (804) 692-0588

City and State of Residence: Arlington, VA

Primary E-mail Address: dsmith@oag.state.va.us

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco   State: CA   Zip: 94102

Phone Number w/Area Code: (415) 510-4400   Bar # 284490

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 2, 2026

JUDGE, U.S. DISTRICT COURT