Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
        BLui@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| *In re Nexstar-TEGNA Merger Litigation* | Case No. 2:26-cv-00976-TLN-CKD<br><br>**ORDER GRANTING DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

1                    ORDER GRANTING REQUEST TO SEAL
                     DOCUMENTS

**ORDER**

Before the Court is Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc.'s ("TEGNA") Request to Seal portions of certain documents submitted in support of Defendants' Response to Order to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction.

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specified portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
| --- | --- |
| Defendants' Response to Order to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction ("Opposition Brief") | Highlighted portions of: Pages 2, 9–12, 16, 18 |
| Exhibit 1 to Okuliar Declaration | Highlighted portions of: Pages 2, 8, 12, 18 (Internal paginations) |
| Exhibit 4 to Okuliar Declaration | Highlighted portions of: Pages 2, 15 (Internal paginations) |
| Exhibit 7 to Okuliar Declaration | Highlighted portions of: Pages 1–6 (Internal paginations) |
| Declaration of Michael Biard in Support of Defendants' Response to Order to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction ("Biard Declaration") | Highlighted portions of: Pages 4–8, 15–18, 20–25 |
| Exhibit 1 to Biard Declaration | Highlighted portions of: Pages 3–5, 7 (Internal pagination) |

2                    ORDER GRANTING REQUEST TO SEAL
                     DOCUMENTS

| Document | Portion(s) to Seal |
|---|---|
| Exhibit 2 to Biard Declaration | Seal in Full |
| Exhibit 3 to Biard Declaration | Highlighted portions of: Pages 3, 5, 7 (internal pagination) |
| Exhibit 4 to Biard Declaration | Highlighted portions of: Pages 5–8; 10–15 (Internal pagination) |
| Exhibit 5 to Biard Declaration | Seal in Full |
| Exhibit 6 to Biard Declaration | Seal in Full |
| Declaration of Lee Ann Gliha in Support of Defendants' Response to Order to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction ("Gliha Declaration") | Highlighted portions of: Pages 2–6 |
| Exhibit 1 to Gliha Declaration | Highlighted portions of: Pages 2–5 (Internal pagination) |
| Declaration of Mark Israel in Support of Defendants' Response to Order to Show Cause and Opposition to Plaintiffs' Motions for Preliminary Injunction ("Israel Declaration") | Highlighted portions of: Page 5 |
| Exhibit 1 to Israel Declaration | Highlighted portions of: Page 26 (Internal pagination) |
| Exhibit 3 to Israel Declaration | Highlighted portions of: Page 26 (Internal pagination) |

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
Troy L. Nunley
Chief United States District Judge

3

ORDER GRANTING REQUEST TO SEAL DOCUMENTS