UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In re Nexstar-TEGNA Merger Litigation. | Case No.  2:26-cv-00976-TLN-CKD<br><br>**ORDER REGARDING Plaintiff DIRECTV, LLC'S REQUEST TO SEAL DOCUMENTS** |

Before the Court is Plaintiff DIRECTV, LLC's ("DIRECTV") Request to Seal Documents, filed in connection with its Response to Defendants' Notice and Proposals Seeking Compliance Guidance Under the Temporary Restraining Order ("Response").

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the redacted portions of the Response shall be under seal until further order of this Court.

**IT IS SO ORDERED.**

DATED:  April 3, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE