# EXHIBIT 5

## DECLARATION OF JOE LORAH, BLUE RIDGE COMMUNICATIONS

I, Joe Lorah, being over 18 years of age, swear and affirm as follows:

1.      My name is Joe Lorah.  I make this declaration using facts of which I have personal knowledge of, or based on information provided to me, in connection with the proposed transfer of control ("Transaction") of the broadcast licenses of TEGNA Inc. ("Tegna") to Nexstar Media Group, Inc. ("Nexstar") (collectively, the Applicants), and the likely effects of the Transaction on Blue Ridge Communications ("Blue Ridge").

2.      I am currently Director of Government & Public Affairs at Blue Ridge.  Blue Ridge has been connecting Pennsylvanians since 1950 and today provides cable, Internet, and phone services to the Poconos and other areas of central Pennsylvania.  In my role, I develop and implement Blue Ridge's policy agenda and advocacy based on our operational strategy, and serve as the primary point of contact between the company and state and local officials.

3.      Blue Ridge is a member of the Broadband Communications Association of Pennsylvania.

4.      Today, Blue Ridge serves over 200,000 Pennsylvania subscribers in six designated market areas ("DMAs") spanning Pennsylvania and New York.  All six markets are served by Nexstar and/or Tegna stations.[1]  Of those, one is a market in which approval of the transaction would result in Nexstar owning three or more full-power stations—Buffalo, NY, where Nexstar proposes to combine its WIVB-TV (CBS) and WNLO (CW) with Tegna's WGRZ (NBC)—and three are markets in which approval of the transaction would grant Nexstar ownership of a new Big Four station affiliate *duopoly*:  Buffalo, NY, with Nexstar's WIVB-TV

---

[1] The markets include Buffalo, NY; Elmira, NY; Harrisburg-Lancaster-Lebanon-York, PA; New York, NY; Philadelphia, PA; and Wilkes Barre-Scranton-Hazleton, PA.

**App.463**

(CBS) and Tegna's WGRZ (NBC); Harrisburg-Lancaster-Lebanon-York, PA, with Nexstar's WHTM-TV (ABC) and Tegna's WPMT (FOX); and Wilkes Barre-Scranton-Hazleton, PA, with Nexstar's WBRE-TV (NBC) and Tegna's WNEP-TV (ABC).

5.    Blue Ridge has existing retransmission consent agreements with both Nexstar and Tegna.

6.    Over the past decade, industry-wide, retransmission consent fees imposed on Multichannel Video Programming Distributors ("MVPDs") like Blue Ridge have increased at a staggering pace, all while MVPDs' subscribership has declined substantially.

7.    Nexstar is the largest broadcast station group owner in the United States, and already imposes substantial rates on Blue Ridge's cable systems.  As Nexstar has acknowledged in public filings, it includes "after-acquired station" clauses in its retransmission consent agreements[2] that would require MVPDs to pay, immediately upon closing of the Transaction, higher retransmission consent rates on the newly acquired Tegna stations, rather than the lower,

---

[2] *See, e.g.*, Nexstar Media Inc.'s Answer to Retransmission Consent Complaint of Cincinnati Bell Extended Territories LLC dba altafiber, MB Docket No. 25-197, at 11-12 (filed July 3, 2025) (describing "[t]he decades-long and widespread inclusion of these [after-acquired station] clauses across the industry" and in Nexstar's own contracts); Press Release, Nexstar Media Group, Inc., *Nexstar Media Group Fourth Quarter Net Revenue Rises 37.9% to a Record $1.1 Billion* (Feb. 20, 2020), https://www.nexstar.tv/wp-content/uploads/2020/02/NXST_Q419_2-26-20.pdf (attributing retransmission consent revenue increases in the first quarter following the close of the Nexstar/Tribune transaction to "Tribune Media revenue synergies related to the *after acquired clauses in our retransmission consent contracts*") (emphasis added).

pre-existing rate that MVPDs currently pay to Tegna.[3]  Nexstar has made it clear that increasing

retransmission consent rates in this way is a key part of their strategy to achieve "synergies."[4]

8.      Increasing the local market concentration for Nexstar, particularly in the three

markets where Blue Ridge operates and Nexstar will acquire a new Big-Four network affiliate

duopoly, will increase Nexstar's leverage to demand ever-higher retransmission consent rates

from Blue Ridge, which results in higher prices for our company and our customers.

9.      Moreover, Nexstar typically negotiates retransmission consent on a nationwide

basis, across its station footprint.[5]  As Nexstar has grown over the last decade, a greater number

of stations are subject to this single negotiation.  Nexstar can then use its massive scale to

threaten widescale blackouts to consumers and thereby increase its leverage in retransmission

consent negotiations to extract supra-competitive fees.

10.      The blackout risks for our company are substantial if we do not accede to

Nexstar's pricing demands.  In our footprint, Nexstar would newly have the ability to

---

[3] Nexstar CFO Lee Ann Gliha has explained that, with respect to the Nexstar-Tegna transaction, "the synergy playbook here is very similar to the playbook that you've seen us execute in the past," including "contractual retrans synergies" such as "$300 million of synergies we expect" in the transaction's first year.  Transcript of Nexstar Media Group, Inc. M&A Call (Aug. 19, 2025).  *See also* Transcript of Nexstar Media Group, Inc., Q3 2025 Earnings Call (Nov. 6, 2025), ("I think as we've talked about on our call when we announced the transaction, there's about *$300 million of synergies*.  It breaks out very similarly to how the synergies broke out on the Tribune deal, which was *about 45% from net retrans* and the remainder coming from operations.") (emphasis added).  These immediate "contractual retrans synergies" would not be possible if Tegna's retransmission consent rates were not lower than those of Nexstar.

[4] Transcript of Nexstar Media Group, Inc. Presentation at 53rd Annual JPMorgan Global Technology, Media and Communications Conference 7 (May 14, 2025) ("[W]e have the ability to step up any targets' retrans if it is lower to our level.  And that's a very nice synergy to have.  It's easy to achieve.").

[5] *See* Press Release, Nexstar Media Group, Inc., *Viewers Deprived Of Critical Local News, Important Weather Updates, Women's World Cup Soccer Matches, And MLB All-Star Game, Following DIRECTV's Removal Of 159 Nexstar Local TV Stations In 113 Markets And National Cable News Network NewsNation* (Jul. 2, 2023), https://www.nexstar.tv/viewers-deprived-following-directvs-removal-of-159-nexstar-local-tv-stations-in-113-markets-and-newsnation/ (explaining that as a result of failed distribution agreement negotiations with DIRECTV "millions of Americans across the country" lost access to programming); *see also* Competitive Impact Statement at 4, *United States v. Nexstar Media Grp., Inc.*, No. 1-19-cv-02295-DLF (D.D.C. Feb. 10, 2020), https://www.justice.gov/atr/case-document/file/1192116/dl?inline ("A retransmission agreement is negotiated directly between a broadcast station group, such as Nexstar or Tribune, and a given MVPD, and this agreement typically covers all of the station group's stations located in the MVPD's service area, or 'footprint.'").

**App.465**

simultaneously black out (a) three full-power stations in one market where Blue Ridge operates and (b) two Big Four affiliates in three markets where Nexstar will own new Big Four affiliate combinations.  These increased risks of blackouts are not merely theoretical, as Nexstar has routinely used blackouts as a negotiating tactic with MVPDs if they balk at Nexstar's exorbitant price hikes.[6]

11.    Additionally, because retransmission consent negotiations typically cover a wide range of carriage issues (e.g., carriage of Top Four and non-Top Four stations, carriage of broadcaster-affiliated cable networks), Nexstar can use this leverage in negotiations to demand price increases across its portfolio of programming assets, including higher rates for its CW-affiliated stations and for its affiliated cable network, NewsNation, notwithstanding relatively low consumer demand for the network.[7]

12.    As a result, the increased scale and leverage of the combined company will also cause even larger fee increases for carriage of stations in current Nexstar-only markets, like WTEM, Nexstar's NBC affiliate in the Elmira, NY market; WPHL, Nexstar's CW affiliate in the

---

[6] *See Retrans-Blackouts-Overview-2010-Nov-2025*, American Television Alliance (Nov. 2025), https://americantelevisionalliance.org/wp-content/uploads/2025/11/Retrans-Blackouts-Overview-2010-Nov-2025.xlsx (showing that, since 2020, Nexstar has blacked out local stations six different times with five different MVPDs).

[7] *See, e.g.*, Dade Hayes, *The CW Will Turn a Profit 'At Some Point' In 2026, Parent Company Nexstar's CFO Says*, Deadline (Dec. 8, 2025), https://deadline.com/2025/12/the-cw-network-profit-nexstar-1236642530/ ("Owning The CW enabled Nexstar to 'bring back a number of those affiliates onto Nexstar stations, and that's been very profitable for us,' [Nexstar CFO Lee Ann] Gliha said."); Verified Retransmission Consent Complaint of Cincinnati Bell Extended Territories LLC dba altafiber, Complainant, v. Nexstar Media Inc., Defendant, MB Docket No. 25-197, at ii (filed June 13, 2025) ("Nexstar conditions any grant of retransmission consent for WDTN on altafiber's continued distribution of Nexstar-owned cable network, NewsNation . . . and, despite extremely low viewership and engagement, demands a fee increase of more than 15 times the rate of inflation."); Reply to Answer of Cincinnati Bell Extended Territories LLC dba altafiber, Complainant, v. Nexstar Media Inc., Defendant, MB Docket No. 25-197, at 2 (filed July 14, 2025) ("[W]hen altafiber agreed to distribute NewsNation to Cincinnati three years ago, it was based on the expectation that viewership of its fledgling NewsNation service would grow with time.  That has not happened, and subscribers today largely do not care whether or not altafiber distributes NewsNation as evidenced by the fact that only about 100 subscribers have expressed displeasure with its loss and fewer have cancelled their subscriptions.").

**App.466**

## DECLARATION OF JOE LORAH, BLUE RIDGE COMMUNICATIONS

I, Joe Lorah, being over 18 years of age, swear and affirm as follows:

1. My name is Joe Lorah. I make this declaration using facts of which I have personal knowledge of, or based on information provided to me, in connection with the proposed transfer of control ("Transaction") of the broadcast licenses of TEGNA Inc. ("Tegna") to Nexstar Media Group, Inc. ("Nexstar") (collectively, the Applicants), and the likely effects of the Transaction on Blue Ridge Communications ("Blue Ridge").

2. I am currently Director of Government & Public Affairs at Blue Ridge. Blue Ridge has been connecting Pennsylvanians since 1950 and today provides cable, Internet, and phone services to the Poconos and other areas of central Pennsylvania. In my role, I develop and implement Blue Ridge's policy agenda and advocacy based on our operational strategy, and serve as the primary point of contact between the company and state and local officials.

3. Blue Ridge is a member of the Broadband Communications Association of Pennsylvania.

4. Today, Blue Ridge serves over 200,000 Pennsylvania subscribers in six designated market areas ("DMAs") spanning Pennsylvania and New York. All six markets are served by Nexstar and/or Tegna stations.[1] Of those, one is a market in which approval of the transaction would result in Nexstar owning three or more full-power stations—Buffalo, NY, where Nexstar proposes to combine its WIVB-TV (CBS) and WNLO (CW) with Tegna's WGRZ (NBC)—and three are markets in which approval of the transaction would grant Nexstar ownership of a new Big Four station affiliate *duopoly*: Buffalo, NY, with Nexstar's WIVB-TV

---

[1] The markets include Buffalo, NY; Elmira, NY; Harrisburg-Lancaster-Lebanon-York, PA; New York, NY; Philadelphia, PA; and Wilkes Barre-Scranton-Hazleton, PA.

**App.463**

(CBS) and Tegna's WGRZ (NBC); Harrisburg-Lancaster-Lebanon-York, PA, with Nexstar's WHTM-TV (ABC) and Tegna's WPMT (FOX); and Wilkes Barre-Scranton-Hazleton, PA, with Nexstar's WBRE-TV (NBC) and Tegna's WNEP-TV (ABC).

5. Blue Ridge has existing retransmission consent agreements with both Nexstar and Tegna.

6. Over the past decade, industry-wide, retransmission consent fees imposed on Multichannel Video Programming Distributors ("MVPDs") like Blue Ridge have increased at a staggering pace, all while MVPDs' subscribership has declined substantially.

7. Nexstar is the largest broadcast station group owner in the United States, and already imposes substantial rates on Blue Ridge's cable systems. As Nexstar has acknowledged in public filings, it includes "after-acquired station" clauses in its retransmission consent agreements[2] that would require MVPDs to pay, immediately upon closing of the Transaction, higher retransmission consent rates on the newly acquired Tegna stations, rather than the lower,

---

[2] *See, e.g.*, Nexstar Media Inc.'s Answer to Retransmission Consent Complaint of Cincinnati Bell Extended Territories LLC dba altafiber, MB Docket No. 25-197, at 11-12 (filed July 3, 2025) (describing "[t]he decades-long and widespread inclusion of these [after-acquired station] clauses across the industry" and in Nexstar's own contracts); Press Release, Nexstar Media Group, Inc., *Nexstar Media Group Fourth Quarter Net Revenue Rises 37.9% to a Record $1.1 Billion* (Feb. 20, 2020), https://www.nexstar.tv/wp-content/uploads/2020/02/NXST_Q419_2-26-20.pdf (attributing retransmission consent revenue increases in the first quarter following the close of the Nexstar/Tribune transaction to "Tribune Media revenue synergies related to the *after acquired clauses in our retransmission consent contracts*") (emphasis added).

**App.464**

pre-existing rate that MVPDs currently pay to Tegna.[3]  Nexstar has made it clear that increasing retransmission consent rates in this way is a key part of their strategy to achieve "synergies."[4]

8.    Increasing the local market concentration for Nexstar, particularly in the three markets where Blue Ridge operates and Nexstar will acquire a new Big-Four network affiliate duopoly, will increase Nexstar's leverage to demand ever-higher retransmission consent rates from Blue Ridge, which results in higher prices for our company and our customers.

9.    Moreover, Nexstar typically negotiates retransmission consent on a nationwide basis, across its station footprint.[5]  As Nexstar has grown over the last decade, a greater number of stations are subject to this single negotiation.  Nexstar can then use its massive scale to threaten widescale blackouts to consumers and thereby increase its leverage in retransmission consent negotiations to extract supra-competitive fees.

10.    The blackout risks for our company are substantial if we do not accede to Nexstar's pricing demands.  In our footprint, Nexstar would newly have the ability to

---

[3] Nexstar CFO Lee Ann Gliha has explained that, with respect to the Nexstar-Tegna transaction, "the synergy playbook here is very similar to the playbook that you've seen us execute in the past," including "contractual retrans synergies" such as "$300 million of synergies we expect" in the transaction's first year.  Transcript of Nexstar Media Group, Inc. M&A Call (Aug. 19, 2025).  *See also* Transcript of Nexstar Media Group, Inc., Q3 2025 Earnings Call (Nov. 6, 2025), ("I think as we've talked about on our call when we announced the transaction, there's about *$300 million of synergies*.  It breaks out very similarly to how the synergies broke out on the Tribune deal, which was *about 45% from net retrans* and the remainder coming from operations.") (emphasis added).  These immediate "contractual retrans synergies" would not be possible if Tegna's retransmission consent rates were not lower than those of Nexstar.

[4] Transcript of Nexstar Media Group, Inc. Presentation at 53rd Annual JPMorgan Global Technology, Media and Communications Conference 7 (May 14, 2025) ("[W]e have the ability to step up any targets' retrans if it is lower to our level.  And that's a very nice synergy to have.  It's easy to achieve.").

[5] *See* Press Release, Nexstar Media Group, Inc., *Viewers Deprived Of Critical Local News, Important Weather Updates, Women's World Cup Soccer Matches, And MLB All-Star Game, Following DIRECTV's Removal Of 159 Nexstar Local TV Stations In 113 Markets And National Cable News Network NewsNation* (Jul. 2, 2023), https://www.nexstar.tv/viewers-deprived-following-directvs-removal-of-159-nexstar-local-tv-stations-in-113-markets-and-newsnation/ (explaining that as a result of failed distribution agreement negotiations with DIRECTV "millions of Americans across the country" lost access to programming); *see also* Competitive Impact Statement at 4, *United States v. Nexstar Media Grp., Inc.*, No. 1-19-cv-02295-DLF (D.D.C. Feb. 10, 2020), https://www.justice.gov/atr/case-document/file/1192116/dl?inline ("A retransmission agreement is negotiated directly between a broadcast station group, such as Nexstar or Tribune, and a given MVPD, and this agreement typically covers all of the station group's stations located in the MVPD's service area, or 'footprint.'").

**App.465**

simultaneously black out (a) three full-power stations in one market where Blue Ridge operates and (b) two Big Four affiliates in three markets where Nexstar will own new Big Four affiliate combinations.  These increased risks of blackouts are not merely theoretical, as Nexstar has routinely used blackouts as a negotiating tactic with MVPDs if they balk at Nexstar's exorbitant price hikes.[6]

11.  Additionally, because retransmission consent negotiations typically cover a wide range of carriage issues (e.g., carriage of Top Four and non-Top Four stations, carriage of broadcaster-affiliated cable networks), Nexstar can use this leverage in negotiations to demand price increases across its portfolio of programming assets, including higher rates for its CW-affiliated stations and for its affiliated cable network, NewsNation, notwithstanding relatively low consumer demand for the network.[7]

12.  As a result, the increased scale and leverage of the combined company will also cause even larger fee increases for carriage of stations in current Nexstar-only markets, like WTEM, Nexstar's NBC affiliate in the Elmira, NY market; WPHL, Nexstar's CW affiliate in the

---

[6] *See Retrans-Blackouts-Overview-2010-Nov-2025*, American Television Alliance (Nov. 2025), https://americantelevisionalliance.org/wp-content/uploads/2025/11/Retrans-Blackouts-Overview-2010-Nov-2025.xlsx (showing that, since 2020, Nexstar has blacked out local stations six different times with five different MVPDs).

[7] *See, e.g.*, Dade Hayes, *The CW Will Turn a Profit 'At Some Point' In 2026, Parent Company Nexstar's CFO Says*, Deadline (Dec. 8, 2025), https://deadline.com/2025/12/the-cw-network-profit-nexstar-1236642530/ ("Owning The CW enabled Nexstar to 'bring back a number of those affiliates onto Nexstar stations, and that's been very profitable for us,' [Nexstar CFO Lee Ann] Gliha said."); Verified Retransmission Consent Complaint of Cincinnati Bell Extended Territories LLC dba altafiber, Complainant, v. Nexstar Media Inc., Defendant, MB Docket No. 25-197, at ii (filed June 13, 2025) ("Nexstar conditions any grant of retransmission consent for WDTN on altafiber's continued distribution of Nexstar-owned cable network, NewsNation . . . and, despite extremely low viewership and engagement, demands a fee increase of more than 15 times the rate of inflation."); Reply to Answer of Cincinnati Bell Extended Territories LLC dba altafiber, Complainant, v. Nexstar Media Inc., Defendant, MB Docket No. 25-197, at 2 (filed July 14, 2025) ("[W]hen altafiber agreed to distribute NewsNation to Cincinnati three years ago, it was based on the expectation that viewership of its fledgling NewsNation service would grow with time.  That has not happened, and subscribers today largely do not care whether or not altafiber distributes NewsNation as evidenced by the fact that only about 100 subscribers have expressed displeasure with its loss and fewer have cancelled their subscriptions.").

**App.466**

Philadelphia market; and WPIX, the CW affiliate in the New York market for which Nexstar negotiates retransmission consent.

13.     Beyond the increases to retransmission consent fees and risks of widescale blackouts, the Transaction would harm Blue Ridge's subscribership.  MVPD subscribers have been "cutting the cord" for over a decade now, and many smaller MVPDs have already exited the cable marketplace altogether when faced with higher programming costs and a smaller subscriber base to defray those costs.  This Transaction will only accelerate this trend due to increased consumer costs, which will be largely attributable to higher programming costs.

14.     In sum, approval of the Transaction will directly cause an immediate increase in retransmission consent fees for our company and our customers, given Nexstar's greater leverage to impose even higher fees in retransmission consent negotiation renewals moving forward, and create a greater risk of program blackouts in all six markets where Blue Ridge operates within the combined company's footprint.

15.     The FCC can prevent these harms to Blue Ridge and our customers by denying the Transaction.

**App.467**

*　　*　　*　　*

The foregoing declaration has been prepared using facts of which I have personal knowledge or based upon information provided to me. I declare under penalty of perjury that the foregoing is true and correct to the best of my current information, knowledge, and belief.

Dated: March 20, 2026
613 3rd Street
Palmerton, PA 18071

Joe Lorah
Director of Government & Public Affairs

**App.468**