Declaration of Jon Schleuss

I, Jon Schleuss, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am President of The NewsGuild - Communications Workers of America (TNG-CWA) and a Vice President of the Communications Workers of America and have been since 2019.

*The NewsGuild-CWA's History, Membership, and Mission*

2. TNG-CWA is a sector of the Communications Workers of America and an affiliate with the AFL-CIO. TNG-CWA has 41 local unions in the United States and 16 local unions in Canada. TNG-CWA represents about 27,000 members and was founded in 1933.

3. TNG-CWA's constitution provides that: "The purpose of the Guild shall be to advance the economic interests and to improve the working conditions of its members; to guarantee, as far as it is able, equal employment and advancement opportunity in the industry and constant honesty in news, editorials, advertising, and business practices; to raise the standards of journalism and ethics of the industry; to foster friendly cooperation with all other workers; and to promote industrial unionism in the jurisdiction of the Guild."

4. The majority of TNG-CWA's members are journalists and other communications professionals working at newspapers, online publications, magazines, news services and broadcasters in the U.S., Canada and Puerto Rico. Among other things, members hold positions as reporters, columnists, copy editors, photojournalists, videographers, podcast producers, directors, graphic designers and editorial cartoonists.

5. TNG-CWA advances the fight for dignity and respect on the job along with job security, good pay and benefits. In addition, the union promotes the welfare of its members by keeping abreast of industry trends – from the consolidation of ownership to emerging business models – and it advocates for journalists and high-quality journalism. As the largest union representing media workers in the United States, TNG-CWA advocates for journalists' jobs and for the work they do, which is essential to a free and democratic society. TNG-CWA advocates for legislation to support media workers and has participated in proceedings at the Federal Communications Commission.

6. CWA's media members, consisting of members of TNG-CWA and the National Association of Broadcast Employees and Technicians - Communications Workers of America (NABET-CWA), include Nexstar workers in Portland, OR; Denver, CO; Buffalo, NY; Cleveland, OH; Hartford-New Haven, CT; Evansville, IN/Henderson, KY; Youngstown, OH; Erie, PA; Wheeling, WV; Syracuse, NY; Rochester, NY; and New York, NY, and TEGNA workers in Cleveland, OH, Hartford-New Haven, CT, and St.

1

Louis, MO. We also represent workers at The Hill in Washington, DC, an online publication owned by Nexstar.

*Consolidation, Job Loss, and Local News Quality*

7. In recent decades, TNG-CWA has seen numerous mergers and waves of job loss in the news industry. We know from experience that corporate consolidation and mergers result in loss of jobs which is in turn devastating to the quality and quantity of local news.

8. In my role as President of TNG-CWA, I represent workers in the news industry who have seen the effects of consolidation in their workplaces. Our members have seen that companies' claims about economies of scale do not play out on the ground to create a better local news ecosystem. On the contrary, consolidation results in downsizing and fewer journalists doing the work of reporting the news. Our members see the quality of news suffer due to these job losses and fewer stories get covered because there are not enough staff.

9. As a vice president of the Communications Workers of America, I also have a responsibility to represent the interests of all CWA members, including the CWA members employed at Nexstar and TEGNA who are represented by NABET-CWA. NABET-CWA members have seen the effects of consolidation in their workplaces as well. For example, they have members who work at employers that have changed ownership multiple times during their careers. For example, a NABET-CWA member in Hartford-New Haven works at a station that has changed hands multiple times during his career. The station was owned by Post Newsweek, then Meredith Broadcasting, then Gray Media. He has seen the elimination of political reporter and beat reporter positions. A NABET-CWA member in Portland worked at a station that was purchased by Meredith Broadcasting in the early 2000s, and he saw colleagues get laid off as a result.

10. The proposed merger will reduce the number of jobs for members of NABET-CWA. In the Designated Market Areas (DMAs) where Nexstar and TEGNA overlap, the merger will directly result in layoffs and the elimination of jobs. Nexstar has stated it plans to generate $300 million in synergies through operating expense reductions in the first year following the merger. These reductions will be achieved by consolidating production and operations, and Nexstar specifically identifies "station-level" cost savings in "overlap markets" as an area that will create "a significant portion" of synergies.

11. Nexstar has a history of layoffs after previous acquisitions. For example, in 2012, Nexstar acquired ten stations from Newport Television and cut staff including reporters, part-time photographers, and station-level managers. In 2013, Nexstar proxy Mission Broadcasting acquired two stations in Little Rock, Arkansas, where Nexstar already owned two stations, and cut nearly thirty jobs including on-air staff and behind-the-scenes roles. In 2015, Nexstar acquired KLAS in Las Vegas and cut more than 30 jobs, including news,

2

digital, and business office positions. In 2019, Nexstar acquired 42 stations from Tribune Media and laid off dozens of employees, particularly those in newsroom positions, across stations in markets including Denver, Des Moines, Indianapolis, Oklahoma City and Greensboro. The company cut more than two dozen jobs at WXIN-59 and WTTV-4 in Indianapolis.

12. Consolidation leads to less local news coverage and decreased quality of local news, due to layoffs and job elimination, centralization of news creation, and news duplication across multiple markets. A recent study by academics at the University of Delaware found that of all the U.S. broadcasting companies, Nexstar airs the most duplicated news content of any broadcast owner.

13. Local news is made by workers. TNG-CWA members are workers who cover local news. They see firsthand that consolidation results in fewer jobs and that when we have fewer journalists, communities are starved of quality local journalism.

_____

Jon Schleuss
President
TNG-CWA

Washington, DC
April 2, 2026

3