**DECLARATION OF JESSICA J. GONZÁLEZ**

1. I, Jessica J. González, am co-CEO of Free Press, which is headquartered at 1025 Connecticut Avenue NW, Suite 1110, Washington, DC 20036.

2. Free Press also has employees and a presence in California, with a registered agent at 1401 21st Street, #11439, Sacramento, CA 95811.

3. I am over the age of 18 and am competent to make this declaration.

4. I am a California resident, and a member of the State Bar of California (Bar #: 251376). I have worked for Free Press since 2017, and been co-CEO since 2020. During my time at the organization and in my prior practice since 2007, I have advocated on broadcast ownership policy and broadcast market dynamics in front of the Federal Communications Commission ("FCC") and in proceedings before other federal and state courts and agencies. I have advocated on and worked to oppose prior broadcast mergers as well as mergers in other media, telecom, and technology sectors.

5. Free Press was founded in 2003, and has during its entire existence focused on media ownership policies, broadcast television regulations, and broadcast journalism dynamics, among other topics. It has taken part in multiple proceedings to oppose broadcast mergers as well as mergers in other media, telecom, and technology sectors. Free Press has studied and documented, in reports, FCC filings, and other legal filings, the impacts of media consolidation and the accompanying reduction in the quantity and quality of news and information available across the United States.

6. Free Press is a nationwide, nonpartisan, nonprofit organization with members throughout the country, including in California, Colorado, Connecticut, Illinois, New York, North Carolina, Oregon, and Virginia (collectively, the "Plaintiff States").

7. Free Press's mission is to change the media to transform democracy and realize a just society. That is why the organization works against undue media concentration, historically and presently, in order to promote democratic outcomes, racial justice, and social justice initiatives only possible with an informed electorate and a public served by media responsive to communities' needs for local journalism and civic information.

8. Based on Free Press analysis, the proposed acquisition of TEGNA by Nexstar (the "Transaction") challenged by the Plaintiff States would harm journalistic output and quality in product markets and geographic markets relevant to determination of this merger's legality under Section 7 of the Clayton Act, including markets located in whole or in part within the Plaintiff States.

9. I understand that if Nexstar were to complete its acquisition of TEGNA, the combined company's national reach over the public airwaves would grow to more than 80 percent of U.S. television households. That is more than twice the 39 percent limit set by Congress out of concern that such concentration and consolidated control would further erode localism in broadcasting.

10. This level of concentration and reach at the national level would harm competition and diversity in journalism in the local communities that broadcast television licensees are licensed to serve.

11. If the Transaction were allowed to proceed, it is likely that more national content instead of local news content would be shown by the merger applicants' stations in those local communities, with stories about local government and local issues not covered adequately. Nexstar's strategy of increasing its profit margins through economies of scale strongly incentivizes it to favor such national coverage over local coverage, as the latter has limited geographic appeal.

12. Likewise, the combined company would control half or more of the commercial broadcast television stations airing English-language local news in several television markets typically referred to as Designated Market Areas (or "DMAs"). These include DMAs located in whole or in part in the Plaintiff States, such as San Diego, CA; Denver, CO; Davenport, IA-Rock Island-Moline, IL; Buffalo, NY; and Portland, OR.

13. The combined company also would control multiple stations in DMAs such as Sacramento-Stockton-Modesto, CA; Hartford-New Haven, CT; Charlotte, NC; and Norfolk-Portsmouth-Newport News, VA.

14. Free Press and other filers submitted a joint Petition to Deny the Transaction to the FCC in December 2025. That filing supports Plaintiff States' conclusion that the Transaction would greatly increase concentration levels in relevant product markets and geographic markets already considered to be "highly concentrated" per Department of Justice guidelines specific to review of horizontal mergers under the Clayton Act.

15. Allowing one company to control this much scarce broadcast spectrum harms journalism and endangers democracy. It would reduce competition that would otherwise incentivize television stations subject to the Transaction to better serve their local communities' information needs and cover a broader array of issues. It would thus significantly reduce the quality and amount of original local news, eliminate diverse viewpoints, and reduce Nexstar's incentive to invest in robust coverage of local political, social, and cultural issues.

16. Numerous studies indicate that local television stations remain the most important sources of local news and information. In many areas of the country, local broadcast television stations are the only well-resourced producers of local news, and the only firms that continue to reach a significant share of the local population.

2

17. Broadcast TV stations play a particularly important role in our democratic process. According to Pew Research, local TV is by far the most-used news source among U.S. adults, including people who describe themselves as "highly active" in local politics.

18. Free Press's concerns are particularized and specific to this proposed Transaction, not just general concerns about consolidation broadly. Nexstar replaces acquired stations' original news broadcasts with the programming already aired on Nexstar's existing stations.

19. When Nexstar acquires a competing news station in a local market, it consolidates newsrooms, fires journalists, and fills out broadcasts with duplicative and repetitive content.

20. A recent study published by professors at the University of Delaware found that Nexstar airs the most duplicated news content among all U.S. TV news broadcasters. A separate study published by the University of Chicago Booth School of Business found that after acquiring stations, Nexstar significantly increased the amount of ads shown during local news broadcasts and thus diminished news programming minutes.

21. Viewers are harmed by the loss of an independent news producer, the loss of robust original reporting, and by a commensurate reduction in the resources and staff devoted to producing competing local journalism.

22. Viewers are further harmed over the long term due to Nexstar's poor labor practices that further depress journalistic output and quality. A recent survey by the National Association of Broadcast Employees and Technicians - Communications Workers of America found that Nexstar's wages are significantly below the industry median. In fact, Nexstar's wages are not only below the industry median, they are below living-wage standards. For example, the same survey found 62 percent of Nexstar workers reporting wages below the living wage for a single adult with no children for their metro area, and 89 percent reporting wages below the living wage for a single adult with one child.

23. Other qualitative research published by the Radio and Television Digital News Association has found that local news staff burnout is at alarmingly high levels and on the rise, as broadcast chains looking to cut costs rely on reporters to be "multi-media journalists" who handle all aspects of story production. In short, this merger will reduce the quality and expertise of newsroom labor forces over time, and the staff that remain will be more overworked and forced to take on more duties that take them away from the core task of reporting.

24. Our analysis on the foregoing topics is based not only on this type of research from independent experts and academics, and on the results of surveys of newsroom employees at Nexstar stations and other broadcast outlets. It is also based on Nexstar's own statements to investors in its materials explaining and advocating for the Transaction.

25. Nexstar's August 2025 acquisition presentation regarding the Transaction states: "[i]dentified synergies include contractual revenue synergies, station-level and corporate overhead cost savings," and concludes that these "in-market synergies are really the lion's share of the operating expense synergies. And that really is beneficial because . . . 35 of the 51 markets are overlap markets." In noting that these overlap markets are "an area where… a significant portion of those synergies are coming out of," Nexstar stated that it reached this conclusion by conducting "a very deep analysis in terms of looking at, line by line, person by person, what these costs could be."

26. Though these statements are couched in corporate jargon, it is clear that Nexstar's first-year post-closing synergy projections are contingent upon significant layoffs. Nexstar's CEO made this clear at a recent company town hall, where he said "there will be some job reductions as we get deeper into the integration process and eliminate redundant positions."

27. This statement is true to my personal knowledge and is made under penalty of perjury of the laws of the United States of America.

_____

Jessica J. González
Co-CEO
Free Press

April 3, 2026