Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page 2*

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

Olivier N. Antoine (*pro hac vice*)
    oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

M. Sean Royall (*pro hac vice*)
    sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
    eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD |
| | **PLAINTIFF DIRECTV, LLC'S NOTICE OF REQUEST TO SEAL DOCUMENT** |

Robert E. Bowen (State Bar No. 335932)
  robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
  liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
  carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
  april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
  brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100

Laura Harris (*pro hac vice*)
  lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
  jhazan@kslaw.com
Sean Murray (*pro hac vice*)
  smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)
  aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141 and Paragraph 13 of the Court's Civil Standing Order, Plaintiff DIRECTV, LLC ("DIRECTV") hereby submits a Request to Seal portions of documents submitted in connection with Plaintiff DIRECTV's Reply in Support of Preliminary Injunction:

1. Declaration of Robert D. Thun in Support of DIRECTV's Motion for Preliminary Injunction.

2. Exhibit 12 to the Declaration of Xiaonan April Hu in Support of DIRECTV's Motion for Preliminary Injunction.

3. Exhibit 15 to the Declaration of Xiaonan April Hu in Support of DIRECTV's Motion for Preliminary Injunction.

4. Exhibit 19 to the Declaration of Xiaonan April Hu in Support of DIRECTV's Motion for Preliminary Injunction.

5. Plaintiff DIRECTV's Reply in Support of Preliminary Injunction.

As set forth in the attached Request to Seal Documents, DIRECTV makes this request because portions of these documents contain highly confidential business information that would harm DIRECTV if publicly disclosed, including reference to or quotations from material ordered sealed by the Court.  ECF 84.

This Notice of Request to Seal Documents was submitted to the Court electronically via CM/ECF pursuant to Local Rule 141.  The Request to Seal Documents, Proposed Order Sealing Documents, and the unredacted documents themselves will be submitted to the Court via email.

DATED:  April 3, 2026

MUNGER, TOLLES & OLSON LLP


By:  _____
      */s/ Glenn D. Pomerantz*

Glenn D. Pomerantz (State Bar No. 112503)
   glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
   kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
   robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
   liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
   justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
   carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
   april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
   brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300


KING & SPALDING LLP

McGregor Scott (State Bar No. 142413)
   mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

2

Olivier N. Antoine (*pro hac vice*)
  oantoine@kslaw.com
Laura Harris (*pro hac vice*)
  lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
  jhazan@kslaw.com
Sean Murray (*pro hac vice*)
  smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)
  aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

M. Sean Royall (*pro hac vice*)
  sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
  eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone:  (202) 737-0500

*Attorneys for Plaintiff DIRECTV, LLC*

3