UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

# DECLARATION OF XIAONAN APRIL HU IN SUPPORT OF DIRECTV'S MOTION FOR PRELIMINARY INJUNCTION

I, Xiaonan April Hu, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at the law firm Munger, Tolles & Olson LLP, which serves as counsel to Plaintiff DIRECTV, LLC ("DIRECTV") in this action. I am an attorney admitted to practice in this Court. I respectfully submit this Declaration in support of DIRECTV's Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Nexstar Media Group, Inc.'s ("Nexstar") 2024 10K filed with the U.S. Securities & Exchange Commission, available at https://www.nexstar.tv/wp-content/uploads/2025/05/Nexstar-2024-Annual-Report.pdf.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of a March 9, 2026 Nexstar presentation at the Deutsche Bank 34th Annual Media, Internet & Telecom Conference, available at https://seekingalpha.com/article/4880153-nexstar-media-group-inc-nxst-presents-at-deutsche-bank-34th-annual-media-internet-and-telecom.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of a September 3, 2025 Nexstar presentation at the Citi 2025 Global Technology, Media and Telecommunications Conference, available at https://seekingalpha.com/article/4818957-nexstar-media-group-inc-nxst-presents-at-citis-2025-global-technology-media-and.

5. Attached hereto as **Exhibit 4** is a true and correct copy of "Tegna-Nexstar megamerger drama has national implications, but seismic impact on Denver News," by Nicole Vap, published in THE COLORADO SUN (Mar. 26, 2026), available at https://coloradosun.com/2026/03/26/tegna-nexstar-merger-denver-kyle-clark.

6. Attached hereto as **Exhibit 5** is a true and correct copy of TEGNA Inc.'s ("TEGNA") Fourth Quarter 2024 Earnings call, available at https://investors.tegna.com/static-files/a8e4a816-d5cd-4c87-bb4a-8f45473dd840.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Radio Television Digital News Association's announcement of the 2025 Region 2 Edward R. Murrow Award Winners, available at https://www.rtdna.org/news/rtdna-announces-2025-region-2-edward-r-murrow-award-winners.

8. Attached hereto as **Exhibit 7** is a true and correct copy of "Newspaper/Television Cross-Ownership and Local News and Public Affairs Programming on Television Stations: An Empirical Analysis," by Michael Yan, published by DONALD MCGANNON COMMUNICATION RESEARCH CENTER AT FORDHAM UNIVERSITY (2006), available at https://research.library.fordham.edu/cgi/viewcontent.cgi?article=1020&context=mcgannon_working_papers.

9. Attached hereto as **Exhibit 8** is a true and correct copy of "Inspecting the Investigators: An Analysis of Television Investigative Journalism and Factors Leading to Its Production," by Jesse Abdenour, published in the JOURNALISM & MASS COMMUNICATION QUARTERLY (2018, Vol. 95(4)), available at https://journals.sagepub.com/doi/abs/10.1177/1077699017733438.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from "Local TV News and the New Media Landscape," by Debora Wenger et al., published by KNIGHT FOUNDATION (2018), available at https://legacy.knightfoundation.org/wp-content/uploads/2020/03/TVNews_bundle-v5.pdf.

11. Attached hereto as **Exhibit 10** is a true and correct copy of "Reusing the News: Duplication of Local Content," by Danilo Yanich et al., published by SNF ITHACA RESEARCH REPORT (2025), available at https://udspace.udel.edu/items/4e6b586b-a07e-41fb-b516-4938aa55d180.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a March 30, 2026 letter from Senators Ted Cruz and Maria Cantwell to FCC Chairman Brendan Carr, raising concerns

about the FCC's use of delegated authority to approve the Nexstar-TEGNA transaction, a copy of which is available https://deadline.com/wp-content/uploads/2026/03/2026.03.30_Letter_to_FCC_re_Nexstar-Tegna.pdf.

13. Attached hereto as **Exhibit 12** is a true and correct copy of "Merger Monthly: With FCC, DOJ Aid, Nexstar's Rush-Close Strategy Worked—Until it Didn't; Outlook for Key Transactions Including Boston Scientific/Penumbra, Paramount Skydance/Warner Bros. Discovery, and Providence Equity Partners/Cantaloupe," published in THE CAPITOL FORUM (April 1, 2026), available at library.thecapitolforum.com/docs/9d767mvqy0kv.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Nexstar's 2025 10K filed with the U.S. Securities & Exchange Commission, available at https://www.sec.gov/Archives/edgar/data/1142417/000119312526078361/nxst-20251231.htm.

15. Attached hereto as **Exhibit 14** is a true and correct copy of TEGNA's 2025 10K filed with the U.S. Securities & Exchange Commission, available at https://investors.tegna.com/node/31276/html.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the September 16, 2025 Declaration of Allan Shampine, Ph.D., attached to the DIRECTV *ex parte* letter submitted to the FCC Media Bureau in connection with *In the Matter of Amendment of Section 73.3555(e) of the Commission's Rules, National Television Multiple Ownership Rule* (MB Docket No. 17-318).

17. Attached hereto as **Exhibit 16** is a true and correct copy of the December 14, 2018 Competitive Impact Statement filed by the United States of America in the civil antitrust suit it brought in connection with the merger agreement entered by Gray Television, Inc. ("Gray") and Raycom Media, Inc., No. 1:18-cv-2951 (D.D.C. 2018), Dkt. 3.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the August 1, 2019 Competitive Impact Statement filed by the United States of Aerica in the civil antitrust suit it brought in connection with the merger agreement entered by Nexstar and Tribune Media Company, No. 1:19-cv-2295 (D.D.C. 2019), Dkt. 6.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the July 28, 2021 Competitive Impact Statement filed by the United States of America in the civil antitrust suit it

brought in connection with the merger agreement entered by Gray and Quincy Media, Inc., No. 1:21-cv-2041 (D.D.C. 2021), Dkt. 3.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the January 19, 2026 Reply Declaration of Allan Shampine, Ph.D., attached to the DIRECTV *ex parte* letter submitted to the FCC Media Bureau in connection with *In the Matter of Amendment of Section 73.3555(e) of the Commission's Rules, National Television Multiple Ownership Rule* (MB Docket No. 17-318).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3rd day of April, at Washington, District of Columbia.

*/s/ Xiaonan April Hu*
Xiaonan April Hu