# EXHIBIT 2

Seeking Alpha

Transcripts

# Nexstar Media Group, Inc. (NXST) Presents at Deutsche Bank 34th Annual Media, Internet & Telecom Conference Transcript

Mar 09, 2026, 2:07 PM ET | **Nexstar Media Group, Inc. (NXST) Stock**

**SA Transcripts**
159.2K Followers

Welcome to **Seeking Alpha!**

Articles on **NXST** are available to you for free for the next **15** days.

To continue receiving professional-grade analyses on **NXST** and gain access to similar insights across the entire market, subscribe to Premium before your trial expires.

Join Premium

Nexstar Media Group, Inc. (NXST) Deutsche Bank 34th Annual Media, Internet & Telecom Conference March 9, 2026 11:40 AM EDT

### Company Participants

Perry Sook - Founder, Chairman & CEO
Lee Gliha - Executive VP & CFO

### Conference Call Participants

Benjamin Soff - Deutsche Bank AG, Research Division

### Presentation

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

Good morning, everyone. My name is Benjamin Soff. I'm the equity analyst at Deutsche Bank covering TV broadcasters, and I'm very pleased to be joined today by Nexstar's Chairman and CEO, Perry Sook; and CFO, Lee Ann Gliha. Thanks for being here.

**Perry Sook**
*Founder, Chairman & CEO*

Thank you for having us.

**Question-and-Answer Session**

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

You reported 4Q earnings a couple of weeks ago. Looking back to 2025, what were some of the highlights for Nexstar? And what are your key priorities for 2026?

**Lee Gliha**
*Executive VP & CFO*

Maybe I'll kick that off. We had, I think, really good 2025. We had record odd year revenue, which was fantastic for us. We had -- in the fourth quarter, we actually generated a positive 4.5% growth in our nonpolitical advertising revenue, which was an improvement from what we had thought at the time when we did our third quarter earnings, which was a positive signal regarding the advertising market. Again, in 2025, we were able to reduce our overall operating expenses by being very focused on making sure that we were streamlining operations where we could. And so we were able to actually reduce costs benefiting the bottom line.

And then going into 2026, we're very excited about the opportunity that is coming for us with respect to the TEGNA acquisition. But beyond that, in 2020 -- at the end of 2025, we renewed about 60% of our distribution deals representing 60% of our subscribers. And so we will have the benefit of that going into 2026. We're looking forward to the election cycle. Generally, we generate about $0.5 billion of incremental revenue during those -- the last 3 cycles. So that is a positive for us going into the year.

And then this year, in particular, we're -- we continue to be very, very focused on digital advertising revenue growth. And that's been something where we were able to just take our local sales force and not only sell our own digital inventory, but sell third-party digital inventory as part of audience extension strategies. And this year, we expect to have digital revenue that should surpass our national advertising revenue. So that will be better for our long-term trajectory. And I apologize, I've got a little bit of a cold as you can tell.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

That's a great summary. And we're going to get into a few of those topics. But I wanted to start with deregulation. We've had a number of developments recently on the regulatory front. The President posted on social media in favor of your deal. Congress had a hearing in February to discuss refreshing the broadcast rules. And it sounds like your conversations with regulators are progressing. Can you provide us with an update on the deregulation process? And do you have a view on where we might see a potential rule change?

**Perry Sook**

*Founder, Chairman & CEO*

I think the administration is committed to deregulation and particularly at the FCC, the Chairman, Chairman Carr is committed to moving forward with eliminating outdated and useless rules. And I think that the national ownership cap and the local ownership rules fall into those -- that category. As you know, any rulemaking today has to go through the OMB, which on the rulemaking to eliminate the national ownership cap, should the Chairman decide to move forward on that soon, which I believe he will, it will go to the OMB, which will be take 30, 60, who knows how many -- maybe 90 days at the outset for them to review the impact on budgets and the economy and all of that.

Then you can move forward with that relatively quickly. Same with the local ownership rules, they've gone through the notice of proposed rulemaking or request for comments. And so comments reply comments. The pleading cycle is over for that as well. And it's now just a question of when those become actionable at the commission level and then could be turned into regulations. And so I think that those things will happen this year. It depends on how long it takes to clear OMB to before then they could be acted upon.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

You're currently working through your pending acquisition of TEGNA. What made this deal so strategically important? And how does it position Nexstar to compete more effectively, especially as we see consolidation pick up across broader media?

**Perry Sook**
*Founder, Chairman & CEO*

Well, as you know, there were a number of potential M&A conversations going on about this time last year, and there were a few companies in the marketplace looking to sell or decide what they wanted to do. And as we surveyed those opportunities and what they could mean to Nexstar, it became relatively clear as Lee Ann and I did our analysis that the highest and best use of our capital and our time would be to attempt to acquire TEGNA. It was the biggest of those opportunities out there, probably the best run and also had the best balance sheet.

So it was merging 2 companies from a position of strength or acquiring 2 strong companies, putting them together and everything else would have been kind of a mismatch of strength and weakness potentially. It increased our size, both in geography, in national reach and in financial wherewithal more than any other. And at the end of the day, we were able to negotiate a transaction that will be roughly 40% accretive to our shareholders. So it's absolutely work worth doing and why it was the best strategic fit for us. We thought the cultures at the operating business level are roughly similar. There are things that we like that TEGNA is doing that we're not executing to that level in Nexstar and vice versa. So we literally think it's putting the best of breed and best practices together under one roof.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

Remind us when you expect to close that deal? And where are you in that process?

**Perry Sook**
*Founder, Chairman & CEO*

Sure. Well, I mean, we're engaged in active discussions with both the DOJ and the FCC. We are permitting them to talk to one another, and that's usually so they can coordinate on process and timing and decisions as we get toward making the -- earning final regulatory approval. No one agency wants to be too far out in front of or behind the other. So we view all of those as good signs. We have said it will close, and I guess I should be clear on this, so there is no confusion. We expect the transaction to close before the end of second quarter.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

You have a pretty good track record of creating value for shareholders in your previous broadcast mergers. Remind us what you're expecting for synergies in the TEGNA deal? And is the broadcast M&A playbook evolving now that it's theoretically possible to create in-market duopolies?

**Lee Gliha**

*Executive VP & CFO*

Yes. So we put out a target or we had -- in connection with the announcement of the transaction, we said that we had estimated there would be about $300 million of synergies based on the 2025 estimates that we had at the time. And that really is a combination of net retrans synergies and operating expense synergies. And as a percentage of the EBITDA, it's very comparable to what we have been able to achieve in the past in terms of Tribune at the prior transaction, which was about 35% of EBITDA.

The focus on the expense synergies in terms of the end market is that it does -- those in-market synergies are really the lion's share of the operating expense synergies. And that really is beneficial because there's 35 of the 51 markets are overlap markets and are going to enable us to really create better operations in those markets. And that -- we're no stranger to having more than one station in the market. Over 50% of our markets are duopolies today. And so the difference here is just that we have 2 potentially big 4 affiliates in each of these markets that would be incrementally helpful because there's just more operation there to deal with.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

Harry, you just said you expect the deal to close by the second half of 2026, by the end of 2Q. That's coming up in just a matter of months. So I want to take this opportunity to ask how you're thinking about capital allocation post close. And in particular, how do you think about balancing the priorities between delevering the balance sheet versus being opportunistic if and when the ownership rules are rolled back?

**Perry Sook**

*Founder, Chairman & CEO*

Well, I think that we have been pretty public about our opening leverage pro forma for the transaction being roughly 4x. We are currently today at the lowest leverage point in our company's 30-year history. So levering up to 4x, I remember when we used to want to lever down to 4x within 24 months after closing the acquisition. So different time, different world. But again, that speaks to the strength of our balance sheet that we can make a $6-plus billion acquisition without any equity and lever up to 4x the trailing LQA EBITDA.

And so as we look forward, there are other -- those 2 processes I spoke about at the beginning of our conversation are still available, right? They're kind of back in the queue. And so there are opportunities there. But I think it's going to be governed a lot by our leverage. If we delever by 0.5 turn, I mean, that creates an incremental $1 billion plus borrowing capacity just on our balance sheet to still remain below 4x before we lever the acquisition target. So there's opportunity out there, but it's got to be an accretive deal. It's got to be an actionable transaction. There's got to be industrial logic and it's got to be, as I said, substantially accretive to our shareholders over buying back stock. So our filters don't change.

It's just -- obviously, we see -- because this administration has been so pro deregulation, we wouldn't be attempting the TEGNA transaction in the previous administration. It is President Trump and Chairman Carr and our Attorney General that are supportive of moving forward to develop a strong local anecdote to big tech incursion into our businesses and our daily lives here. The bigger we get, the more level the playing field is on a local market basis of trying to compete against them and maintain local journalism, which is really what we're all about.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

Pivoting to the core business. We've been seeing the pace of pay TV subscriber declines moderate over the past year or 2. And it seems like that's beginning to have a positive impact on your business. What do you think is driving that improvement in sub trends? And what are the implications for your distribution revenue?

**Lee Gliha**

*Executive VP & CFO*

Yes. So we're really happy to start to see some positive momentum in the reduction of the rate of decline in the pay TV universe. We think this is really due to a variety of different things. Number one, we did some work with a consulting firm, Altman Solon a number of years ago, where we really just looked at what percentage of the pay TV subscribers really had no interest in news or sports, which are the 2 main components of broadcast television. And those folks that are not interested in those categories are mostly out of the ecosystem at this point. So the rate of further attrition doesn't really need to continue to increase given that those folks are gone. So that's point number one.

Point number two is we've seen companies like Charter do great things in terms of making their packages more beneficial to the consumers. Charter went around and rebundled all of these direct-to-consumer services into their core package and are providing the consumers with a much better benefit for the cost that they're charging them. And so as a result, you saw Charter actually sequentially from Q3 to Q4 show growth in number of subs. And the rate of that sort of improvement has been great. I went back in time and I graphed over the rate of decline has been a long sort of rate of decline, but now the recovery seems to be happening pretty quickly. And so that's going to be very positive for us.

We've also seen the advent of some skinny bundles out there that are really focused on broadcast and news in which Nexstar is a core component of those offerings. And so all of those things together, we think should have a positive impact on the rate of pay TV attrition going forward, and that will be positive for our stability of our top line distribution revenue.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

You just completed a major round of distributor renewals for 60% of your base. And you have another 30% renewing later this year. Talk about your pricing power in these renewals? And in particular, what are the factors that allow you to capture price increases to offset subscriber declines?

**Perry Sook**
*Founder, Chairman & CEO*

Well, first and foremost, these are all market-based negotiations and 2 parties have to agree on a deal or there is no deal. So we've always been a leader in generating distribution revenue from our portfolio. We began to generate revenue from CW and MyNetwork stations, I think, before they were in the main. And so we're always looking for opportunities to advantage our company and improve our offering to the consumer, whether it's through diginets, fast channels or additional adjunct to the pay TV ecosystem.

So and again, I have been involved in those negotiations either directly or now through a kind of a supervisory role. And I think the CEO's impact has some value there. I'd like to think I have. I mean we've been able to generate sustained growth in distribution revenue and have been able to outrun the rate of attrition even when it was at its worth and show net retrans growth.

And I think we're still in a position to do that. So one of the areas -- one of the happy byproducts of the CW acquisition is we were able to convert a number of stations that were either independents or of some other de novo affiliation to CW affiliates in our portfolio that generated substantial distribution revenue increases by having them stations under our contracts and having them become affiliated with the CW. We don't count any of that against the CW road to profitability, but it's been a substantial double-digit millions increase to our revenue base for those stations.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

You recently guided to low single-digit distribution revenue growth and mid-single-digit net retrans growth for the year. That implies net retrans margins are expanding. What are you seeing across the reverse compensation landscape? And what does that mean for net retrans over time?

**Perry Sook**
*Founder, Chairman & CEO*

Well, I think that when we sit down with our Big 4 network brethren, one of the first conversations in the distribution renewal for affiliations is I pay you for the product, the programming, and I also pay you for exclusivity or have historically the fact that this programming is less and less exclusive in my geographies, it's worth less to me. So once the bid and the ask are established, we can actually sit and have a negotiation at that point. But I think you're seeing for us, and again, by virtue of those CW affiliations moving into the Nexstar umbrella and Nexstar Tent, you're seeing us continue to grow distribution revenue. I think you'll continue to see downward pressure on that expense line in our P&L and as a product that the margin will continue to incrementally grow better for us.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

Switching to advertising. You posted healthy growth in nonpolitical advertising in the fourth quarter, and you guided to flattish growth in 1Q. Can you give us some more color on the trends you're seeing across your advertising business?

**Lee Gliha**
*Executive VP & CFO*

Yes. So fourth quarter, just to remind people, was also positively impacted by the lack of crowd out. So in political years, in the third and fourth quarter, mostly the fourth quarter, there's a negative impact on our sort of traditional nonpolitical advertising revenue because we're just allocating so much to -- of our inventory to political. But what we saw kind of in the back half of the quarter really was more later buys than what we had typically seen, and we've seen some large advertisers kind of come back in the market that we weren't expecting.

And we really saw kind of across the board, positive momentum across all of our different advertising categories. In the first quarter, we anticipate flattish in terms of the overall growth or lack thereof in the first quarter, which we still think is a positive signal. We haven't really had anything major be outliers with respect to categories. We've got -- auto is doing -- is less of a negative impact, and we've been really working hard to develop our digital solutions for the auto category, which have offset some of the pressure on the TV side of the business. So we're feeling like there's not really kind of any major standout positive or negative with respect to categories, but we're feeling that the market is just fine in the first quarter.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

We obviously have a midterm election coming up later this year. That should be a big tailwind as usual. Can you remind us what you're expecting for this election cycle and what share you think Nexstar can capture from within the overall pool?

**Lee Gliha**

*Executive VP & CFO*

Yes. So our political expectation for the year is that we will do like a low double-digit percentage of whatever is ultimately spent on broadcast television. We can -- we have -- because our portfolio is so broad, we generally are in 80% to 90% of the contested election markets. You pretty much can be sure that we'll collect a decent percentage of the political advertising because no matter where there's going to be a contested election, we're usually there. And so in the past few election cycles, as I mentioned earlier, we've generated about $0.5 billion of incremental revenue. And so we'll -- what we end up doing this year will be dependent on what actually gets spent in broadcast.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

You mentioned digital a minute ago. That business grew high single digits in 2025. And you said you expect digital advertising to surpass your national business this year. Can you provide some more detail on your digital strategy and the factors driving growth in that business?

**Lee Gliha**

*Executive VP & CFO*

Yes. So digital, if you think about it, is really broken down into a couple of different components. We've got our sale of digital inventory that is our O&O inventory. So that will be our websites, our apps, the CW app. It will be the NewsNation app. It will be videos that we are able to monetize on third-party platforms. And then the other component of our digital revenue is selling third-party services. So to the extent that we can utilize our really great sales force to sell additional inventory, we've got an advertiser, we've got a relationship with them. They love the news product, but maybe they want a little more entertainment or they want something else. We can go get that and create it as an audience extension strategy for them.

And that business has been really something we've been leaning into and at the local level has been growing kind of high single, low double-digit rate of growth, which is really kind of benefiting our overall digital breadth. That's a little bit counterbalanced by we've had some reductions at the CW, and that's by design because we've changed the programming there to be more focused on broad-based and sports programming, which is not as attractive in the OTC environment.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

TEGNA has its own digital business, Premion. I know it's early, but I wonder how you see that complementing your platform.

**Lee Gliha**

*Executive VP & CFO*

Yes. So I think what's interesting there is right now, we use a third-party service to access third-party CTV inventory. They obviously own Premion and they have their own DSP, which we think is -- can be competitively advantageous. And so we think by putting our inventory together with TEGNA's inventory in the local market could really help us be more focused on that segment of the business, reduce the ad tax because we've got our own DSP and really drive growth by providing a bespoke service to our customers.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

You recently guided to around $2 billion of EBITDA this year. We talked about some of the revenue drivers, but it sounds like you're working on some initiatives to bring down expenses as well. What are some of the areas of the business you're focusing on? And can you help frame for investors the potential impact from these initiatives?

**Lee Gliha**

*Executive VP & CFO*

Yes. So we are -- every year, we kind of just relook at our budget and lease. I think we're a little bit unique in that we do almost like a bottoms space zero-based budget where we kind of go back and we say, okay, can we be doing things better? What are we doing with spending with these vendors? How can we really kind of rationalize our costs and make sure we're doing the things that are the most efficient for the company.

And so the last couple of years, we've taken a couple of different actions to really try to benefit from the scale that we have and really take advantage of looking at where best practices are. So this year, we're doing a few things like we have some very, very large organizations in our large markets that don't probably need to be as large as they are in order to generate the revenue that they've been able to generate. So we've taken some actions there.

We're doing some additional consolidation of our marketing departments. Do you need to have creative people in every single market? Or can they be in the hub and so these are the types of things that we're realigning the sales compensation a little bit to be more focused on what driving and being compensated on what we are trying to achieve. So there's a variety of different actions there. And we do expect our overall expenses. So if you take -- I'm just -- when I say overall expenses, I just mean everything, direct ops, OpEx, SG&A, corporate, amortization of programming costs to be down, not a huge amount, but low single digits year-over-year in 2026.

**Perry Sook**

*Founder, Chairman & CEO*

We're also using AI in early days to reconcile payments and invoices. We think we can use it to streamline the research function and journalism to bring productivity enhancements, if you will, that ultimately could lead to either a rotation of jobs into either revenue or content creating as opposed to support functions, but also just overall efficiency of transaction friction and things like that.

So early days, we're also trying to develop a tool that will allow a reporter while he or she is creating a story that would say, have you considered this context, this appears to be -- this adjective appears to be biased in one way or the other and just something that could give the reporters more to think about, not to dictate what they write, but to say, is crime up or down in D.C. Well, it depends on what statistics you look at and how you frame the discussion, again, to drive toward that North Star in the company, which is unbiased and objective reporting. And so those are all things that are productivity enhancements that are part of this overall impetus to continue to do things as efficiently as we can while maintaining and improving even the quality of what we do.

**Benjamin Soff**

*Deutsche Bank AG, Research Division*

It's been a few years since you acquired the CW and you've since revamped the network's programming strategy. Live sports now account for almost 50% of the slate. At the same time, you've reduced operating losses in that business pretty meaningfully. Can you reflect on the progress you've made with the CW and talk about how that asset fits into the broader Nexstar portfolio?

**Perry Sook**
*Founder, Chairman & CEO*

Sure. Well, our interest in the CW was -- started with the fact that we were the largest distribution outlet for the CW. At that time, 35% of the U.S. was delivered by Nexstar stations. That number is now 50%. So for us, it was anything that can improve, the CW can improve the fortunes of those stations. And I think that's a fundamental difference. We approach the network is how can it do more for our stations as opposed to a network top-down approach. And so in addition to the distribution value that comes from being a part of the CW and Nexstar, we've given 800 hours of sports to stations that have never had -- been able to compete for sports dollars in their marketplace either locally or nationally.

I think we've got most of the embedded overhead costs through the system. There's some money that was spent early on and prior to our arrival on content to drive app views for the CW that proved to be unprofitable. And we're -- as those agreements unwind, we're kind of letting them go. I think at this point now, it is improving distribution, improving distribution revenue. We're not on in this hotel, for example. It is looking for opportunities to expand our sports portfolio and continue to refresh that product. Selling sports better. I mean we know what the gap analysis is between the number of eyeballs we deliver among all of the networks and the number of dollars we receive on a percentage basis.

And our job is to close that gap and then continue to drive the top line. So most all of the high dollar program expense is through the system. We're in the last year of a legacy agreement. And what we're finding is the things that perform very well for the CW for us in terms of building a linear and digital audience are obviously sports on the linear side. And the game shows. We are doing trivial pursuit and Scrabble, and Scrabble is now hosted by Craig Ferguson, who used to host the late show on CBS and his hosting ability as well as his name recognition has helped us to grow that game show now to 0.5 million viewers every time it's on. And it didn't hurt the fact that coming out of an ACC football -- I'm sorry, a NASCAR race, we aired an episode of that as the prime time show started our night that night. So that flywheel is beginning to work to our benefit.

So the game shows, our police shows, obviously, wrestling works very well on Tuesday night. And so just building those green shoots that we can continue to build on. And so the bar is higher now. It used to be -- 300,000 was a good night for the CW in terms of total viewers. Now anything less than 0.5 million is kind of a disappointment for us internally. And so we need to continue to raise that bar because there are nights that we beat the big 4 networks or one of the big 4 networks in an hour and I think all of last year, that happened a few times. It's happened in 2025, like maybe 5 dozen times. And so our job is to make sure that's a much more regular occurrence. And that's just trying to grow our audience in a mature environment. And with both NewsNation and the CW, we've been able to architect a story of growth in a very mature operating environment. So we're kind of a positive outlier to that effect.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

Speaking of NewsNation, in recent years, you've achieved wider distribution and healthy growth. Can you talk through some of the recent wins for this business and your vision for NewsNation going forward?

**Perry Sook**
*Founder, Chairman & CEO*

Sure. We just recently, in February, expanded our live programming to 18 hours a day, Monday through Friday. So we're only in repeats overnight like every other cable network is, and we cume those talk show numbers, and that's what we sell into the advertising marketplace. Same story there. If you look at February over February, we're up 40% in total viewership and in the 25 to 54 demographic. And we keep track of the number of times that we beat one of the legacy cable news networks. And again, I think in 2024, that happened maybe 30 or 40 times. In 2025, that happened over 240 times. And so it's, again, green shoots showing our opportunity to continue to break through.

I think it's our objective reporting, our unbiased reporting, the fact that we're live in news on the weekends when some of our more mature legacy competitors are in taped programming. So when things have happened on the weekends, we've been there live, and we're seeing that people are turning to us now for breaking news. And our audience grew during the State of the Union. They didn't abandon us for a legacy cable news network. So again, our job there is to continue to grow that audience. If I can do -- put stack 40% on 40% for a few years, and now we're rivaling some of the networks that have a 25- to 50-year head start on us with building an audience with viewers. So we're very pleased. I'd say I've made a career being often pleased but never satisfied. And that's the same for NewsNation. But I will tell you that we are very pleased at the growth that we're seeing recently, and our job is to make sure that streak continues.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

It sounds like the NFL negotiating window could be opening up later this year. And given how important that programming is to the broadcast ecosystem, I wanted to ask if you had any thoughts or predictions on how that might shake out.

**Perry Sook**
*Founder, Chairman & CEO*

Well, sure. I think that the NFL is going to get their collective bargaining agreement done, so they know whether they have an 18th game to put into a package or whatever. Having said that, I think that each of the legacy networks has a perfectly good binding contract through 2029 -- [ '29 ] season. And so I think there's no catalyst to tear that up unless there's an incentive to tear that up. And I have been negotiating NFL and what that means to Fox affiliates or Nexstar since the first NFL deal on Fox for the '94 season.

And there's always -- we're paying for this, we want you to help. And affiliates have contributed roughly in totality, 15% of the right speed that the networks paid for the NFL. Collectively, the affiliates have deferred, which kind of tracks what we get about 10% of the inventory in an NFL game. So I don't see any of that changing. And so I think that in an ordinary course negotiation for the NFL, they begin to talk about a new contract 18 to 24 months before the current contract expires, which means for a '29 expiration, they begin to talk about it in 2027. So maybe we're 6 months early to when that would normally start. So I don't know what the outcome will be.

I would predict the outcome would be that the big 4 networks would retain their legacy packages that games could get skimmed out of that, not reducing the total number, but CBS on the 1:00 game on a Sunday could have 7 different games going out to different parts of the country or 5. Maybe now it's 4 because one of those went into an international package that comes on the air at 9:00 or 8:00 on Sunday morning, which is hard for local stations to clear because they're in news or contracted religious programming or something of the other.

But I think the downstream effect is if the costs go up on a step function to the networks that each of them may be looking to rationalize their entire sports portfolio to pay for that, and that could create opportunities for the CW and our local stations. And this happened with NBC during the 2024 Summer Olympics from Paris that they literally had no room for some of their NASCAR telecasts. And so they sublicensed to us on a very attractive basis, 7 races that we were able to use to get NASCAR up and running on the CW. And so whether it's through the linear packages or the digital packages, I think you'll see more opportunities for us to co-venture, perhaps joint venture, perhaps windowing certain assets that creates more original supply for the CW and our local stations, both of which could be a downstream benefit to Nexstar.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

And to wrap up, I wanted to ask about ATSC 3.0. It represents one of the more exciting levers for longer-term growth for your business. Can you talk about the progress you've made with ATSC to date and how you think about the path towards commercializing that opportunity?

**Perry Sook**
*Founder, Chairman & CEO*

Well, we are receiving money for commercialization of our spectrum right now. We're part of a 4-company consortia called EdgeBeam Wireless. We have a very good CEO of that business that is based in Boston, and we're receiving money now for commercial uses of our spectrum, high-speed data transmission. And it's not life changing. I wouldn't buy everybody in this room lunch at this point, but it's -- money begin to flow. And there are any number of proofs of concept out there, whether it's lower-cost 5G network replacements or location-based, whether it's precision agriculture or fleet management using our GPS to auto correct a terrestrial GPS system, connected car entertainment and navigation.

And so there are any number of those kinds of applications. And I think as the FCC moves toward first eliminating the simulcast requirement, which we're there on that, I think, eliminating ultimately the 1.0 carriage requirement, which would then cause the set manufacturers to have to design the 3.0. I think right now, Sony is the only set manufacturer that puts 3.0 tuners in every one of their sets. It could help bring the consumer market along. But quite honestly, the monetization opportunity is in B2B and not necessarily B2C. I think we could provide as an industry, a backup GPS system for the United States. And we're the largest industrial and maybe even the only industrialized country in the world that does not have a backup GPS system.

Now most other countries have 2 satellites in the air, one primary, one backup that could both be taken out by the same dirty bomb. If we were providing a terrestrial-based system, it's, we think, superior, and we've done a lot of work on, GPS is all about timing. And so we have our own atomic clock, and we're in sync with NIST, which is in Colorado with one of our full power stations. That's a translator to our Denver stations that we're using to and we've shown that our performance is -- far exceeds the standards for GPS.

So this is a viable alternative, a national benefit, the President and the Department of Transportation, I think even DoD have all weighed in saying a backup GPS system is the national benefit for the country. It's now just campaigning to get our technology and our system approved and that not only would we be paid for it like the current GPS system is paid for, but we would provide a national benefit, a public interest benefit by using our spectrum assets, which I think is obviously in the country's best interest.

**Benjamin Soff**
*Deutsche Bank AG, Research Division*

That seems like a pretty good place to wrap it. Thanks, guys.

**Perry Sook**
*Founder, Chairman & CEO*

Thank you for having us. Appreciate it.

**Lee Gliha**
*Executive VP & CFO*

Appreciate it.

Read more current NXST analysis and news

View all earnings call transcripts

## Comments

Sort by Newest

If you type a company or ETF ticker symbol in capital letters we will automatically link to the symbol page. You can remove the link by deleting the $ in the comment.