# EXHIBIT 6

# RTDNA announces 2025 Region 2 Edward R. Murrow Award winners

May 13, 2025
Awards (/news/awards)




Today, the Radio Television Digital News Association announced Region 2 winners of the Edward R. Murrow Awards. Region 2 comprises California, Hawaii, Nevada and Guam.

Regional winners automatically advance to the national competition, winners of which will be announced in August.

Congratulations to this year's winners! Learn how to promote your win here. (https://www.rtdna.org/edward-r-murrow-awards-promotion-guidelines)

## Region 2 Murrow Award Winners

Television | Large Market
Television | Small Market

Radio | Large Market
Radio | Small Market

## Television | Large Market

### Breaking News Coverage

Two students hurt in school shooting (https://youtu.be/BYaO8VCvj30)
KCRA 3 News
Sacramento, CA

### Continuing Coverage

Powerless in Prison: The shutdown of FCI Dublin (https://www.ktvu.com/news/powerless-in-prison-the-shutdown-of-fci-dublin)
KTVU Channel 2
Oakland, CA

### Digital

ABC7 NEWS | Serving the Bay Area on All Platforms (https://abc7news.com/bayarea2050/)
ABC7 KGO-TV
San Francisco, CA

### Excellence in Diversity, Equity, and Inclusion

Racial profiling on the Las Vegas Strip (https://youtu.be/Ws2g0mJmZCg)
KLAS-TV
Las Vegas, NV

## Excellence in Video

The Woman Behind Rio (https://www.youtube.com/watch?v=ArsZo3iVL-k)
KCRA 3 News
Sacramento, CA

## Excellence in Writing

WORDS & PICTURES: Bit By The Blues Bug (https://vimeo.com/1056519957)
KPIX 5
San Francisco, CA

## Feature Reporting

'You now know more than Zach' (https://www.cbsnews.com/sacramento/video/from-just-say-no-to-just-say-know-what-happened-when-we-put-fentanyl-test-strips-to-the-test/)
CBS News California Investigates
Sacramento, CA

## Hard News

Oakland Crime Stoppers stiffs tipster (https://www.youtube.com/watch?v=HOpg8UeUz7Q)
NBC Bay Area
San Jose, CA

## Investigative Reporting

The Nurse Whistleblower (https://youtu.be/hE8uC6S893Q)
NBC Bay Area
San Jose, CA

## News Documentary

ABC7 ORIGINALS | Unthinkable (https://youtu.be/GivHqG8d9xo)
ABC7 KGO-TV
San Francisco, CA

## News Series

CALIFORNIA'S FENTANYL FIGHT: Politicians v. Parents (https://www.cbsnews.com/sacramento/californias-fentanyl-fight-politicians-versus-parents/)
CBS News California Investigates and CalMatters
Sacramento, CA

## Newscast

Eyewitness News at 5p 5/1/24 (https://youtu.be/FyEti7n0fAI)
KABC-TV
Los Angeles, CA

## Sports Reporting

A (Not So) fond farewell to the Oakland A's (https://youtu.be/LGwBcdyp3zo)
ABC7 KGO-TV
San Francisco, CA

## Overall Excellence

ABC7 NEWS | Serving the Bay Area (https://youtu.be/7fcweYs_7kA)
ABC7 KGO-TV
San Francisco, CA

## Television | Small Market (https://youtu.be/92mgcx4Ctfg)

### Breaking News Coverage

Zack Scrivner Investigation (https://youtu.be/HYPCe42r4GI)
KGET - 17 News
Bakersfield, CA

### Continuing Coverage

Small Town's Secrets (https://www.dropbox.com/scl/fi/ci16qoajng5e635d18uwk/Small-Town-s-Secrets-Murrow-entry.mov?rlkey=ltxzr0p428ql53hr5d7yarrem&e=1&st=xpwn3538&dl=0)
KRNV TV
Reno, NV

### Excellence in Diversity, Equity, and Inclusion

Identity in Local Politics (https://youtu.be/XZMGQTonk4w)
KGET - 17 News
Bakersfield, CA

### Excellence in Video

Manta ray tours thrills and debate (https://www.youtube.com/watch?v=qux_PIWgV-A)
Hawaii News Now
Honolulu, HI

### Excellence in Writing

Buckshot May (https://youtu.be/ebQq2SZdDg0)
KGET - 17 News
Bakersfield, CA

### Feature Reporting

Explant: Breast Implant Illness (https://youtu.be/I4bA0rwKKgc)
KGET - 17 News
Bakersfield, CA

### Hard News

One year after the Maui wildfires: Stories of survival, rebuilding, and the Aloha Spirit (https://www.youtube.com/watch?v=jH-XinoXEFU)
KITV4 Island News
Honolulu, HI

### Investigative Reporting

HNN Investigates: Reports of mishandled remains (https://www.youtube.com/watch?v=khFMxrcFpMw)
Hawaii News Now
Honolulu, HI

### News Documentary

Maui Wildfire Disaster: One Year Later (https://www.youtube.com/watch?v=nD72dz717ko)
Hawaii News Now
Honolulu, HI

## News Series

Journey to China: Hawaii's Connection (https://www.youtube.com/watch?v=UjPK29gbc44)
Hawaii News Now
Honolulu, HI

## Newscast

17 News at Sunrise: Live from the Borel Fire (https://youtu.be/i4NFXfCen-U)
KGET - 17 News
Bakersfield, CA

## Podcast

The Other Side of Paradise: Sober drivers taken to jail for DUI (https://youtu.be/bJ2Ze_aRwPU)
Hawaii News Now
Honolulu, HI

## Sports Reporting

Buckshot May (https://youtu.be/ebQq2SZdDg0)
KGET - 17 News
Bakersfield, CA

## Overall Excellence

KGET in 2024 (https://youtu.be/2xBk2Rynw6s)
KGET - 17 News
Bakersfield, CA

# Radio | Large Market

## Breaking News Coverage

Fire in the Oakland Hills, again (https://on.soundcloud.com/Qsb3UU79768JsqHSA)
KCBS Radio
San Francisco, CA

## Continuing Coverage

The Last Days of the Oakland A's (https://omny.fm/shows/kqed-segmented-audio/murrow-entry-the-last-days-of-the-oakland-as)
KQED
San Francisco, CA

## Digital

KPBS Voter Hub (https://www.kpbs.org/voterhub)
KPBS Public Media
San Diego, CA

## Excellence in Diversity, Equity, and Inclusion

Hebah Hefzy becomes 1st hijabi runner to finish world's oldest 100-mile ultramarathon (https://www.kqed.org/news/11992681/hebah-hefzy-becomes-first-hijabi-runner-to-finish-worlds-oldest-100-mile-ultramarathon)
KQED

San Francisco, CA

## Excellence in Innovation

'The Latest from KQED' gives podcast listeners a local news experience (https://open.spotify.com/show/5KIIXMgM9GTi5AepwOYvIZ)
KQED
San Francisco, CA

## Excellence in Sound

Back in Time! To the Renaissance Faire! (https://drive.google.com/file/d/1bWW-DQQEq-bmaIOtvm3zBSMiB50GVxvM/view?usp=sharing)
KNX
Los Angeles, CA

## Feature Reporting

Bay Area's 'fix-it' culture thrives amid state's forthcoming Right-to-Repair law (https://www.kqed.org/news/11976367/bay-areas-fix-it-culture-thrives-as-right-to-repair-law-takes-effect-soon)
KQED
San Francisco, CA

## Hard News

SF crackdown on illegal drugs has implications for immigration (https://omny.fm/shows/kqed-segmented-audio/hendricks-sf-fentanyl-sanctuary)
KQED
San Francisco, CA

## Investigative Reporting

Deadly restraint: Despite decades of warnings, police continue holding people facedown (https://www.kqed.org/news/11977145/despite-decades-of-warnings-people-are-still-dying-after-police-hold-them-face-down)
The California Newsroom, The California Reporting Project, CapRadio, KQED, and The Guardian US
San Francisco, CA

## News Documentary

The railroad's surprising impact on food and civil rights in California (https://www.kqed.org/news/12019051/all-aboard-how-railroad-cars-and-workers-shaped-race-relations-and-agriculture-in-california)
KQED and Food & Environment Reporting Network
San Francisco, CA

## News Series

Suicide: Stigma/Shame (https://soundcloud.com/debramark-786360569/suicide-news-series-2025-kfi?si=296c8c3a79ef417da983fbb9679ce2c5&utm_source=clipboard&utm_medium=text&utm_campaign=social_sharing)
KFI-AM 640
Los Angeles, CA

## Newscast

KCBS Radio 3 p.m. Newscast (https://on.soundcloud.com/x1Fm9jMP93LUmpx88)
KCBS Radio
San Francsico, CA

## Podcast

How Wild (https://on.soundcloud.com/d4CjPqPPU4bjjDtp7)
KALW Public Media
San Francsico, CA

### Overall Excellence

KNX News 97.1 FM (https://drive.google.com/file/d/1H5RiO6mnfn-FPaiRgTqXbFdQ9XER4_FS/view?usp=sharing)
KNX
Los Angeles, CA

## Radio | Small Market

### Breaking News Coverage

Inferno! More than 180 homes destroyed by wind-whipped Ventura County wildfire (https://www.kclu.org/2025-02-10/inferno-more-than-180-homes-destroyed-by-wind-whipped-ventura-county-wildfire)
KCLU AM/FM
Thousand Oaks, CA

### Continuing Coverage

Ventura County firestorm destroys or damages more than 370 structures (https://www.kclu.org/2025-02-10/ventura-county-firestorm-370-structures-destroyed-or-damaged)
KCLU AM/FM
Thousand Oaks, CA

### Digital

Hospitales de Texas preguntan sobre estado migratorio de pacientes (https://m.soundcloud.com/radiobilingue/hospitales-de-texas-preguntan-sobre-estado-migratorio-de-pacientes)
Radio Bilingüe
Fresno, CA

### Excellence in Diversity, Equity, and Inclusion

(https://cpa.ds.npr.org/s87/audio/2023/05/053123-american-idol.mp3)America's first all-female mariachi group brings the rich cultural heritage of Latin America to Santa Barbara County (https://www.kclu.org/local-news/2024-01-19/americas-first-all-female-mariachi-group-bring-the-rich-cultural-heritage-of-latin-america-to-santa-barbara-county)
KCLU AM/FM
Thousand Oaks, CA

### Excellence in Sound

Why Superman singer took a risky journey to Kyiv to film with the Ukrainian National Orchestra (https://www.kclu.org/local-news/2024-04-23/why-superman-singer-took-a-risky-journey-to-kyiv-to-film-with-ukrainian-national-orchestra)
KCLU AM/FM
Thousand Oaks, CA

### Excellence in Writing

These youngsters discovered the first evidence that giant Ice Age sloths roamed Santa Cruz (https://www.kazu.org/kazu-news/2024-03-22/these-youngsters-discovered-the-first-evidence-that-giant-ice-age-sloths-roamed-santa-cruz)
90.3 KAZU
Santa Cruz, CA

### Feature Reporting

KUNR reporter races on camelback, continuing a journalistic tradition in Virginia City (https://www.kunr.org/2024-09-09/kunr-reporter-races-camelback-virginia-city)
KUNR Public Radio
Reno, NV

### Hard News

Leaked documents reveal political organizer's membership in secretive right-wing group (https://www.kunr.org/politics-and-policy/2024-11-04/political-organizer-secretive-right-wing-group)
KUNR Public Radio
Reno, NV

## News Series

Hawaii Wildfire Vulnerability (https://cpa.ds.npr.org/s87/audio/2025/02/murrows2025-hprwildfirevulnerability.mp3)
Hawaii Public Radio
Honolulu, HI

## Sports Reporting

Molokai channel races reflect cultural traditions and family ties to paddling (https://cpa.ds.npr.org/s87/audio/2024/10/101124molokaihoe.mp3)
Hawaii Public Radio
Honolulu, HI

RTDNA World Tour OUR PARTNERS CNN Newsource KNIGHT FOUNDATION FOX
(https://www.rtdna.org/worldtour)

## Contact

The National Press Building, 529 14th Street, NW
Suite 1240
Washington, DC 20045

202.221.4282

(https://www.facebook.com/RadioTelevisionDigitalNewsAssociation) (https://twitter.com/RTDNA) (https://www.linkedin.com/company/rtdna/)

(https://www.instagram.com/rtdna.news/) (/contact-us)

## About RTDNA

The Radio Television Digital News Association (RTDNA) is the world's largest professional organization devoted exclusively to broadcast and digital journalism. Founded as a grassroots organization in 1946, RTDNA's mission is to promote and protect responsible journalism.

## Quick Links

Join RTDNA (/membership-information)Create an RTDNA Account (/create-account)Log In to Your Account (/member-compass) (https://www.rtdna.org/create-account) Give to the Foundation (/give)

Volunteer Portal (HTTPS://AUTH.ONBOARDMEETINGS.COM/HOME/INDEX?RETURN OIDC%26RESPONSE_TYPE%3DCODE%26SCOPE%3DOFFLINE_ACCESS%2520OPENID%2520PROFILE%2520APPSERVICES%2520CC

Association Management Software (http://www.noviams.com)

Copyright © 2026 - Radio Television Digital News Association. **Legal (/legal)**