

# United States District Court
# Eastern District of California

In re: Nexstar-TEGNA Merger Litigation

Plaintiff(s)

Case Number: 2:26-cv-00976-TLN-CKD

V.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Victoria Field                               hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
The State of California

On _____ 10/23/2024 _____ (date), I was admitted to practice and presently in good standing in the
_____ State of Connecticut _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 04/02/2026 _____          Signature of Applicant: /s/ Victoria Field

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Victoria Field |
| Law Firm Name: | Simonsen Sussman LLP |
| Address: | 307 West 38th Street |
| | 16th Floor |
| City: | New York |
| State: | NY |
| Zip: | 10018 |
| Phone Number w/Area Code: | (860) 329-8248 |
| City and State of Residence: | Manchester, CT |
| Primary E-mail Address: | victoria.field@simonsensussman.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brian Wang |
| Law Firm Name: | Office of the Attorney General of the State of California |
| Address: | 455 Golden Gate Ave., Ste. 11000 |
| City: | San Francisco |
| State: | CA |
| Zip: | 91402 |
| Phone Number w/Area Code: | (415) 510-4400 |
| Bar # | 284490 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 6, 2026

_____
JUDGE, U.S. DISTRICT COURT