UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In re. Nexstar-TEGNA Merger Litigation. | Case No.  2:26-cv-00976-TLN-CKD<br><br>**ORDER REGARDING PLAINTIFF DIRECTV, LLC'S REQUEST TO SEAL DOCUMENTS** |

Before the Court is Plaintiff DIRECTV, LLC's ("DIRECTV") Request to Seal Documents, filed in connection with its Reply in Support of Preliminary Injunction ("Reply").

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the redacted portions of the following documents shall remain under seal until further order of this Court.

| Document | Portion(s) to Seal |
|---|---|
| Declaration of Robert D. Thun in Support of DIRECTV's Motion for Preliminary Injunction | Highlighted portions of: Pages 2–4 |
| Exhibit 12 to the Declaration of Xiaonan April Hu | Entirety |
| Exhibit 15 to the Declaration of Xiaonan April Hu in Support of DIRECTV's Motion for Preliminary Injunction. | Highlighted portions of: Pages 2–3, 6–7, 14–26, and 43–45 |
| Exhibit 19 to the Declaration of Xiaonan April Hu in Support of DIRECTV's Motion for Preliminary Injunction | Highlighted portions of: Pages 10–15 |
| Plaintiff DIRECTV's Reply in Support of Preliminary Injunction | Highlighted portions of: Pages Page 6 |

**IT IS SO ORDERED.**

DATED: April 6, 2026

_____
Troy L. Nunley
Chief United States District Judge