Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
    BLui@mofo.com
    RManoso@mofo.com
    ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
    DDurie@mofo.com
    ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**COMPLIANCE REPORT OF NEXSTAR MEDIA GROUP, INC.**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

COMPLIANCE REPORT OF NEXSTAR
MEDIA GROUP, INC.

## COMPLIANCE REPORT OF
## NEXSTAR MEDIA GROUP, INC.

Pursuant to the Court's Temporary Restraining Order issued on March 27, 2026 ("Order"), ECF No. 60, Nexstar Media Group, Inc. ("Nexstar") submits its status report regarding its efforts to comply with the Order.  As detailed in Defendants' Notice and Proposals Seeking Compliance Guidance Under The Temporary Restraining Order, filed March 31, 2026, ECF No. 63, which Defendants expressly incorporate herein, the Order creates immediate operational harm to TEGNA and Nexstar, regulatory conflicts, and a governance vacuum.  Nevertheless, Nexstar has endeavored in good faith to comply with the Order.  These efforts are detailed in Section I below.

## I.    COMPLIANCE ACTIVITIES

As discussed in the Declaration of Elizabeth Ryder attached to this Compliance Report as Exhibit A, Nexstar has taken the following steps to comply with the Order:

1. █████████████████████████████████████████████████████████████████

2. ███████████████████████████████████████████

3. ███████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████  Subject to any narrowing modifications of the Order by the Court, █

████████████████████████████████████████████████████

███████████████████████████████████████████████



4. ███████████████████████████████████████

███████████████████████████████████████████

5. ██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

6. ██████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

7. Once Nexstar received the Court's Order, ██████████████████

███████████████████████████████████████████

███████████████████████████████████

2          COMPLIANCE REPORT OF NEXSTAR
           MEDIA GROUP, INC.

8. ████████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████

9. If the Court approves Nexstar's modification request[1] relating to its debt instruments, SEC reporting requirements, requirements relating to public statements such as the provision of investor guidance, refinancing obligations, debt service, and repayment, ████████

██████████████████████████████████████████████████

████████████████████████████████████

10. ██████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████ to the extent permitted by the terms and conditions of the FCC's Equity/Debt Plus rule (47 C.F.R. § 73.3555, note 2(i)) (to the extent that this rule is applicable).

11. If the Court approves Nexstar's modification request relating to financial management activities, ██████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

---

[1] Nexstar's requests for modification and/or clarification of the Temporary Restraining Order are contained in its Notice and Proposals Seeking Compliance Guidance Under The Temporary Restraining Order, filed March 31, 2026.  ECF No. 63.

3                    COMPLIANCE REPORT OF NEXSTAR
                     MEDIA GROUP, INC.

████████████████████████████████████████

████████████████████████████

12.   ████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████

## II.   COMPLIANCE ISSUES AND PROPOSED SOLUTIONS

On March 31, 2026, Nexstar filed its Proposals Seeking Compliance Guidance.  Nexstar's Proposals Seeking Compliance Guidance and the materials submitted in support of that filing are incorporated by reference.

## III.   INDIVIDUAL RESPONSIBLE FOR COMPLIANCE

Elizabeth Ryder, Special Counsel for Nexstar, is the Nexstar employee responsible for ensuring compliance with the Order.

COMPLIANCE REPORT OF NEXSTAR
                                                        MEDIA GROUP, INC.

Dated:  April 6, 2026

Respectfully submitted,

By: */s/ Alexander P. Okuliar*
Alexander P. Okuliar (*pro hac vice*)
Eliot A. Adelson (CA Bar No. 205284)
Bradley S. Lui (CA Bar No. 143088)
Daralyn Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
Nicole K. Serfoss (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Henry Huttinger (CA Bar No. 312843)
Alexa DiCunzolo (*pro hac vice*)

MORRISON & FOERSTER LLP
Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

5          COMPLIANCE REPORT OF NEXSTAR
           MEDIA GROUP, INC.