Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
    BLui@mofo.com
    RManoso@mofo.com
    ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
    DDurie@mofo.com
    ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
|---|---|
| | **DECLARATION OF ELIZABETH RYDER IN SUPPORT OF COMPLIANCE REPORT** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |

## DECLARATION OF ELIZABETH RYDER
## IN SUPPORT OF COMPLIANCE REPORT

I, Elizabeth Ryder, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed by Nexstar Media Group, Inc. ("Nexstar") and hold the position of Special Counsel.

2. I have personal knowledge of the facts below, and if called as a witness, I could and would testify competently to them under oath.



3. 

4. 

5. 

Subject to any narrowing modifications of the Order by the Court,

6.

7.

8.

9. Once Nexstar received the Court's Order,

10.

DECLARATION OF ELIZABETH
RYDER ISO COMPLIANCE REPORT

11.     If the Court approves Nexstar's modification request[1] relating to its debt instruments, SEC reporting requirements, requirements relating to public statements such as the provision of investor guidance, refinancing obligations, debt service, and repayment, ███████████

████████████████████████████████████████████████████████

██████████████████████████████████████

12.     ████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████

13.     If the Court approves Nexstar's modification request relating to financial management activities, ███████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

14.     ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

[1] Nexstar's requests for modification and/or clarification of the Temporary Restraining Order are contained in its Notice and Proposals Seeking Compliance Guidance Under The Temporary Restraining Order, filed March 31, 2026.  ECF No. 63.

DECLARATION OF ELIZABETH
RYDER ISO COMPLIANCE REPORT

DECLARATION OF ELIZABETH
RYDER ISO COMPLIANCE REPORT

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of April, 2026 at Anahola, Hawaii.

By: <span>Signed by:</span> *Elizabeth Ryder*
75C426EEEC0A4E8...

Elizabeth Ryder

DECLARATION OF ELIZABETH RYDER ISO COMPLIANCE REPORT