Glenn D. Pomerantz (State Bar No. 112503)
  glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
  kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
  justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Olivier N. Antoine (*pro hac vice*)
  oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page 2*

Rob Bonta
  ATTORNEY GENERAL OF CALIFORNIA
Paula Blizzard (State Bar No. 207920)
  SENIOR ASSISTANT ATTORNEY
  GENERAL
Laura Antonini (State Bar No. 271658)
Paul Chander (State Bar No. 305133)
Elizabeth Cheever (State Bar No. 341421)
Emily Curran (State Bar No. 293065)
Komal K. Patel (State Bar No. 342765)
Connie P. Sung (State Bar No. 304242)
Brian Wang (State Bar No. 284490)
  DEPUTY ATTORNEYS GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone:  (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff, The State of California*

*Attorney Information for The State of California and Additional Plaintiffs Continued on Page 2*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' PROPOSED ORDER (DKT. 122)** |
| --- | --- |

-1-

RESPONSE TO DEFENDANTS' PROPOSED ORDER

Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
    carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
    brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

M. Sean Royall (*pro hac vice*)
    sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
    eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

Laura Harris (*pro hac vice*)
    lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
    jhazan@kslaw.com
Sean Murray (*pro hac vice*)
    smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)

-2-

aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

Shaoul Sussman (*pro hac vice*)
   shaoul@simonsensussman.com
Nico Gurian (*pro hac vice forthcoming*)
   nico.gurian@simonsensussman.com
Victoria M. O. Field (*pro hac vice forthcoming*)
   victoria.field@simonsensussman.com
Paul M. Goodrich (*pro hac vice*)
   paul.goodrich@simonsensussman.com
SIMONSEN SUSSMAN LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone:  (646) 693-3929

Catherine S. Simonsen (State Bar No. 307325)
   catherine@simonsensussman.com
Thomas G. Mattes (State Bar No. 355010)
   thomas.mattes@simonsensussman.com
SIMONSEN SUSSMAN LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196

Nicolas A. Stebinger (*pro hac vice*)
   nicolas@simonsensussman.com
Victoria R. Sims (*pro hac vice forthcoming*)
   victoria.sims@simonsensussman.com
Simonsen Sussman LLP
1629 K St. NW, Suite 300

*Attorneys for Plaintiff State of California*

Phillip J. Weisner
   ATTORNEY GENERAL OF COLORADO
Bryn A. Williams (State Bar No. 301699)

RESPONSE TO DEFENDANTS' PROPOSED ORDER

FIRST ASSISTANT ATTORNEY GENERAL
Jonathan B. Sallet (*pro hac vice*)
  SPECIAL ASSISTANT ATTORNEY GENERAL
Robin Alexander (*pro hac vice*)
Assistant Attorney General
Amy Bowles (*pro hac vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

William Tong
  ATTORNEY GENERAL OF CONNECTICUT
Nicole Demers (*pro hac vice*)
  DEPUTY ASSOCIATE ATTORNEY GENERAL
Julián A. Quiñones Reyes (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*

Kwame Raoul
  ATTORNEY GENERAL OF ILLINOIS
Elizabeth L. Maxeiner (*pro hac vice*)
  CHIEF, ANTITRUST BUREAU
Sarah J. North (*pro hac vice*)
  DEPUTY CHIEF, PUBLIC INTEREST DIVISION
Paul J. Harper (*pro hac vice*)
  SUPERVISING ATTORNEY, ANTITRUST BUREAU
John R. Milligan (*pro hac vice*)
Daniel R. Betancourt (*pro hac vice*)
  ASSISTANT ATTORNEYS GENERAL
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603

RESPONSE TO DEFENDANTS' PROPOSED ORDER

Telephone: (312) 814-1004

E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

Elinor R. Hoffmann (*pro hac vice*)

   CHIEF, ANTITRUST BUREAU

Christopher D'angelo

   CHIEF DEPUTY ATTORNEY GENERAL

   ECONOMIC JUSTICE DIVISION

Amy McFarlane (*pro hac vice)*

   DEPUTY CHIEF, ANTITRUST BUREAU

Morgan Feder (*pro hac vice*)

   ASSISTANT ATTORNEY GENERAL, ANTITRUST BUREAU

   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

28 Liberty Street

New York, NY 10005

Elinor.Hoffmann@ag.ny.gov | (212) 416-8269

Christopher.D'Angelo@ag.ny.gov | (212) 416-6124

Amy.McFarlane@ag.ny.gov | (212) 416-6195

Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

Kunal Choksi (*pro hac vice*)

   SENIOR DEPUTY ATTORNEY GENERAL

Francisco Benzoni (*pro hac vice*)

   SPECIAL DEPUTY ATTORNEY GENERAL

Brian Rabinovitz (*pro hac vice*)

   DIRECTOR OF MAJOR LITIGATION FOR

   CONSUMER PROTECTION

114 W. Edenton Street

Raleigh, NC 27603

Telephone: (919) 716-6000

fbenzoni@ncdoj.gov

brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

Timothy D. Smith (*pro hac vice*)

   ATTORNEY-IN-CHARGE

Ian Van Loh (SBN 280254)

RESPONSE TO DEFENDANTS' PROPOSED ORDER

Alex DeLorenzo (*pro hac vice*)
    SENIOR ASSISTANT ATTORNEYS GENERAL
    ECONOMIC JUSTICE SECTION
Oregon Department of Justice
100 SW Market St, Portland OR 97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov | 503.428.9482

*Attorneys for Plaintiff State of Oregon*

Tyler T. Henry (*pro hac vice*)
    SENIOR ASSISTANT ATTORNEY GENERAL
    ANTITRUST UNIT
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

RESPONSE TO DEFENDANTS' PROPOSED ORDER

Defendants' Proposed Order Modifying the Temporary Restraining Order and Converting Into Preliminary Injunction, ECF No. 122 (April 7, 2026) ("Defendants' Proposal"), misstates the record.  Plaintiffs will be prepared to address the Court's questions about Defendants' Proposal at the hearing today, but provide below just two clarifications to correct the record.

*First*, Plaintiffs expressly offered to stipulate to many of the provisions contained in Defendants' Proposal with minor wording differences.  *See* Olasa Decl. Ex. 2 (Plaintiffs' proposed stipulation), Olasa Decl. Ex. 1 p. 6 (Plaintiffs' offer to stipulate).  Plaintiffs' proposed stipulation reflects the changes Plaintiffs can agree to, responds to the modifications that Defendants initially requested in their Notice and Proposals Seeking Compliance Guidance, ECF No. 63, and reflects the proposals DIRECTV made in its Response to the Notice, ECF No. 97.  As the Court can see, Plaintiffs are willing to agree to many of the clarifications requested by Defendants.  *Compare* Defendants' Proposal *with* Olasa Decl. Ex. 2 (Plaintiffs' proposed stipulation).

Plaintiffs have sought to achieve exactly what the Court ordered—they met and conferred with Defendants "as to the parties' proposed modifications" contained in "Defendants' Notice and Proposals Seeking Compliance Guidance … and DIRECTV's response[.]" *See* ECF No. 108.  And they attempted to reach agreement on a stipulation and proposed order memorializing these modifications.

*Second*, rather than attempt to meet and confer on the modifications that the Court *actually* asked the parties to address, Defendants raised—yesterday afternoon—a host of additional matters that had nothing at all to do with those modifications.  Then, despite Plaintiffs' repeated requests, Defendants did not send a proposal—or otherwise even respond to Plaintiffs—until *11:30 pm yesterday*, less than 12 hours before the Parties were due to report to the Court.  Olasa Decl. Ex. 1 pp. 6–8 (6:32 pm, 9:14 pm, 10:46 pm emails from Plaintiffs).  Defendants' 11:30 pm proposal contained numerous untenable provisions that would entirely defeat the purpose of the hold separate ordered by the Court.  When Plaintiff indicated that they could not agree to these proposals, Defendants rushed to make their filing without working with Plaintiffs on a joint filing to the Court.

//

//

RESPONSE TO DEFENDANTS' PROPOSED ORDER

DATED:  April 7, 2026                    MUNGER, TOLLES & OLSON LLP


                                         By:  */s/ Glenn D. Pomerantz*
                                              GLENN D. POMERANTZ
                                              *Attorneys for Plaintiff DIRECTV, LLC*


DATED:  April 7, 2026                    PLAINTIFF STATES


                                         By:  */s/ Emily Curran*
                                              EMILY CURRAN
                                              *Attorneys for Plaintiff The State of California and*
                                              *on Behalf of All Plaintiff States*

RESPONSE TO DEFENDANTS' PROPOSED ORDER