UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |

**DECLARATION OF KURUVILLA J. OLASA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' PROPOSED ORDER (DKT. 122)**

I, Kuruvilla J. Olasa, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Partner at the law firm Munger, Tolles & Olson LLP, which serves as counsel to Plaintiff DIRECTV, LLC ("DIRECTV") in this action.  I am an attorney admitted to practice in this Court.  I respectfully submit this Declaration in support of Plaintiffs' Response to Defendants' Proposed Order (Dkt. No. 122).

2.      Attached hereto as **Exhibit 1** is a true and correct copy of my correspondence with counsel for Defendants Nexstar Media Group and TEGNA Inc. reflecting the Parties' efforts to meet and confer regarding proposed modifications to the Temporary Restraining Order, Dkt. No. 60, as ordered by the Court, Dkt. No. 108.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a proposed stipulation I sent to Defendants, which was attached to my 10:46 p.m. email reflected in Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 7th day of April, at Sacramento, California.

/s/ Kuruvilla J. Olasa
Kuruvilla J. Olasa

# EXHIBIT 1

| | |
|---|---|
| **From:** | Olasa, Kuruvilla |
| **To:** | DiCunzolo, Alexa Rae; Okuliar, Alexander; Serfoss, Nicole K.; Adelson, Eliot A.; Manoso, Robert W. |
| **Cc:** | Pomerantz, Glenn; Raphael, Justin; Bowen, Robert; Scott, Carson J.; Olivier Antoine; Emily Blackburn; Bryn Williams; Connie Sung; Laura Antonini; Jon Sallet; Emily Curran; Elizabeth maxeiner; Kunal Choksi; Ian VanLoh; Robin Alexander; Feder, Morgan; Amy Bowles |
| **Subject:** | RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD |
| **Date:** | Tuesday, April 7, 2026 10:00:39 AM |
| **Attachments:** | image005.png |
| | image006.png |

Alexa,

DIRECTV objects to Nexstar's unilateral filing and reserves the right to respond at or before the hearing and to inform the Court of the sequence of events that lead to this unilateral filing.  As reflected in the email thread below, despite repeated (ignored) requests, Nexstar failed to send us anything until 11:30 pm last night.  This whole exercise appears to have been an attempt by Nexstar to raise issues with the Court that it should have raised in its Preliminary Injunction briefing, so that Plaintiffs could have responded.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Sent:** Tuesday, April 7, 2026 9:51 AM
**To:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; Amy Bowles <Amy.Bowles@coag.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Hi Kuru,

It is unfortunate that you will not identify your particular disagreements with our proposal. We plan

1

to file our proposal with the court shortly.

Thank you,

**Alexa DiCunzolo**
Associate
adicunzolo@mofo.com
T: +1 (202) 778-1618
M: +1 (202) 967-5782
Morrison Foerster
2100 L Street, NW, Suite 900
Washington, DC 20037

**IIIORRISON
FOERSTER**

mofo.com | LinkedIn

---

**From:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>
**Sent:** Tuesday, April 7, 2026 9:46 AM
**To:** DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; Amy Bowles <Amy.Bowles@coag.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

<mark>External Email</mark>

---

Alexa,

Plaintiffs remain willing to stipulate to the modified language proposed by DIRECTV in its Response on April 2, which we sent to you in the form of a stipulation and proposed order yesterday.

Defendants' proposals, which we saw at 11:30 pm last night, go far beyond what the Court

2

instructed the parties to meet and confer on—that is, the proposed modifications to the TRO in Nexstar's "Notice and Proposals Seeking Compliance Guidance" and DIRECTV's Response thereto.

Please let us know if Defendants will agree to the stipulation we circulated yesterday.  If not, we suggest the Parties submit a short report to the Court that reads:

> The Parties were unable to reach a Stipulation and Proposed Order regarding proposed modifications to the TRO.  The Parties will be prepared to report to the Court at the hearing today regarding their respective positions.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Sent:** Tuesday, April 7, 2026 9:05 AM
**To:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** Re: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Hi Kuru,

Could you please identify which portions you disagree with?

Thank you,

3

Alexa DiCunzolo

**Alexa DiCunzolo**

Associate

adicunzolo@mofo.com

T: +1 (202) 778-1618

M: +1 (202) 967-5782

Morrison Foerster

2100 L Street, NW, Suite 900

Washington, DC 20037

mofo.com | LinkedIn

# IIIORRISON FOERSTER

**From:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>
**Sent:** Tuesday, April 7, 2026 8:09:38 AM
**To:** DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

**External Email**

Alexa,

4

We have reviewed the proposal sent by Nexstar at 11:30 pm last night.  We cannot stipulate to this proposal.

The Court asked the Parties to meet and confer regarding the proposed modifications to the TRO in Nexstar's "Notice and Proposals Seeking Compliance Guidance" and DIRECTV's Response thereto.  We remain willing to stipulate to the modified language proposed by DIRECTV in its Response on April 2, which we sent to you in the form of a stipulation and proposed order yesterday.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Sent:** Monday, April 6, 2026 11:30 PM
**To:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Hi Kuru,

We have been working diligently to craft a framework that removes the need for a contested preliminary injunction hearing.  Please let us know if you would like to discuss in the morning.

Thank you,

**Alexa DiCunzolo**
Associate
adicunzolo@mofo.com
T: +1 (202) 778-1618

M: +1 (202) 967-5782
Morrison Foerster
2100 L Street, NW, Suite 900
Washington, DC 20037

**MORRISON FOERSTER**

mofo.com | LinkedIn

---

**From:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>
**Sent:** Monday, April 6, 2026 10:46 PM
**To:** Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

==External Email==

---

Alex—

It is nearly 11:00 pm—less than 12 hours before this stipulation is due—and we have still not received Nexstar's proposals.  Nor have we received any response or acknowledgement indicating when we should expect to hear from Nexstar.

I have attached a stipulation and proposed order that tracks the modifications DIRECTV previously proposed to the Court on April 2 to address Nexstar's concerns. DIRECTV is prepared to stipulate to these modifications.  Please let us know if Nexstar so stipulates.

Given the hour, we are unlikely to have sufficient time to react to any substantive language from Nexstar in advance of the 10:00 am filing deadline.

Thanks,

6

Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** Olasa, Kuruvilla
**Sent:** Monday, April 6, 2026 9:14 PM
**To:** 'Okuliar, Alexander' <AOkuliar@mofo.com>; 'Serfoss, Nicole K.' <nserfoss@mofo.com>; 'Adelson, Eliot A.' <EAdelson@mofo.com>; 'Manoso, Robert W.' <RManoso@mofo.com>; 'DiCunzolo, Alexa Rae' <ADiCunzolo@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; 'Olivier Antoine' <oantoine@kslaw.com>; 'Emily Blackburn' <eblackburn@kslaw.com>; 'Bryn Williams' <bryn.williams@coag.gov>; 'Connie Sung' <Connie.Sung@doj.ca.gov>; 'Laura Antonini' <Laura.Antonini@doj.ca.gov>; 'Jon Sallet' <jon.sallet@coag.gov>; 'Emily Curran' <Emily.Curran@doj.ca.gov>; 'Elizabeth maxeiner' <elizabeth.maxeiner@ilag.gov>; 'Kunal Choksi' <kchoksi@ncdoj.gov>; 'Ian VanLoh' <ian.vanloh@doj.oregon.gov>; 'Robin Alexander' <robin.alexander@coag.gov>; 'Feder, Morgan' <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Hi Alex,

Please let us know when we can anticipate receiving your proposed language.  Nexstar has had DIRECTV's proposed language since our April 2 filing.  The stipulation and proposed order are due to the Court in the morning at 10:00 am, and unless Nexstar intends to accept DIRECTV's language without modification, Plaintiffs are running out of time to meaningfully consider and react to any proposed language.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** Olasa, Kuruvilla
**Sent:** Monday, April 6, 2026 6:32 PM
**To:** 'Okuliar, Alexander' <AOkuliar@mofo.com>; 'Serfoss, Nicole K.' <nserfoss@mofo.com>; 'Adelson, Eliot A.' <EAdelson@mofo.com>; 'Manoso, Robert W.' <RManoso@mofo.com>; 'DiCunzolo, Alexa Rae' <ADiCunzolo@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; 'Olivier

7

Antoine' <oantoine@kslaw.com>; 'Emily Blackburn' <eblackburn@kslaw.com>; 'Bryn Williams' <bryn.williams@coag.gov>; 'Connie Sung' <Connie.Sung@doj.ca.gov>; 'Laura Antonini' <Laura.Antonini@doj.ca.gov>; 'Jon Sallet' <jon.sallet@coag.gov>; 'Emily Curran' <Emily.Curran@doj.ca.gov>; 'Elizabeth maxeiner' <elizabeth.maxeiner@ilag.gov>; 'Kunal Choksi' <kchoksi@ncdoj.gov>; 'Ian VanLoh' <ian.vanloh@doj.oregon.gov>; 'Robin Alexander' <robin.alexander@coag.gov>; 'Feder, Morgan' <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Alex--

Thank you for the call earlier this afternoon.  I understand that Nexstar is going to send us some proposed modifications to the language DIRECTV previously submitted to the Court to address Nexstar's concerns regarding the TRO.  Please send us that language no later than 8:00 pm this evening, so we have an opportunity to consider it, to respond, and to propose any further revisions in advance of our 10:00 am filing tomorrow.

I understand from the end of our call that Nexstar contemplates including additional non-agreed-upon proposals and supporting arguments for modification of the Court's TRO.  We are always willing to discuss any proposals and ways to resolve disagreements regarding the TRO or the progress of this case.  But Plaintiffs do not believe that the Court has invited such proposals and arguments—nor have Plaintiffs had an adequate opportunity to consider them.

Instead, "[i]n light of Defendants' Notice and Proposals Seeking Compliance Guidance [regarding the TRO] . .  and DIRECTV's response"—which agreed to many of the proposals with some modifications—the Court directed the parties to meet and confer as to the proposed modifications and to submit a stipulation and proposed order regarding those modifications. *See* Dkt. No. 108 ("all parties are ORDERED to meet and confer prior to the April 7, 2026 hearing as to the parties' proposed modifications.").

We look forward to working with Defendants to submit such a stipulation and proposed order regarding agreed-upon modifications.  The Court has not invited anything else.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

---

**From:** Okuliar, Alexander <AOkuliar@mofo.com>
**Sent:** Sunday, April 5, 2026 9:49 AM

8

**To:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** RE: In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

Hi Kuru,
4pm PT tomorrow works, thanks.
-Alex

---

**From:** Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>
**Sent:** Sunday, April 5, 2026 1:44 AM
**To:** Okuliar, Alexander <AOkuliar@mofo.com>; Serfoss, Nicole K. <nserfoss@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bowen, Robert <Robert.Bowen@mto.com>; Scott, Carson J. <Carson.Scott@mto.com>; Olivier Antoine <oantoine@kslaw.com>; Emily Blackburn <eblackburn@kslaw.com>; Bryn Williams <bryn.williams@coag.gov>; Connie Sung <Connie.Sung@doj.ca.gov>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Jon Sallet <jon.sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth maxeiner <elizabeth.maxeiner@ilag.gov>; Kunal Choksi <kchoksi@ncdoj.gov>; Ian VanLoh <ian.vanloh@doj.oregon.gov>; Robin Alexander <robin.alexander@coag.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>
**Subject:** In Re: Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976-TLN-CKD

==External Email==

---

Nexstar Counsel—

I write in connection with the Court's Order at ECF No. 108 (reproduced below), which directs the parties to meet and confer before the April 7, 2026, Preliminary Injunction hearing. Counsel for DIRECTV and the States are available to meet and confer at or after 4:00 pm PT on Monday,   Please let us know when counsel for Nexstar is available for this meet and confer.

DIRECTV's proposals, in response to Nexstar's requests to modify or clarify the TRO, are reflected at ECF No. 97 (Apr. 2, 2026) and at ECF No. 111-24 (Apr. 3, 2026).  We look forward to hearing Nexstar's views on our proposed revisions, and any other revisions that Nexstar may want to suggest, during our meet and confer.

ECF No. 108:

> In light of Defendants' Notice and Proposals Seeking Compliance Guidance (ECF No. [63]) and DIRECTV's response (ECF No. [97]), all parties are ORDERED to meet and confer prior to the April 7, 2026 hearing as to the parties' proposed modifications. The parties shall file a stipulation and proposed order no later than April 7, 2026 at 10:00 a.m. with any stipulated proposals.

Thanks,
Kuru

**Kuruvilla J. Olasa** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9530 | kuruvilla.olasa@mto.com | www.mto.com

===================================================================== ====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

===================================================================== ====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

===================================================================== ====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

==========================================================================

====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# EXHIBIT 2

ROB BONTA
Attorney General of California
PAULA BLIZZARD (SBN 207920)
Senior Assistant Attorney General
LAURA ANTONINI (SBN 271658)
PAUL CHANDER (SBN 305133)
ELIZABETH CHEEVER (SBN 341421)
EMILY CURRAN (SBN 293065)
KOMAL K. PATEL (SBN 342765)
CONNIE P. SUNG (SBN 304242)
BRIAN WANG (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov
*Attorneys for Plaintiff, The State of California*

Glenn D. Pomerantz (State Bar No. 112503)
Kuruvilla J. Olasa(State Bar No. 281509)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Olivier N. Antoine (*pro hac vice forthcoming*)
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

M. Sean Royall (*pro hac vice forthcoming*)
Emily Blackburn (*pro hac vice forthcoming*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff DIRECTV, LLC*

Alexander P. Okuliar (pro hac vice)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (pro hac vice)
Alexa Rae DiCunzolo (pro hac vice)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329

Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

56088738.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re. Nexstar-TEGNA Merger Litigation.

Case No.  2:26-cv-00976-TLN-CKD

**STIPULATION REGARDING CLARIFICATION OF TEMPORARY RESTRAINING ORDER**

Following Defendants' Notice and Proposals Seeking Compliance Guidance, Dkt. No. 63, which proposed certain modifications to the Court's Temporary Restraining Order, Dkt. No. 60, and DIRECTV's Response, Dkt. No. 97, which agreed to certain of these modifications, subject to further proposed modifications, the Court ordered the Parties to meet and confer regarding the proposed modifications.  Dkt. No. 108.  Following that meet and confer, the Parties hereby stipulate to the following modification to the Court's March 27, 2026 Order, Dkt. No. 60.

Notwithstanding the other provisions of the Temporary Restraining Order, ECF No. 60, 21:21 through 24:12, it shall not be a violation of that Order for Nexstar to:

1.  undertake ordinary-course cash management, ordinary-course intercompany transfers, and ordinary-course debt service and repayment activities necessary to comply with Nexstar's financing obligations, including refinancing activities, security perfection, and guaranty, provided that Nexstar does not use this provision as a pretext to undermine TEGNA's viability as a going concern;

2.  take reasonable actions necessary to maintain TEGNA's day-to-day operations, including authorizing routine financial transactions such as wire transfers for ordinary course payments;

3.  take actions necessary to establish a functional governance structure for TEGNA, including appointing or reappointing officers, to the extent necessary to permit TEGNA to fulfill its obligations under this Order, provided however

56088738.1                                                    2

that Nexstar shall not appoint current Nexstar employees, or former employees employed within the prior six months, as TEGNA officers and no TEGNA officer shall be an officer of Nexstar;

4. provide and implement Sarbanes-Oxley requirements, including setting thresholds for ordinary course contract approval, expenditure authorization, and other financial limits similar to the interim operating covenants that applied to TEGNA's independent management of the business pre-closing;

5. take all reasonable steps to perform all obligations required under its debt instruments, SEC reporting requirements, or refinancing transactions, including coordination with TEGNA personnel as necessary, provided that such coordination is narrowly tailored to complying with reporting requirements and avoiding breaches under debt instruments; such permissible coordination includes coordination necessary to complete SEC and debt agreement reporting for the combined company within applicable deadlines, oversight by Nexstar management as to the accuracy of the TEGNA financial statements, including compliance with internal controls and procedures, in coordination with TEGNA personnel, provided however that if the sharing of TEGNA's confidential information with certain Nexstar employees is necessary to accomplish such reporting requirements, such information must be maintained separately from Nexstar's files and used solely for those reporting requirements;

6. appoint or reappoint TEGNA officers as necessary for TEGNA to exercise independent decision-making authority for retransmission matters, provided however that Nexstar shall not appoint current Nexstar employees, or former employees employed within the prior six months, as TEGNA officers and no TEGNA officer shall be an officer of Nexstar; and

7. require that management of TEGNA adhere to the interim operating covenants set forth in the Merger Agreement (Dkt. 63-4), in their entirety, and in the same manner as applied pre-closing, provided however that TEGNA shall continue to

56088738.1                                                                                   3

have authority concerning ordinary course contracts, including contracts concerning retransmission consent, as provided by operating covenant 6.1(b)(xiii).

DATED:  April 7, 2026                    **STATE OF CALIFORNIA**

By: _____

ROB BONTA
Attorney General of California
PAULA BLIZZARD (SBN 207920)
Senior Assistant Attorney General
LAURA ANTONINI (SBN 271658)
PAUL CHANDER (SBN 305133)
ELIZABETH CHEEVER (SBN 341421)
EMILY CURRAN (SBN 293065)
KOMAL K. PATEL (SBN 342765)
CONNIE P. SUNG (SBN 304242)
BRIAN WANG (SBN 284490)
Deputy Attorneys General
*Attorneys for Plaintiff, The State of California on behalf of Plaintiff States*

DATED:  April 7, 2026                    **MUNGER, TOLLES & OLSON LLP**

By: _____

Glenn D. Pomerantz (State Bar No. 112503)
Kuruvilla J. Olasa (State Bar No. 281509)
Justin P. Raphael (State Bar No. 292380)
MUNGER, TOLLES & OLSON LLP
*Attorneys for Plaintiff DIRECTV, LLC*

56088738.1                                    4

DATED:    April 7, 2026                          **MORRISON & FOERSTER LLP**


By:  _____
　　　Alexander P. Okuliar (pro hac vice)
　　　Bradley S. Lui (CA Bar No. 143088)
　　　Robert W. Manoso (pro hac vice)
　　　Alexa Rae DiCunzolo (pro hac vice)
　　　Eliot A. Adelson (CA Bar No. 205284)
　　　Henry Huttinger (CA Bar No. 312843)
　　　MORRISON & FOERSTER LLP
　　　Attorneys for Defendants Nexstar Media Group,
　　　Inc. and TEGNA Inc.

56088738.1                                           5