

# United States District Court
# Eastern District of California

| In re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

V.

|  |
|---|

Defendant(s)

Case Number:  | 2:26-cv-00976-TLN-CKD |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Melissa Belle Kessler _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

State of Colorado

On _____11/17/2022_____ (date), I was admitted to practice and presently in good standing in the

_____Colorado_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____04/03/2026_____          Signature of Applicant: /s/ Melissa Belle Kessler _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Melissa Belle Kessler |
| Law Firm Name: | Colorado Department of Law |
| Address: | 1300 Broadway, 10th Floor |
| City: | Denver    State: CO    Zip: 80203 |
| Phone Number w/Area Code: | (720) 508-6000 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | Melissa.Kessler@coag.gov |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brian Wang |
| Law Firm Name: | Office of the Attorney General of the State of California |
| Address: | 455 Golden Gate Ave., Ste. 11000 |
| City: | San Francisco    State: CA    Zip: 94102 |
| Phone Number w/Area Code: | (415) 510-4400    Bar # 284490 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 8, 2026

_____
JUDGE, U.S. DISTRICT COURT