Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
       BLui@mofo.com
       RManoso@mofo.com
       ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
       DDurie@mofo.com
       ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**ORDER GRANTING DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

ORDER GRANTING REQUEST TO SEAL DOCUMENTS

Before the Court is Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc.'s ("TEGNA") Request to Seal portions of certain materials submitted in connection with Plaintiff States' Reply in Support of Preliminary Injunction (ECF No. 109).

IT IS HEREBY ORDERED that the Request to Seal is GRANTED. Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specified portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
|---|---|
| Plaintiff States' Reply in Support of Preliminary Injunction ("States' Reply Brief") | Highlighted portions of: Pages 3 (Internal pagination) |
| Declaration of Laura Antonini in Support of Preliminary Injunction ("Antonini Declaration") | Seal pages 5–6, 8–34, 36–80, 82–84 |
| Exhibit 1 to Antonini Declaration | Seal in Full |
| Exhibit 2 to Antonini Declaration | Seal in Full |
| Exhibit 3 to Antonini Declaration | Seal in Full |
| Exhibit 4 to Antonini Declaration | Seal in Full |

IT IS FURTHER ORDERED that materials previously permitted to be filed under seal in *DIRECTV, LLC v. Nexstar Media Group, Inc.*, No. 2:26-cv-00976-TLN-CKD (E.D. Cal.), *see* ECF Nos. 52, 66, and *State of California v. Nexstar Media Group, Inc.*, No. 2:26-cv-00978-TLN-CKD (E.D. Cal.), *see* ECF No. 71, shall remain under seal in this consolidated action, as their confidentiality interests remain unchanged.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING REQUEST TO
SEAL DOCUMENTS