Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: BLui@mofo.com
        AOkuliar@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
        DDurie@mofo.com
        ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS' RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT**<br><br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") hereby submit the Declaration of Julie Heskett (attached as "Exhibit 1") and Exhibits A–D thereto in response to the Court's request made during the hearing held on April 7, 2026 for evidentiary support of Defendant TEGNA's cost reduction plans prior to the Agreement and Plan of Merger with Defendant Nexstar dated August 18, 2025 ("Merger Agreement").

As discussed in the attached Declaration of Julie Heskett, the former Senior Vice President and Chief Financial Officer of Defendant TEGNA Inc. ("TEGNA"), in 2024, TEGNA publicly announced $90–100 million cost reductions that were expected to be achieved by the end of 2025.   In addition, prior to entering into the Merger Agreement, TEGNA management had formulated plans to undertake initiatives to save additional costs of approximately $███████. These initiatives include (1) ████████████████████████████, (2) ████████████████████████████████, and (3) ████████████████████████████████.

As discussed in Ms. Heskett's declaration, all of these cost savings initiatives were formulated prior to the Merger Agreement and therefore would not have been affected by that agreement.  Should the Court enter a preliminary injunction order, any such order should exclude these initiatives from its scope because TEGNA formulated and decided to pursue these initiatives as a stand-alone entity.  TEGNA should be allowed to undertake these initiatives. Plaintiffs' request for a preliminary injunction was premised on preserving TEGNA's ability to act independently.  Allowing TEGNA to pursue these initiatives is wholly consistent with that premise.

DEFS' RESPONSE TO REQUEST FOR
EVIDENTIARY SUPPORT

Defendants continue to reserve all rights and arguments with respect to entry of any preliminary injunctive relief.

Dated: April 8, 2026                      Respectfully submitted,

                                          By:/s/  Bradley S. Lui
                                                Bradley S. Lui (CA Bar No. 143088)


                                              MORRISON & FOERSTER LLP
                                              Attorney for Defendants
                                              Nexstar Media Group, Inc. and TEGNA Inc.

DEFS' RESPONSE TO REQUEST FOR
                                              EVIDENTIARY SUPPORT