# Exhibit 1

Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: BLui@mofo.com
         AOkuliar@mofo.com
         RManoso@mofo.com
         ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
         DDurie@mofo.com
         ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |

**DECLARATION OF JULIE HESKETT IN SUPPORT OF DEFENDANTS' RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT**

I, Julie Heskett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am Julie Heskett.  I was the Senior Vice President and Chief Financial Officer of Defendant TEGNA Inc. ("TEGNA") prior to its acquisition by Defendant Nexstar Media Group, Inc.  I submit this declaration in support of Defendants' Response to the Court's Request for Evidentiary Support relating to the hearing held on April 7, 2026.

2.      I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently to them under oath.

3.      In 2024, TEGNA publicly announced $90–100 million cost reductions that were expected to be achieved by the end of 2025.  Attached as Exhibit A is a true and correct copy of the ordinary course document TEGNA used to monitor its progress against that plan.

4.      In addition, prior to entry into the Agreement and Plan of Merger with Defendant Nexstar dated August 18, 2025 ("Merger Agreement"), TEGNA management planned for and was in the process of implementing additional cost savings initiatives that I discuss below.

5.      Attached as Exhibit B is a true and correct copy of the Excel file used to ███████ ████████████████████████████████████████████████████████ that were projected prior to the Merger Agreement.  ██████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████ represent ordinary course cost reduction plans that TEGNA had in place before entering into the Merger Agreement.

6.      Attached as Exhibit C is a true and correct copy of the TEGNA, Inc. Board Meeting Materials for the March 10, 2026 board meeting.  Page 29 of Exhibit C indicates that management briefed the Board on specific █████████████████████ that were deferred or delayed in light of the pending Nexstar acquisition.  ████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████████████████ █████████████████████████████████

2                      DECLARATION OF JULIE HESKETT

7.    TEGNA is also in the process of implementing ████████████████

████████████████████████

was approved and began prior to the Merger Agreement. ████████████████

████████████████████████

████████████████████████

████

8.    ████████████████████████

████████████████████

████████████    Prior to the acquisition, TEGNA had planned to ████████████

████████████████████

████████████████████████

████████████████    These cost savings are identified in the attached

Exhibit D, which is a true and correct copy of the ordinary course expense analysis performed for

the ████████    before the parties entered into the Merger Agreement.  TEGNA had/has plans

to ████████████████████

████████████████████████████;

however, analysis and implementation has halted under the pending acquisition.

DECLARATION OF JULIE HESKETT

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of April, 2026 in St. Louis, Missouri.

By: Signed by:
Julie Heskett
16CFBA19FB1C49F...
Julie Heskett

DECLARATION OF JULIE HESKETT