# Exhibit D

Submitted Under Seal