UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No.  2:26-cv-00976-TLN-CKD<br><br>**ORDER REGARDING PLAINTIFFS' REQUEST TO SEAL DOCUMENT** |

Before the Court is Plaintiffs' Request to Seal Documents, filed in connection with their Response Regarding Defendants' Response to Request for Evidentiary Support.

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the redacted portions of the following documents shall remain under seal until further order of this Court:

| Document | Portion(s) to Seal |
|---|---|
| Plaintiffs' Response Regarding Defendants' Response to Request for Evidentiary Support | Highlighted portions of: Pages 1–3 |

**IT IS SO ORDERED.**

DATED: April 10, 2026     _____

Troy L. Nunley
Chief United States District Judge