[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**JOINT REQUEST FOR COURT AUTHORIZATION TO PREPARE AND RELEASE A TRANSCRIPT OF THE IN-CAMERA PORTION OF APRIL 7, 2026 HEARING**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

JOINT REQUEST FOR TRANSCRIPT
OF IN-CAMERA PORTION OF
HEARING

Plaintiffs and Defendants, by and through their respective counsel of record, hereby jointly request that the Court enter an Order authorizing the official court reporter to prepare and release a transcript of the *in-camera* portion of the hearing held on April 7, 2026 to outside counsel of record only. In support of this Joint Request, the parties state as follows:

1. On April 7, 2026, this Court held a hearing in the above-captioned matter. A portion of that hearing was conducted *in-camera.*

2. The *in-camera* portion of the hearing is part of the official record of this proceeding, and its transcript is necessary for counsel of record to accurately advise their respective clients and to preserve the record for purposes of any further proceedings, including any potential appeal.

3. Pursuant to the Court's standard procedures governing *in-camera* proceedings, preparation and release of the transcript of any *in-camera* proceeding requires a Court Order.

In view of the foregoing, the parties jointly request that the Court authorize the official court reporter to prepare and release a transcript of the *in-camera* portion of the April 7, 2026, hearing, and that, upon preparation, the transcript be released solely to outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties.  The parties further request that the *in-camera* portion of the hearing otherwise be maintained as highly confidential, and that the transcript not be made available to anyone except outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties. Additionally, the parties agree that to the extent it is necessary for any of the parties to reference or file the contents of the transcript of the *in-camera* proceedings, the filing party will comply with all applicable rules governing the filing of sealed or confidential materials.

JOINT REQUEST FOR TRANSCRIPT OF IN-CAMERA PORTION OF HEARING

DATED:   April 10, 2026                    **MORRISON & FOERSTER LLP**


By:   */s/ Alexander P. Okuliar*
Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
BLui@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for *Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

JOINT REQUEST FOR TRANSCRIPT OF IN-CAMERA PORTION OF HEARING

2

DATED:  April 10, 2026

**STATE OF CALIFORNIA**

By:  */s/ Laura Antonini*

ROB BONTA
Attorney General of California
PAULA BLIZZARD (SBN 207920)
Senior Assistant Attorney General
LAURA ANTONINI (SBN 271658)
PAUL CHANDER (SBN 305133)
ELIZABETH CHEEVER (SBN 341421)
EMILY CURRAN (SBN 293065)
KOMAL K. PATEL (SBN 342765)
CONNIE P. SUNG (SBN 304242)
BRIAN WANG (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff, The State of California on behalf of Plaintiff States*

JOINT REQUEST FOR TRANSCRIPT
OF IN-CAMERA PORTION OF
HEARING

3

DATED:   April 10, 2026                    **MUNGER, TOLLES & OLSON LLP**


By:   */s/ Kuruvilla J. Olasa*
          Glenn D. Pomerantz (State Bar No. 112503)
          Kuruvilla J. Olasa (State Bar No. 281509)
          MUNGER, TOLLES & OLSON LLP
          350 South Grand Avenue, 50th Floor
          Los Angeles, California 90071
          Telephone:  (213) 683-9100

          Justin P. Raphael (State Bar No. 292380)
          MUNGER, TOLLES & OLSON LLP
          560 Mission Street, 27th Floor
          San Francisco, California 94105
          Telephone:  (415) 512-4000

          Olivier N. Antoine (*pro hac vice*)
          KING & SPALDING LLP
          1290 Avenue of the Americas, 14th Floor
          New York, NY 10104
          Telephone: (212) 556-2100

          M. Sean Royall (*pro hac vice*)
          Emily Blackburn (*pro hac vice*)
          KING & SPALDING LLP
          1700 Pennsylvania Avenue, Suite 900
          Washington, D.C. 20006
          Telephone: (202) 737-0500

          *Attorneys for Plaintiff DIRECTV, LLC*

JOINT REQUEST FOR TRANSCRIPT
OF IN-CAMERA PORTION OF
HEARING

4

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: April 10, 2026

*/s/ Alexander P. Okuliar*
Alexander P. Okuliar

JOINT REQUEST FOR TRANSCRIPT
OF IN-CAMERA PORTION OF
HEARING

5