Case 2:26-cv-00976-TLN-CKD   Document 153   Filed 04/10/26   Page 1 of 1

CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
DUE DATE:

| 1. YOUR NAME Linda Varoli | 2. EMAIL lvaroli@oscargruss.com | 3. PHONE NUMBER 212-419-4006 | 4. DATE 4/9/26 |
|---|---|---|---|

| 5. MAILING ADDRESS 10 East 53rd Street, 17th Floor | FILED Apr 10, 2026 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 6. CITY New York | 7. STATE NY | 8. ZIP CODE 10022 |
|---|---|---|---|---|

| 9. CASE NUMBER 26-CV-00976 | 10. JUDGE Nunley | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 4/7/26 | 12. TO 4/7/26 |

| 13. CASE NAME The State of California et al v. Nexstar Media Group et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sscramento | 15. STATE California |

**16. ORDER FOR**

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☐ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | hearing | 4/7/26 | Kimberly Bennett |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☑ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE Linda Varoli | PROCESSED BY | |
| 20. DATE 4/9/26 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |