

# United States District Court
# Eastern District of California

| In re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

Case Number: | 2:26-cv-00976-TLN-CKD |

V.

|  |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Thomas W. Allen hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

State of Ohio

On ___05/11/1998___ (date), I was admitted to practice and presently in good standing in the

___Supreme Court of Ohio___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ___04/10/2026___          Signature of Applicant: /s/ ___Thomas W. Allen___

**Pro Hac Vice Attorney**

Applicant's Name: Thomas W. Allen

Law Firm Name: Ohio Attorney General

Address: 615 West Superior Ave

11th Floor

City: Cleveland     State: OH     Zip: 44113

Phone Number w/Area Code: (614) 466-4328

City and State of Residence: Brecksville, Ohio

Primary E-mail Address: Thomas.Allen@Ohio.AGO.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco     State: CA     Zip: 91402

Phone Number w/Area Code: (415) 510-4400     Bar # 284490

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 13, 2026

JUDGE, U.S. DISTRICT COURT