Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
         BLui@mofo.com
         RManoso@mofo.com
         ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
         DDurie@mofo.com
         ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S PROOF OF SERVICE**<br><br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

PROOF OF SERVICE

<u>**PROOF OF SERVICE**</u>

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2100 L Street, NW, Suite 900, Washington, DC 20037. I am not a party to the within cause. I am over the age of eighteen years. I further declare that on April 14, 2026, I served unredacted copies of the following documents:

1. Defendants' Supplemental Response to Request for Evidentiary Support;

2. Declaration of Julie Heskett in Support of Defendants' Supplemental Response to Request for Evidentiary Support ("Heskett Declaration") and Exhibits A–B to the Heskett Declaration.

**By Electronic Transmission** on the parties listed below through the Kiteworks system:

| | |
|---|---|
| DIRECTV, LLC | aschoen@kslaw.com<br>eblackburn@kslaw.com<br>jhazan@kslaw.com<br>lharris@kslaw.com<br>mscott@kslaw.com<br>sroyall@kslaw.com<br>oantoine@kslaw.com<br>smurray@kslaw.com<br>brandon.thomas@mto.com<br>carson.scott@mto.com<br>justin.raphael@mto.com<br>kuruvilla.olasa@mto.com<br>liam.gennari@mto.com<br>robert.bowen@mto.com<br>april.hu@mto.com<br>glenn.pomerantz@mto.com |
| State of California | brian.wang@doj.ca.gov<br>connie.sung@doj.ca.gov<br>elizabeth.cheever@doj.ca.gov<br>emily.curran@doj.ca.gov<br>komal.patel@doj.ca.gov<br>laura.antonini@doj.ca.gov<br>paul.chander@doj.ca.gov<br>paula.blizzard@doj.ca.gov<br>nico.gurian@simonsensussman.com<br>nicolas@simonsensussman.com<br>paul.goodrich@simonsensussman.com<br>shaoul@simonsensussman.com<br>victoria.field@simonsensussman.com<br>victoria.sims@simonsensussman.com |

1    PROOF OF SERVICE

| | catherine@simonsensussman.com<br>thomas.mattes@simonsensussman.com |
|---|---|
| State of Colorado | amy.bowles@coag.gov<br>bryn.williams@coag.gov<br>jon.sallet@coag.gov<br>robin.alexander@coag.gov<br>melissa.kessler@coag.gov |
| State of Connecticut | julian.quinones@ct.gov<br>nicole.demers@ct.gov |
| State of Illinois | daniel.betancourt@ilag.gov<br>elizabeth.maxeiner@ilag.gov<br>john.milligan@ilag.gov<br>paul.harper@ilag.gov<br>sarah.north@ilag.gov |
| State of New York | morgan.feder@ag.ny.gov<br>amy.mcfarlane@ag.ny.gov<br>christopher.d'angelo@ag.ny.gov<br>elinor.hoffmann@ag.ny.gov |
| State of North Carolina | brabinovitz@ncdoj.gov<br>fbenzoni@ncdoj.gov<br>kchoksi@ncdoj.gov |
| State of Ohio | thomas.allen@Ohio.AGO.gov<br>beth.finnerty@OhioAGO.gov<br>edward.olszewski@OhioAGO.gov |
| State of Oregon | ian.vanloh@doj.oregon.gov<br>tim.smith@doj.oregon.gov<br>alex.delorenzo@doj.oregon.gov |
| Commonwealth of Virginia | thenry@oag.state.va.us<br>dsmith@oag.state.va.us |

I declare under penalty of perjury under the laws of the District of Columbia that the above is true and correct.

Executed at Washington, DC, this 14th day of April, 2026.

| Alexa DiCunzolo | /s/ Alexa DiCunzolo |
|---|---|
| (typed) | (signature) |