Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: BLui@mofo.com
        AOkuliar@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
        DDurie@mofo.com
        ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| | **DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

DEFS' SUPPLEMENTAL RESPONSE
TO REQUEST FOR EVIDENTIARY
SUPPORT

Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") hereby submit the Supplemental Declaration of Julie Heskett ("Supplemental Heskett Declaration") (attached as "Exhibit 1") and Exhibits A-B thereto as a supplemental response to the Court's request for evidentiary support of Defendant TEGNA's cost reduction plans prior to the Agreement and Plan of Merger with Defendant Nexstar dated August 18, 2025 ("Merger Agreement").

Defendants conducted a diligent search for documents responsive to the Court's request during the compressed time period in which the response had to be prepared.  Since that time, Defendants have located two additional ordinary course documents that contain information responsive to the Court's request.  Exhibit A to the Supplemental Heskett Declaration provides further confirmation of the approximately $█████ in cost savings amount discussed in Paragraph 6 of Ms. Haskett's April 8, 2026 Declaration.  *See* Supplemental Heskett Declaration, ¶¶ 3-5.

Exhibit B to the Supplemental Heskett Declaration identifies savings from headcount reductions that TEGNA anticipated achieving through ███████████████████ █████.  As discussed in the Supplemental Heskett Declaration, TEGNA anticipated approximately $███████ in annual savings through ███████████████ ███████████████████████.  *See* Supplemental Heskett Declaration, ¶¶ 6-8. Based on the planned rollout, TEGNA anticipated savings in 2026 of approximately $███████. *See* Supplemental Heskett Declaration, ¶ 8. ████████████████████████ ████████████████████████████████████████████. *See* Supplemental Heskett Declaration, ¶ 7.

DEFS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT

Defendants continue to reserve all rights and arguments with respect to entry of any preliminary injunctive relief.

Dated: April 14, 2026

Respectfully submitted,

By:/s/  Bradley S. Lui
Bradley S. Lui (CA Bar No. 143088)

MORRISON & FOERSTER LLP
Attorney for Defendants
Nexstar Media Group, Inc. and TEGNA Inc.

DEFS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT