Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: BLui@mofo.com
        AOkuliar@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
        DDurie@mofo.com
        ABrausa@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
|---|---|

**SUPPLEMENTAL DECLARATION OF JULIE HESKETT IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT**

I, Julie Heskett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am Julie Heskett.  I was the Senior Vice President and Chief Financial Officer of Defendant TEGNA Inc. ("TEGNA") prior to its acquisition by Defendant Nexstar Media Group, Inc.  I previously submitted a declaration in support of Defendants' Response to the Court's Request for Evidentiary Support on April 8, 2026 ("Decl. of April 8").  I submit this declaration in support of Defendants' Supplemental Response to the Court's Request for Evidentiary Support.

DECLARATION OF JULIE HESKETT

2.      I have personal knowledge of the facts below and, if called as a witness, I could and would testify competently to them under oath.

3.      Attached as Exhibit A is a true and correct copy of the ordinary course document TEGNA prepared in conjunction with its Monthly Business Reviews for Finance.  Exhibit A contains the materials for the Monthly Business Reviews for Finance for the period July 23, 2025 to March 20, 2026.

4.      Pages 19-33 of Exhibit A contain the materials for the January 16, 2026 Monthly Business Review for Finance.

5.      At page 23-25 of Exhibit A, there is a discussion of the $██████ in savings in the 2026 budget that was described in my Decl. of April 8, ¶ 6.  This included approximately $██ ████████████████████████████████████████████████████ ████████████████████████████████████.

6.      Attached as Exhibit B is a true and correct copy of the ordinary course document TEGNA prepared in conjunction with its Monthly Business Reviews for Technology for the period September 2024 to October 2025.

7.      Pages 11-24 of Exhibit B contain the materials for the September 2025 Monthly Business Review for Technology.  Page 11 of Exhibit B identifies $███████████████ ███████████████████████.  The ██████████████████████████ ████ occurred well before TEGNA and Nexstar agreed to merge.  ████████████ ███████████████████.

8.      Pages 1-11 of Exhibit B contain the materials for the October 2025 Monthly Business Review for Technology.  Pages 7-9 of Exhibit B provide the ██████████ ███████████████.  Based on this ████████████████████

DECLARATION OF JULIE HESKETT

███████████████████████████████████████████████████████████

████ .

DECLARATION OF JULIE HESKETT

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of April, 2026 in New York, New York.

By: Julie Heskett

Julie Heskett

DECLARATION OF JULIE HESKETT