AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  26-cv-00976 |
| NEXSTAR MEDIA GROUP, INC. and TEGNA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado                                                                                                                  .

Date:    4/15/2026

/s/Melissa Kessler
*Attorney's signature*

Melissa Kessler, CO Bar No. 58269
*Printed name and bar number*

1300 N. Broadway, 10th Floor, Denver, CO 80203
*Address*

melissa.kessler@coag.gov
*E-mail address*

720-508-6809
*Telephone number*

720-508-6040
*FAX number*