Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Olivier N. Antoine (*pro hac vice*)
    oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page ii*

Rob Bonta
    ATTORNEY GENERAL OF
CALIFORNIA
Paula Blizzard (State Bar No. 207920)
    SENIOR ASSISTANT ATTORNEY
    GENERAL
Laura Antonini (State Bar No. 271658)
Paul Chander (State Bar No. 305133)
Elizabeth Cheever (State Bar No. 341421)
Emily Curran (State Bar No. 293065)
Komal K. Patel (State Bar No. 342765)
Connie P. Sung (State Bar No. 304242)
Brian Wang (State Bar No. 284490)
    DEPUTY ATTORNEYS GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone:  (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff, The State of California*

*Attorney Information for The State of California and Additional Plaintiffs Continued on Page ii*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENT** |

-i-

Robert E. Bowen (State Bar No. 335932)
  robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
  liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
  carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
  april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
  brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

McGregor Scott (State Bar No. 142413)
  mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

M. Sean Royall (*pro hac vice*)
  sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
  eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

Laura Harris (*pro hac vice*)
  lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
  jhazan@kslaw.com
Sean Murray (*pro hac vice*)
  smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)

-ii-

aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

Shaoul Sussman (*pro hac vice*)
   shaoul@simonsensussman.com
Nico Gurian (*pro hac vice*)
   nico.gurian@simonsensussman.com
Victoria M. O. Field (*pro hac vice*)
   victoria.field@simonsensussman.com
Paul M. Goodrich (*pro hac vice*)
   paul.goodrich@simonsensussman.com
SIMONSEN SUSSMAN LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone:  (646) 693-3929

Catherine S. Simonsen (State Bar No. 307325)
   catherine@simonsensussman.com
Thomas G. Mattes (State Bar No. 355010)
   thomas.mattes@simonsensussman.com
SIMONSEN SUSSMAN LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196

Nicolas A. Stebinger (*pro hac vice*)
   nicolas@simonsensussman.com
Victoria R. Sims (*pro hac vice*)
   victoria.sims@simonsensussman.com
Simonsen Sussman LLP
1629 K St. NW, Suite 300

*Attorneys for Plaintiff State of California*

Phillip J. Weisner
   ATTORNEY GENERAL OF COLORADO
Bryn A. Williams (State Bar No. 301699)

-iii-

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENT

FIRST ASSISTANT ATTORNEY GENERAL
Jonathan B. Sallet (*pro hac vice*)
SPECIAL ASSISTANT ATTORNEY GENERAL
Robin Alexander (*pro hac vice*)
ASSISTANT ATTORNEY GENERAL
Amy Bowles (*pro hac vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

William Tong
ATTORNEY GENERAL OF CONNECTICUT
Nicole Demers (*pro hac vice*)
DEPUTY ASSOCIATE ATTORNEY GENERAL
Julián A. Quiñones Reyes (*pro hac vice*)
ASSISTANT ATTORNEY GENERAL
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*

Kwame Raoul
ATTORNEY GENERAL OF ILLINOIS
Elizabeth L. Maxeiner (*pro hac vice*)
CHIEF, ANTITRUST BUREAU
Sarah J. North (*pro hac vice*)
DEPUTY CHIEF, PUBLIC INTEREST DIVISION
Paul J. Harper (*pro hac vice*)
SUPERVISING ATTORNEY, ANTITRUST BUREAU
John R. Milligan (*pro hac vice*)
Daniel R. Betancourt (*pro hac vice*)
ASSISTANT ATTORNEYS GENERAL
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603

-iv-

Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

Elinor R. Hoffmann (*pro hac vice*)
  CHIEF, ANTITRUST BUREAU
Christopher D'Angelo (*pro hac vice*)
  CHIEF DEPUTY ATTORNEY GENERAL
  ECONOMIC JUSTICE DIVISION
Amy McFarlane (*pro hac vice)*
  DEPUTY CHIEF, ANTITRUST BUREAU
Morgan Feder (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL, ANTITRUST BUREAU
  NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov | (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

Kunal Choksi (*pro hac vice*)
  SENIOR DEPUTY ATTORNEY GENERAL
Francisco Benzoni (*pro hac vice*)
  SPECIAL DEPUTY ATTORNEY GENERAL
Brian Rabinovitz (*pro hac vice*)
  DIRECTOR OF MAJOR LITIGATION FOR
  CONSUMER PROTECTION
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

Timothy D. Smith (*pro hac vice*)
  ATTORNEY-IN-CHARGE
Ian Van Loh (SBN 280254)

-v-

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENT

Alex DeLorenzo (*pro hac vice*)
   SENIOR ASSISTANT ATTORNEYS GENERAL
   ECONOMIC JUSTICE SECTION
Oregon Department of Justice
100 SW Market St, Portland OR 97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov | 503.428.9482

*Attorneys for Plaintiff State of Oregon*

Tyler T. Henry (*pro hac vice*)
   SENIOR ASSISTANT ATTORNEY GENERAL
   ANTITRUST UNIT
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

-vi-

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141 and Paragraph 13 of the Court's Civil Standing Order, Plaintiffs hereby submit a Request to Seal portions of Plaintiffs' Response To Defendants' Supplemental Response to Request for Evidentiary Support.

As set forth in the attached Request to Seal Document, Plaintiffs make this request because portions of this document contain information that Defendants have designated as highly confidential business information that would harm TEGNA if publicly disclosed, Dkt. No. 135, and that the Court therefore has ordered be sealed, Dkt. No. 141, along with information that Defendants have recently designated as highly confidential business information that would harm TEGNA if publicly disclosed, Dkt. No. 158.

This Notice of Request to Seal Document was submitted to the Court electronically via CM/ECF pursuant to Local Rule 141. The Request to Seal Document, Proposed Order Regarding Plaintiffs' Request to Seal Document, and the unredacted documents themselves will be submitted to the Court via email.

DATED: April 15, 2026                    MUNGER, TOLLES & OLSON LLP


                                         By:  */s/ Glenn D. Pomerantz*
                                              GLENN D. POMERANTZ
                                              *Attorneys for Plaintiff DIRECTV, LLC*


DATED: April 15, 2026                    PLAINTIFF STATES


                                         By:  */s/ Connie P. Sung*
                                              CONNIE P. SUNG
                                              *Attorneys for Plaintiff The State of California and*
                                              *on Behalf of All Plaintiff States*

-1-

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENT