Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Olivier N. Antoine (*pro hac vice*)
    oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page 2*

Rob Bonta
    ATTORNEY GENERAL OF CALIFORNIA
Paula Blizzard (State Bar No. 207920)
    SENIOR ASSISTANT ATTORNEY
    GENERAL
Laura Antonini (State Bar No. 271658)
Paul Chander (State Bar No. 305133)
Elizabeth Cheever (State Bar No. 341421)
Emily Curran (State Bar No. 293065)
Komal K. Patel (State Bar No. 342765)
Connie P. Sung (State Bar No. 304242)
Brian Wang (State Bar No. 284490)
    DEPUTY ATTORNEYS GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone:  (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff, The State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC<br><br>       Plaintiff,<br><br>   vs.<br><br>Nexstar Media Group, Inc.; and TEGNA Inc., et al.<br><br>       Defendants. | Case No. 2:26−cv−00976−TLN−CKD<br><br>**PROOF OF SERVICE** |

-1-
PROOF OF SERVICE

Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson J. Scott (State Bar No. 339868)
    carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
    brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

M. Sean Royall (*pro hac vice*)
    sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
    eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

Laura Harris (*pro hac vice*)
    lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
    jhazan@kslaw.com
Sean Murray (*pro hac vice*)
    smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)

-2-

PROOF OF SERVICE

aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

Shaoul Sussman (*pro hac vice*)
   shaoul@simonsensussman.com
Nico Gurian (*pro hac vice*)
   nico.gurian@simonsensussman.com
Victoria M. O. Field (*pro hac vice*)
   victoria.field@simonsensussman.com
Paul M. Goodrich (*pro hac vice*)
   paul.goodrich@simonsensussman.com
SIMONSEN SUSSMAN LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone:  (646) 693-3929

Catherine S. Simonsen (State Bar No. 307325)
   catherine@simonsensussman.com
Thomas G. Mattes (State Bar No. 355010)
   thomas.mattes@simonsensussman.com
SIMONSEN SUSSMAN LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196

Nicolas A. Stebinger (*pro hac vice*)
   nicolas@simonsensussman.com
Victoria R. Sims (*pro hac vice*)
   victoria.sims@simonsensussman.com
Simonsen Sussman LLP
1629 K St. NW, Suite 300

*Attorneys for Plaintiff State of California*

Phillip J. Weisner
   ATTORNEY GENERAL OF COLORADO
Bryn A. Williams (State Bar No. 301699)

PROOF OF SERVICE

FIRST ASSISTANT ATTORNEY GENERAL
Jonathan B. Sallet (*pro hac vice*)
  SPECIAL ASSISTANT ATTORNEY GENERAL
Robin Alexander (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL
Amy Bowles (*pro hac vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

William Tong
  ATTORNEY GENERAL OF CONNECTICUT
Nicole Demers (*pro hac vice*)
  DEPUTY ASSOCIATE ATTORNEY GENERAL
Julián A. Quiñones Reyes (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*

Kwame Raoul
  ATTORNEY GENERAL OF ILLINOIS
Elizabeth L. Maxeiner (*pro hac vice*)
  CHIEF, ANTITRUST BUREAU
Sarah J. North (*pro hac vice*)
  DEPUTY CHIEF, PUBLIC INTEREST DIVISION
Paul J. Harper (*pro hac vice*)
  SUPERVISING ATTORNEY, ANTITRUST BUREAU
John R. Milligan (*pro hac vice*)
Daniel R. Betancourt (*pro hac vice*)
  ASSISTANT ATTORNEYS GENERAL
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603

-4-

PROOF OF SERVICE

Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

Elinor R. Hoffmann (*pro hac vice*)
   CHIEF, ANTITRUST BUREAU
Christopher D'Angelo (*pro hac vice*)
   CHIEF DEPUTY ATTORNEY GENERAL
   ECONOMIC JUSTICE DIVISION
Amy McFarlane (*pro hac vice)*
   DEPUTY CHIEF, ANTITRUST BUREAU
Morgan Feder (*pro hac vice*)
   ASSISTANT ATTORNEY GENERAL, ANTITRUST BUREAU
   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov | (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

Kunal Choksi (*pro hac vice*)
   SENIOR DEPUTY ATTORNEY GENERAL
Francisco Benzoni (*pro hac vice*)
   SPECIAL DEPUTY ATTORNEY GENERAL
Brian Rabinovitz (*pro hac vice*)
   DIRECTOR OF MAJOR LITIGATION FOR
   CONSUMER PROTECTION
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

Timothy D. Smith (*pro hac vice*)
   ATTORNEY-IN-CHARGE
Ian Van Loh (SBN 280254)

-5-

PROOF OF SERVICE

Alex DeLorenzo (*pro hac vice*)
   SENIOR ASSISTANT ATTORNEYS GENERAL
   ECONOMIC JUSTICE SECTION
Oregon Department of Justice
100 SW Market St, Portland OR 97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov | 503.428.9482

*Attorneys for Plaintiff State of Oregon*

Tyler T. Henry (*pro hac vice*)
   SENIOR ASSISTANT ATTORNEY GENERAL
   ANTITRUST UNIT
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

-6-

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

**DIRECTV, LLC, v. Nexstar Media Group, Inc., et al**
**Eastern Dist. of CA Case No. 2:26−cv−00976−TLN−CKD**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of .  My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On April 15, 2026, I served true copies of the following document(s) described as

**PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**

**[PROPOSED] ORDER REGARDING PLAINTIFFS' REQUEST TO SEAL DOCUMENT**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT**

on the interested parties in this action as follows:

Alexander P. Okuliar
Bradley S. Lui
Robert W. Manoso
Alexa Rae DiCunzolo
MORRISON & FOERSTER LLP
Email: AOkuliar@mofo.com
    BLui@mofo.com
    RManoso@mofo.com
    ADiCunzolo@mofo.com

Daralyn J. Durie
Eliot A. Adelson
Adam R. Brausa
MORRISON & FOERSTER LLP
Email: DDurie@mofo.com
    EAdelson@mofo.com
    abrausa@mofo.com

Henry Huttinger
MORRISON & FOERSTER LLP
Email: HHuttinger@mofo.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address robert.bowen@mto.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2026, at Los Angeles, California.

_____
    */s/ Robert E. Bowen*
Robert E. Bowen

-7-
PROOF OF SERVICE