Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
    kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Olivier N. Antoine (*pro hac vice*)
    oantoine@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

*Attorney Information Continued on Page ii*

Rob Bonta
    ATTORNEY GENERAL OF CALIFORNIA
Paula Blizzard (State Bar No. 207920)
    SENIOR ASSISTANT ATTORNEY
    GENERAL
Laura Antonini (State Bar No. 271658)
Paul Chander (State Bar No. 305133)
Elizabeth Cheever (State Bar No. 341421)
Emily Curran (State Bar No. 293065)
Komal K. Patel (State Bar No. 342765)
Connie P. Sung (State Bar No. 304242)
Brian Wang (State Bar No. 284490)
    DEPUTY ATTORNEYS GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone:  (213) 269-6277
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff, The State of California*

*Attorney Information for The State of California and Additional Plaintiffs Continued on Page ii*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT** |

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR
EVIDENTIARY SUPPORT

Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100


Carson J. Scott (State Bar No. 339868)
    carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000


Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
    brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300


McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 321-4800

M. Sean Royall (*pro hac vice*)
    sroyall@kslaw.com
Emily Blackburn (*pro hac vice*)
    eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

Laura Harris (*pro hac vice*)
    lharris@kslaw.com
Joshua Hazan (*pro hac vice*)
    jhazan@kslaw.com
Sean Murray (*pro hac vice*)
    smurray@kslaw.com
Arthur B. Schoen (*pro hac vice*)

-ii-

aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:  (212) 556-2100

*Attorneys for Plaintiff DIRECTV, LLC*

Shaoul Sussman (*pro hac vice*)
    shaoul@simonsensussman.com
Nico Gurian (*pro hac vice*)
    nico.gurian@simonsensussman.com
Victoria M. O. Field (*pro hac vice*)
    victoria.field@simonsensussman.com
Paul M. Goodrich (*pro hac vice*)
    paul.goodrich@simonsensussman.com
SIMONSEN SUSSMAN LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone:  (646) 693-3929

Catherine S. Simonsen (State Bar No. 307325)
    catherine@simonsensussman.com
Thomas G. Mattes (State Bar No. 355010)
    thomas.mattes@simonsensussman.com
SIMONSEN SUSSMAN LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196

Nicolas A. Stebinger (*pro hac vice*)
    nicolas@simonsensussman.com
Victoria R. Sims (*pro hac vice*)
    victoria.sims@simonsensussman.com
Simonsen Sussman LLP
1629 K St. NW, Suite 300

*Attorneys for Plaintiff State of California*

Phillip J. Weisner
    ATTORNEY GENERAL OF COLORADO
Bryn A. Williams (State Bar No. 301699)

-iii-

FIRST ASSISTANT ATTORNEY GENERAL

Jonathan B. Sallet (*pro hac vice*)
  SPECIAL ASSISTANT ATTORNEY GENERAL

Robin Alexander (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL

Amy Bowles (*pro hac vice*)

Assistant Attorney General

1300 Broadway, 10th Floor

Denver, CO 80203

Telephone: (720) 508-6000

Email: Bryn.Williams@coag.gov

*Attorneys for Plaintiff State of Colorado*

William Tong
  ATTORNEY GENERAL OF CONNECTICUT

Nicole Demers (*pro hac vice*)
  DEPUTY ASSOCIATE ATTORNEY GENERAL

Julián A. Quiñones Reyes (*pro hac vice*)
  ASSISTANT ATTORNEY GENERAL

Office of the Connecticut Attorney General

165 Capitol Avenue

Hartford, CT 06106

Telephone: (860) 808-5030

Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*

Kwame Raoul
  ATTORNEY GENERAL OF ILLINOIS

Elizabeth L. Maxeiner (*pro hac vice*)
  CHIEF, ANTITRUST BUREAU

Sarah J. North (*pro hac vice*)
  DEPUTY CHIEF, PUBLIC INTEREST DIVISION

Paul J. Harper (*pro hac vice*)
  SUPERVISING ATTORNEY, ANTITRUST BUREAU

John R. Milligan (*pro hac vice*)

Daniel R. Betancourt (*pro hac vice*)
  ASSISTANT ATTORNEYS GENERAL

Office of the Attorney General of Illinois

115 S. LaSalle St.

Chicago, IL 60603

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT

Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

Elinor R. Hoffmann (*pro hac vice*)
    CHIEF, ANTITRUST BUREAU
Christopher D'Angelo (*pro hac vice*)
    CHIEF DEPUTY ATTORNEY GENERAL
    ECONOMIC JUSTICE DIVISION
Amy McFarlane (*pro hac vice)*
    DEPUTY CHIEF, ANTITRUST BUREAU
Morgan Feder (*pro hac vice*)
    ASSISTANT ATTORNEY GENERAL, ANTITRUST BUREAU
    NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov | (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

Kunal Choksi (*pro hac vice*)
    SENIOR DEPUTY ATTORNEY GENERAL
Francisco Benzoni (*pro hac vice*)
    SPECIAL DEPUTY ATTORNEY GENERAL
Brian Rabinovitz (*pro hac vice*)
    DIRECTOR OF MAJOR LITIGATION FOR
    CONSUMER PROTECTION
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

Timothy D. Smith (*pro hac vice*)
    ATTORNEY-IN-CHARGE
Ian Van Loh (SBN 280254)

-v-

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR
EVIDENTIARY SUPPORT

Alex DeLorenzo (*pro hac vice*)
  SENIOR ASSISTANT ATTORNEYS GENERAL
  ECONOMIC JUSTICE SECTION
Oregon Department of Justice
100 SW Market St, Portland OR 97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov | 503.428.9482

*Attorneys for Plaintiff State of Oregon*

Tyler T. Henry (*pro hac vice*)
  SENIOR ASSISTANT ATTORNEY GENERAL
  ANTITRUST UNIT
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

-vi-

Defendants' Supplemental Response to Request for Evidentiary Support ("Supplemental Response"), Dkt. No. 160, does not address any of the deficiencies in Defendants' Original Response, Dkt. No. 136, and some assertions in the Supplemental Response appear inconsistent with the assertions in the Original Response. The Court should not modify Paragraph 8 of the TRO in accordance with Defendants' request, which would allow unspecified ███████████ at TEGNA, unless and until Defendants can satisfactorily address the questions previously raised by Plaintiffs. *See* Plaintiffs' Response, Dkt. No. 144.

Defendants' Supplemental Response does not address any of the three significant deficiencies Plaintiffs identified in Defendants' Original Response, and this latest submission instead raises more questions about their basis for requesting a modification to Paragraph 8 of the TRO.

***First***, neither of the two documents attached to the Supplemental Response pre-dates the August 18, 2025, merger agreement. And Exhibit A appears to be ███████████████, while Exhibit B appears on its face to be ███████████████████. *See* Dkt. Nos. 160–2, 160–3. Ms. Heskett does not attest to the nature of the documents, how they are used in the ordinary course of business, and what TEGNA's ordinary budget process is, but neither appears to be an annual 2026 budget for TEGNA approved by its board or management. As Plaintiffs' Response noted, if TEGNA had concrete pre-merger ███████████ plans, it should be able to produce pre-merger "records of board meetings or official yearly plans presented to the Board or management." Dkt. No. 144 at 1. It is remarkable that after a presumably thorough search, Defendants still cannot produce a single concrete piece of evidence documenting pre-merger plans for TEGNA ███████████ that apparently reflect ████████████████ ███.

***Second***, Plaintiffs noted that Defendants' Original Response did "not identify the extent to which TEGNA ███████████ may have been completed." Dkt. No. 144 at 2. Defendants'

---

[1] At the April 7, 2026 hearing, the Court ███████████████████████████████ ███████████████████████████████ Plaintiffs note that Defendants filed their Supplemental Response █████████████████.

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT

Supplemental Response still says nothing about the extent to which any ▉▉▉▉▉▉▉▉ were completed.

*Third,* Plaintiffs noted that Defendants' original Response left "unclear whether, or to what extent, some of the cost reduction initiatives described in Defendants' Response involved 'workforce actions' that are the subject of Defendants' proposed modification to Paragraph 8." Dkt. No. 144 at 2. Defendants' Supplemental Response does not address, let alone clear up, that uncertainty, and it continues to refer to cost reduction initiatives that appear, at least in substantial part, to be unrelated to ▉▉▉▉▉▉▉.

Plaintiffs' submission also identified ten questions that Defendants should answer to allow the Court to determine whether their modification to TRO Paragraph 8 is warranted. Dkt. No. 144 at 3–4. Defendants have not tried to answer any one of them.

Instead, Defendants' Supplemental Response raises still more questions. Most notably, Defendants' representations this week regarding the amount of cost savings from initiatives supposedly formulated by TEGNA management appear to have changed—without any explanation—from their representations last week. The following chart compares Defendants' assertions on this point:

| April 14 Submission (Dkt. No. 160 at 1) | April 8 Submission (Dkt. No. 136 at 1) |
| --- | --- |
| ████████████████████████ | ████████████████████████ |

Those same discrepancies exist between Ms. Heskett's Supplemental Declaration from this week and her original Declaration from last week. *See, e.g.,* Dkt. No. 136–1 ¶ 8; Dkt. No. 160–1 ¶ 8.

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR
EVIDENTIARY SUPPORT

As another example, while Defendants contend that the ███████████ plan discussed in Exhibit A was "formulated prior to the Merger Agreement," Dkt. No. 160 at 1, Exhibit A ██ ███████████████████████████████████████████████████████████████████ ████████████████ Dkt. No. 160–2 at 23–24.

Given the inexplicable inconsistencies in Defendants' assertions mere days apart, and their continued refusal to address any of the issues Plaintiffs raised, there is no basis for this Court to modify Paragraph 8 of the TRO to permit Defendants to ████████████████████ ████████████████████████████████████████. Instead, the Plaintiffs respectfully renew their request that the Court keep Paragraph 8 of the TRO as-is.

DATED:  April 15, 2026          MUNGER, TOLLES & OLSON LLP


By:  */s/ Glenn D. Pomerantz*
      GLENN D. POMERANTZ
      *Attorneys for Plaintiff DIRECTV, LLC*


DATED:  April 15, 2026          PLAINTIFF STATES


By:  */s/ Connie P. Sung*
      CONNIE P. SUNG
      *Attorneys for Plaintiff The State of California and on Behalf of All Plaintiff States*

PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL RESPONSE TO REQUEST FOR EVIDENTIARY SUPPORT