UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re. Nexstar-TEGNA Merger Litigation.

Case No.  2:26-cv-00976-TLN-CKD

**ORDER AUTHORIZING PREPARATION AND RELEASE OF IN-CAMERA PORTION OF APRIL 7, 2026 HEARING TRANSCRIPT**

The Court, having reviewed the parties' Joint Request for Court Authorization to Prepare and Release a Transcript of the In-Camera Hearing Portion of the April 7, 2026 Hearing, and good cause appearing therefor, hereby ORDERS as follows:

1. The official court reporter is hereby authorized and directed to prepare a transcript of the *in-camera* portion of the hearing held on April 7, 2026, in the above-captioned matter.

2. Upon completion, the *in-camera* transcript shall be made available only to outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties.

3. The *in-camera* transcript shall be treated as highly confidential and shall not be disclosed or made available to anyone except outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties.

4. Any party seeking to use or reference the contents of the *in-camera* transcript in any filing

or proceeding shall comply with all applicable rules governing the filing of sealed or confidential materials.

**IT IS SO ORDERED.**

DATED: April 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE