| CAED 435 (Rev. 10/2023) | United States District Court, Eastern District of California | | **FOR COURT USE ONLY** | |
|---|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | **TRANSCRIPT ORDER** | | **DUE DATE:** | |

| 1. YOUR NAME Arnaud Ajdler | 2. EMAIL aajdler@enginecap.com | 3. PHONE NUMBER 646 284 5544 | | 4. DATE 4/10/2026 | |
|---|---|---|---|---|---|
| 5. MAILING ADDRESS 60 riverside boulevard apt 1611 | | 6. CITY new york | | 7. STATE NY | 8. ZIP CODE 10069 |
| 9. CASE NUMBER 2:26-cv-00976 | 10. JUDGE Troy L Nunley | DATES OF PROCEEDINGS | | | |
| | | 11. FROM | 12. TO | | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | | |
| | | 14. CITY Sacramento | 15. STATE CA | | |

**16. ORDER FOR**

☐ APPEAL No.    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| JURY SELECTION | | | PI | April 7 2026 | Kimberly Bennett |
| OPENING STATEMENTS | | | | | |
| CLOSING ARGUMENTS | | | | | |
| JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

FILED APR 16 2026

**18. ORDER**    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☑ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE

PROCESSED BY

20. DATE April 10 2026

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |