AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-00976 |
| NEXSTAR MEDIA GROUP, INC. and TEGNA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut                                                                                                          .

Date:   4/20/2026

*/s/ Nicole Demers*
*Attorney's signature*

Nicole Demers, CT Bar No. 424822
*Printed name and bar number*

165 Capitol Avenue, Hartford, CT 06106
*Address*

nicole.demers@ct.gov
*E-mail address*

(860) 808-5030
*Telephone number*

(860) 808-5391
*FAX number*