AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

STATE OF CALIFORNIA, et al.

_____
*Plaintiff*

v.

NEXSTAR MEDIA GROUP, INC. and TEGNA

_____
*Defendant*

)
)
)
)
)
)

Case No.   26-cv-00976

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut
                                                                                                    .

Date:   4/20/2026
_____

/s/ Julián Quiñones Reyes
_____
*Attorney's signature*

Julián Quiñones Reyes, CT Bar No. 445132
_____
*Printed name and bar number*

165 Capitol Avenue, Hartford, CT 06106
_____
*Address*

julian.quinones@ct.gov
_____
*E-mail address*

(860) 808-5030
_____
*Telephone number*

(860) 808-5391
_____
*FAX number*