# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Nexstar Media Group, Inc.; TEGNA Inc. |

Name(s) of counsel (if any):

| |
|---|
| Deanne E. Maynard; Alexander P. Okuliar |

Address: 2100 L Street NW, Suite 900, Washington, DC 20037

Telephone number(s): (202) 887-8740; (202) 887-1679

Email(s): DMaynard@mofo.com; AOkuliar@mofo.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| DIRECTV, LLC |

Name(s) of counsel (if any):

| |
|---|
| Glenn D. Pomerantz; Kuruvilla J. Olasa; Robert E. Bowen; Liam P. Gennari |

Address: 350 S. Grand Avenue, 50th Fl., Los Angeles, CA 90071

Telephone number(s): (213) 683-9132; (213) 683-9530; (213) 683-9587; (213) 683-9137

Email(s): glenn.pomerantz@mto.com; kuruvilla.olasa@mto.com; robert.bowen@mto.com;liam.gennari@mto.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Nexstar Media Group, Inc.; TEGNA Inc.

Name(s) of counsel (if any):

Daralyn J. Durie; Eliot A. Adelson; Cassandra J. Lincoln

Address: 425 Market Street, San Francisco, CA 94105

Telephone number(s): (415) 268-6055; (415) 268-7243; (415) 268-7080

Email(s): DDurie@mofo.com; EAdelson@mofo.com; CLincoln@mofo.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

## Appellees

Name(s) of party/parties:

DIRECTV, LLC

Name(s) of counsel (if any):

Justin P. Raphael; Carson J. Scott

Address: 560 Mission Street, 27th Fl., San Francisco, CA 94105

Telephone number(s): (415) 512-4085; (415) 512-4048

Email(s): justin.raphael@mto.com; carson.scott@mto.com

Name(s) of party/parties:

DIRECTV, LLC

Name(s) of counsel (if any):

Xiaonan April Hu; Brandon H. Thomas

Address: 601 Massachusetts Ave NW, Suite 500E, Washington, DC 20001

Telephone number(s): (202) 220-1123; (202) 220-1108

Email(s): april.hu@mto.com; brandon.thomas@mto.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　*2*　　　　　　　　　　　*New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Nexstar Media Group, Inc.; TEGNA Inc.

Name(s) of counsel (if any):

Alexandra M. Avvocato

Address: 250 West 55th Street, New York, NY 10019

Telephone number(s): (212) 336-4149

Email(s): AAvvocato@mofo.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

DIRECTV, LLC

Name(s) of counsel (if any):

McGregor Scott

Address: 621 Capitol Mall, Suite 1500, Sacramento, CA 95814

Telephone number(s): (916) 321-4818

Email(s): mscott@kslaw.com

Name(s) of party/parties:

DIRECTV, LLC

Name(s) of counsel (if any):

M. Sean Royall; Emily J. Blackburn

Address: 1700 Pennsylvania Ave NW, Suite 900, Washington, DC 20006

Telephone number(s): (214) 764-4417; (202) 626-9623

Email(s): sroyall@kslaw.com; eblackburn@kslaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellees**

Name(s) of party/parties:

DIRECTV, LLC

Name(s) of counsel (if any):

Olivier N. Antoine; Laura E. Harris; Joshua Hazan; Sean M. Murray; Arthur B. Schoen

Address: 1290 Avenue of the Americas, New York, NY 10104

Telephone number(s): (212) 556-2334; (212) 790-5360; (212) 556-2168; (212) 827-4380; (212) 827-4003

Email(s): oantoine@kslaw.com; lharris@kslaw.com; jhazan@kslaw.com; smurray@kslaw.com; aschoen@kslaw.com

**Appellees**

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Paula Blizzard; Laura Antonini; Elizabeth Cheever; Emily C. Curran; Connie P. Sung; Brian D. Wang

Address: 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102

Telephone number(s): (415) 510-3765; (213) 269-6277; (415) 229-0126; (415) 510-3495; (415) 510-3832; (415) 510-3487

Email(s): Paula.Blizzard@doj.ca.gov; Laura.Antonini@doj.ca.gov; Elizabeth.Cheever@doj.ca.gov; Emily.Curran@doj.ca.gov; Connie.Sung@doj.ca.gov; Brian.Wang@doj.ca.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *4*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellees

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Paul Chander; Komal K. Patel

Address: 300 S. Spring Street, Los Angeles, CA 90013

Telephone number(s): (213) 269-6000; (213) 269-6298

Email(s): Paul.Chander@doj.ca.gov; Komal.Patel@doj.ca.gov

## Appellees

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Catherine S. Simonsen; Thomas Mattes

Address: 418 Bamboo Lane, Suite C-18, Los Angeles, CA 90012

Telephone number(s): (917) 747-5196; (415) 680-5772

Email(s): catherine@simonsensussman.com;
thomas.mattes@simonsensussman.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              5                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellees**

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Shaoul Sussman; Paul Goodrich; Nico Gurian; Victoria Field

Address: 307 W. 38th Street, Fl. 16, New York, NY 10018

Telephone number(s): (646) 693-3929; (332) 278-2070; (718) 510-5495; (860) 329-8248

Email(s): shaoul@simonsensussman.com; paul.goodrich@simonsensussman.com; nico.gurian@simonsensussman.com; victoria.field@simonsensussman.com

**Appellees**

Name(s) of party/parties:

State of California

Name(s) of counsel (if any):

Nicolas Stebinger; Victoria Sims

Address: 1629 K Street NW, Suite 300, Washington, DC 20006

Telephone number(s): (202) 384-3130; (202) 751-5441

Email(s): nicolas@simonsensussman.com; victoria.sims@simonsensussman.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellees

Name(s) of party/parties:

State of Colorado

Name(s) of counsel (if any):

Bryn A. Williams; Jonathan B. Sallet; Robin Alexander; Amy Bowles; Melissa Kessler

Address: 1300 Broadway, 10th Fl., Denver, CO 80203

Telephone number(s): (720) 508-6236; (720) 508-6000; (720) 508-6229; (720) 408-6040; (720) 508-6809

Email(s): Bryn.Williams@coag.gov; Jon.Sallet@coag.gov; Robin.Alexander@coag.gov; Amy.Bowles@coag.gov; Melissa.Kessler@coag.gov

## Appellees

Name(s) of party/parties:

State of Connecticut

Name(s) of counsel (if any):

Julián A. Quiñones Reyes; Nicole Demers

Address: 165 Capitol Avenue, Hartford, CT 06106

Telephone number(s): (860) 808-5030; (860) 808-5030

Email(s): Julian.Quinones@ct.gov; nicole.demers@ct.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    7                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellees**

Name(s) of party/parties:

State of Illinois

Name(s) of counsel (if any):

Elizabeth L. Maxeiner; Paul J. Harper; John R. Milligan; Daniel R. Betancourt; Sarah J. North

Address: 115 S. LaSalle Street, Chicago, IL 60603

Telephone number(s): (773) 590-7935; (773) 590-6837; (773) 505-5937; (312) 415-7945; (312) 814-2683

Email(s): elizabeth.maxeiner@ilag.gov; paul.harper@ilag.gov; john.milligan@ilag.gov; daniel.betancourt@ilag.gov; sarah.north@ilag.gov

**Appellees**

Name(s) of party/parties:

State of New York

Name(s) of counsel (if any):

Elinor R. Hoffmann; Christopher M. D'Angelo; Amy E. McFarlane; Morgan J. Feder

Address: 28 Liberty Street, New York, NY 10005

Telephone number(s): (212) 416-8269; (917) 617-8272; (212) 416-6195; (212) 416-8288

Email(s): elinor.hoffmann@ag.ny.gov; christopher.d'angelo@ag.ny.gov; amy.mcfarlane@ag.ny.gov; morgan.feder@ag.ny.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *8*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellees**

Name(s) of party/parties:

State of North Carolina

Name(s) of counsel (if any):

Kunal Choksi; Francisco Benzoni; Brian Rabinovitz

Address: 114 W. Edenton Street, Raleigh, NC 27603

Telephone number(s): (919) 716-6032; (919) 716-6950; (919) 716-6863

Email(s): kchoksi@ncdoj.gov; fbenzoni@ncdoj.gov; brabinovitz@ncdoj.gov

**Appellees**

Name(s) of party/parties:

State of Oregon

Name(s) of counsel (if any):

Timothy D. Smith; Ian Van Loh; Alex DeLorenzo

Address: 100 S.W. Market Street, Portland, OR 97201

Telephone number(s): (503) 798-3297; (971) 239-7457; (503) 428-9482

Email(s): tim.smith@doj.oregon.gov; ian.vanloh@doj.oregon.gov; alex.delorenzo@doj.oregon.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *9*                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellees

Name(s) of party/parties:

Commonwealth of Virginia

Name(s) of counsel (if any):

David C. Smith; Tyler T. Henry

Address: 202 North 9th Street, Richmond, VA 23219

Telephone number(s): (804) 692-0588; (804) 692-0485

Email(s): DSmith@oag.state.va.us; THenry@oag.state.va.us

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *10*                    *New 12/01/2018*