# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**501 "I" Street**
**Sacramento, CA 95814**

**DIRECTV, LLC, ET AL.,**
    Plaintiff

v.                                          **CASE NO. 2:26−CV−00976−TLN−CKD**

**NEXSTAR MEDIA GROUP, INC., ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **April 21, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 22, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/  A. Benson

Deputy Clerk