CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Alexa DiCunzolo | 2. EMAIL<br>adicunzolo@mofo.com | 3. PHONE NUMBER<br>202-887-1500 | 4. DATE<br>4/22/26 | |
| --- | --- | --- | --- | --- |
| 5. MAILING ADDRESS<br>2100 L Street NW | | 6. CITY<br>Washington | 7. STATE<br>DC | 8. ZIP CODE<br>20037 |

| 9. CASE NUMBER<br>2:26-cv-0976-TLN | 10. JUDGE<br>Troy L Nunley | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. FROM 4/7/26 | 12. TO 4/7/26 |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

☐ APPEAL No.   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | | DATE(S) | REPORTER |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ ENTIRE TRIAL | | | | OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | | | | |
| ☐ OPENING STATEMENTS | | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | | |
| | | | | | | |
| in-camera portion of transcript per Order | | | | | 4/7/26 | Kimberly Bennett |

**18. ORDER**          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☑ | ☑ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
| --- | --- | --- |

| 19. SIGNATURE   Alexa DiCunzolo | PROCESSED BY |
| --- | --- |
| 20. DATE   4/22/26 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
| --- | --- | --- | --- | --- |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |