# UNITED STATES DISTRICT COURT

for the

# DISTRICT OF KANSAS

# CERTIFICATE OF GOOD STANDING

I, _____ Skyler B. O'Hara _____ , Clerk of this Court,

certify that _____ John Harris _____ , Bar # ___ 30717 ___ , was

duly admitted to practice in this court on ___ 10/21/2025 ___ , and is in good

standing as an ___ Active ___ member of the Bar of This Court.

Dated at _____ Kansas City, Kansas _____ on ___ 04/23/2026 ___ .

Skyler B. O'Hara
CLERK

Stephanie Mickelsen
DEPUTY CLERK