Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
         BLui@mofo.com
         RManoso@mofo.com
         ADiCunzolo@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
         DDurie@mofo.com
         ABrausa@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |

1

PLEASE TAKE NOTICE that Henry Huttinger of Morrison & Foerster LLP, hereby withdraws as counsel of record for Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") (collectively "Defendants"). All pleadings, orders and other papers should continue to be served on Morrison & Foerster LLP. The court and counsel for Plaintiffs are respectfully requested to remove Henry Huttinger from the service list for this action.

Dated: April 24, 2026

Respectfully submitted,

By: */s/ Alexander P. Okuliar*
Alexander P. Okuliar (*pro hac vice*)
Eliot A. Adelson (CA Bar No. 205284)
Bradley S. Lui (CA Bar No. 143088)
Daralyn Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
Nicole K. Serfoss (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa DiCunzolo (*pro hac vice*)

MORRISON & FOERSTER LLP
Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.

NOTICE OF WITHDRAWAL OF COUNSEL