AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  26-cv-00976 |
| NEXSTAR MEDIA GROUP, INC. and TEGNA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado                                                                                                      .

Date:      4/28/2026                                          /s/Jonathan Sallet
                                                                                    *Attorney's signature*

                                                                    Jonathan Sallet, D.C. Bar No. 336198
                                                                    *Printed name and bar number*

                                                            1300 N. Broadway, 10th Floor, Denver, CO 80203
                                                                                    *Address*

                                                                    jon.sallet@coag.gov
                                                                    *E-mail address*

                                                                    720-508-6000
                                                                    *Telephone number*

                                                                    720-508-6040
                                                                    *FAX number*