CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Robert Bowen | 2. EMAIL robert.bowen@mto.com | 3. PHONE NUMBER (213) 683-4077 | 4. DATE 04/17/2026 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 350 S. Grand Ave., 50th Floor | | 6. CITY Los Angeles | 7. STATE CA | 8. ZIP CODE 90071 |

| 9. CASE NUMBER 2:26-cv-00976 | 10. JUDGE Honorable Troy L. Nunley | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 4/7/2026 | 12. TO 4/7/2026 |

| 13. CASE NAME In re. Nexstar-TEGNA Merger Litigation | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sacramento | 15. STATE California |

16. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Order to Show Cause re Preliminary Injunction | 4/7/2026 | Ms. Kimberly Bennett |
| ☐ OPENING STATEMENTS | | | including In Camera proceedings | | |
| ☐ CLOSING ARGUMENTS | | | per 4/16 Order authorizing release | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☑ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ Robert E. Bowen | PROCESSED BY |
|---|---|
| 20. DATE 4/28/2026 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In re. Nexstar-TEGNA Merger Litigation. | Case No.  2:26-cv-00976-TLN-CKD<br><br>**ORDER AUTHORIZING PREPARATION AND RELEASE OF IN-CAMERA PORTION OF APRIL 7, 2026 HEARING TRANSCRIPT** |

The Court, having reviewed the parties' Joint Request for Court Authorization to Prepare and Release a Transcript of the In-Camera Hearing Portion of the April 7, 2026 Hearing, and good cause appearing therefor, hereby ORDERS as follows:

1.  The official court reporter is hereby authorized and directed to prepare a transcript of the *in-camera* portion of the hearing held on April 7, 2026, in the above-captioned matter.

2.  Upon completion, the *in-camera* transcript shall be made available only to outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties.

3.  The *in-camera* transcript shall be treated as highly confidential and shall not be disclosed or made available to anyone except outside counsel, Dr. Carl Shapiro, Dr. Mark Israel, and each of their respective staff, unless otherwise agreed to in writing by the parties.

4.  Any party seeking to use or reference the contents of the *in-camera* transcript in any filing

or proceeding shall comply with all applicable rules governing the filing of sealed or confidential materials.

**IT IS SO ORDERED.**

DATED: April 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2