UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

## AFFIDAVIT OF THADDEUS HUSKEY IN SUPPORT OF PLAINTIFF STATES'S PAYMENT OF BOND

I, Thaddeus Huskey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am Chief Fiscal Officer at the Office of the Illinois Attorney General. I have personal knowledge of the matters contained in this declaration and if called as a witness to testify, I could and would competently testify to them.

2.    In the Court's April 17, 2026 Order granting a preliminary injunction, the Court ordered Plaintiffs to "post security in the amount of $10,000 with the Clerk of the Court within fourteen (14) days of the electronic filing date of this Order."

3.    Pursuant to that Order, the State of Illinois on behalf of the Plaintiff States is posting security of $5,000 with the Clerk of the Court for the Eastern District of California, by check enclosed with this affidavit. This property is unencumbered and of $5,000 in value.

4.    Plaintiff States understands that the remaining $5,000 of the bond will be posted by DIRECTV, LLC ("DIRECTV").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of April, at Springfield, Illinois.

/s/ _Thaddeus Huskey_
_Thaddeus Huskey_