UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |

**AFFIDAVIT OF ROBERT MULLEN IN SUPPORT OF DIRECTV'S PAYMENT OF BOND**

I, Robert B. Mullen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am Associate Vice President, Legal Counsel at DIRECTV, LLC ("DIRECTV"). I have personal knowledge of the matters contained in this declaration and if called as a witness to testify, I could and would competently testify to them.

2.      In the Court's April 17, 2026 Order granting a preliminary injunction, the Court ordered Plaintiffs to "post security in the amount of $10,000 with the Clerk of the Court within fourteen (14) days of the electronic filing date of this Order."

3.      Pursuant to that Order, DIRECTV is posting security of $5,000 with the Clerk of the Court for the Eastern District of California, by cashier's check enclosed with this affidavit. This property is unencumbered and of $5,000 in value.

4.      Plaintiff DIRECTV understands that the remaining $5,000 of the bond will be posted by the Plaintiff States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 29th day of April, at San Francisco, California.

                                 */s/ Robert B. Mullen*
                                 Robert B. Mullen