UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**WRITTEN INSTRUMENT AFFECTING BOND PURSUANT TO COURT'S APRIL 17, 2026 ORDER REGARDING PRELIMINARY INJUNCTION**

**Whereas**, the Court ordered Plaintiffs to "post security in the amount of $10,000 with the Clerk of the Court within fourteen (14) days of the electronic filing date of this Order" in the Court's April 17, 2026 Order granting a preliminary injunction (ECF No. 172 at 52);

**Now, therefore**, the undersigned, Plaintiff DIRECTV, LLC ("DIRECTV") and Plaintiffs the State of California, State of Colorado, State of Connecticut, State of Illinois, State of New York, State of North Carolina, State of Oregon, and Commonwealth of Virginia (collectively, "Plaintiff States") have respectively deposited $5,000 with the Clerk of the Court for the Eastern District of California, for a total of $10,000.[1]  DIRECTV and Plaintiff States post this security on condition that if the Court finds that Defendants Nexstar Media Group, Inc. and TEGNA Inc. were wrongfully enjoined or restrained by the Court's April 17, 2026 Order granting a preliminary injunction, the Clerk may apply the deposited security, or any portion thereof, to pay Defendants' costs and damages, if any.  DIRECTV and Plaintiff States also post this security with reservation of rights to petition the Court for release of the Bond at an appropriate juncture.  This Bond is subject to all applicable federal law, including Federal Rule of Civil Procedure, Rule 65(c) and Local Rules of the United States District Court for the Eastern District of California, Rule 151.

---

[1] Via telephone, the Court Clerk's Office informed Plaintiff States' counsel that their $5,000 portion of the Bond was received by the Court on April 29, 2026 but would not be cashed until May 4, 2026.  Receipt of DIRECTV's $5,000 portion of the Bond was docketed on April 30, 2026.

DATED:  April 30, 2026          MUNGER, TOLLES & OLSON LLP


By:   */s/ Glenn D. Pomerantz*
      GLENN D. POMERANTZ
      *Attorneys for Plaintiff DIRECTV, LLC*


DATED:  April 30, 2026          PLAINTIFF STATES


By:   */s/ Connie P. Sung*
      CONNIE P. SUNG
      *Attorneys for Plaintiff The State of California and*
      *on Behalf of All Plaintiff States*