# SUPREME COURT OF
# THE STATE OF INDIANA



# *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of

Admissions and Continuing Legal Education, do hereby certify that

## JACOB RILEY PATTERSON

is a member of the bar of the Supreme Court of Indiana since admission

on            October 11, 2023            , and is in good standing therein.

Given under my hand and the seal of said Court at

Indianapolis, Indiana, this 30th day of April, 2026.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court