

# United States District Court
# Eastern District of California

| In re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

Case Number: 2:26-cv-00976-TLN-CKD

V.

| |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

John Harris hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

State of Kansas

On 10/21/2025 (date), I was admitted to practice and presently in good standing in the

U.S. District Court for the District of Kansas (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 04/24/2026                    Signature of Applicant: /s/ John Harris

**Pro Hac Vice Attorney**

Applicant's Name: John Harris

Law Firm Name: Office of Kansas Attorney General

Address: 120 SW 10th Avenue

2nd Floor

City: Topeka    State: KS    Zip: 66612

Phone Number w/Area Code: (785) 296-2215

City and State of Residence: Lawrence, KS

Primary E-mail Address: john.harris@ag.ks.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco    State: CA    Zip: 94102

Phone Number w/Area Code: (415) 510-4400    Bar # 284490

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 24, 2026

JUDGE, U.S. DISTRICT COURT