

# United States District Court
# Eastern District of California

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | |

Plaintiff(s)

Case Number:  2:26-CV-00976-TLN-CKD

V.

| |
|---|
| |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Beth A. Wilkinson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendants Nexstar Media Group, Inc. and TEGNA Inc.

On _____ 03/08/1999 _____ (date), I was admitted to practice and presently in good standing in the

_____ District of Columbia _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 04/30/2026 _____   Signature of Applicant: /s/ Beth A. Wilkinson _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Beth A. Wilkinson |
| Law Firm Name: | Wilkinson Stekloff LLP |
| Address: | 2001 M Street NW |
| | 10th Floor |
| City: | Washington   State: DC   Zip: 20036 |
| Phone Number w/Area Code: | (202) 847-4000 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | bwilkinson@wilkinsonstekloff.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam R. Brausa |
| Law Firm Name: | Morrison Foerster |
| Address: | 425 Market Street |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 268-6053   Bar # 298754 |

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 30, 2026

Troy L. Nunley
Chief United States District Judge