

# United States District Court
# Eastern District of California

In re Nexstar-TEGNA Merger Litigation

Plaintiff(s)

Case Number: 2:26-CV-00976-TLN-CKD

V.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kosta S. Stojilkovic _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendants Nexstar Media Group, Inc. and TEGNA Inc.

On ____08/06/2007____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:____04 / 03 / 02 6____    Signature of Applicant: /s/ Kosta S. Stojilkovic _____

**Pro Hac Vice Attorney**

Applicant's Name: Kosta S. Stojilkovic

Law Firm Name: Wilkinson Stekloff LLP

Address: 2001 M Street NW

10th Floor

City: Washington    State: DC    Zip: 20036

Phone Number w/Area Code: (202) 847-4000

City and State of Residence: Washington, DC

Primary E-mail Address: kstojilkovic@wilkinsonstekloff.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Adam R. Brausa

Law Firm Name: Morrison Foerster

Address: 425 Market Street

City: San Francisco    State: CA    Zip: 94105

Phone Number w/Area Code: (415) 268-6053    Bar # 298754

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 30, 2026

Troy L. Nunley
Chief United States District Judge