Beth A. Finnerty (*pro hac vice*)
Edward J. Olszewski (*pro hac vice*)
Thomas W. Allen (*pro hac vice*)
Edward W. Mehrer III (*pro hac vice*)
Office of the Ohio Attorney General
30 E. Broad St., Floor 15
Columbus, OH 43215
Telephone: (614) 466-4328
Email: Beth.Finnerty@OhioAGO.gov
        Edward.Olszewski@OhioAGO.gov
        Thomas.Allen@OhioAGO.gov
        Trey.Mehrer@OhioAGO.gov

*Attorneys for Non-Party State of Ohio*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

|  |  |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | ) Case No. 2:26-cv-00976-TLN-CKD<br>)<br>)<br>) **MOTION FOR WITHDRAWAL OF**<br>) **COUNSEL**<br>)<br>)<br>) Judges: Honorable Troy L. Nunley and<br>) Honorable Carolyn K. Delaney<br>) Action Filed: March 18, 2026 |

Pursuant to Rule 182 of the Local Rules for Civil Procedure, the undersigned, Edward Mehrer III, requests that he be permitted to withdraw his appearance for the State of Ohio. In Support of this Motion, the undersigned represents that:

1. The State of Ohio is not a party to the instant action and will suffer no prejudice from the granting of this request for withdrawal. The previously granted motion for pro hac vice is no longer necessary to serve the interests of the State of Ohio.

2. The State of Ohio received actual notice of this Motion to Withdraw by electronic email.

- 1 -
MOTION FOR WITHDRAWL OF COUNSEL

WHEREFORE, for the reasons set forth above, counsel respectfully requests that the Court grant this Motion to Withdraw as counsel and allow counsel to withdraw his appearance for the State of Ohio.

Date: May 4, 2026

Respectfully submitted,

*/s/ Edward Mehrer III*
Edward "Trey" Mehrer III
Assistant Attorney General
Ohio Attorney General's Office
30 W. Broad St., Floor 15
Columbus, OH 43215
Telephone: 614-466-4328
Trey.Mehrer@OhioAGO.gov

*Attorney for Non-Party State of Ohio*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing.

Date: May 4, 2026

*/s/ Edward Mehrer III*
Edward Mehrer III