AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| DIRECTV, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-00976-TLN-CKD |
| Nexstar Media Group, Inc.; and TEGNA Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIRECTV, LLC
.

Date:      05/05/2026

*/s/ Lauren N. Beck*
*Attorney's signature*

Lauren  N.  Beck  #343375
*Printed name and bar number*

350 S Grand Ave Fl 50, Los Angeles, CA 90071
*Address*

lauren.beck@mto.com
*E-mail address*

(213) 683-9576
*Telephone number*

(213) 683-5130
*FAX number*