[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RULE 26(F) REPORT AND RULE 26(A) INITIAL DISCLOSURES**

Judges:        Hon. Troy L. Nunley
Trial Date:    Not Scheduled
Action Filed:  March 18, 2026

In accordance with Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States"), and Defendants Nexstar Media Group, Inc. and TEGNA Inc. (collectively, "Defendants") hereby stipulate that the deadline for submitting a report under Federal Rule of Civil Procedure 26(f) to the Court shall be extended to Monday, May 18, 2026, and that the deadline for serving initial disclosures under Federal Rule of Civil Procedure 26(a) shall be extended to Thursday, May 21, 2026.

The parties held an initial conference under Federal Rule of Civil Procedure 26(f) on Tuesday, April 28.  In the absence of any extensions, the parties' required initial disclosures under Rule 26(a) and report to the Court under Rule 26(f) are both due 14 days after the initial Rule 26(f) conference, on Tuesday, May 12. *See* Fed. R. Civ. P. 26(a)(1)(C), (f)(2).  There have been no prior requests to the Court for extensions of those deadlines.

Good cause exists to modify and extend both deadlines.  Although DIRECTV and the Plaintiff States initially filed suit on March 18, 2026, both DIRECTV and the Plaintiff States separately filed Amended Complaints on April 30, 2026.  The parties have been jointly engaging in productive

STIPULATION AND [PROPOSED] ORDER                    1                    CASE NO. 2:26-CV-00976-TLN-CKD

conversations about the scope of discovery and a proposed case schedule, and believe that additional time for submission of the Rule 26(f) report will help narrow any differences in the parties' positions. Similarly, additional time for service of Rule 26(a) initial disclosures in light of the parties' ongoing conversations will allow for a more productive exchange, and for the disclosures to be submitted after the Rule 26(f) report.  Accordingly,

1) The deadline for submission of a Rule 26(f) report to the Court is hereby extended from May 12, 2026 to May 18, 2026; and

2) The deadline for service of initial disclosures under Rule 26(a) is hereby extended from May 12, 2026 to May 21, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May __, 2026

_____
HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Dated:  May 11, 2026

/s/ Beth A. Wilkinson
Beth Wilkinson (pro hac vice)
Kosta Stojilkovic (pro hac vice)
Sarah Neuman (pro hac vice)
Jenna Swarbrick (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Alexander P. Okuliar (pro hac vice)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (pro hac vice)
Alexa Rae DiCunzolo (pro hac vice)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
aokuliar@mofo.com
blui@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
eadelson@mofo.com
ddurie@mofo.com
abrausa@mofo.com

Nicole K. Serfoss (pro hac vice)
**MORRISON & FOERSTER LLP**
Republic Plaza
370 Seventeenth Street, Unit 4200
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

nserfoss@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

/s/ *Laura Antonini*
Laura Antonini (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Paul Chander (SBN 305133)
Elizabeth Cheever (SBN 341421)
Emily Curran (SBN 293065)
Jennifer Hane (SBN 275729)
Komal K Patel (SBN 342765)
Connie P. Sung (SBN 304242)
Brian Wang (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
Telephone: (415) 510-3765
Email: Paula.Blizzard@doj.ca.gov
        Laura.Antonini@doj.ca.gov

Catherine S. Simonsen (SBN 307325)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196
Email: catherine@simonsensussman.com
        thomas.mattes@simonsensussman.com

Nicolas A. Stebinger (*Admitted Pro Hac Vice*)
Victoria R. Sims (*Admitted Pro Hac Vice*)
Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
Email: nicolas@simonsensussman.com
        victoria.sims@simonsensussman.com

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams*
Bryn A. Williams
First Assistant Attorney General
Jonathan B. Sallet (*Admitted pro hac vice*)
Special Assitant Attorney General
Robin Alexander (*Admitted pro hac vice*)
Assistant Attorney General
Amy Bowles (*Admitted pro hac vice*)
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702- 508-6000
Email: Bryn.Williams@coag.gov
　　　Jon.Sallet@coag.gov
　　　Robin.Alexander@coag.gov
　　　Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF
CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*Admitted pro hac vice*)

*/s/ Julián A. Quiñones Reyes*
Julián A. Quiñones (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUl
Attorney General of Illinois

*/s/ Paul J. Harper*
Paul J. Harper (*Admitted pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (*Admitted pro hac vice*)
Chief, Antitrust Bureau
John R. Milligan (*Admitted pro hac vice*)
Daniel R. Betancourt (*Admitted pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart, Att. No.25474-82
Chief Counsel and Director of Consumer Protection
(*Admitted pro hac vice*)
Jesse Moore, Atty. No. 37654-49
Deputy Attorney General (*Admitted pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (*Admitted pro hac vice*)

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: 317-232-4956
Fax: 317-232-7979
Email: Jesee.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACK
Attorney General of Kansas

*/s/ John Harris*
John Harris (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-296-2215
Email: John.Harris@ag.ks.gov

*Attorney for Plaintiff State of Kansas*


FOR PLAINTIFF COMMONWEALTH OF
MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney Genaral of Massachusetts

*/s/ Anthony W. Mariano*
Anthony W. Mariano (*Admitted pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (*Admitted pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of
Massachusetts*


FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (*Admitted pro hac vice*)
Chief, Antitrust Division
Christopher D' Angelo (*Admitted pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy McFarlane (*Admitted pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan Feder (*Admitted pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

STIPULATION AND [PROPOSED] ORDER          7          CASE NO. 2:26-CV-00976-TLN-CKD

Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov | 212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288

*Attorneys for Plaintiff State of New York*


FOR PLAINTIFF STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney general of North Carolina

KUNAL CHOKSI (*Admitted pro hac vice*)
Senior deputy attorney general


*/s/ Francisco Benzoni*
Francisco Benzoni (*Admitted pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (*Admitted pro hac vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
          Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*


FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo*
Timothy D. Smith (*Admitted pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Admitted pro hac vice*)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz*
Tracy W. Wertz (*pro hac vice forthcoming*)
Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

*/s/ Joseph S. Betsko*
Joseph S. Betsko (*pro hac vice forthcoming*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (*pro hac vice forthcoming*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*


FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Sarah L. J Aceves*
Sarah L. J. Aceves (*pro hac vice forthcoming*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov
*Attorney for Plaintiff State of Vermont*


FOR PLAINTIFF COMMONWEALTH OF VIRGINA

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry*
Tyler T. Henry (*Admitted pro hac vice*)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*

FOR PLAINTIFF DIRECTV:

*/s/ Glenn D. Pomerantz*

Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa(State Bar No. 281509)
    kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
    justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
    carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
    brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

McGregor Scott (State Bar No. 142413)
    mscott@kslaw.com
KING & SPALDING LLP

621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:     (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
   lharris@kslaw.com
Joshua Hazan (pro hac vice)
   jhazan@kslaw.com
Sean Murray (pro hac vice)
   smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
   aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:     (212) 556-2100

M. Sean Royall (pro hac vice)
   sroyall@kslaw.com
Emily Blackburn (pro hac vice)
   eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone:     (202) 737-0500

*Attorneys for Plaintiff DIRECTV, LLC*

**FILER'S ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Beth A. Wilkinson
Beth A. Wilkinson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*