AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| DirecTV, LLC, et al., | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    2:26 cv 00976 TLN CKD |
| Nexstar Media Group, Inc. and TEGNA Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

      The State of California                                       .


Date:      05/18/2026                                           /s/ Brent K. Nakamura

                                                          *Attorney's signature*

                                     Brent K. Nakamura (SBN 283572)

                                                *Printed name and bar number*

                                   300 South Street, Suite 9200 6
                                   Los Angeles, CA 90013

                                                    *Address*

                                   Brent.Nakamura@doj.ca.gov

                                                  *E-mail address*

                                   (213) 269 6000

                                                  *Telephone number*

                                   (916) 731 2126

                                                  *FAX number*