Case 2:26-cv-00976-TLN-CKD Document 226 Filed 05/20/26 Page 1 of 1

CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1.YOUR NAME Daniel R. Betancourt | 2. EMAIL daniel.betancourt@ilag.gov | 3. PHONE NUMBER 312-415-7945 | 4. DATE 05/20/2026 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 115 S. LaSalle St. | | 6. CITY Chicago | 7. STATE IL | 8. ZIP CODE 60603 |

| 9. CASE NUMBER 2:26-cv-00976 | 10. JUDGE Honorable Troy L. Nunley | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 04/07/2026 | 12. TO 04/07/2026 |
| 13. CASE NAME In Re: Nexstar-TEGNA Merger Litigation | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE California |

**16. ORDER FOR**

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Sealed Portion of PI Hearing | 04/07/2026 | Kimberly Bennett |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [x] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2- HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 19. SIGNATURE /s/ Daniel R. Betancourt | | PROCESSED BY | |
| 20. DATE 05/19/2026 | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |