AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| DirecTV, LLC, et al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    2:26 cv 00976 TLN CKD |
| Nexstar Media Group, Inc. and TEGNA Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California        .

Date:     06/02/2026

/s/ Jennifer K. Hane
*Attorney's signature*

Jennifer K. Hane (SBN 275729)
*Printed name and bar number*
455 Golden Gate Ave
San Francisco, CA 94102

*Address*

Jennifer.Hane@doj.ca.gov
*E-mail address*

(415) 510 3547
*Telephone number*

(916) 731 2126
*FAX number*