

# United States District Court
# Eastern District of California

| | |
|---|---|
| DIRECTV, LLC | Case Number: 2:26-cv-00976-TLN-CKD |
| Plaintiff(s) | |
| V. | |
| Nexstar Media Group, Inc.; TEGNA Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Kathleen Weng hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
DIRECTV, LLC

On 12/26/2022 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 06/04/2026    Signature of Applicant: /s/ _Kati Weng_

**Pro Hac Vice Attorney**

Applicant's Name: Kathleen Weng

Law Firm Name: HWG LLP

Address: 1919 M St. NW

Eighth Floor

City: Washington    State: DC    Zip: 20036

Phone Number w/Area Code: (202) 379-4549

City and State of Residence: Washington, D.C.

Primary E-mail Address: kweng@hwglaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Xiaonan April Hu

Law Firm Name: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Ave. NW

Suite 500E

City: Washington    State: DC    Zip: 20001

Phone Number w/Area Code: (202) 220-1123    Bar # 321354

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____

JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Kathleen Weng

*was duly qualified and admitted on December 26, 2022 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 05, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*