

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joseph Stephen Betsko, Esq.*

**DATE OF ADMISSION**

*November 17, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 4, 2026**

Elizabeth E. Zisk
Chief Clerk