

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jennifer Ann Thomson, Esq.

**DATE OF ADMISSION**

*October 29, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 4, 2026**

*Elizabeth Zisk*
—————————————————
Elizabeth E. Zisk
Chief Clerk