*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| | **NOTICE OF JOINT MOTION AND MOTION TO AMEND THE INITIAL PRETRIAL SCHEDULING ORDER AND ENTER STIPULATED DISCOVERY PROTOCOL** |
| | Judges:    Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Trial Date:   Not Scheduled |
| | Action Filed:  March 18, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") (collectively, "Defendants") and Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States"), jointly will and hereby do move this Court for an order amending the Initial Pretrial Scheduling Order to adopt the Proposed Amended Schedule set forth in Appendix A and the Stipulated Discovery Protocol attached as Appendix B to this Joint Motion to Amend the Initial Pretrial Scheduling Order and Enter Stipulated Discovery Protocol.

**PLEASE TAKE FURTHER NOTICE** that under Local Rule 230(g), this motion is submitted upon the record without oral argument unless otherwise directed by the Court.

This motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4). This motion is based on this Notice of Motion, the Joint Motion, the Appendices, the accompanying Affidavit of Counsel, the pleadings and papers otherwise on file in this action, and any other matter the Court may consider.

Dated: June 18, 2026

/s/ Beth A. Wilkinson
Beth Wilkinson (*pro hac vice*)

*Attorney for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

/s/ Laura Antonini
Laura Antonini (SBN 271658)
Deputy Attorney General

*Attorney for Plaintiff State of California on behalf of all Plaintiff States*

/s/ Glenn D. Pomerantz
Glenn D. Pomerantz (SBN 112503)

*Attorney for Plaintiff DIRECTV, LLC*

NOTICE OF JOINT MOTION TO AMEND
SCHEDULING ORDER AND ENTER
STIPULATED DISCOVERY PROTOCOL

2

CASE NO. 2:26-CV-00976-TLN-CKD

## <u>JOINT MOTION TO AMEND SCHEDULING ORDER AND ENTER STIPULATED DISCOVERY PROTOCOL</u>

Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") (collectively, "Defendants") and Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States"), respectfully move the Court to enter the Proposed Amended Schedule set forth in Appendix A and the Stipulated Discovery Protocol attached as Appendix B.  All Parties are aligned in making this request, which if accepted would result in a trial starting on July 7, 2027—or, if the Court is not available on that date, as soon thereafter as the Court is available for trial.

The Parties recognize that their Proposed Amended Schedule would expedite the Court's initial scheduling order, and respectfully submit that there is good cause for their request.  The Parties are mindful of the significant resource burdens facing the Eastern District of California.  The Parties are also mindful that the Court is working under a declared judicial emergency that has necessitated long hours for judges and court staff.  The Parties have negotiated diligently and in good faith to structure the Proposed Amended Schedule to avoid burdening the Court.

*First*, the Proposed Amended Schedule endeavors to place the burden of expedition on the Parties rather than on the Court.  For example, the schedule materially shortens the case schedule by expediting fact discovery and forgoing pretrial dispositive motions practice, including motions to dismiss and summary judgment motions.  Similarly, the schedule avoids the need for either side to take potentially unnecessary defensive depositions by providing that witnesses on a trial witness list may be deposed before trial if they were not deposed during the discovery period.  The Proposed Amended Schedule allows the Parties to conduct fact and expert discovery on an expedited timeline and then proceed to trial.  Instead of having to review lengthy dispositive motions and resolve them via a detailed ruling in advance of trial, the Court would just be asked to rule on the case once, after it

has heard the evidence at trial.

*Second*, merger cases are typically tried on expedited timelines.[1] Defendants note that merger challenges are often tried within six months or a year of the filing of a Complaint, and that the schedule proposed by the Parties provides more than fifteen months between the filing of the Complaint and trial. Defendants are concerned about the uncertainty caused by this litigation for their business, their customers, their employees, and their ability to satisfy commitments they have made to the Federal Communications Commission ("FCC"), and therefore request an expedited schedule to address that uncertainty.

Although Plaintiffs do not agree that the merger cases referenced by Defendants are appropriate comparators[2] or that the hold-separate order unduly interferes with the operation of Defendants' businesses or their ability to meet their commitments to the FCC, they do agree that the proposed schedule is reasonable, particularly based on Defendants' commitment to expedite discovery.[3] Additionally, Plaintiff States have an interest in a speedy resolution of this matter based on law enforcement priorities.

*Third*, all Parties have worked diligently and collaboratively to reach agreement on the Proposed Amended Schedule and a related Stipulated Discovery Protocol that will streamline this litigation and allow the Parties to present this case to the Court as efficiently as possible. That

---

[1] *See, e.g.*, *United States v. H&R Block, Inc.*, No. 1:11-cv-948 (D.D.C.) (trial 107 days from filing of complaint); *United States v. AT&T Inc.*, No. 1:17-cv-2511 (D.D.C.) (123 days); *United States v. Anthem, Inc.*, No. 1:16-cv-1493 (D.D.C.) (124 days); *United States v. Aetna Inc.*, No. 1:16-cv-1494 (D.D.C.) (138 days); *United States v. Jetblue Airways Corp.*, No. 1:23-cv-10511 (D. Mass.) (239 days); *St. Alphonsus Med. Ctr. v. St. Luke's Health Sys. Ltd.*, No. 1:12-cv-560 (D. Idaho) (316 days). By comparison, the proposed schedule here would result in trial 477 days after the filing of the initial complaints.

[2] Plaintiffs note that unlike this case, nearly all the cases cited by Defendants involved a *pre-closing* challenge to a merger in which the defendants faced a deadline by which to consummate their transaction. In those cases, the defendants voluntarily agreed not to close their mergers until after a decision in district court. Unlike this case, none of the cases cited by Defendants involved a trial set after the plaintiffs had litigated and successfully obtained a preliminary injunction. And unlike this case, all of the cases cited by Defendants involved a challenge by a federal agency after it had the opportunity to conduct a lengthy pre-suit investigation.

[3] The Parties have served initial sets of requests for production and have committed to substantially complete production of documents for these requests for production by August 20, 2026. Plaintiffs believe that the parties can meet this deadline, but reserve the right to seek an extension to the discovery deadline for good cause if that deadline proves untenable.

discovery protocol, which was negotiated in tandem with the proposed schedule, includes provisions governing privilege logging, the conduct of depositions, agreed limits on interrogatories and requests for admission, procedures for expert disclosures, and the like.  Given the number of Parties to this litigation (including additional States that first joined this case when amended complaints were filed on April 30, 2026), and the many issues addressed by the Proposed Amended Schedule and Stipulated Discovery Protocol, the Parties respectfully submit that they have acted diligently in bringing these proposals to the Court.

For the reasons provided above, the Parties respectfully submit the Proposed Amended Schedule set forth in Appendix A, and request that the Court enter it as the governing schedule in this action.  The Parties also respectfully request that the Court enter the Stipulated Discovery Protocol, attached hereto as Appendix B.  If the Court would benefit from further information or argument from the Parties in support of the Proposed Amended Schedule or the Stipulated Discovery Protocol, the Parties are available at the Court's convenience.

Dated:  June 18, 2026

FOR DEFENDANTS:

*/s/ Beth A. Wilkinson*
Beth Wilkinson (pro hac vice)
Kosta Stojilkovic (pro hac vice)
Sarah Neuman (pro hac vice)
Jenna P. Swarbrick (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Alexander P. Okuliar (pro hac vice)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (pro hac vice)
Alexa Rae DiCunzolo (pro hac vice)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900

Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
aokuliar@mofo.com
blui@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
eadelson@mofo.com
ddurie@mofo.com
abrausa@mofo.com

Nicole K. Serfoss (pro hac vice)
**MORRISON & FOERSTER LLP**
Republic Plaza
370 Seventeenth Street, Unit 4200
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
nserfoss@mofo.com

*Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.*

FOR PLAINTIFF DIRECTV:

*/s/ Glenn D. Pomerantz*

Glenn D. Pomerantz (State Bar No. 112503)
    glenn.pomerantz@mto.com
Kuruvilla J. Olasa(State Bar No. 281509)
    kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
    robert.bowen@mto.com
Lauren Beck (State Bar No. 343375)
    lauren.beck@mto.com
Liam Gennari (State Bar No. 350177)
    liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor

JOINT MOTION TO AMEND SCHEDULING
ORDER AND ENTER STIPULATED DISCOVERY
PROTOCOL

6

CASE NO. 2:26-CV-00976-TLN-CKD

Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
  justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
  carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
  april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
  brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

McGregor Scott (State Bar No. 142413)
  mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:     (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
  lharris@kslaw.com
Joshua Hazan (pro hac vice)
  jhazan@kslaw.com
Sean Murray (pro hac vice)
  smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
  aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone:     (212) 556-2100

M. Sean Royall (pro hac vice)
  sroyall@kslaw.com
Emily Blackburn (pro hac vice)
  eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone:     (202) 737-0500

JOINT MOTION TO AMEND SCHEDULING
ORDER AND ENTER STIPULATED DISCOVERY
PROTOCOL

7

CASE NO. 2:26-CV-00976-TLN-CKD

Michael D. Nilsson (pro hac vice)
   mnilsson@hwglaw.com
Jared Paul Marx (pro hac vice)
   jmarx@hwglaw.com
Kathleen Weng (pro hac vice)
   kweng@hwglaw.com
HWG LLP
1919 M St. NW, Eighth Floor
Washington, D.C. 20036
Telephone:    (202) 730-1334


*Attorneys for Plaintiff DIRECTV, LLC*


FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Laura Antonini*
Laura Antonini
Deputy Attorney General
Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Brent K. Nakamura (SBN 283572)
Supervising Deputy Attorney General
Elizabeth Cheever (SBN 341421)
Emily C. Curran (SBN 293065)
Jennifer K. Hane (SBN 275729)
Connie P. Sung (SBN 304242)
Brian D. Wang (SBN 284490)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Laura.Antonini@doj.ca.gov
       Brent.Nakamura@doj.ca.gov

Shaoul Sussman (*Admitted Pro Hac Vice*)
Nico Gurian (*Admitted Pro Hac Vice*)
Victoria M. O. Field (*Admitted Pro Hac Vice*)
Paul M. Goorich (*Admitted Pro Hac Vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
Email: shaoul@simonsensussman.com
      nico.gurian@simonsensussman.com

victoria.field@simonsensussman.com
paul.goodrich@simonsensussman.com

Catherine S. Simonsen (SBN 307325)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196
Email: catherine@simonsensussman.com
         thomas.mattes@simonsensussman.com

Nicolas A. Stebinger (*Admitted Pro Hac Vice*)
Victoria R. Sims (*Admitted Pro Hac Vice*)
Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
Email: nicolas@simonsensussman.com
         victoria.sims@simonsensussman.com

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams*
Bryn A. Williams
First Assistant Attorney General
Jonathan B. Sallet (*Admitted pro hac vice*)
Special Assitant Attorney General
Robin Alexander (*Admitted pro hac vice*)
Assistant Attorney General
Amy Bowles (*Admitted pro hac vice*)
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702- 508-6000
Email: Bryn.Williams@coag.gov
         Jon.Sallet@coag.gov
         Robin.Alexander@coag.gov
         Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF
CONNECTICUT:

JOINT MOTION TO AMEND SCHEDULING
ORDER AND ENTER STIPULATED DISCOVERY
PROTOCOL

9

CASE NO. 2:26-CV-00976-TLN-CKD

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*Admitted pro hac vice*)

/s/ *Julián A. Quiñones Reyes*
Julián A. Quiñones (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUl
Attorney General of Illinois

/s/ *Paul J. Harper*
Paul J. Harper (*Admitted pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (*Admitted pro hac vice*)
Chief, Antitrust Bureau
John R. Milligan (*Admitted pro hac vice*)
Daniel R. Betancourt (*Admitted pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ *Scott L. Barnhart*
Scott L. Barnhart, Att. No.25474-82
Chief Counsel and Director of Consumer
Protection
(*Admitted pro hac vice*)

JOINT MOTION TO AMEND SCHEDULING
ORDER AND ENTER STIPULATED DISCOVERY
PROTOCOL

10

CASE NO. 2:26-CV-00976-TLN-CKD

Jesse Moore, Atty. No. 37654-49
Deputy Attorney General (*Admitted pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (*Admitted pro hac vice*)

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: 317-232-4956
Fax: 317-232-7979
Email: Jesee.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACK
Attorney General of Kansas

/s/ John Harris
John Harris (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-296-2215
Email: John.Harris@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney Genaral of Massachusetts

/s/ Anthony W. Mariano
Anthony W. Mariano (*Admitted pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (*Admitted pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

JOINT MOTION TO AMEND SCHEDULING ORDER AND ENTER STIPULATED DISCOVERY PROTOCOL

11

CASE NO. 2:26-CV-00976-TLN-CKD

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (*Admitted pro hac vice*)
Chief, Antitrust Division
Christopher D' Angelo (*Admitted pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy McFarlane (*Admitted pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan Feder (*Admitted pro hac vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov |
212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney general of North Carolina

KUNAL CHOKSI (*Admitted pro hac vice*)
Senior deputy attorney general

*/s/ Francisco Benzoni*
Francisco Benzoni (*Admitted pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (*Admitted pro hac vice*)
Director of Major Litigation for Consumer
Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
　　　　Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo*
Timothy D. Smith (*Admitted pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Admitted pro hac vice*)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz*
Tracy W. Wertz (*pro hac vice forthcoming*)
Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

Joseph S. Betsko (*pro hac vice forthcoming*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (*pro hac vice forthcoming*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

JOINT MOTION TO AMEND SCHEDULING ORDER AND ENTER STIPULATED DISCOVERY PROTOCOL

13

CASE NO. 2:26-CV-00976-TLN-CKD

*/s/ Sarah L. J Aceves*

Sarah L. J. Aceves (*pro hac vice forthcoming*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov
*Attorney for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINA

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry*

Tyler T. Henry (*Admitted pro hac vice*)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*

**FILER'S ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Beth A. Wilkinson
Beth A. Wilkinson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*