**Appendix A**

**PROPOSED AMENDED SCHEDULE**

| Event | Date |
|---|---|
| Deadline for All Parties to Reproduce Investigation Materials[1] | For Defendants and DIRECTV, June 5, 2026. For Plaintiff States, June 15, 2026. |
| Substantial Completion of Document Productions for Initial Requests for Production to the Parties ("Initial RFPs")[2] | August 20, 2026 |
| Deadline for Production of Privilege Logs for Documents Produced By Substantial Completion | September 8, 2026 at 5pm PT |
| Close of Fact Discovery[3] | December 10, 2026 |
| Initial Expert Report(s)[4] | January 14, 2027 |
| Rebuttal Expert Report(s) | February 18, 2027 |

[1] "Investigation Materials" is defined in the Protective Order, ECF No. 238. By this deadline, the Parties produced Investigation Materials that constitute advocacy submissions or productions or submissions of documents, reports, and data. Investigation Materials that constitute non-privileged communications with a governmental entity or official but that do not fall within these categories shall be addressed through Requests for Production. Plaintiff States shall not re-produce submissions received from Defendants as part of the Investigation Materials.

[2] The Parties have previously served Initial RFPs, without prejudice to service of additional Requests for Production. Parties shall produce documents on a rolling basis, and shall substantially complete document production in response to the Initial RFPs by this date. The deadline for substantial completion of document production does not relieve a party of its obligations under Rule 34 of the Federal Rules of Civil Procedure to produce responsive records within a reasonable time, if that time is earlier than the deadline for substantial completion.

[3] If Defendants agree to any new divestitures, agreements, or commitments beyond those that Defendants have already made to the FCC and the Ohio Attorney General, Defendants may not rely on those new divestitures, agreements, or commitments in this litigation without providing Plaintiffs an opportunity to conduct fact and expert discovery on them. Any Party may seek a modification of this schedule to allow additional time for such discovery and trial preparation.

[4] Initial Expert Reports shall include: (1) any affirmative reports submitted by Plaintiffs on market definition or anti-competitive effects; (2) any affirmative reports submitted by Defendants on merger-specific efficiencies or a failing firm defense; and (3) any affirmative industry expert reports submitted by either side. Nothing herein limits the subjects on which the Parties may submit expert reports.

| Event | Date |
|---|---|
| Reply Expert Report(s)[5] | March 18, 2027 |
| Close of Expert Discovery | April 15, 2027 |
| Exchange of Preliminary Witness Lists[6] | April 22, 2027 at 5pm PT |
| Exchange of Affirmative Deposition Designations | April 29, 2027 at 5pm PT |
| Exchange of Exhibit Lists and Final Witness Lists | May 6, 2027 at 5pm PT |
| Daubert Motions and Motions In Limine | May 13, 2027 |
| Exchange of Objections and Counter-Designations to Deposition Designations | May 13, 2027 at 5pm PT |
| Exchange of Objections to Exhibits Lists | May 20, 2027 at 5pm PT |
| Oppositions to Daubert Motions and Motions In Limine | May 27, 2027 |
| Exchange Counter-Counter Designations and Objections to Counter-Designations | May 27, 2027 at 5pm PT |
| Parties Create a Joint Exhibit List with Plaintiff and Defense Exhibits, Deduplicating Exhibits Listed by Both Sides | June 3, 2027 |
| Joint Pre-Trial Statement (L.R. 281) | June 10, 2027 |
| Pre-Trial Brief (35-Page Limit)[7] | June 17, 2027 |
| Pre-Trial Conference | June 24, 2027 |
| Lodge Deposition Designations with Court | June 30, 2027 |
| Trial | July 7, 2027 |

[5] Sur-Rebuttal Expert Report(s) shall not be submitted without agreement of the Parties or order of the Court.

[6] Any witness appearing on a preliminary or final witness list who has not been deposed may be deposed after the close of fact discovery.

[7] To the extent that the Parties wish to brief dispositive legal issues, they should be included in the Pre-Trial or Post-Trial Briefs and will be resolved by the Court in issuing its opinion after trial. Any dispositive issue presented this way will be preserved as if presented in a separate dispositive motion. The Parties have agreed not to file dispositive motions.

| Event | Date |
|---|---|
| Estimated Trial Length | 15 days, split evenly between the sides |
| Post-Trial Brief (50-Page Limit) Proposed Findings of Fact and Conclusions of Law | 14 Days after Close of Trial |