UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**AFFIDAVIT OF COUNSEL IN SUPPORT OF JOINT MOTION TO AMEND THE INITIAL PRETRIAL SCHEDULING ORDER AND ENTER STIPULATED DISCOVERY PROTOCOL**

I, Kosta Stojilkovic, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I represent Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") in this action.

2.      I have personal knowledge of the facts set forth in this affidavit and, if called as a witness, could and would testify competently to them under oath.

3.      I submit this affidavit under Local Rule 144(e) in support of the Parties' Joint Motion to Amend the Initial Pretrial Scheduling Order and Enter Stipulated Discovery Protocol.

4.      Defendants Nexstar and TEGNA (collectively, "Defendants") and Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States") agree that the Parties' Proposed Amended Schedule, set forth as Appendix A to the Parties' Joint Motion to Amend the Initial Pretrial Scheduling Order and Enter Stipulated Discovery Protocol, is reasonable and jointly request that the Court enter it as the governing scheduling order in this case.

5.      The Parties recognize that their Proposed Amended Schedule would expedite the Court's initial scheduling order, and respectfully submit that there is good cause for their request.

6.      The Parties are mindful that the Court is working under a declared judicial emergency in the Eastern District of California that has necessitated long hours for judges and court staff.  The Parties

AFFIDAVIT OF COUNSEL                                    1                        CASE NO. 2:26-CV-00976-TLN-CKD

have negotiated diligently and in good faith to structure the Proposed Amended Schedule to avoid burdening the Court.

7.      The Proposed Amended Schedule endeavors to place the burden of expedition on the Parties rather than on the Court.  For example, the schedule materially shortens the case schedule by expediting fact discovery and forgoing pretrial dispositive motions practice, including motions to dismiss and summary judgment motions.  Similarly, the schedule avoids the need for either side to take potentially unnecessary defensive depositions by providing that witnesses on a trial witness list may be deposed before trial if they were not deposed during the discovery period.  The Proposed Amended Schedule allows the Parties to conduct fact and expert discovery on an expedited timeline and then proceed to trial.  Instead of having to review lengthy dispositive motions and resolve them via a detailed ruling in advance of trial, the Court would just be asked to rule on the case once, after it has heard the evidence at trial.

8.      All Parties have worked diligently and collaboratively to reach agreement on the Proposed Amended Schedule and a related Stipulated Discovery Protocol that will streamline this litigation and allow the Parties to present this case to the Court as efficiently as possible.  That discovery protocol, which was negotiated in tandem with the proposed schedule, includes, among other things, provisions governing privilege logging, the conduct of depositions, agreed limits on interrogatories and requests for admission, and procedures for expert disclosures.

9.      Given the number of Parties to this litigation (including additional States that first joined this case when amended complaints were filed on April 30, 2026), and the many issues addressed by the Proposed Amended Schedule and Stipulated Discovery Protocol, the Parties respectfully submit that they have acted diligently in bringing these proposals to the Court.

10.      If the Court would benefit from further information or argument from the Parties in support of the Proposed Amended Schedule or the Stipulated Discovery Protocol, the Parties are available at the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of June, 2026 in Washington, District of Columbia.

By: */s/ Kosta Stojilkovic*

Kosta Stojilkovic
*Attorney for Defendants*