

# United States District Court
# Eastern District of California

| In re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

Case Number: | 2:26 cv 00976 TLN CKD |

V.

|  |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Joseph S. Betsko hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Commonwealth of Pennsylvania

On ____11/17/1998____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Pennsylvania____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ____06/01/2026____          Signature of Applicant: /s/ _Joseph S. Betsko_

**Pro Hac Vice Attorney**

Applicant's Name: Joseph S. Betsko

Law Firm Name: Pennsylvania Office of Attorney General

Address: Strawberry Square, 14th Floor

City: Harrisburg        State: PA        Zip: 17120

Phone Number w/Area Code: (717) 574 2916

City and State of Residence: Camp Hill, PA

Primary E-mail Address: jbetsko@attorneygeneral.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco        State: CA        Zip: 94102

Phone Number w/Area Code: (415) 510-4400        Bar # 284490

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026        _____
                            JUDGE, U.S. DISTRICT COURT