

# United States District Court
# Eastern District of California

| In re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

V.

|  |
|---|

Defendant(s)

Case Number:  | 2:26-cv-00976-TLN-CKD |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Tracy W. Wertz _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Commonwealth of Pennsylvania

On _____ 11/29/1993 _____ (date), I was admitted to practice and presently in good standing in the

_____ Pennsylvania Supreme Court _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____ 06/01/2026 _____         Signature of Applicant: /s/ _Tracy W. Wertz_____

**Pro Hac Vice Attorney**

Applicant's Name: Tracy W. Wertz

Law Firm Name: Pennsylvania Office of Attorney General

Address: 14th Floor Strawberry Square

City: Harrisburg          State: PA          Zip: 17120

Phone Number w/Area Code: (717) 574-7486

City and State of Residence: Mechanicsburg, Pennsylvania

Primary E-mail Address: twertz@attorneygeneral.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco          State: CA          Zip: 94102

Phone Number w/Area Code: (415) 510-4400          Bar # 284490

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 23, 2026          _____
                              JUDGE, U.S. DISTRICT COURT