

# United States District Court
# Eastern District of California

| | |
|---|---|
| DIRECTV, LLC | Case Number: 2:26-cv-00976-TLN-CKD |
| Plaintiff(s) | |
| V. | |
| Nexstar Media Group, Inc.; TEGNA Inc | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren E. Ross _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: DIRECTV, LLC

On _____ 09/17/2019 _____ (date), I was admitted to practice and presently in good standing in the _____ District of Columbia Court of Appeals _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____ 06/24/2026 _____    Signature of Applicant: /s/ _Lauren Ross_

**Pro Hac Vice Attorney**

Applicant's Name: Lauren E. Ross

Law Firm Name: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Ave. NW

Suite 500E

City: Washington    State: D.C.    Zip: 20001

Phone Number w/Area Code: (202) 220-1119

City and State of Residence: Bethesda, MD

Primary E-mail Address: Lauren.Ross@mto.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: April Hu

Law Firm Name: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Ave. NW

Suite 500E

City: Washington    State: D.C.    Zip: 20001

Phone Number w/Area Code: (202) 220-1123    Bar # 321354

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                    JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Lauren Ross

*was duly qualified and admitted on September 17, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 26, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*