

## United States District Court
## Eastern District of California

DIRECTV, LLC

Plaintiff(s)

V.

Nexstar Media Group, Inc.; TEGNA Inc

Defendant(s)

Case Number: 2:26-cv-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren E. Ross _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

DIRECTV, LLC

On ____09/17/2019____ (date), I was admitted to practice and presently in good standing in the ____District of Columbia Court of Appeals____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____06/24/2026____      Signature of Applicant: /s/ _~Lauren Ross~_

**Pro Hac Vice Attorney**

Applicant's Name: Lauren E. Ross

Law Firm Name: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Ave. NW

Suite 500E

City: Washington   State: D.C.   Zip: 20001

Phone Number w/Area Code: (202) 220-1119

City and State of Residence: Bethesda, MD

Primary E-mail Address: Lauren.Ross@mto.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: April Hu

Law Firm Name: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Ave. NW

Suite 500E

City: Washington   State: D.C.   Zip: 20001

Phone Number w/Area Code: (202) 220-1123   Bar # 321354

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2026

JUDGE, U.S. DISTRICT COURT