

# United States District Court
# Eastern District of California

In re: Nexstar-TEGNA Merger Litigation

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:26-cv-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jaya M. Mantovani hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff State of New York

On _____06/22/2026_____ (date), I was admitted to practice and presently in good standing in the

__New York State, First Judicial Department__ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____07/06/2026_____     Signature of Applicant: /s/ Jaya Mantovani

Digitally signed by Jaya Mantovani
Date: 2026.07.06 14:07:12 -04'00'

**Pro Hac Vice Attorney**

Applicant's Name: Jaya M. Mantovani

Law Firm Name: Office of the New York State Attorney General

Address: 28 Liberty

City: New York City     State: NY     Zip: 10005

Phone Number w/Area Code: (212) 416-8284

City and State of Residence: New York City, New York

Primary E-mail Address: jaya.mantovani@ag.ny.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco     State: CA     Zip: 94102

Phone Number w/Area Code: (415) 510-4400     Bar # 284490

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 10, 2026

_____
JUDGE, U.S. DISTRICT COURT