AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-00976-TLN-CKD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California                                                    .

Date:    07/14/2026

/s/ Henry J. Hauser
*Attorney's signature*

Henry J. Hauser (SBN 286744)
*Printed name and bar number*

455 Golden Gate Ave.
San Francisco, CA 94102

*Address*

Henry.Hauser@doj.ca.gov
*E-mail address*

(415) 510-3785
*Telephone number*

(916) 731-2126
*FAX number*