AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.    2:26-cv-00976-TLN-CKD |
| | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Nexstar Media Group, Inc.                                          .

Date:    7/15/2026

_Attorney's signature_

Sean Paul Gates, SBN 186247
_Printed name and bar number_

Illovsky Gates & Calia LLP
155 N Lake Ave Ste 800
Pasadena, CA 91101
_Address_

sean@illovskygates.com
_E-mail address_

626-508-1715
_Telephone number_

_FAX number_