## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re: Nexstar-TEGNA Merger Litigation** | **Case No. 2:26-cv-00976-TLN-CKD** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 182(d) Plaintiff State Of Indiana respectfully submits this Notice of Withdrawal of Counsel for Jesse Moore in the above-captioned matter. Jesse Moore hereby withdraws as attorney of record the Plaintiff State of Indiana in the above-captioned matter. Plaintiff State of Indiana will continue to be represented by Scott Barnhart, Corinne Gilchrist, and Jacob Patterson who have previously entered appearances on behalf of Plaintiff State of Indiana.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Jesse Moore*
Jesse Moore
Deputy Attorney General
Attorney Reg. No. 37654-49

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jesse Moore
Jesse Moore
Deputy Attorney General


Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-4956
Jesse.Moore@atg.in.gov