## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |

## <u>ORDER</u>

**AND NOW**, this ___ day of July, 2026, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Jesse Moore as counsel for the State of Indiana is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

_____
HON.
UNITED STATES DISTRICT JUDGE

DATED: