

## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Sarah Aceves, #5596** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 19th day of December 2016.

This is to **FURTHER CERTIFY** that the said **Sarah Aceves, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 25th day of June 2025.

Emily Wetherell
Deputy Clerk

