UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

Case No. 2:26−cv−00976−TLN−CKD

In re Nexstar-TEGNA Merger Litigation

**DECLARATION OF XIAONAN APRIL HU IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF**

I, Xiaonan April Hu, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at the law firm Munger, Tolles & Olson LLP, which serves as counsel to Plaintiff DIRECTV, LLC ("DIRECTV") in this action. I am an attorney admitted to practice in this Court. I respectfully submit this Declaration in support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of correspondence sent by counsel for Plaintiffs to counsel for Defendants via email on May 22, 2026.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Plaintiffs via email on June 3, 2026.

4. Attached hereto as **EXHIBIT C** is a true and correct copy of correspondence sent by counsel for Plaintiffs to counsel for Defendants via email on June 9, 2026.

5. Attached hereto as **EXHIBIT D** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Plaintiffs via email on June 12, 2026.

6. Attached hereto as **EXHIBIT E** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Plaintiffs via email on June 17, 2026.

-1-

7. Attached hereto as **EXHIBIT F** is a true and correct copy of correspondence sent by counsel for Plaintiffs to counsel for Defendants via email on June 16, 2026.

8. Attached hereto as **EXHIBIT G** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Plaintiffs via email on June 26, 2026.

9. Attached hereto as **EXHIBIT H** is a true and correct copy of correspondence sent by counsel for Plaintiffs to counsel for Defendants via email on June 30, 2026.

10. Attached hereto as **EXHIBIT I** is a true and correct copy of an email sent by counsel for Defendants to counsel for Plaintiffs on July 6, 2026.

11. Attached hereto as **EXHIBIT J** is a true and correct copy of correspondence sent by counsel for Defendants to counsel for Plaintiffs via email on July 7, 2026.

12. Attached hereto as **EXHIBIT K** is a true and correct copy of the revised FY 2026 budget for TEGNA Inc., which was transmitted by counsel for Defendants to counsel for Plaintiffs via email on June 18, 2026.

13. ████████████████████████████████████████████████████████████████████████████████████████████████

14. Attached hereto as **EXHIBIT L** is a true and correct copy ████████████████████████████████████████████████████████████████████████████████ ████████.

15. Attached hereto as **EXHIBIT M** is a true and correct copy of TEGNA Inc.'s May 25, 2026 press release announcing the appointment of Patrick Paolini as Chief Executive Officer, which was downloaded from https://www.tegna.com/tegna-inc-names-patrick-paolini-as-chief-executive-officer on July 14, 2026.

16. Attached hereto as **EXHIBIT N** is a true and correct copy of TEGNA Inc.'s June 16, 2026 press release announcing the appointment of Kurt Rao as Executive Vice President and Chief Technology and Digital Products Officer, which was downloaded from https://investors.tegna.com/news-releases/news-release-details/tegna-ceo-patrick-paolini-appoints-kurt-rao-executive-vice on July 14, 2026.

17. Attached hereto as **EXHIBIT O** is a true and correct copy of TEGNA Inc.'s June 23, 2026 press release announcing the appointments of Marc Sher as Senior Vice President and General Counsel, Raquel Amparo as Senior Vice President of Content, Melissa Jones as Senior Vice President of Human Resources, and Pamela Long as Senior Vice President of Finance, which was downloaded from https://www.tegna.com/tegna-ceo-patrick-paolini-taps-seasoned-industry-leaders-for-top-roles on July 14, 2026.

18. Attached hereto as **EXHIBIT P** is a true and correct copy of the transcript of the sealed portion of the preliminary injunction hearing held on April 7, 2026.

19. Attached hereto as **EXHIBIT Q** is a true and correct copy of correspondence sent by counsel for Plaintiffs to counsel for Defendants via email on July 21, 2026. In my July 21 email, I informed Defendants that Plaintiffs understood based on prior correspondence that Defendants would not consent to providing regular reports on preliminary injunction compliance to Plaintiffs and the Court and that Defendants would not agree to remove Nexstar personnel from the TEGNA Board. I asked Defendants to notify me by the end of the day if that was incorrect, and that if I did not hear back, I would represent in our filings that they have not consented on either issue and that the parties are at an impasse. As of the date of this filing, Defendants have not responded to my email.

HU DECLARATION ISO MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF

20.    Attached hereto as **EXHIBIT R** is a true and correct copy of the "Agreement and Plan of Merger" between Nexstar Media Group, Inc. and TEGNA Inc., dated as of August 18, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of July, at Washington, D.C.


*/s/ Xiaonan April Hu*
Xiaonan April Hu

-4-