# EXHIBIT I

| From: | Sarah Neuman |
|---|---|
| To: | Benzoni, Francisco; Hu, April; Neil Alacha; Beth Wilkinson |
| Cc: | Pomerantz, Glenn; Raphael, Justin; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran; Elizabeth Cheever; Paul Chander; Feder, Morgan; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob Patterson; Greaney, Jennifer.; Gennari, Liam; Brent Nakamura; Emily Clarke; Kosta Stojilkovic; Olasa, Kuruvilla; Laura Antonini; Serfoss, Nicole K.; Connie Sung; Okuliar, Alexander; Adelson, Eliot A.; Manoso, Robert W.; DiCunzolo, Alexa Rae; Brausa, Adam R.; Jenna Swarbrick |
| Subject: | RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) |
| Date: | Monday, July 6, 2026 4:37:23 PM |
| Attachments: | image002.png<br>shield-advisory.png<br>chevron-light.png |

 External email ❯

Francisco,

We received your letter and are preparing a response.  We did see your request for a response today—a short deadline the Monday after a holiday weekend.  Given the holiday, that is not going to be possible, but we are aiming to get back to you soon.

Thank you,

Sarah

---

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Tuesday, June 30, 2026 2:59 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob Patterson <Jacob.Patterson@atg.in.gov>; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

1

Sarah,

Please see attached.

Francisco



**Francisco Benzoni**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
919-716-6950
fbenzoni@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note that messages to or from this address may be public records.



Chat with me on Teams | Call me on Teams

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Monday, June 29, 2026 4:07 PM
**To:** Hu, April <April.Hu@mto.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob Patterson <Jacob.Patterson@atg.in.gov>; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>

**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

April,

We are discussing with our clients and will get back to you.

Thanks,

Sarah

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Sunday, June 28, 2026 5:40 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Sarah:

Pursuant to Section 6 of the Amended Stipulated Protective Order, DIRECTV objects to Defendants' designation of its June 26, 2026 letter as Highly Confidential – Attorneys' Eyes Only, and its belated attempts to retroactively designate Defendants' prior letters of June 3, 2026, June 12, 2026, and June 17, 2026, as Highly Confidential – Attorneys' Eyes Only, which previously were not designated at all under the Protective Order.

Section 5.1 of the provides that each designating party "must take care to limit any such designation to specific material that qualifies under the appropriate standards." Highly Confidential designations are reserved for "extremely sensitive confidential information or items," the disclosure of which to anyone except outside counsel of record "would create a substantial risk of serious harm that could not be avoided by less restrictive means."

None of Defendants' letters to date satisfy the criteria for Highly Confidential designations. Defendants' June 3 letter sets forth Defendants' objections and arguments and does not include any information about Nexstar or TEGNA at all. Defendants' June 12 letter identifies TEGNA's CEO and members of its Board of Directors, clarifies public reporting, and clarifies which agreements will control retransmission fees for TEGNA stations, including for DIRECTV. None of this information is highly confidential. Defendants' June 17 letter similarly includes objections that are not confidential and high-level information that does not appear confidential, much less highly confidential. Defendants' latest letter cites extensively to the PI Order and various federal laws and regulations, which are public. It also provides limited, general information about the tasks the Board has carried out to date, which do not appear to be "extremely sensitive confidential information."

Pursuant to Section 6.2 of the Protective Order, DIRECTV is available to meet and confer early this week on Defendants' designations and retroactive designations of these letters. Please provide your availability or alternatively, confirm that you will withdraw your attempts to designate your letters as Highly Confidential. For the avoidance of doubt, we have not shared with our client copies of TEGNA's budget (including its revised budget) or Defendants' June 26 letter. We have previously shared with our client copies of Defendants' June 3, June 12, and June 17 letters, because they were not designated under the Protective Order when they were provided to us.

Best,

April

**Xiaonan April Hu** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Friday, June 26, 2026 8:06 PM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com;

Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>

**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)


Francisco,

Please see the attached letter.  Please note that this letter is designated Highly Confidential.  Defendants request the same treatment for our prior letters on the topic of compliance.  Could the States and DIRECTV please confirm that same treatment will be afforded to those letters?

Thank you, and hope you have a nice weekend.

Best,

Sarah

---

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Tuesday, June 16, 2026 9:05 PM
**To:** Neil Alacha <nalacha@wilkinsonstekloff.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov;

Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Neil and Sarah,

Please see attached.

Francisco



**Francisco Benzoni**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
919-716-6950
fbenzoni@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note that messages to or from this address may be public records.

 Chat with me on Teams | Call me on Teams

---

**From:** Neil Alacha <nalacha@wilkinsonstekloff.com>
**Sent:** Friday, June 12, 2026 9:09 PM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov;

Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

Francisco,

Please see attached.

Best,
Neil

**Neil Alacha** | Associate
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4038 | Fax: (202) 847-4005
nalacha@wilkinsonstekloff.com
wilkinsonstekloff.com

---

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Friday, June 12, 2026 6:32 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer.

<jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Sarah,

On June 3, 2026, you agreed to provide the information requested in Paragraphs 1(a), 1(b), 1(c), 2(a), and 4 of our May 22, 2026 letter on a rolling basis within 3 days of receiving our restyled requests. We sent those restyled (and narrowed) requests on June 9, 2026, but have not received any information from you. Please get us complete responses to these requests by Monday, June 15 and complete responses to all of our requests no later than Wednesday, June 17.  It is now ~ 3 weeks since we sent our original requests, and these requests are time sensitive.

Thank you,
Francisco



**Francisco Benzoni**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
919-716-6950
fbenzoni@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note that messages to or from this address may be public records.

 Chat with me on Teams | Call me on Teams

---

**From:** Benzoni, Francisco
**Sent:** Tuesday, June 9, 2026 5:23 PM

**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Sarah,

Please find attached Plaintiffs' response to your June 3 letter and the parties' meet-and-confer.

Francisco



**Francisco Benzoni**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
919-716-6950
fbenzoni@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note that messages to or from this address may be public records.

 Chat with me on Teams | Call me on Teams

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Wednesday, June 3, 2026 10:05 PM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

Francisco and all,

Please see the attached preliminary response to your May 22 letter, as discussed during our call on Monday.

Best,

Sarah

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Friday, May 29, 2026 10:29 AM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com;

Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Terrific – will do.

Francisco

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Friday, May 29, 2026 10:26 AM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

That works for us.  Could you please include me on the invite, and I will share with others on our side?  Thanks.

---

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Friday, May 29, 2026 10:04 AM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Sarah,

Yes – 2:30 pm ET.

Francisco

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Friday, May 29, 2026 10:00 AM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov;

Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

Francisco,

Is that 2:30pm ET?  Once we know the time zone we can check calendars on our side and circle back.

Thanks,

Sarah

**Sarah Neuman** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 804-4238 | Fax: (202) 847-4005
sneuman@wilkinsonstekloff.com
wilkinsonstekloff.com

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Friday, May 29, 2026 9:56 AM
**To:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov;

Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Hi Beth,

Does Monday at 2:30 pm work for a meet and confer? If so, I can send out an invite to you and you can forward it as you see fit.

Thanks,
Francisco

---

**From:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Sent:** Thursday, May 28, 2026 11:06 AM
**To:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Subject:** RE: Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

**EXTERNAL SENDER:** This email originated from outside the organization. Do not click on links or open attachments unless you can validate the sender and the contents are safe.

14

Dear Francisco and Glenn,

Thank you for your letter.  We do not agree with Plaintiffs' assessment.  Contrary to the inferences you seem to draw in your letter, Nexstar has at all times complied with the hold-separate requirements in the Court's Preliminary Injunction Order.  Indeed, many of the statements your letter relies upon in support of its sweeping requests for information simply confirm that Nexstar is doing exactly what is required by the Court's Order.  These statements cannot justify the discovery Plaintiffs now seek.

While Nexstar wants to address your concerns in good faith, your letter effectively propounds interrogatories and requests for production without styling them as such, and insists that Nexstar respond on a timeline that has no basis in the Federal Rules.  Before we can consider potential responses to your requests, we need to establish a reasonable process for handling compliance-related discovery.  Nexstar is open to meeting and conferring to discuss what a workable process might look like.  Please provide dates and times that your side is available.

Best,

Beth

**Beth Wilkinson** | Founding Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4010 | Fax: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Benzoni, Francisco <Fbenzoni@ncdoj.gov>
**Sent:** Friday, May 22, 2026 5:58 PM
**To:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Hu, April <April.Hu@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander

15

<Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>
**Subject:** Compliance with PI - In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.)

Beth,

Please find attached Plaintiffs' request for information regarding Nexstar's compliance with the Preliminary Injunction. The yellow highlighted portion references material filed under seal.

Thank you,
Francisco


**Francisco Benzoni**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
919-716-6950
fbenzoni@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note that messages to or from this address may be public records.

 Chat with me on Teams | Call me on Teams