# EXHIBIT M

Case 2:26-cv-00976-TLN-CKD     Document 269-14     Filed 07/22/26     Page 2 of 3

# TEGNA Inc. Names Patrick Paolini as Chief Executive Officer

**For immediate release**
View Printer-Friendly Version »
5/26/26

*Veteran FOX Television Stations Executive to Assume New Role June 1*

MCLEAN, Va.– TEGNA Inc. today announced the appointment of Patrick Paolini as the company's Chief Executive Officer, effective June 1. Mr. Paolini will be responsible for TEGNA's daily operations, revenue-generating business strategies, local journalism and production, and growth initiatives. He will report directly to TEGNA's Board of Directors.

Mr. Paolini brings more than 30 years of local broadcast management experience and a distinguished track record in sales, marketing, and news operations to his new role with TEGNA, including management of large-market television stations. He joins the company from FOX Television Stations, where he has served as Executive Vice President of Advertising Sales since 2023. In this position Mr. Paolini was responsible for ad sales strategy, initiatives, and efforts across the FOX Television Station Group. He previously was Senior Vice President and General Manager of WTTG FOX 5 and WDCA FOX 5 Plus, the FOX owned-and-operated duopoly in Washington, D.C., beginning in 2013. Under Mr. Paolini's leadership, the duopoly rose to #1 in the market through the expansion of local news and lifestyle programming throughout the broadcast day.

"Patrick is an ideal choice to lead TEGNA," said the company's Board of Directors in a collective statement. "He brings deep expertise in the broadcast television industry, major-market station management, and high-quality local news, along with a proven track record of driving revenue growth across linear and digital platforms. He is an innovative thinker and a proven leader with an established history of success. We look forward to Patrick's leadership of this great company."

Prior to his tenure with WTTG and WDCA, Mr. Paolini was Senior Vice President of FOX Stations Advertising Sales. Earlier in his career, he served as Vice President and General Manager for WTXF FOX 29 in Philadelphia, and before that held the role of Vice President and Director of Sales at WNYW FOX 5 and WWOR My9, the FOX owned-and-operated duopoly in New York.

"I am honored to be joining TEGNA," said Mr. Paolini. "I have tremendous respect for the TEGNA brand, for the outstanding local news delivered across its 64 local television stations and hundreds of digital platforms, and for the company's dedicated employees and local

journalists. TEGNA will remain committed to providing the exceptional service our viewers, advertisers, and communities expect, while continuing to innovate and expand across the platforms that define the modern media landscape. I am excited by the opportunities ahead."

**TEGNA Inc.** is a wholly owned subsidiary of Nexstar Media Group, Inc. (NASDAQ: NXST), operating independently of Nexstar consistent with the "Hold Separate Order" issued by the United States District Court for the Eastern District of California on April 17, 2026. TEGNA is a multiplatform media company operating 64 local television stations in 51 U.S. markets, and hundreds of websites, mobile and Connected TV (CTV) apps, and Premion, a leading Connected TV and Over-the-Top (OTT) advertising platform.

■