# EXHIBIT N

7/14/26, 2:41 PM          TEGNA CEO Patrick Paolini Appoints Kurt Rao Executive Vice President and Chief Technology and Digital Products Officer

Case 2:26-cv-00976-TLN-CKD     Document 269-15     Filed 07/22/26     Page 2 of 3

# TEGNA CEO Patrick Paolini Appoints Kurt Rao Executive Vice President and Chief Technology and Digital Products Officer

PDF Version

*In this role, Rao will oversee technology strategy and digital product development*

MCLEAN, Va., June 16, 2026 (GLOBE NEWSWIRE) -- TEGNA Inc. (NASDAQ: NXST) CEO Patrick Paolini today announced that Kurt Rao has been named executive vice president and chief technology and digital products officer. In this newly created role, Rao will lead the end-to-end strategy and execution for TEGNA's digital products and technology platforms, uniting product management, technology, engineering and operations to deliver local news and information across broadcast, streaming, mobile, and digital platforms.

"As audience behaviors continue to evolve, innovation must be at the center of everything we do," said Paolini. "Uniting our technology, digital, and product organizations creates a stronger, more agile TEGNA – one that can move faster, serve consumers more effectively, and position our company for long term growth in an increasingly competitive media landscape."

Rao joined TEGNA in 2018 as senior vice president and chief technology officer. In this role, he has been leading TEGNA's digital transformation, overseeing all facets of TEGNA's technology strategy, including the creation and implementation of proprietary AI tools. He has been responsible for next-generation technology solutions in the areas of content, media distribution and advertising insights, while also leading broadcast operations and information technology.

"I'm excited to take on this new role," said Rao. "New capabilities and technologies are redefining how we deliver local news. By bringing our broadcast, digital, and product teams together, we can adopt these tools quickly and at scale to create better, more engaging experiences for our viewers and advertisers across every platform."

Rao is the first officer named to TEGNA's executive leadership team reporting to CEO Patrick Paolini.

**About TEGNA**
TEGNA Inc. is a wholly owned subsidiary of Nexstar Media Group, Inc. (NASDAQ: NXST), operating independently of Nexstar consistent with the "Hold Separate Order" issued by the United States District Court for the Eastern District of California on April 17, 2026. TEGNA is a multiplatform media company operating 64 local television stations in 51 U.S. markets, and

Case 2:26-cv-00976-TLN-CKD　　　Document 269-15　　　Filed 07/22/26　　　Page 3 of 3

hundreds of websites, mobile and Connected TV (CTV) apps, and Premion, a leading Connected TV and Over-the-Top (OTT) advertising platform.

**Media Contact**
Molly McMahon
Senior Director, Corporate Communications
TEGNA Inc.
703/873-6422 or mmcmahon@tegna.com

A photo accompanying this announcement is available at
https://www.globenewswire.com/NewsRoom/AttachmentNg/e7fc5c73-8c5b-40a6-b7ec-8c47c0db3228

■