# EXHIBIT O

Case 2:26-cv-00976-TLN-CKD     Document 269-16     Filed 07/22/26     Page 2 of 3

# TEGNA CEO Patrick Paolini Taps Seasoned Industry Leaders for Top Roles

**For immediate release**
View Printer-Friendly Version »
6/23/26

**McLean, Va.** – TEGNA Inc. (NASDAQ: NXST) CEO Patrick Paolini today announced four leadership appointments, naming industry veterans to expanded roles across the business.

"Each of these individuals has a proven record of measurable results built on experience, strong instincts and sound judgment," Paolini said. "As our leadership team continues to grow, these are the qualities that will shape TEGNA's future."

- **Marc Sher** has been promoted to senior vice president and general counsel, overseeing all of TEGNA's legal matters, including, among other things, compliance, contracts, litigation, regulatory matters, and risk management.
- **Raquel Amparo** has been named senior vice president of content, leading the company's content strategy, creation and content partnerships across platforms.
- **Melissa Jones** will become senior vice president of human resources (HR), directing the company's people strategy, including talent acquisition, employee relations, compensation and benefits, and organizational development.
- **Pamela Long** has been promoted to senior vice president of finance, managing the company's financial operations, including budgeting, forecasting, financial reporting, and capital planning.

## About the team:

Marc Sher joined TEGNA in 2013 and most recently served as vice president, associate general counsel and secretary, with experience spanning commercial agreements, regulatory compliance, litigation, M&A support and privacy and data security. He previously was a partner at Dow Lohnes PLLC and holds a bachelor's degree in political science from Emory University and a law degree from The George Washington University Law School.

Raquel Amparo, an Emmy Award-winning journalist and Kneeland Fellow with more than 20 years of news experience, has been promoted from vice president of content for TEGNA's Texas markets. In this role, she helped develop multi-platform content strategies to elevate enterprise and solutions-based journalism. Amparo previously served as president and general manager for CBS Television Stations and held roles at Univision Communications and FOX Television. She holds a bachelor's degree from the University of Central Florida and a master's degree in broadcast journalism from the University of Miami.

Melissa Jones joined TEGNA in 2016 as vice president of human resources. She leads the HR business partner team across the company's 64 stations in 51 markets, as well as talent acquisition and development. Jones previously held global HR roles at General Electric across several divisions. She began her career as an employment attorney and holds a law degree and a master's degree from the Catholic University of America, and a bachelor's degree from Mount Union University in Ohio.

Pamela Long joined TEGNA in 2015, and most recently served as vice president of finance and operations, leading the finance business partner team that supports TEGNA's business units. Long is responsible for revenue optimization, performance metrics, business initiative analysis, budgeting, forecasting and financial reporting. Prior to joining TEGNA, Long held various finance and accounting positions at Northcentral University, University of Phoenix, the Institute for Professional Development, Marriott Vacation Club International and CNF Mobile Solutions. She began her career in public accounting. Long holds an MBA in international business from Northcentral University, a bachelor's degree in accountancy from Northern Arizona University and is a certified public accountant (CPA).

**About TEGNA**
TEGNA Inc. is a wholly owned subsidiary of Nexstar Media Group, Inc. (NASDAQ: NXST), operating independently of Nexstar consistent with the "Hold Separate Order" issued by the United States District Court for the Eastern District of California on April 17, 2026. TEGNA is a multiplatform media company operating 64 local television stations in 51 U.S. markets, and hundreds of websites, mobile and Connected TV (CTV) apps, and Premion, a leading Connected TV and Over-the-Top (OTT) advertising platform.

■