# EXHIBIT Q

| From: | Hu, April |
|---|---|
| To: | Sarah Neuman; Neil Alacha; Beth Wilkinson |
| Cc: | Pomerantz, Glenn; Raphael, Justin; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran; Elizabeth Cheever; Paul Chander; Feder, Morgan; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer.; Gennari, Liam; Brent Nakamura; Emily Clarke; Kosta Stojilkovic; Olasa, Kuruvilla; Laura Antonini; Serfoss, Nicole K.; Connie Sung; Okuliar, Alexander; Adelson, Eliot A.; Manoso, Robert W.; Benzoni, Francisco; DiCunzolo, Alexa Rae; Brausa, Adam R.; Jenna Swarbrick; Ross, Lauren |
| Bcc: | 21564_00005__DirecTV_Enterprises__Inc__Nexstar_TEGNA 2_Corres Clip |
| Subject: | RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations |
| Date: | Tuesday, July 21, 2026 5:47:00 PM |

Sarah:

Plaintiffs had understood that Defendants objected to providing a report to the Special Master regarding their compliance with the preliminary injunction and that these objections would apply to providing the same report on a recurring basis to Plaintiffs and the Court.  If that is not the case, and if Plaintiffs will consent to providing regular reports on PI compliance to Plaintiffs and the Court, please let us know by EOD today, as we plan to file our motion tomorrow.  If we do not hear from you, we will note that Defendants have not consented to provide such reports and we are therefore at an impasse.  Likewise, if you are agreeing to remove the Nexstar personnel from TEGNA's board, please let us know today. Based on our past correspondence, we had understood that Defendants have declined to take this action.

Separately, we disagree with your characterization of the meet-and-confer process.  Plaintiffs have gone back-and-forth with Defendants on compliance issues for nearly two months now in a good-faith effort to work through the parties' disagreements.  We have been unable to reach agreement and unfortunately need the Court's assistance.  If Defendants would like to continue to confer about the discovery process, Plaintiffs would be happy to do so.  If the parties reach agreement on that issue, we can always inform the Court.

Best,

April

**Xiaonan April Hu** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Tuesday, July 21, 2026 3:24 PM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson

<bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations



April,

Your email misstates Defendants' position.  As I said below:  "[O]ur below proposal is contingent on reaching agreement on the scope of the special master role."  You raised periodic compliance reporting in the context of a special master appointment.  Now you appear to abandon the special master concept entirely.  Therefore, you do not have Defendants' consent to represent to the Court that the issues on which the parties have reached impasse are (1) the propriety of TEGNA's Board composition; and (2) whether Defendants should be required to submit a report on their compliance along with periodic updates about communications.

Your email also misstates Defendants' intent.  Defendants have no interest in drawing out negotiations about the role and appointment procedure for a special master.  To the contrary, Defendants have engaged in good faith to reach resolution on the special master issue in the hope of addressing Plaintiffs' stated concerns and avoiding having to burden the Court with motions practice.  Remarkably, while Defendants provided a substantive response to your special master proposal within 2 days, it was Plaintiffs who then took 4 days to respond to Defendants, without even addressing Defendants' proposal on the merits.  For the past 2 months, Defendants have responded promptly

and thoroughly to Plaintiffs' many burdensome requests and communications, often on deadlines Plaintiffs unilaterally demanded over holiday weekends.  We are disappointed in Plaintiffs' characterization and that Plaintiffs have now short-circuited the meet and confer process that Defendants had been engaging with in good faith.

Best,

Sarah

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Tuesday, July 21, 2026 2:13 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Sarah,

Thank you for your response and for confirming that the parties are at an impasse on (1) whether the Order permits Nexstar current and recent former executives, employees, and consultants to sit on the Board of TEGNA; and (2) whether Defendants should be required to submit a report on their compliance with the preliminary injunction, along with periodic updates about communications between Nexstar and TEGNA management and other TEGNA information relevant to compliance.

3

With respect to the special master, Defendants purport to be concerned about a special master playing a "compliance monitor function" and appear intent on drawing out negotiations about the role, appointment, and procedures for a special master to further delay resolving questions about their compliance.   Given Defendants' concerns about a special master and their intent on erecting procedural hurdles to appointing one, Plaintiffs believe that it would be more efficient at this time for any issues related to Defendants' compliance with the preliminary injunction to be resolved directly by the Court, as Plaintiffs will request in their motion regarding Nexstar executives serving on the TEGNA board.

To aid the Court in ensuring Defendants' compliance with the preliminary injunction, Defendants should provide the Court with regular reports about how they are complying with the Court's order.  Defendants should also provide Plaintiffs with the correspondence and budget materials identified in my July 15 email.  Plaintiffs' motion will request an order to that effect.  We understand Defendants' position that they are amenable to producing minutes of any TEGNA board meeting and changes to TEGNA's budget but are not agreeable to providing more, and we will report that position in our motion.

Plaintiffs will also be asking for the Court to order that the expedited discovery procedures identified in my July 15 email will apply to the resolution of any disputes related to discovery regarding Defendants' compliance and that the Magistrate Judge will resolve such disputes in the first instance.  We understand that Defendants have expressed willingness to discuss accelerated discovery provisions and we are open to hearing your proposal for accelerated discovery.  However, as these are questions of procedure, we do not intend to have that delay our filing given the parties' impasse on substance.  We will note in our filing that the parties continue to discuss whether they can reach agreement on a procedure for accelerated discovery, but we will make in the first instance the same proposal we shared with you last week.

Best,

April

**Xiaonan April Hu** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>

4

**Sent:** Friday, July 17, 2026 9:38 PM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

April,

Thank you again for sharing Plaintiffs' proposal for a special master or in the alternative an accelerated compliance discovery schedule.

Defendants do not believe that a special master or accelerated discovery are warranted by any perceived deficiency in our responses to date.  That said, we are willing to agree in principle to jointly recommend the appointment of a special master to deal with PI compliance discovery.  We also believe that the special master could be empowered to address substantive PI questions and clarifications from the parties.  Please note that our below proposal is contingent on reaching agreement on the scope of the special master role; should Plaintiffs wish to seek a broader role, Defendants reserve the right to oppose any special master appointment.

**<u>Special Master Role</u>**
We agree that the special master would oversee discovery related to compliance and resolve any disputes related to compliance discovery.  We see this as being covered by items (i), (ii), and (iii) of your description.

With respect to items (iv) and (v), we are concerned that they suggest a de facto compliance monitor function.  We are not agreeable to that.  In particular, on item (iv), we are not willing to commit to the undefined and potentially extensive reporting that you propose.  We are, however, willing to commit that Defendants would provide Plaintiffs with (a) the minutes from any TEGNA Board meeting within 3 business days of such minutes being finalized; and (b) any changes to TEGNA's budget within 3 business days of any revised budget being finalized.  And if Plaintiffs wish to seek additional PI discovery that Defendants are not expressly agreeing to providing (or do not agree to provide on the schedule that Plaintiffs want), the parties would raise the issue with the special master and obtain a ruling.

For item (v), we do not understand the content of the reports you propose the special master to be making to the Court or what would prompt them to be made.  We instead propose empowering the special master to field questions from all parties (including Defendants) on the permissibility of certain actions under the PI and obtain rulings and recommendations.

With respect to the special master's decisions, both as to discovery and substantive PI questions and clarifications, all parties would retain the ability to appeal decisions to the Court.

**Special Master Selection**
Defendants believe it is necessary to agree upon a procedure for selecting a special master.  The best approach is if all parties could agree on a special master candidate.  Short of that, we would want to work out a process by which each side would nominate a slate of candidates.  We would then see if there is any overlap in the slates, and if not have some ability to strike from the other side's slate and end up proposing a couple of names to the Court without identifying which side proposed which candidate.

Defendants also believe the parties should agree in advance on certain baseline qualifications for the special master.  We are willing to work with Plaintiffs on those qualifications, but our core concern is that the candidates have prior experience in a special master or comparable role, and also have sufficient business or corporate law experience given that the PI provisions implicate corporate governance issues.

**Accelerated Discovery**
Defendants are willing to negotiate some accelerated discovery provisions in the context of an agreement to a special master appointment, as well as procedures for appealing

6

special master rulings if necessary.  We have some thoughts in this regard, but they are contingent on seeing if we can align on the special master role and selection process, so we want to see if the above is acceptable to Plaintiffs.  If you would like us to send a counter-proposal to your accelerated discovery proposal in the context of a special master appointment, please let us know and we will do so.

Thank you,

Sarah

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Thursday, July 16, 2026 9:22 AM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Sarah,

Plaintiffs are fine with that timing.

Best,

April

7

**Xiaonan April Hu | Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Wednesday, July 15, 2026 5:00 PM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

April,

Thank you, this detail is very helpful.  Could you please give us until Friday end of day to discuss with our client?  The special master proposal is a particular focus and will take some time to work through.

Best,

Sarah

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Wednesday, July 15, 2026 3:26 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha

<nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations


Sarah,

For the special master, we anticipate that he or she would oversee accelerated discovery into Defendants' compliance with the preliminary injunction.  Generally speaking, this would include such things as: (i) supervising discovery into compliance; (ii) resolving discovery disputes between the parties regarding compliance, including compelling production of documents and information; (iii) conducting conferences with the parties; (iv) recommending appropriate procedures to facilitate compliance with the preliminary injunction, including by reviewing submissions by the Defendants; and (v) submitting written reports and recommendations to the Court as appropriate. Defendants' submissions would include a one-time report on the actions they have taken to comply with the preliminary injunction as well as a monthly submission that includes a record of all communications between any of Nexstar's senior executive team or board and a member of the TEGNA senior management, including the date of the meeting and minutes of the matters discussed (or a sworn certification that no such communications occurred), any material changes to TEGNA's budgets, forecasts, or strategic or operating plans (or a sworn certification that no such changes were made), and TEGNA's monthly and quarterly financial and operational reports presented to the TEGNA Board and CEO.  As is standard, we anticipate that any party can object to an order, finding, or recommendation made by the special master and seek appropriate

9

relief from the district court.  This discovery would not count towards the merit discovery limits.

For our alternative proposal regarding expedited discovery, the proposal is straightforward.  The magistrate judge would oversee this accelerated discovery process into PI compliance; discovery requests made through this process would not count towards the merits discovery limits and would be subject to shortened deadlines for responses and objections along the following lines:

- Defendants have seven days to respond or object to discovery requests.
- Within three days of reaching an impasse, the parties must submit a two-page single-spaced joint letter to the magistrate judge requesting an informal telephonic discovery conference to be set within three to five business days.
- If the magistrate judge concludes after the informal conference that further briefing is necessary, each side will get three single-spaced pages to set forth their position and must submit their statements within three days of the informal discovery conference.
- If a production is ordered, the default rule is the production must be made within seven days of the order.
- If a party wishes to object to the magistrate judge's production order, it must file a request for reconsideration with the district court within five days of the order; no more than ten pages double-spaced.  Any opposition to the request should be filed within three days of the request for reconsideration; no more than ten pages double-spaced.  No replies permitted.

These procedures would also apply to any special master to facilitate accelerated discovery.  Please let me know as soon as possible tomorrow if there is a potential compromise here and what your client's position on these requests are.

Best,

April

Xiaonan April Hu | Munger, Tolles & Olson LLP
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Tuesday, July 14, 2026 8:45 PM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson

<bwilkinson@wilkinsonstekloff.com>

**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>

**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Thank you April.  We appreciate that.

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Tuesday, July 14, 2026 6:56 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick

<jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>

**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Sarah,

We are in receipt of your request and will respond tomorrow with a detailed proposal for your consideration.

Best,

April

**Xiaonan April Hu** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Tuesday, July 14, 2026 9:46 AM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

April,

Thank you for meeting and conferring yesterday afternoon.  Defendants are considering in good faith your discovery proposals to see whether we may be able to reach some common ground.  Could you please specify the role you envision for the special master in as much as detail as possible?  And also your alternative proposal for expediting PI discovery (beyond the 7-day response period you mentioned yesterday)?

Best,

Sarah

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Sunday, July 12, 2026 4:42 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Sarah,

Counsel for DIRECTV are available at 4:30pm ET tomorrow.  We intend to seek an order from the Court clarifying that the preliminary injunction does not permit current or recent former Nexstar employees to sit on TEGNA's Board of Directors.  We also intend to seek an order appointing a special master to oversee discovery into Defendants'

13

compliance with the preliminary injunction or, alternatively, an order establishing an accelerated, separate schedule for discovery into Defendants' compliance.

Best,

April

**Xiaonan April Hu | Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Friday, July 10, 2026 11:29 AM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** Re: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

How's Monday at 4:30 ET?  We would appreciate you sharing by COB today what relief you intend to seek so that we can have a productive discussion on Monday.

Get Outlook for iOS

---

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Thursday, 09 July 2026 23:51:25
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha

14

<nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com <oantoine@kslaw.com>; eblackburn@kslaw.com <eblackburn@kslaw.com>; Robin.Alexander@coag.gov <Robin.Alexander@coag.gov>; amy.bowles@coag.gov <amy.bowles@coag.gov>; Jon.Sallet@coag.gov <Jon.Sallet@coag.gov>; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov <jaya.mantovani@ag.ny.gov>; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov <alex.delorenzo@doj.oregon.gov>; Ian.VanLoh@doj.oregon.gov <Ian.VanLoh@doj.oregon.gov>; Daniel.Betancourt@ilag.gov <Daniel.Betancourt@ilag.gov>; John.Milligan@ilag.gov <John.Milligan@ilag.gov>; Paul.Harper@ilag.gov <Paul.Harper@ilag.gov>; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov <julian.quinones@ct.gov>; Jesse.Moore@atg.in.gov <Jesse.Moore@atg.in.gov>; Jacob.patterson@atg.in.gov <Jacob.patterson@atg.in.gov>; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

Sarah,

Plaintiffs are considering seeking the Court's intervention regarding Defendants' compliance with the Preliminary Injunction.  We think we should be able to disclose the below points in any filing without having to redact them.  Please confirm that we can do so.

We can meet and confer on our anticipated motion as well as the confidentiality issue on Monday, as you have requested, although we think our position on the confidentiality issue and our ask there are clear.  If we do need to have a meet and confer to discuss confidentiality on Monday, we would ask that Defendants be prepared to provide their final position on this confidentiality issue by the end of the day on Monday.

Best,

April

**Xiaonan April Hu** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

---

**From:** Sarah Neuman <sneuman@wilkinsonstekloff.com>
**Sent:** Thursday, July 9, 2026 10:40 AM
**To:** Hu, April <April.Hu@mto.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** RE: In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

April,

Defendants maintain that our letters were appropriately designated under the Protective Order because they contain Confidential information.  As you know, it is neither practicable nor standard practice to provide confidentiality designations on a sentence-by-sentence or point-by-point basis in cases involving the production of millions of documents.

Defendants would like to meet and confer to discuss your objections and your intended use of the information you identify in your email.  Would it be possible to meet and confer on Monday?  A few of us are traveling internationally for the balance of this week, but we have pretty good availability on Monday.

Best,

Sarah


**Sarah Neuman** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 804-4238 | Fax: (202) 847-4005
sneuman@wilkinsonstekloff.com
wilkinsonstekloff.com


The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Hu, April <April.Hu@mto.com>
**Sent:** Wednesday, July 8, 2026 6:10 PM
**To:** Sarah Neuman <sneuman@wilkinsonstekloff.com>; Neil Alacha <nalacha@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>
**Cc:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; oantoine@kslaw.com; eblackburn@kslaw.com; Robin.Alexander@coag.gov; amy.bowles@coag.gov; Jon.Sallet@coag.gov; Emily Curran <Emily.Curran@doj.ca.gov>; Elizabeth Cheever <Elizabeth.Cheever@doj.ca.gov>; Paul Chander <Paul.Chander@doj.ca.gov>; Feder, Morgan <morgan.feder@ag.ny.gov>; jaya.mantovani@ag.ny.gov; Rabinovitz, Brian <BRabinovitz@ncdoj.gov>; alex.delorenzo@doj.oregon.gov; Ian.VanLoh@doj.oregon.gov; Daniel.Betancourt@ilag.gov; John.Milligan@ilag.gov; Paul.Harper@ilag.gov; Jennifer Hane <Jennifer.Hane@doj.ca.gov>; julian.quinones@ct.gov; Jesse.Moore@atg.in.gov; Jacob.patterson@atg.in.gov; Greaney, Jennifer. <jennifer.greaney@mass.gov>; Gennari, Liam <Liam.Gennari@mto.com>; Brent Nakamura <Brent.Nakamura@doj.ca.gov>; Emily Clarke <eclarke@wilkinsonstekloff.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonstekloff.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Laura Antonini <Laura.Antonini@doj.ca.gov>; Serfoss, Nicole K. <nserfoss@mofo.com>; Connie Sung <Connie.Sung@doj.ca.gov>; Okuliar, Alexander <AOkuliar@mofo.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Benzoni, Francisco <Fbenzoni@ncdoj.gov>; DiCunzolo, Alexa Rae <ADiCunzolo@mofo.com>; Brausa, Adam R. <ABrausa@mofo.com>; Jenna Swarbrick <jpswarbrick@wilkinsonstekloff.com>; Ross, Lauren <Lauren.Ross@mto.com>
**Subject:** In re Nexstar-TEGNA Merger Litigation, No. 2:26-cv-00976 (E.D. Cal.) - Confidentiality Designations

17

Sarah:

DIRECTV has reviewed Defendants' confidential designations of its June 12, June 17, June 26, and July 7 letters.  Pursuant to Section 5.1 of the Amended Stipulated Protective Order (the "Protective Order"), each designating party "must take care to limit any such designation to specific material that qualifies under the appropriate standards." Defendants' decisions to designate each of these letters in their entirety as confidential does not comport with this requirement.

The Protective Order provides that confidential information "means any trade secret or other confidential research, development, or commercial information, as such terms are used in Fed. R. Civ. P. 26(c)(1)(G); information protected from disclosure by statute; other information, the disclosure of which would breach a legal or contractual obligation; Sensitive Personal Information; and Sensitive Health Information."  DIRECTV does not believe the following information set forth in Defendants' letters satisfy this standard for confidential information:

- The composition of the TEGNA Board and the identities of the TEGNA Board members
- The identities of TEGNA's current officers, which have been publicly disclosed on TEGNA's website
- The TEGNA Board's governance decisions to date, including its approval of TEGNA's budget and receipt of updates from TEGNA management
- Timothy Busch's employment as a Nexstar consultant

Please confirm no later than July 10 whether Defendants intend to maintain a confidential designation for these facts.  If Defendants intend to maintain a confidential designation for all or some of these facts, please explain why Defendants believe this information satisfies the standard for confidential information set forth in the Protective Order.  As matters presently stand, DIRECTV objects to the designation of this information as confidential, pursuant to Section 6 of the Protective Order.  We are available to meet and confer this week.

Best,

April

Xiaonan April Hu | Munger, Tolles & Olson LLP

601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.1123 | april.hu@mto.com | www.mto.com

*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*