*[Counsel Listed on Signature Page of Motion]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF** |

-1-

**[PROPOSED] ORDER**

Plaintiffs' Motion for Clarification of the Court's Preliminary Injunction Order and Other Compliance Relief came before the Court on _____, 2026.  Having considered the parties' briefing, the arguments of counsel, and the record in this action, IT IS HEREBY ORDERED:

1.  The Preliminary Injunction, entered on April 17, 2026, prohibits current Nexstar Media Group, Inc. ("Nexstar") officers, directors, employees, and other personnel, including consultants, as well as former Nexstar officers, directors, employees, and other personnel, including consultants, employed by or affiliated with Nexstar within the six months preceding entry of the Court's Temporary Restraining Order, entered on March 27, 2026, from serving on TEGNA Inc.'s ("TEGNA") Board of Directors during the pendency of the Preliminary Injunction.

2.  Defendants shall immediately take all actions necessary to comply with Paragraph 1, and include a recitation of these actions in the report required under Paragraph 3.

3.  Within ten calendar days of this Order, and on the 15th day of each month thereafter until further order of the Court, Defendants shall submit a detailed report to the Court, the Magistrate Judge in this matter, and Plaintiffs that sets forth all of the steps they have taken to comply with the Preliminary Injunction.

4.  Defendants shall, beginning on the 15th day of the first calendar month after entry of this Order and on the 15th day of each month thereafter until further order of the Court, produce to Plaintiffs:

    a.  a record of all written or oral communications between any of Nexstar's Senior Management[1] and a member of TEGNA Senior Management,[2] including where applicable the dates of any meetings and minutes of the matters discussed that

---

[1] Nexstar Senior Management includes any member of Nexstar's Board of Directors as well as any person occupying an Executive Officer position identified in Part III, Item 10 of Nexstar's annual 10-K report.

[2] TEGNA Senior Management includes any member of TEGNA's Board of Directors as well as any person appointed pursuant to Paragraph 11(f) of the Order as a TEGNA officer, including but not limited to Patrick Paolini, Raquel Amparo, Mark Conetta, Melissa Jones, Pamela Long, Cam McClelland, Kurt Rao, and Marc Sher.

-1-

occurred during the preceding month, or a sworn certification that no such communications occurred;

b.   any material changes to TEGNA's budgets, forecasts, or strategic or operating plans adopted or approved by TEGNA or its Board of Directors during the preceding month or a sworn certification that no such changes were adopted or approved during the preceding month; and

c.   TEGNA's monthly and quarterly financial and operational reports presented to the TEGNA Board and Chief Executive Officer.

5.   Plaintiffs may conduct expedited discovery directed to Defendants' compliance with the Preliminary Injunction.  Such discovery shall proceed separately from merits discovery and shall not count toward the discovery limits otherwise applicable in this action. Discovery disputes related to Defendants' compliance with the Preliminary Injunction shall be handled in the first instance by the Magistrate Judge in accordance with the following procedures:[3]

a.   Defendants shall respond or object to discovery requests related to compliance within seven calendar days.

b.   Within three calendar days of reaching an impasse on a discovery dispute, the parties shall submit a two-page single-spaced (or shorter) joint letter to the Magistrate Judge requesting an informal telephonic discovery conference.

c.   If the Magistrate Judge concludes after the informal conference that further briefing is necessary, each side shall submit separate position statements to the Magistrate Judge within three business days of the informal discovery conference or by such schedule the Magistrate Judge establishes.  Such statements shall not exceed three single-spaced pages unless otherwise provided by the Magistrate Judge.

d.   If the Magistrate Judge orders a production of documents or written discovery,

---

[3] For avoidance of doubt, this procedure does not apply to non-compliance related discovery requests and disputes.

-2-

[PROPOSED] ORDER GRANTING REQUEST FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF

such production or responses must be provided within seven calendar days unless the Magistrate Judge orders otherwise.

    e.    Any party objecting to a decision of the Magistrate Judge may file a request for reconsideration with the Court within five calendar days of the decision.  The request shall not exceed ten pages double-spaced.  Any opposition to the request must be filed within three calendar days of the date the request for reconsideration is served, and shall not exceed ten pages double-spaced.  No replies will be permitted, and the Court will consider the matter at its earliest convenience.

6.    The parties shall meet and confer in good faith regarding any disputes arising from compliance discovery before seeking relief from the Magistrate Judge.

7.    The Court may modify the scope or timing of this expedited discovery upon a showing of good cause.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Troy L. Nunley
Chief United States District Judge

-3-

[PROPOSED] ORDER GRANTING REQUEST FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF