

United States District Court
Eastern District of California

In re: Nexstar-TEGNA Merger Litigation

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:26-cv-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christopher Teters hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Kansas

On 05/31/2019 (date), I was admitted to practice and presently in good standing in the United States District Court District of Kansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/22/2026        Signature of Applicant: /s/ Christopher Teters

**Pro Hac Vice Attorney**

Applicant's Name:  Christopher Teters

Law Firm Name:  Office of the Kansas Attorney General

Address:  120 SW 10th Ave., Fl. 2

City:  Topeka        State:  KS    Zip:  66612

Phone Number w/Area Code:  (785) 368-8429

City and State of Residence:  Lawrence, KS

Primary E-mail Address:  chris.teters@ag.ks.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  Brian Wang

Law Firm Name:  Office of the Attorney General of the State of California

Address:  455 Golden Gate Ave., Ste. 11000

City:  San Francisco        State:  CA    Zip:  94102

Phone Number w/Area Code:  (415) 510-4400        Bar #  284490

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  July 22, 2026

JUDGE, U.S. DISTRICT COURT