AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:26-cv-00978-TLN-CKD |
| Nexstar Media Group, Inc. and TEGNA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York

.

Date:    07/22/2026

_____
*Attorney's signature*

Jaya M. Mantovani; 6328348
_____
*Printed name and bar number*

28 Liberty Av., New York, NY 10005
_____
*Address*

jaya.mantovani@ag.ny.gov
_____
*E-mail address*

212-416-8284
_____
*Telephone number*

_____
*FAX number*