Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
Email: eclarke@wilkinsonstekloff.com

Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com
       WMcCaughey@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| | **DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |

1

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141 and the Court's Standing Order, Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") respectfully request permission to file under seal limited portions of the following documents submitted in connection with Plaintiffs' Notice and Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 269):

1. Plaintiffs' Memorandum and Points of Authorities in Support of Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Plaintiffs' Opening Brief");

2. Declaration of Xiaonan April Hu in Support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Hu Declaration") and Exhibits A, D, F, G, H, J, K, L, and P.

As set forth in Defendants' Request to Seal Documents, Defendants make this request because portions of the aforementioned documents contain confidential or highly confidential business information that would harm Nexstar and/or TEGNA if publicly disclosed.

Pursuant to Local Rule 141(b), Defendants' Request to Seal Documents, Proposed Order Sealing Documents, and the unredacted documents themselves have been submitted to the Court by Defendants via email.  Defendants request that the Court allow the information at issue in this request to be provisionally sealed until further order of the Court.

Dated:  July 27, 2026

Respectfully submitted,

By: */s/ Bradley S. Lui*
Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Eliot A. Adelson (CA Bar No. 205284)
Daralyn Durie (CA Bar No. 169825)
Michael B. Miller (*pro hac vice*)
Joseph Charles Folio III (*pro hac vice*)
Adam R. Brausa (CA Bar No. 298754)
Nicole K. Serfoss (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
William C. McCaughey (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)

MORRISON & FOERSTER LLP

Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
Emily A. Clarke (*pro hac vice*)

WILKINSON STEKLOFF LLP

*Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.*

3