UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF SARAH E. NEUMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER**

I, Sarah E. Neuman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Partner at the law firm Wilkinson Stekloff LLP, which serves as counsel to Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA"). I have been admitted *pro hac vice* in this matter. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 269).

2. In response to Plaintiffs' first letter containing compliance discovery requests, sent on May 22, 2026, the parties met and conferred on June 1. At that meet and confer, defense counsel explained that some of Plaintiffs' requests were too burdensome to allow for a quick response. Defense counsel expressed concern about proceeding with a one-sided compliance discovery track with no structure or process in place, in parallel to ongoing merits discovery. The parties agreed that Defendants would follow up with a letter identifying which requests were most burdensome, and that Plaintiffs would consider narrowing their requests in response.

3. The parties also met and conferred on July 13, in response to Plaintiffs' July 12 communication that they intended to seek an order clarifying the preliminary injunction and seeking appointment of a special master to oversee compliance discovery or, alternatively, an order establishing an accelerated, separate schedule for compliance discovery. At that meet and confer, Defendants conveyed a willingness to consider jointly seeking the appointment of a special master and compliance discovery schedule, pending a discussion with their clients.

4.    Attached as Exhibit A is a true and correct copy of the TEGNA Inc. Form 8-K dated March 20, 2026.

5.    Attached as Exhibit B is a true and correct copy of the Certification of Nexstar Media Group, Inc.'s Form 10-K for the year ended December 31, 2025 signed by Perry A. Sook, dated February 26, 2026.

6.    Attached as Exhibit C is a true and correct copy of the Certification of Nexstar Media Group, Inc.'s Form 10-Q signed by Perry A. Sook dated May 7, 2026.

7.    Attached as Exhibit D is a true and correct copy of the Certification of Nexstar Media Group, Inc.'s Form 10-K for the year ended December 31, 2025 signed by Lee Ann Gliha, dated February 26, 2026.

8.    Attached as Exhibit E is a true and correct copy of the Certification of Nexstar Media Group, Inc.'s Form 10-Q signed by Lee Ann Gliha dated May 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of July 28, 2026 in Washington, D.C.

By: /s/ _____
                  Sarah E. Neuman

DECLARATION OF SARAH E. NEUMAN                    2                    CASE NO. 2:26-CV-00976-TLN-CKD