UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. 2:26-cv-00976-TLN-CKD

In Re: Nexstar-TEGNA Merger Litigation

**DECLARATION OF PATRICK PAOLINI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER**

I, Patrick Paolini, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am Chief Executive Officer of TEGNA Inc. ("TEGNA"), and have served in that role since June 1, 2026.

2.     I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them under oath.

3.     My entire career, spanning more than 35 years to date, has been in media and broadcasting. For the vast majority of my career, I worked at the local broadcast station level. I was a sales manager or director of sales for nine different local broadcast stations in seven different television markets. For more than a decade, I was Senior Vice President and General Manager of FOX's two owned-and-operated stations in Washington, D.C. Immediately before accepting my current position of CEO of TEGNA, I was Executive Vice President of Advertising Sales for FOX Television Stations.

4.     I have never been employed by Nexstar Media Group, Inc. ("Nexstar"), nor have I ever consulted for or otherwise been affiliated with Nexstar.

5.     Following Nexstar's acquisition of TEGNA, I received outreach from Nexstar about joining TEGNA as the new Chief Executive Officer. On May 26, 2026, the TEGNA Board publicly announced me as the CEO of TEGNA.

6.     As CEO of TEGNA, I confirm that TEGNA has been, is, and will remain an independently managed subsidiary that conducts its own day-to-day operations, without interference from

Nexstar management, for as long as the preliminary injunction order (the "Order") is in force. TEGNA's stations maintain full control over news production, and TEGNA's pre-existing retransmission consent agreements continue to govern its relationship with MVPDs.

7.    Since joining TEGNA, I have selected and negotiated compensation packages with new senior leadership.  As part of that process, I selected the following people as TEGNA officers: Raquel Amparo (Senior Vice President, Content); Mark Cornetta (Senior Vice President, Interim Head of Sales); Melissa Jones (Senior Vice President, Human Resources); Pamela Long (Senior Vice President, Finance); Cam McClelland (Senior Vice President, Controller); Kurt Rao (Executive Vice President, Chief Technology and Digital Products Officer); and Marc Sher (Senior Vice President, General Counsel).  I also selected Scott Gill as Vice President of Technology and Operations.  I selected each as an internal promotion to preserve TEGNA's continuity in operations from pre-close and following the departure of most of the prior TEGNA senior management team. The TEGNA Board formally ratified each of my selections, but the decisions were my own, and each of the TEGNA officers reports directly and exclusively to me.

8.    TEGNA adopted a revised budget for Fiscal Year 2026 shortly after I became CEO. ███████████████████████████████████████████████████ ████████████████████████████████████████████. That revised budget was prepared by TEGNA personnel, and I signed off on it.

9.    On June 3, 2026, I presented TEGNA's revised budget to the Board for approval. ██ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████  ██████████████

10.    The Board has in no way made or dictated my decisions.  The vast majority of my duties and responsibilities as TEGNA CEO involve no interaction with, oversight from, or input of the Board.  Indeed, most of what I do involves interacting with TEGNA's personnel and directing TEGNA's operations, which the Board plays no part in.  This summer, I have been personally visiting TEGNA's stations to gain a better understanding of their operations, priorities, and needs,

and instill confidence in TEGNA's future to our teams on the ground. TEGNA continues to plan for its future, and is actively recruiting talent to fill open positions.

11.    I am doing so of my own initiative and to strengthen TEGNA's day-to-day operations.

12.    TEGNA is pursuing numerous strategic initiatives of its own accord, in its own independent interest. For example, ███████████████████████████

███████████████████████████████████████

███████████████████████████ ███████████████████

███████████████████████████████████████

███████████████████████████ And TEGNA has independently pursued and negotiated numerous operational contracts related to its business, such as ███████████████

███████████████████████████ Nexstar in no way influenced TEGNA to pursue these initiatives, nor does Nexstar have any say in TEGNA's strategy.

13.    Following the deal's close and through today, TEGNA has continued to invest in innovative and successful news projects. For instance, in June 2025, TEGNA began a year-long local journalism initiative to celebrate America's 250th birthday, "America's 250: Red, White & YOU," culminating in a one-hour special that aired the week of June 29, 2026 on all TEGNA stations. In the year leading up to the airing of that special, TEGNA's local journalists in cities throughout the country found, interviewed, and highlighted Americans who have benefited their communities—including artists, educators, entrepreneurs, volunteers, and veterans. The special was hosted by acclaimed journalists Lesli Foster and Lorenzo Hall, longstanding anchors at TEGNA's WUSA station in Washington, D.C.

14.    I have read the Order and fully intend to continue complying with it. To the extent I have questions about the Order, I am able to consult with counsel about them.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2026 in McLean, VA.

DECLARATION OF PATRICK PAOLINI                3                CASE NO. 2:26-CV-00976-TLN-CKD

By: /s/
Patrick Paolini

DECLARATION OF PATRICK PAOLINI          4          CASE NO. 2:26-CV-00976-TLN-CKD