UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF ELIZABETH RYDER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER**

I, Elizabeth Ryder, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am Executive Vice President, General Counsel, and Secretary to the Board of Directors of Nexstar Media Group, Inc. ("Nexstar"). I now also serve as Secretary to the Board of TEGNA Inc. ("TEGNA"), as well as a voting member of the TEGNA Board, and have been in that role since April 30, 2026, when I took over the position from Nexstar's former General Counsel, Rachel Morgan.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them under oath.

3. Since I joined TEGNA's Board, the Board has had no involvement in TEGNA's retransmission consent negotiations, content decisions, station management, or other day-to-day operations.

4. Since I joined the Board, the actions taken by the TEGNA Board have been limited and have consisted only of the following: The Board expanded its initial size of three—Lee Ann Gliha, Perry Sook, and myself—to five by adding Michael Biard, President and Chief Operating Officer of Nexstar, and independent director Timothy Busch to the Board. In connection with the departure of TEGNA's previous CEO, Michael Steib, the Board searched for a new CEO to run an independently managed TEGNA. On May 26, 2026, the Board announced its appointment of Patrick Paolini, then-Executive Vice President of Advertising Sales for FOX Television Stations, to the role. As reflected in the May 26 Board meeting minutes, Perry Sook was formally

"President" of TEGNA—in title only—until that date, a holdover from before the TRO had been entered. After the TRO was entered, although the Board neglected to immediately paper Mr. Sook's resignation, Mr. Sook had no role whatsoever in operating TEGNA. Mr. Steib continued to oversee and run TEGNA after the close of the acquisition until his departure from the company on June 1, the date that Mr. Paolini took over as TEGNA CEO. Since then, Mr. Paolini has named seven additional TEGNA officers as well as a Vice President of Technology and Operations. █

5. I understand that Paragraph 11 of the Preliminary Injunction Order (the "Order") contains a list of functions relating to TEGNA that Nexstar is permitted to perform while the Order is in effect. My service on TEGNA's Board has been limited to those specific functions. I have agreed to recuse myself from any Board decision that may come up that falls outside those specific functions. No such decision has yet been presented to the Board.

6. I have read the Order and fully intend to continue complying with it. To the extent I have questions about the Order, I am able to consult with outside counsel about them.

7. As Secretary to the TEGNA Board, I am responsible for preparing minutes of the Board's meetings. On July 27, 2026, I finalized minutes for the May 26, 2026, June 3, 2026, June 11, 2026, June 17, 2026, and June 25, 2026 Board meetings. I have attached true and accurate copies of those minutes as Exhibits A, B, C, D, and E, respectively, to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2026 in Anahola, Hawaii.

DECLARATION OF ELIZABETH RYDER    2    CASE NO. 2:26-CV-00976-TLN-CKD

By: /s/ Elizabeth Ryder

Elizabeth Ryder

DECLARATION OF ELIZABETH RYDER                    3                    CASE NO. 2:26-CV-00976-TLN-CKD