# EXHIBIT A

## PUBLIC REDACTED VERSION

## TEGNA INC.
### Minutes of the Meeting of the Board of Directors
### May 26, 2026

A meeting (the "Meeting") of the Board of Directors of TEGNA Inc. (the "Company") was held telephonically on May 26, 2026 at 4:00 p.m. (CT). Individuals in attendance were Patrick Paolini, Perry Sook, Michael Biard, Timothy Busch, Lee Ann Gliha and Elizabeth Ryder.

Mr. Sook called the Meeting to order and stated the first order of business was to expand the Board from three to five members to nominate and add two additional directors, Michael Biard and Timothy Busch. Mr. Sook stated Mr. Busch would serve as the Board's independent director. A motion was made and seconded.

**Resolved**: the Board be expanded to five members, that Mr. Biard be appointed to fill one seat and Mr. Busch be appointed to fill the role of independent director.

Mr. Sook then resigned as President of the Company.

Members of the Board introduced themselves to Mr. Paolini.

Mr. Sook addressed operations under the preliminary injunction and PRIVILEGE PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED      Ms. Gliha explained the financial and accounting rights permitted under the preliminary injunction ▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Mr. Sook noted that after Mr. Paolini was settled, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Ms. Ryder provided PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED

**Adjournment**

With no further matters to be discussed, Mr. Sook adjourned the Meeting.

_____
Elizabeth Ryder
Secretary

1