# EXHIBIT B

## PUBLIC REDACTED VERSION

**TEGNA INC.**
**Minutes of the Meeting of the Board of Directors**
**June 3, 2026**

A meeting (the "Meeting") of the Board of Directors of TEGNA Inc. (the "Company") was held telephonically on June 3, 2026 at 4:00 p.m. (CT). Individuals in attendance were Patrick Paolini, Perry Sook, Michael Biard, Timothy Busch, Lee Ann Gliha and Elizabeth Ryder.

Mr. Sook called the Meeting to order and stated that the Board is here to assist Mr. Paolini and the TEGNA management team through advice, counsel and, where required, consent but that the Board is not here to run the Company.

Mr. Sook stated the first order of business

Mr. Paolini discussed PRIVILEGE REDACTED . Mr. Paolini then PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED

The Board and Mr. Paolini discussed the restrictions on headcount placed on TEGNA by the preliminary injunction. Ms. Ryder PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE Mr. Paolini stated

Mr. Paolini then raised

Mr. Paolini stated

1

The Board and Mr. Paolini discussed ██████████████████████████████████
████████████████

Ms. Ryder stated PRIVILEGE REDACTED PRIVILEGE REDACTED
PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED
PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED ██
████████████████████████████████████████████████████████

Ms. Gliha addressed ████████████████████████████████████
████████████████

Mr. Paolini stated ████████████████████████

**Adjournment**

With no further matters to be discussed, Mr. Sook adjourned the Meeting.

Elizabeth Ryder
Secretary

2