# EXHIBIT C

## PUBLIC REDACTED VERSION

## TEGNA INC.
### Minutes of the Meeting of the Board of Directors
### June 11, 2026

A meeting (the "Meeting") of the Board of Directors of TEGNA Inc. (the "Company") was held telephonically on June 11, 2026 at 3:30 p.m. (CT). Individuals in attendance were Perry Sook, Michael Biard, Timothy Busch, Patrick Paolini, Lee Ann Gliha and Elizabeth Ryder.

Mr. Sook called the meeting to order and turned it over to Mr. Paolini. Mr. Paolini stated his agenda for the day ███████████████████████████



Mr. Paolini stated █████████████████████

Mr. Paolini made ████████████████████

Mr. Paolini stated ███████████████ Mr. Paolini stated he will update the Board when he has more information.

Mr. Paolini raised ████████████████████

Mr. Paolini informed ████████████████████

1

**Adjournment**

With no further matters to be discussed, Mr. Sook adjourned the Meeting.

Elizabeth Ryder
Secretary