# EXHIBIT D

## PUBLIC REDACTED VERSION

**TEGNA INC.**
**Minutes of the Meeting of the Board of Directors**
**June 17, 2026**

A meeting (the "Meeting") of the Board of Directors of TEGNA Inc. (the "Company") was held telephonically on June 17, 2026 at 3:30 p.m. (CT). Individuals in attendance were Perry Sook, Michael Biard, Timothy Busch, Patrick Paolini, Lee Ann Gliha and Elizabeth Ryder.

Mr. Sook called the meeting to order and turned it over to Mr. Paolini. Mr. Paolini ▮▮▮▮▮▮▮▮▮▮▮

Ms. Ryder PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED PRIVILEGE REDACTED

Mr. Paolini stated ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Busch asked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Paolini stated ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Adjournment**

With no further matters to be discussed, Mr. Sook adjourned the Meeting.

Elizabeth Ryder
Secretary

1