UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF TIMOTHY BUSCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER**

I, Timothy Busch, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a self-employed consultant.  Since May 26, 2026, I have served as independent director on the Board of TEGNA Inc. ("TEGNA").

2.      I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them under oath.

3.       I have a long career of nearly forty years in broadcasting—starting with radio broadcasting in the 1980s.  I spent much of my career at the local broadcast station level, working as General Sales Manager (among other positions) at WGRZ in Buffalo and as General Manager of WROC in Rochester.  I worked at Nexstar Media Group, Inc. ("Nexstar") from 2000 until 2021, working my way up from General Manager of a station to President of Broadcasting.  I have seen, lived, and been responsible for the gamut of broadcasting, from day-to-day station operations to strategic decisionmaking at the corporate level.

4.      Since I retired from Nexstar in 2021, I have consulted for Nexstar on various projects.  I have also consulted with other companies, including TagEx Brands, Comscore, Potaco LLC, Scout Studios, and Five Stones Studios.

5.

DECLARATION OF TIMOTHY BUSCH                1                CASE NO. 2:26-CV-00976-TLN-CKD

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. In the past, I have served on various boards, including but not limited to: NBC Affiliates Board, CBS Affiliates Board, Television Bureau of Advertising Board, New York State Broadcasters Board, United Way and Red Cross Founding Boards (Rochester). I currently serve on the Boards of: The Ohio University Foundation (Trustee and Vice Chair), TagEx Brands (and a partner), Potaco LLC (and a partner), Five Stones Studios LLC (and a partner), and T2 Music (founding partner).

8. I joined the TEGNA Board on May 26, 2026. I was asked to serve as an independent director to handle any decisions that may be presented to the Board that fall outside the scope of permissible decisionmaking for Nexstar officers in light of the preliminary injunction Order (the "Order"). Thus far, no such decision has been presented to the Board. I understand my fiduciary obligations to TEGNA. I bring more than 40 years of broadcast industry experience to my service as an independent director of TEGNA. Because I am not employed by Nexstar or TEGNA, I can apply that experience with true independence, objectivity, and a clear focus on the best interests of TEGNA. Therefore, if I am asked to decide anything as an independent director of TEGNA, I will be solely guided in that decision by TEGNA's best interest.

9. The day Patrick Paolini was announced as TEGNA CEO was the day I joined the TEGNA Board. Upon joining, the actions taken by the Board included ▮▮▮▮▮▮▮▮

10.     Since I joined TEGNA's Board, the Board has had no involvement in TEGNA's retransmission consent negotiations, content decisions, station management, or other day-to-day operations.

11.     I have read the Order and fully intend to continue complying with it.  To the extent I have questions about the Order, I am able to consult with counsel about them.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of July 28, 2026 in Rochester, New York.

By: /s/ _____
Timothy Busch