UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF MICHAEL W. BIARD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER**

I, Michael W. Biard, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am President and Chief Operating Officer of Nexstar Media Group, Inc. ("Nexstar"). I now also serve on the Board of TEGNA Inc. ("TEGNA"), and have been in that role since May 26, 2026.

2.      I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them under oath.

3.      I joined the Board on May 26, 2026—the day that Patrick Paolini was announced as TEGNA CEO. After I joined the Board, the actions taken by the Board included ███████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████

4.      Since I joined TEGNA's Board, the Board has had no involvement in TEGNA's retransmission consent negotiations, content decisions, station management, or other day-to-day operations.

5.      I understand that Paragraph 11 of the Preliminary Injunction Order (the "Order") contains a list of functions relating to TEGNA that Nexstar is permitted to perform while the Order is in

effect.  My service on TEGNA's Board has been limited to those specific functions.  I have agreed to recuse myself from any Board decision that may come up that falls outside those specific functions.  No such decision has yet been presented to the Board.

6.        I have read the Order and fully intend to continue complying with it.  To the extent I have questions about the Order, I am able to consult with counsel about them.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of July, 2026 in Los Angeles, California.

By: /s/ _____
Michael W. Biard