UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF**

Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney
Action Filed: March 18, 2026

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Clarification of the Court's Preliminary Injunction Order and Other Compliance Relief, Defendants Nexstar Media Group, Inc. and TEGNA Inc.'s opposition thereto, and the supporting declarations and exhibits submitted by the parties, IT IS HEREBY ORDERED that Plaintiffs' Motion for Clarification of the Court's Preliminary Injunction Order and Other Compliance Relief is DENIED.

The parties are further ORDERED, pursuant to Federal Rule of Civil Procedure 53, to meet and confer within one week of entry of this Order on the selection of a Special Master to oversee any further discovery regarding compliance with the Court's Preliminary Injunction (ECF No. 172) and other compliance-related matters. Within 14 days of the entry of this Order, the parties shall jointly propose a Special Master to be appointed by the Court, or, if the parties cannot agree, determine a process to submit a slate of Special Master candidates for the Court to consider for appointment, based on the candidates' relevant experience and credentials, and without identifying the proposing party for any candidate.

**IT IS SO ORDERED.**

Dated:_____                          _____
                                                 Hon. Troy L. Nunley
                                                 Chief United States District Judge

-1-
[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY
INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF