Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S PROOF OF SERVICE** |

**<u>PROOF OF SERVICE</u>**

I declare that I am employed with the law firm of Wilkinson Stekloff LLP, whose address is 130 W 42nd Street, 24th Floor, New York, NY 10036. I am not a party to the within cause. I am over the age of eighteen years. I further declare that on July 28, 2026, I served unredacted copies of the following documents:

1. Defendants' Request to Seal;

2. Proposed Order Granting Request to Seal;

3. Defendants' Opposition to Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Defendants' Opposition Brief Brief");

4. Declaration of Perry A. Sook;

5. Declaration of Lee Ann Gliha;

6. Declaration of Patrick Paolini;

7. Declaration of Elizabeth Ryder ("Ryder Declaration") and Exhibits A, B, C, D, and E to Ryder Declaration;

8. Declaration of Timothy Busch;

9. Declaration of Michael W. Biard.

**By Electronic Transmission** on the parties listed below via Box:

| DIRECTV, LLC | aschoen@kslaw.com<br>eblackburn@kslaw.com<br>jmarx@hwglaw.com<br>jhazan@kslaw.com<br>kweng@hwglaw.com<br>lharris@kslaw.com<br>lauren.beck@mto.com<br>lauren.ross@mto.com<br>mscott@kslaw.com<br>mnilsson@hwglaw.com<br>sroyall@kslaw.com<br>oantoine@kslaw.com<br>smurray@kslaw.com<br>brandon.thomas@mto.com |
|---|---|

| | |
|---|---|
| | carson.scott@mto.com |
| | justin.raphael@mto.com |
| | kuruvilla.olasa@mto.com |
| | liam.gennari@mto.com |
| | robert.bowen@mto.com |
| | april.hu@mto.com |
| | glenn.pomerantz@mto.com |
| State of California | brent.nakamura@doj.ca.gov |
| | brian.wang@doj.ca.gov |
| | connie.sung@doj.ca.gov |
| | elizabeth.cheever@doj.ca.gov |
| | emily.curran@doj.ca.gov |
| | henry.hauser@doj.ca.gov |
| | jennifer.hane@doj.ca.gov |
| | komal.patel@doj.ca.gov |
| | laura.antonini@doj.ca.gov |
| | nico.gurian@simonsensussman.com |
| | nicolas@simonsensussman.com |
| | paul.chander@doj.ca.gov |
| | paul.goodrich@simonsensussman.com |
| | paula.blizzard@doj.ca.gov |
| | shaoul@simonsensussman.com |
| | victoria.field@simonsensussman.com |
| | victoria.sims@simonsensussman.com |
| | catherine@simonsensussman.com |
| | thomas.mattes@simonsensussman.com |
| State of Colorado | amy.bowles@coag.gov |
| | bryn.williams@coag.gov |
| | jon.sallet@coag.gov |
| | melissa.kessler@coag.gov |
| | robin.alexander@coag.gov |
| State of Connecticut | julian.quinones@ct.gov |
| | nicole.demers@ct.gov |
| State of Illinois | daniel.betancourt@ilag.gov |
| | elizabeth.maxeiner@ilag.gov |
| | john.milligan@ilag.gov |
| | paul.harper@ilag.gov |
| | sarah.north@ilag.gov |
| State of Indiana | corinne.gilchrist@atg.in.gov |
| | jacob.patterson@atg.in.gov |
| | scott.barnhart@atg.in.gov |
| | jesse.moore@atg.in.gov |
| State of Kansas | chris.teters@ag.ks.gov |
| | john.harris@ag.ks.gov |
| Commonwealth of Massachusetts | anthony.mariano@mass.gov |
| | jennifer.greaney@mass.gov |
| State of New York | amy.mcfarlane@ag.ny.gov |

CASE NO. 2:26-CV-00976-TLN-CKD                                                                 PROOF OF SERVICE

| | christopher.d'angelo@ag.ny.gov<br>elinor.hoffmann@ag.ny.gov<br>jaya.mantovani@ag.ny.gov<br>morgan.feder@ag.ny.gov |
|---|---|
| State of North Carolina | brabinovitz@ncdoj.gov<br>fbenzoni@ncdoj.gov<br>kchoksi@ncdoj.gov |
| State of Ohio | beth.finnerty@ohioago.gov<br>trey.mehrer@ohioago.gov<br>edward.olszewski@ohioago.gov<br>thomas.allen@ohioago.gov |
| State of Oregon | ian.vanloh@doj.oregon.gov<br>tim.smith@doj.oregon.gov<br>alex.delorenzo@doj.oregon.gov |
| Commonwealth of Pennsylvania | jthomson@attorneygeneral.gov<br>jbetsko@attorneygeneral.gov<br>twertz@attorneygeneral.gov |
| State of Vermont | sarah.aceves@vermont.gov |
| Commonwealth of Virginia | thenry@oag.state.va.us<br>dsmith@oag.state.va.us |

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed at New York, NY, this 28th day of July, 2026.

| Emily A. Clarke | /s/ Emily A. Clarke |
|:---:|:---:|
| (typed) | (signature) |