Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
Email: eclarke@wilkinsonstekloff.com

Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com
        WMcCaughey@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| --- | --- |
| | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |

Before the Court is Defendants Nexstar Media Group, Inc.'s and TEGNA Inc.'s Request to Seal portions of certain materials submitted in connection with Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 269).

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specific portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
| --- | --- |
| Plaintiffs' Memorandum and Points of Authorities in Support of Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Plaintiffs' Opening Brief") | Highlighted portions of: Pages 1, 3-4, 6, 12, and 17 (*Confidential*) |
| Declaration of Xiaonan April Hu in Support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Hu Declaration") | Highlighted portions of: Page 2 (*Confidential*) |
| Exhibit A to Hu Declaration | Highlighted portions of: Page 2 (*Confidential*) |
| Exhibit D to Hu Declaration | Highlighted portions of: Page 5 (*Confidential*) |
| Exhibit F to Hu Declaration | Highlighted portions of: Page 3 (*Confidential*) |
| Exhibit G to Hu Declaration | Highlighted portions of: Page 3 (*Confidential*) |
| Exhibit H to Hu Declaration | Highlighted portions of: Page 2 (*Confidential*) |
| Exhibit J to Hu Declaration | Highlighted portions of: Pages 3, 4 (*Confidential*) |
| Exhibit K to Hu Declaration | Seal in Full (*Highly Confidential – Attorneys' Eyes Only*) |
| Exhibit L to Hu Declaration | Seal in Full (*Highly Confidential – Attorneys' Eyes Only*) |
| Exhibit P to Hu Declaration | Seal in Full (*Confidential*) |

Dated: July 29, 2026

_____
Troy L. Nunley
Chief United States District Judge

1