UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |
|---|---|
| In re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

## <u>ORDER</u>

Before the Court is Defendants Nexstar Media Group, Inc.'s and TEGNA Inc.'s Request to Seal portions of certain materials submitted in connection with Defendants' Opposition to Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief.

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specific portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
|---|---|
| Defendants' Opposition to Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief ("Defendants' Opposition Brief Brief") | Highlighted portions of: Pages 6, 17 (*Confidential*)<br><br>Highlighted portions of: Page 6-7, 11, 16 (*Highly Confidential – Attorneys' Eyes Only*) |
| Declaration of Perry A. Sook in Support of Defendants' Opposition Brief | Highlighted portions of: Page 2 (*Confidential*) |
| Declaration of Lee Ann Gliha in Support of Defendants' Opposition Brief | Highlighted portions of: Page 2 (*Confidential*)<br><br>Highlighted portions of: Page 2-3 (*Highly Confidential – Attorneys' Eyes Only*) |
| Declaration of Patrick Paolini in Support of Defendants' Opposition Brief | Highlighted portions of: Page 2 (*Confidential*)<br><br>Highlighted portions of: Page 2-3 (*Highly Confidential – Attorneys' Eyes Only*) |

| Document | Portion(s) to Seal |
|---|---|
| Declaration of Elizabeth Ryder ("Ryder Declaration") in Support of Defendants' Opposition Brief | Highlighted portions of: Page 2 (*Confidential*) |
| Exhibit A to Ryder Declaration | Highlighted portions of: Page 1 (*Highly Confidential – Attorneys' Eyes Only*)<br><br>Certain portions of page 1 are redacted for privilege |
| Exhibit B to Ryder Declaration | Highlighted portions of: Pages 1-2 (*Highly Confidential – Attorneys' Eyes Only*)<br><br>Certain portions of pages 1-2 are redacted for privilege |
| Exhibit C to Ryder Declaration | Highlighted portions of: Page 1 (*Highly Confidential – Attorneys' Eyes Only*) |
| Exhibit D to Ryder Declaration | Highlighted portions of: Page 1 (*Highly Confidential – Attorneys' Eyes Only*)<br><br>Certain portions of page 1 are redacted for privilege |
| Exhibit E to Ryder Declaration | Highlighted portions of: Page 1 (*Highly Confidential – Attorneys' Eyes Only*) |
| Declaration of Timothy Busch in Support of Defendants' Opposition Brief | Highlighted portions of: Pages 1-2 (*Confidential*) |
| Declaration of Michael W. Biard in Support of Defendants' Opposition Brief | Highlighted portions of: Page 1 (*Confidential*) |

Dated: July 30, 2026

_____
Troy L. Nunley
Chief United States District Judge