Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

[*Additional Counsel on Signature Page*]

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile:  202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
| | **DEFENDANTS' REQUEST FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |
| | Hearing Requested |

Defendants respectfully request leave to file a two-page sur-reply in support of Defendants' Opposition to Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief. *See* ECF Nos. 269, 279, 283 ("Plfs.' Reply"). "A district court has the discretion to allow a sur-reply 'where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief.'" *Lopez v. Pre-Employ.com, Inc.*, No. 2:16-cv-02205-TLN-KJN, ECF No. 41, at 2 (E.D. Cal. Aug. 21, 2018) (Nunley, J.) (quoting *Hill v. England*, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005)). Plaintiffs' reply brief satisfies this standard twice over. First, it raises an additional argument that Nexstar Chief Financial Officer Lee Ann Gliha's service on TEGNA's Board must not be necessary because she does not serve on Nexstar's Board. Plfs.' Reply at 5. Second, it expands the scope of Plaintiffs' contemplated relief by suggesting, in a half-baked footnote, that any Special Master be empowered "to monitor compliance" at Defendants' sole expense. *Id.* at 10 n.6. Defendants thus seek leave to file the enclosed sur-reply, *see* Ex. A, to respond to these new arguments.

Dated: July 31, 2026

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
Email: bwilkinson@wilkinsonstekloff.com
        kstojilkovic@wilkinsonstekloff.com
        sneuman@wilkinsonstekloff.com
        jpswarbrick@wilkinsonstekloff.com

CASE NO. 2:26-CV-00976-TLN-CKD            1            DEFENDANTS' REQUEST FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
Email: eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
        BLui@mofo.com
        JFolio@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com
        RXia@mofo.com

Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com
        WMcCaughey@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

CASE NO. 2:26-CV-00976-TLN-CKD    2    DEFENDANTS' REQUEST FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone:  303.592.1500
Facsimile:  303.592.1510
Email:  nserfoss@mofo.com


*Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.*

CASE NO. 2:26-CV-00976-TLN-CKD                    3              DEFENDANTS' REQUEST FOR LEAVE TO FILE A
                                                                SUR-REPLY IN SUPPORT OF DEFENDANTS'
                                                                OPPOSITION TO PLAINTIFFS' MOTION FOR
                                                                CLARIFICATION OF PRELIMINARY INJUNCTION
                                                                ORDER AND OTHER COMPLIANCE RELIEF