# EXHIBIT A

Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

[*Additional Counsel on Signature Page*]

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026<br><br>Hearing Requested |

Plaintiffs raise two arguments for the first time on reply that Defendants cannot leave unaddressed.

*First*, Plaintiffs assert that Nexstar's Chief Financial Officer, Lee Ann Gliha, does not serve on *Nexstar*'s Board, Plfs.' Reply at 5, and this is proof that she need not serve on *TEGNA*'s Board. That assertion fundamentally misses the point. Ms. Gliha, like Nexstar's Chief Executive Officer Perry Sook, *is an officer of Nexstar*. Indeed, Ms. Gliha "oversees all financial aspects of the Company's business, including internal and external financial reporting, internal audit, investor relations, and treasury and capital markets functions."[1] As a result, Ms. Gliha directly manages Nexstar's financial operations, and thus has both the visibility and oversight necessary to carry out her Sarbanes-Oxley obligations with respect to Nexstar by virtue of her position. That is true for CFOs generally and is why Plaintiffs' argument that other CFOs do not serve on their companies' Boards, Plfs.' Reply at 5, is beside the point.

Ms. Gliha's position with respect to TEGNA is entirely different. Under the hold-separate order, Ms. Gliha is prohibited from serving as a TEGNA officer and from directing TEGNA's operations. Thus, without Board presence, Ms. Gliha would have no mechanism for exercising oversight and ensuring that TEGNA designs and implements particular internal controls, accurately reports its financial position, and complies—on a consolidated basis with Nexstar—with the covenants in Nexstar's debt agreements. That is precisely why Ms. Gliha, along with Mr. Sook who shares the same obligations under the Sarbanes-Oxley Act and Nexstar's debt agreements, must be permitted to exercise their lawfully required oversight through seats on TEGNA's Board. *See* Gliha Decl. ¶ 12 ("[T]he establishment of a Board of Directors of a subsidiary is the only way I am aware of that provides any parent company with access to the information of a subsidiary

---

[1] Nexstar Media Group, Inc., *Company Leadership: Lee Ann Gliha*, https://www.nexstar.tv/company-leadership/lee-ann-gliha/ (last visited July 31, 2026).

entity, *short of participating in the subsidiary's management*." (emphasis added)); Sook Decl. ¶¶ 7–8; Seligman Decl. ¶ 14.

*Second*, Plaintiffs' half-baked, footnoted request that any Special Master "monitor compliance" with the preliminary injunction entirely at Defendants' expense, Plfs.' Reply at 10 n.6, is procedurally improper and unwarranted. That expanded request for relief is not contemplated in Plaintiffs' motion, nor was it properly presented to Defendants during the meet-and-confer process. *See* Civil Standing Order of Hon. Troy L. Nunley § 4(A)(a). Given the stakes, Defendants renew their request for a hearing to address the Motion and the scope of any Special Master's role.

Dated: July 31, 2026

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
Email: bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
Email: eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
          BLui@mofo.com
          JFolio@mofo.com
          RManoso@mofo.com
          ADiCunzolo@mofo.com
          RXia@mofo.com


Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com
          WMcCaughey@mofo.com


Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com


Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

CASE NO. 2:26-CV-00976-TLN-CKD          3          DEFENDANTS' OPPOSITION TO MOTION FOR CLARIFICATION OF PI ORDER AND OTHER COMPLIANCE RELIEF

*Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.*