UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**ORDER GRANTING LEAVE FOR DEFENDANTS TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER AND OTHER COMPLIANCE RELIEF**

Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney
Action Filed: March 18, 2026

## ORDER

Having considered Defendants Nexstar Media Group, Inc. and TEGNA Inc.'s request for leave to file a sur-reply in support of their Opposition to Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 269), as well as the previous filings, declarations, and exhibits submitted by the parties regarding this motion, IT IS HEREBY ORDERED that Defendants' Request For Leave to File a Sur-Reply is GRANTED.

The Court thus accepts Defendants' proposed sur-reply (ECF No. 286-1) and shall consider it in ruling on Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 269).

**IT IS SO ORDERED.**

Dated: August 3, 2026

_____
Troy L. Nunley
Chief United States District Judge

-1-
ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE SUR-REPLY