Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S PROOF OF SERVICE** |

PROOF OF SERVICE

## PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Forester LLP, whose address is 2100 L Street NW, Suite 900, Washington, DC 20037. I am not a party to the within cause. I am over the age of eighteen years. I further declare that on August 4, 2026, I served unredacted copies of the following documents:

1. Defendants' Request to Seal;

2. Proposed Order Granting Request to Seal; and

3. Reply in Support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief.

**By Electronic Transmission** on the parties listed below via email:

| | |
|---|---|
| DIRECTV, LLC | aschoen@kslaw.com<br>eblackburn@kslaw.com<br>jmarx@hwglaw.com<br>jhazan@kslaw.com<br>kweng@hwglaw.com<br>lharris@kslaw.com<br>lauren.beck@mto.com<br>lauren.ross@mto.com<br>mscott@kslaw.com<br>mnilsson@hwglaw.com<br>sroyall@kslaw.com<br>oantoine@kslaw.com<br>smurray@kslaw.com<br>brandon.thomas@mto.com<br>carson.scott@mto.com<br>justin.raphael@mto.com<br>kuruvilla.olasa@mto.com<br>liam.gennari@mto.com<br>robert.bowen@mto.com<br>april.hu@mto.com<br>glenn.pomerantz@mto.com |
| State of California | brent.nakamura@doj.ca.gov<br>brian.wang@doj.ca.gov<br>connie.sung@doj.ca.gov<br>elizabeth.cheever@doj.ca.gov<br>emily.curran@doj.ca.gov<br>henry.hauser@doj.ca.gov |

| | jennifer.hane@doj.ca.gov<br>komal.patel@doj.ca.gov<br>laura.antonini@doj.ca.gov<br>nico.gurian@simonsensussman.com<br>nicolas@simonsensussman.com<br>paul.chander@doj.ca.gov<br>paul.goodrich@simonsensussman.com<br>paula.blizzard@doj.ca.gov<br>shaoul@simonsensussman.com<br>victoria.field@simonsensussman.com<br>victoria.sims@simonsensussman.com<br>catherine@simonsensussman.com<br>thomas.mattes@simonsensussman.com |
|---|---|
| State of Colorado | amy.bowles@coag.gov<br>bryn.williams@coag.gov<br>jon.sallet@coag.gov<br>melissa.kessler@coag.gov<br>robin.alexander@coag.gov |
| State of Connecticut | julian.quinones@ct.gov<br>nicole.demers@ct.gov |
| State of Illinois | daniel.betancourt@ilag.gov<br>elizabeth.maxeiner@ilag.gov<br>john.milligan@ilag.gov<br>paul.harper@ilag.gov<br>sarah.north@ilag.gov |
| State of Indiana | corinne.gilchrist@atg.in.gov<br>jacob.patterson@atg.in.gov<br>scott.barnhart@atg.in.gov |
| State of Kansas | chris.teters@ag.ks.gov<br>john.harris@ag.ks.gov |
| Commonwealth of Massachusetts | anthony.mariano@mass.gov<br>jennifer.greaney@mass.gov |
| State of New York | amy.mcfarlane@ag.ny.gov<br>christopher.d'angelo@ag.ny.gov<br>elinor.hoffmann@ag.ny.gov<br>jaya.mantovani@ag.ny.gov<br>morgan.feder@ag.ny.gov |
| State of North Carolina | brabinovitz@ncdoj.gov<br>fbenzoni@ncdoj.gov<br>kchoksi@ncdoj.gov |
| State of Oregon | ian.vanloh@doj.oregon.gov<br>tim.smith@doj.oregon.gov<br>alex.delorenzo@doj.oregon.gov |
| Commonwealth of Pennsylvania | jthomson@attorneygeneral.gov<br>jbetsko@attorneygeneral.gov |

2                    PROOF OF SERVICE

| | twertz@attorneygeneral.gov |
| --- | --- |
| State of Vermont | sarah.aceves@vermont.gov |
| Commonwealth of Virginia | thenry@oag.state.va.us<br>dsmith@oag.state.va.us |

I declare under penalty of perjury under the laws of the District of Columbia that the above is true and correct.

Executed at Washington, DC, this 4th day of August, 2026.

| Rita Xia | /s/ Rita Xia |
| --- | --- |
| (typed) | (signature) |

3                    PROOF OF SERVICE