Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENT** <br><br> Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney <br> Action Filed: March 18, 2026 |

Before the Court is Defendants Nexstar Media Group, Inc.'s and TEGNA Inc.'s Request to Seal portions of the Reply in Support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 283).

IT IS HEREBY ORDERED that the Request to Seal is GRANTED.  Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specific portions of the following document shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
| --- | --- |
| Reply in Support of Plaintiffs' Motion for Clarification of Preliminary Injunction Order and Other Compliance Relief (ECF No. 283) | Highlighted portions of: Pages 1, 3, 7–8 (*Confidential*) |

Dated: August 5, 2026

_____

Troy L. Nunley
Chief United States District Judge

1