

## United States District Court
## Eastern District of California

| In Re: Nexstar-TEGNA Merger Litigation |
|---|

Plaintiff(s)

Case Number: 2:26-cv-00976-TLN-CKD

V.

| |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Braden Fain hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

The State of California

On February 27, 2025 (date), I was admitted to practice and presently in good standing in the

State of New York (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: August 6, 2026　　　　Signature of Applicant: /s/ Braden Fain

**Pro Hac Vice Attorney**

Applicant's Name: Braden Fain

Law Firm Name: Simonsen Sussman LLP

Address: 307 W 38th Street

Floor 16

City: New York          State: NY     Zip: 10018

Phone Number w/Area Code: (212) 210-7224

City and State of Residence: New York City, NY

Primary E-mail Address: braden.fain@simonsensussman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Catherine Simonsen

Law Firm Name: Simonsen Sussman LLP

Address: 418 Bamboo Lane

Suite C-18

City: Los Angeles          State: CA     Zip: 90012

Phone Number w/Area Code: (917) 747-5196          Bar # 307325

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  August 6, 2026          _____
                                 JUDGE, U.S. DISTRICT COURT