AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | ) | |
|---|---|---|
| In Re: Nexstar-Tegna Merger Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-00976-TLN-CKD |
| | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California                                                                                               .

Date:     08/11/2026

/s/ Andrew Naravage
*Attorney's signature*

Andrew Naravage (SBN 320586)
*Printed name and bar number*

SIMONSEN SUSSMAN LLP
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012

*Address*

andrew.naravage@simonsensussman.com
*E-mail address*

(415) 669-8141
*Telephone number*

(913) 262-0058
*FAX number*