Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD |
|---|---|
| | **DEFENDANTS' STATUS REPORT ON ACTIONS TO ENSURE COMPLIANCE WITH THE COURT'S AUGUST 6, 2026 ORDER** |
| | Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney |
| | Action Filed: March 18, 2026 |

Defendants take seriously the concerns expressed in the Court's Order of August 6, 2026 ("Order"), ECF No. 292. Defendants are committed to demonstrating their compliance with the Preliminary Injunction, both in holding TEGNA separate and in maintaining TEGNA's value as a stand-alone entity.

The Order called for Defendants to file a status report within 10 days. Defendants are filing this status report in advance of that deadline to identify the steps they have taken to comply with the Order and to lay out the ongoing process for replacing TEGNA's Board of Directors.

Should the Court have any questions or concerns about the steps described herein, Defendants stand ready to address them.

**Steps Taken To Date**

(1) The TEGNA Board of Directors was scheduled to meet on the afternoon of August 6, 2026. That Board meeting was cancelled in response to the Order, and the TEGNA Board of Directors has not convened since the Order was issued.

(2) Four of the five TEGNA Directors resigned from the Board in response to the Order. This includes Nexstar CEO Perry A. Sook, Nexstar President and COO Michael Biard, Nexstar General Counsel Elizabeth Ryder, and Nexstar consultant Timothy Busch.

(3) The fifth TEGNA Director, Nexstar CFO Lee Ann Gliha, has yet to resign from the TEGNA Board. The reason is that, pursuant to the laws of Delaware (where TEGNA is incorporated) and the Company's bylaws, and at the advice of TEGNA's corporate counsel, TEGNA must have a Board of Directors and thus cannot have all its Directors resign without appointing new Directors. Ms. Gliha will resign as a TEGNA Director as soon as a new TEGNA Board of Directors is appointed.

(4) Defendants are actively recruiting Director applicants who fit the criteria set forth by the Court. This process requires establishing a compensation structure for TEGNA's new Directors, as well as other terms. The process also requires vetting applicants to ensure their fitness for the role and sufficient familiarity with the media industry for at least some Directors.

**Forthcoming Steps**

(1) Defendants are working to select and appoint a new TEGNA Board as soon as possible, but wish to proactively raise that the process may entail longer than the 10 days ordered by the Court for the submission of a status report. Accordingly, Defendants ask the Court for permission to submit another status report by August 31, 2026. If the new TEGNA Board is appointed before then, Defendants will file the status report ahead of time.

(2) While the process of selecting TEGNA's new Board is pending, the current TEGNA Board will not convene, and Ms. Gliha will not take any actions in her capacity as a TEGNA Director, without express permission from the Court.

(3) Defendants are complying with the discovery provisions of the Order on the timeline set forth in the Order, starting with completion of Plaintiffs' outstanding requests on August 13, 2026.

(4) Defendants are conferring with Plaintiffs on the Special Master aspects of the Order and will make those submissions on the timeline set forth in the Order.

Dated:  August 13, 2026

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
Email: bwilkinson@wilkinsonstekloff.com
        kstojilkovic@wilkinsonstekloff.com
        sneuman@wilkinsonstekloff.com
        jpswarbrick@wilkinsonstekloff.com


Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com


Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
        BLui@mofo.com
        JFolio@mofo.com
        RManoso@mofo.com
        ADiCunzolo@mofo.com
        RXia@mofo.com


Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com
        WMcCaughey@mofo.com

4

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com


Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com


*Attorneys for Defendants Nexstar
Media Group, Inc. and TEGNA Inc.*