*[Counsel Listed in Signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26−cv−00976−TLN−CKD

**PLAINTIFF DIRECTV'S NOTICE OF FILING UNSEALED EXHIBITS**

Pursuant to the Court's August 17, 2026 Minute Order, ECF No. 310, Plaintiff DIRECTV is hereby publicly filing Exhibits C and E to its Motion for Clarification of Preliminary Injunction, ECF No. 269.

Dated: August 18, 2026

FOR PLAINTIFF DIRECTV:

*/s/ Xiaonan April Hu*

Xiaonan April Hu (State Bar No. 321354)
april.hu@mto.com
Lauren E. Ross (pro hac vice)
Lauren.Ross@mto.com
Brandon H. Thomas (State Bar No. 334240)
brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Glenn D. Pomerantz (State Bar No. 112503)
glenn.pomerantz@mto.com
Kuruvilla J. Olasa(State Bar No. 281509)
kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
robert.bowen@mto.com
Lauren Beck (State Bar No. 343375)
lauren.beck@mto.com
Liam Gennari (State Bar No. 350177)
liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

McGregor Scott (State Bar No. 142413)
mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
lharris@kslaw.com
Joshua Hazan (pro hac vice)
jhazan@kslaw.com
Sean Murray (pro hac vice)
smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100

M. Sean Royall (pro hac vice)
sroyall@kslaw.com
Emily Blackburn (pro hac vice)
eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900

Washington, D.C. 20006
Telephone: (202) 737-0500

Michael D. Nilsson (pro hac vice)
mnilsson@hwglaw.com
Jared Paul Marx (pro hac vice)
jmarx@hwglaw.com
Kathleen Weng (pro hac vice)
kweng@hwglaw.com
HWG LLP
1919 M St. NW, Eighth Floor
Washington, D.C. 20036
Telephone: (202) 730-1334

*Attorneys for Plaintiff DIRECTV, LLC*