Dalmacio V. Posadas, Jr., Bar No. 316837
dposadas@swlaw.com
Snell & Wilmer LLP
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071-3420
Telephone: 213.929.2500
Facsimile: 213.929.2525

*Attorneys for Nonparty*
*Zolo Broadcasting LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD
Judge: Troy L. Nunley
Magistrate Judge: Carolyn K. Delaney

**DECLARATION OF DALMACIO V. POSADAS, JR. IN SUPPORT OF MOTION BY NONPARTY ZOLO BROADCASTING LLC FOR PROTECTIVE ORDER**

[Notice of Motion, Motion by Nonparty Zolo Broadcasting LLC for a Protective Order, Memorandum of Points and Authorities in Support Thereof, and [Proposed] Order concurrently filed]

Date: September 30, 2026
Time: 10:00 a.m.
Courtroom: 24 (via Zoom)

Trial Date: July 6, 2027
Date Action Filed: March 18, 2026

**<u>DISCOVERY MATTER</u>**

# DECLARATION OF DALMACIO V. POSADAS, JR.

I, Dalmacio V. Posadas, Jr., hereby declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Snell & Wilmer LLP and counsel for Nonparty Zolo Broadcasting LLC ("Zolo") in this matter. This declaration is being made in support of Zolo's Motion for a Protective Order. Except as otherwise stated, I make this declaration based on personal knowledge, and if called to do so, I could testify competently to the information set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Written Direct Testimony of Michael D. Nilsson, In re Distribution of Cable Royalty Funds, Consolidated Docket No. 19-CRB-0010 CD (2018-21), Program Suppliers' Written Direct Statement Regarding Allocation Methodologies, Vol. I of II, Exhibit 4 (June 30, 2025).

3. Attached hereto as **Exhibit 2** is a true and correct copy of *Ex Parte* Letter from Michael Nilsson, Counsel to DIRECTV, to Marlene H. Dortch, Sec'y, FCC, MB Docket No. 14-261 (July 19, 2022).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Good Faith Negotiation Complaint, DIRECTV LLC v. The Walt Disney Co., MB Docket No. 12-1 (FCC filed Sept. 7, 2024).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Informal Complaint, DIRECTV LLC, Alleging that Nexstar Media Group's Relationship with Stations Owned by Mission Broadcasting, Inc. and White Knight Broadcasting, Inc. Violates the Commission's Local and National Ownership Rules (FCC filed June 29, 2023).

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed on this 19th day of August 2026, in Los Angeles, California.

Dalmacio V. Posadas, Jr.