HWG | HARRIS, WILTSHIRE & GRANNIS LLP

July 19, 2022

**BY ELECTRONIC FILING**

Marlene H. Dortch
Secretary
Federal Communications Commission
445 Twelfth Street, S.W.
Washington, DC 20554

Re: MB Docket No. 14-261 (MVPD Definition)

Dear Ms. Dortch:

On July 15, Stacy Fuller of DIRECTV, Brenna Sparks of DIRECTV, and I spoke with Adam Cassady of Commissioner Simington's office regarding the Commission's 2014 *MVPD Definition* proceeding.[1] We described the DIRECTV STREAM online service and the manner in which it negotiates for carriage of broadcast affiliates—including the role in such negotiations of network affiliates that are not owned and operated by the networks themselves.

Respectfully submitted,

Michael Nilsson
*Counsel to DIRECTV*

1 *Promoting Innovation and Competition in the Provision of Multichannel Video Programming Distribution Services*, Notice of Proposed Rulemaking, 29 FCC Rcd. 15995 (2014).