**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br>Judge: Troy L. Nunley<br>Magistrate Judge: Carolyn K. Delaney<br><br>**[PROPOSED] ORDER GRANTING NONPARTY ZOLO BROADCASTING LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: September 30, 2026<br>Time: 10:00 a.m.<br>Courtroom: 24 (via Zoom)<br><br>Trial Date: July 6, 2027<br>Date Action Filed: March 18, 2026 |

**<u>DISCOVERY MATTER</u>**

The Court has reviewed Nonparty Zolo Broadcasting LLC's ("Zolo") Motion for Protective Order, all supporting declarations and exhibits, any opposition thereto, and any reply. Good cause appearing therefor, IT IS HEREBY ORDERED that Zolo's Motion for Protective Order is **GRANTED**. IT IS FURTHER ORDERED that the Amended Stipulated Protective Order (Dkt. No. 238) is modified as follows:

1. Michael D. Nilsson of HWG LLP shall not be permitted access to any documents produced by Zolo that Zolo designates as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Amended Stipulated Protective Order, including but not limited to information concerning:

a. Retransmission consent rates and rate structures;

b. Retransmission consent agreements and confidential contractual terms;

c. Retransmission consent negotiating positions and strategies;

d. Internal analyses of broadcasters or broadcast groups;

e. Analyses of programming disputes and blackout economics;

f. Subscriber, revenue, cost, profitability, forecast, and other competitively sensitive financial information; and

g. Other confidential information whose disclosure could reasonably influence retransmission consent strategy, pricing, discussions, or negotiations.

2. Notwithstanding the foregoing, DIRECTV LLC may seek Zolo's written consent or apply to the Court for relief upon a particularized showing of necessity if DIRECTV believes that Mr. Nilsson's personal access to specific Highly Confidential documents is reasonably necessary to litigate this action.

3. All other terms and provisions of the Amended Stipulated Protective Order (Dkt. No. 238) shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: __________, 2026

_________________________________
Honorable Carolyn K. Delaney
Chief Magistrate Judge of the District Court

Pursuant to this Court's Standing Order and under Civil Local Rule 131(c):

Dated: August 19, 2026

SNELL & WILMER LLP

By:_____________________
Dalmacio V. Posadas, Jr.

*Attorneys for Nonparty Zolo Broadcasting LLC*