Charles J. Stevens
PHILLIPS ADR ENTERPRISES (PADRE)
2101 East Coast Highway, Ste. 250
Corona Del Mar, California 92625
(949) 760-5280

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26–cv–00976–TLN–CKD<br><br>**AFFIDAVIT OF SPECIAL MASTER** |

I, Charles J. Stevens, have reviewed the list of parties and counsel and am aware of the general nature of the case, and know of no facts or circumstances that would constitute grounds under 28 U.S.C. § 455 to disqualify me from acting as Special Master in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2026

[signature]
Charles J. Stevens

# Charles J. ("Chuck") Stevens

## Mediator / Arbitrator / Independent Panelist



**Call: (949) 760-5280**

**www.phillipsadr.com**

Prior to joining PADRE, Chuck Stevens had a varied forty-year career as the United States Attorney for the Eastern District of California, a partner at Gibson Dunn, a founder of a boutique litigation firm, and a mediator at a national ADR firm. As a neutral he has facilitated resolutions in a wide range of industries and legal claims, including complex commercial cases, class actions, fraud, cybersecurity, employment, unfair business practices, trade secrets, healthcare, insurance, partnership disputes, and qui tam False Claims Act matters. In addition to his two years at a national ADR firm, Chuck served for many years as a court-appointed mediator. He has been recognized by Best Lawyers in America and Northern California Super Lawyers in their ADR category.

Chuck served as the United States Attorney for the Eastern District of California, the presidentially appointed Chief Federal Law Enforcement Officer for the tenth largest of the 94 federal districts. As United States Attorney he developed initiatives involving the False Claims Act, healthcare fraud, and political corruption and managed the litigation and settlement of civil actions against the federal government. He was appointed by the Attorney General to serve on the Attorney General's Advisory Committee, an executive committee of 14 United States Attorneys that advised the Attorney General on national law enforcement policy. Chuck also served as an Assistant United States Attorney in the Central District of California where he tried federal cases as a member of the Public Corruption and Government Contract Fraud Unit.

Beyond his government service and ADR work, Chuck was also a litigation partner in both large and small firms. Most recently, he was a litigation partner at Gibson Dunn and managing partner of its San Francisco office. Prior to his time in Gibson Dunn's San Francisco office, he was the founding partner of a boutique business litigation firm that represented both plaintiffs and defendants in complex civil litigation matters and qui tam False Claims cases. As a litigator, he was consistently recognized by leading legal publications for his work in complex litigation matters. Lawdragon named Chuck to its 2023 Leading Global Litigators Guide, and Benchmark Litigation named him to its 2024 Litigation Star list. He has been recognized for many years by Best Lawyers in America for Commercial Litigation and Bet-the-Company Litigation and as San Francisco's Lawyer of the Year for Bet-the-Company Litigation in 2019. He has also been ranked in Band 1 in California Litigation by Chambers for many years.

Chuck has been actively involved in the professional community, serving in numerous leadership roles, including as President of the bipartisan National Association of Former United States Attorneys, a member of the Judicial Selection Committee of Senator Dianne Feinstein that recommended federal judges in the Eastern District of California, a member of the Board of Directors of Legal Aid of Marin, and an adjunct professor of mediation at U.C. Davis School of Law.

Chuck is a graduate of UC Berkeley School of Law and Colgate University. He and his wife Ann live in Marin County, California. They have four adult children and six grandchildren, who also live in Marin. An avid cyclist, Chuck is a competitive endurance gravel and mountain bike racer, having completed the Leadville 100, the Unbound 100, the Big Sugar 100, Sea Otter, and numerous Belgian Waffle Races.