Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

[*Additional Counsel on Signature Page*]

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**DEFENDANTS' SECOND STATUS REPORT ON ACTIONS TO ENSURE COMPLIANCE WITH THE COURT'S AUGUST 6, 2026 ORDER**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

On August 13, 2026, Defendants filed a status report, ECF No. 300, identifying steps taken as of that date to comply with the Court's Order of August 6, 2026 ("Order"), ECF No. 292. Defendants lay out below the additional steps they have taken since August 13, 2026, to comply with the Order.

(1) On August 17, 2026, Defendants provided their first monthly compliance report to Plaintiffs, including the information set forth in page 14 of the Order.

(2) On August 20, 2026, the parties filed a joint proposal recommending the appointment of Charles J. Stevens as Special Master, setting forth the parties' agreed-upon terms for the

appointment, and setting forth several disputed terms with each side's position and supporting statement for those disputed terms. *See* ECF No. 304.

(3) On August 24, 2026, TEGNA seated a new Board of Directors consisting of its Chief Executive Officer, Patrick Paolini, as well as two independent directors, Eugene Davis and Bruce Levy. Consistent with the Order, Mr. Paolini, Mr. Davis, and Mr. Levy are not current or former officers, employees, directors, consultants, or other affiliated personnel of Nexstar.

(a) Mr. Paolini has a career spanning more than 35 years in media and broadcasting. Prior to joining TEGNA as CEO on June 1, 2026, he was Executive Vice President of Advertising Sales for FOX Television Stations, served as Senior Vice President and General Manager of FOX's two owned-and-operated stations in Washington, D.C. for more than a decade, and was a sales manager or director of sales for nine different local broadcast stations, none of which were owned or operated by Nexstar.

(b) Mr. Davis is the Chairman and CEO of PIRINATE Consulting Group, LLC, a consulting firm. He served as a member of the Board of Directors or Board of Managers of numerous public and private companies (and as Chairman of the Board for many of them), including other station owners such as Granite Broadcasting, Inner City Broadcasting, ION Media, and Media General (where his Board service ended more than 5 years before Nexstar acquired Media General). He has also served as an executive for several public companies, including two in the communications industry.

(c) Mr. Levy had a nearly four-decade career as an investment banker specializing in the media and telecommunications industries, most recently as Managing Director of Corporate and Investment Banking at Truist Securities and Managing Director of Media and Telecommunications in the Technology, Media & Telecommunications Investment Banking Group at Wells Fargo Securities, until his retirement in 2025.

(4) On August 24, 2026, TEGNA also seated its Senior Vice President and General Counsel, Marc Sher, as Secretary of the Board. Mr. Sher was not appointed a Director and does not have a vote on TEGNA's Board. Like the newly appointed Directors, Mr. Sher is not a current or former officer, employee, director, consultant, or other affiliated personnel of Nexstar. Mr. Sher has been

at TEGNA for 13 years, having served as Vice President, Associate General Counsel and Corporate Secretary before assuming the role of Senior Vice President and General Counsel in June 2026. Prior to joining TEGNA, Mr. Sher advised media and technology clients for more than a decade at the law firm Dow Lohnes PLLC before its acquisition by Cooley LLP.

(5) Mr. Paolini, Mr. Davis, Mr. Levy, and Mr. Sher were formally appointed by Lee Ann Gliha, the last previously remaining TEGNA Director. *See* ECF No. 300 (explaining why Ms. Gliha remained on the TEGNA Board pending these appointments). On August 24, 2026, after making these appointments, Ms. Gliha resigned as a TEGNA Director.

(6) TEGNA's Board of Directors now consists solely of Mr. Davis, Mr. Levy, and Mr. Paolini as voting Directors, with Mr. Sher serving as a non-voting Secretary.

Dated: August 25, 2026

/s/ Beth A. Wilkinson
Beth Wilkinson (*pro hac vice*)
Kosta Stojilkovic (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
eclarke@wilkinsonstekloff.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 912-2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 903-3720
MBMiller@mofo.com
WMcCaughey@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

Sean Paul Gates (CA Bar No. 186247)
**ILLOVSKY GATES & CALIA LLP**
155 N Lake Ave Ste 800
Pasadena, CA 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730
sean@illovskygates.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*