John R. Milligan (*pro hac vice*)
Office of the Illinois Attorney General
115 S. La Salle St., Floor 35
Chicago, Illinois 60603
Telephone: (773) 505-5937
john.milligan@ilag.gov

Attorney for Plaintiff State of Illinois

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | No. 2:26-cv-00976-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 182 of the Local Rules of Civil Procedure, John R. Milligan hereby withdraws from representing Plaintiff State of Illinois in the above-captioned action. Mr. Milligan is departing the Office of the Illinois Attorney General.

Sarah J. North, Paul J. Harper, Elizabeth L. Maxeiner, and Daniel Ricardo Betancourt will remain counsel of record for Plaintiff State of Illinois.

The State of Illinois requests that the Clerk update the docket and Court records to remove Mr. Milligan as counsel of record and that the parties update their service lists accordingly.

DATED: September 1, 2026

Respectfully submitted,

*/s/ John R. Milligan*
John R. Milligan (*pro hac vice*)
Office of Illinois Attorney General
115 South LaSalle Street, Floor #35
Chicago, Illinois 60603
Telephone: 773-505-5937
john.milligan@ilag.gov

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing.

DATED: September 1, 2026

*/s/ John R. Milligan*
John R. Milligan