AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

In re: Nexstar-Tegna Merger Litigation
*Plaintiff*
v.

*Defendant*

Case No. 2:26-cv-00976-TLN-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon .

Date: 09/04/2026

s/ Mikaela Bock
*Attorney's signature*

Mikaela Bock 335089
*Printed name and bar number*

Oregon Department of Justice
100 SW Market
Portland, Oregon 97201
*Address*

mikaela.bock@doj.oregon.gov
*E-mail address*

(503) 881-7982
*Telephone number*

*FAX number*

Print Save As... Reset