# United States District Court
# Eastern District of California

In re Nexstar-TEGNA Merger Litigation

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:26-CV-00976-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Xiaochuan Kevin Zhao hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants Nexstar Media Group, Inc. and TEGNA Inc.

On 10/29/2010 (date), I was admitted to practice and presently in good standing in the Minnesota Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 9/8/2026

Signature of Applicant: /s/ X. Kevin Zhao

**Pro Hac Vice Attorney**

Applicant's Name: Xiaochuan Kevin Zhao

Law Firm Name: Greene Espel PLLP

Address: 222 South Ninth Street, Suite 2200

City: Minneapolis State: MN Zip: 55402

Phone Number w/Area Code: (612) 373-0830

City and State of Residence: St. Paul, Minnesota

Primary E-mail Address: kzhao@greeneespel.com

Secondary E-mail Address: jonsgard@greeneespel.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Bradley S. Lui

Law Firm Name: Morrison & Foerster LLP

Address: 2100 L Street, NW

Suite 900

City: Washington State: DC Zip: 20037

Phone Number w/Area Code: (202) 887-8766 Bar # 143088

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ____________________

____________________________________
JUDGE, U.S. DISTRICT COURT