AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

In re: Nexstar-Tegna Merger Litigation
*Plaintiff*
v.

*Defendant*

Case No. 2:26-cv-00976-TLN-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nexstar Media Group, Inc. and TEGNA Inc. .

Date: September 9, 2026

s/ Holley C. M. Horrell
*Attorney's signature*

Holley C. M. Horrell, #287042
*Printed name and bar number*

Greene Espel PLLP
222 South 9th Street, Suite 2200
Minneapolis, MN 55402
*Address*

hhorrell@greeneespel.com
*E-mail address*

(612) 373-0830
*Telephone number*

(612) 373-0929
*FAX number*