Dalmacio V. Posadas, Jr., Bar No. 316837
dposadas@swlaw.com
Snell & Wilmer LLP
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071-3420
Telephone: 213.929.2500
Facsimile: 213.929.2525

*Attorneys for Nonparty*
*Zolo Broadcasting LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br>Judge: Troy L. Nunley<br>Magistrate Judge: Carolyn K. Delaney<br><br>**JOINT STATEMENT RE DISCOVERY STATUS REGARDING MOTION BY NONPARTY ZOLO BROADCASTING LLC FOR PROTECTIVE ORDER**<br><br>Date: September 30, 2026<br>Time: 10:00 a.m.<br>Courtroom: 24 (via Zoom)<br><br>Trial Date: July 6, 2027<br>Date Action Filed: March 18, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Zolo Broadcasting LLC ("Zolo") and Plaintiff DIRECTV, LLC ("DIRECTV") write to update the Court that they have conferred pursuant to Local Rule 251(b) and are continuing to make progress toward a resolution of the issues raised by Zolo's pending Motion for Protective Order. (Dkt. No. 303.) Zolo and DIRECTV are hopeful that they will be able to resolve the issues and will promptly notify the Court of any resolution to avoid any unnecessary burden on the Court in advance of the noticed hearing date of September 30, 2026.

Dated: September 16, 2026

SNELL & WILMER LLP

By: ____________________
Dalmacio V. Posadas, Jr.

*Attorneys for Nonparty Zolo Broadcasting LLC*

Dated: September 16, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Justin P. Raphael*
Justin P. Raphael

*Attorneys Plaintiff DirecTV LLC*
(as authorized on September 16, 2026) L.R. 131(e)