*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26–cv–00976–TLN–CKD<br><br>**PLAINTIFFS' NOTICE AND MOTION TO COMPEL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 3**<br><br>Judge: Hon. Troy L. Nunley (assigned to Chief Magistrate Judge Carolyn K. Delaney for discovery matters)<br>Trial Date: July 6, 2027<br>Action Filed: March 18, 2026<br>Hearing Date: October 7, 2026<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Floor |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

YOU ARE HEREBY GIVEN NOTICE that on October 7, 2026, or as soon as this matter may be heard, Plaintiff States and Plaintiff DIRECTV, LLC ("Plaintiffs") will, and hereby do, respectfully request that this Court compel Defendants Nexstar Media Group, Inc. and TEGNA Inc. ("Defendants") to provide a complete response to Plaintiffs' Interrogatory Number Three within 7 days of the Court's ruling.

This Motion is brought pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure and Local Rule 251 of this Court. Plaintiffs' Motion is based on this Notice of Motion and the accompanying Joint Statement of Discovery Dispute Regarding Plaintiffs' Interrogatory No. 3.

Dated: September 23, 2026

FOR PLAINTIFF DIRECTV:

*/s/ Justin P. Raphael*

Glenn D. Pomerantz (State Bar No. 112503)
glenn.pomerantz@mto.com
Kuruvilla J. Olasa(State Bar No. 281509)
kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
robert.bowen@mto.com
Lauren Beck (State Bar No. 343375)
lauren.beck@mto.com
Liam Gennari (State Bar No. 350177)
liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
justin.raphael@mto.com

Carson J. Scott (State Bar No. 339868)
carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
april.hu@mto.com
Lauren E. Ross (pro hac vice)
Lauren.Ross@mto.com
Brandon H. Thomas (State Bar No. 334240)
brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

McGregor Scott (State Bar No. 142413)
mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
lharris@kslaw.com
Joshua Hazan (pro hac vice)
jhazan@kslaw.com
Sean Murray (pro hac vice)
smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100

M. Sean Royall (pro hac vice)
sroyall@kslaw.com
Emily Blackburn (pro hac vice)
eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

Michael D. Nilsson (pro hac vice)
mnilsson@hwglaw.com
Jared Paul Marx (pro hac vice)
jmarx@hwglaw.com
Kathleen Weng (pro hac vice)
kweng@hwglaw.com
HWG LLP
1919 M St. NW, Eighth Floor
Washington, D.C. 20036
Telephone: (202) 730-1334

*Attorneys for Plaintiff DIRECTV, LLC*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Laura Antonini* (as authorized on 9/23/2026)
Laura Antonini (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Brent K. Nakamura (SBN 283572)
Supervising Deputy Attorney General
Elizabeth Cheever (SBN 341421)
Emily C. Curran (SBN 293065)
Jennifer K. Hane (SBN 275729)
Henry J. Hauser (SBN 286744)
Connie P. Sung (SBN 304242)
Brian D. Wang (SBN 284490)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Laura.Antonini@doj.ca.gov
Brent.Nakamura@doj.ca.gov

Shaoul Sussman (*Admitted Pro Hac Vice*)
Nico Gurian (*Admitted Pro Hac Vice*)

Paul M. Goodrich (*Admitted Pro Hac Vice*)
Braden Fain (*Admitted Pro Hac Vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
Email: shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

Catherine S. Simonsen (SBN 307325)
Andrew Naravage (SBN 320586)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 747-5196
Email: catherine@simonsensussman.com
andrew.naravage@simonsensussman.com
thomas.mattes@simonsensussman.com

Nicolas A. Stebinger (*Admitted Pro Hac Vice*)

Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
Email: nicolas@simonsensussman.com

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams* (as authorized on 9/23/2026)
Bryn A. Williams
First Assistant Attorney General
Jonathan B. Sallet (*Admitted pro hac vice*)
Special Assitant Attorney General
Robin Alexander (*Admitted pro hac vice*)
Assistant Attorney General
Amy Bowles (*Admitted pro hac vice*)
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702- 508-6000
Email: Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
Robin.Alexander@coag.gov
Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*Admitted pro hac vice*)

*/s/ Julián A. Quiñones Reyes*(as authorized on 9/23/26)
Julián A. Quiñones (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUl

Attorney General of Illinois

/s/ *Paul J. Harper* (as authorized on 9/23/26)
Paul J. Harper (*Admitted pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (*Admitted pro hac vice*)
Chief, Antitrust Bureau

Daniel R. Betancourt (*Admitted pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ *Scott L. Barnhart* (as authorized on 9/23/26)
Scott L. Barnhart, Att. No.25474-82
Chief Counsel and Director of Consumer Protection
(*Admitted pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (*Admitted pro hac vice*)

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor 302 W. Washington Street
Indianapolis, IN 46204
Telephone: 317-232-4956
Fax: 317-232-7979
Email: Jacob.Patterson@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACK
Attorney General of Kansas

/s/ *Christopher Teters* (as authorized on 9/23/26)
Christopher Teters (*Admitted pro hac vice*)
Assistant Attorney General
Office of the Kansas Attorney General

120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-368-8429
Email: Chris.Teters@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney Genaral of Massachusetts

/s/ *Anthony W. Mariano* (as authorized on 9/23/26)
Anthony W. Mariano (*Admitted pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (*Admitted pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

/s/ *Elinor R. Hoffmann* (as authorized on 9/23/26)
Elinor R. Hoffmann (*Admitted pro hac vice*)
Chief, Antitrust Division
Christopher D' Angelo (*Admitted pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy McFarlane (*Admitted pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan Feder (*Admitted pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Jaya Mantovani (*Admitted pro hac vice*)
Attorney General Fellow
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov | 212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288
Jaya.Mantovani@ag.ny.gov | 212-416-8284

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney general of North Carolina

KUNAL CHOKSI (*Admitted pro hac vice*)
Senior deputy attorney general

*/s/ Francisco Benzoni* (as authorized on 9/23/26)
Francisco Benzoni (*Admitted pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (*Admitted pro hac vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo* (as authorized on 9/23/2026)
Timothy D. Smith (*Admitted pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Admitted pro hac vice*)
Senior Assistant Attorneys General Economic Justice Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz* (as authorized on 9/23/2026)
Tracy W. Wertz (*Admitted pro hac vice*)

Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

Joseph S. Betsko (*Admitted pro hac vice*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (*Admitted pro hac vice*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

*<u>/s/ Sarah L. J Aceves</u>* (as authorized on 9/23/26)
Sarah L. J. Aceves (*Admitted pro hac vice*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov *Attorney for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINA

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry* (as authorized on 9/23/2026)
Tyler T. Henry (*Admitted pro hac vice*)
Senior Assistant Attorney General Antitrust Unit Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*