UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re. Nexstar-TEGNA Merger Litigation. | Case No. 2:26-cv-00976-TLN-CKD<br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 3** |

Before the Court is Plaintiff States and Plaintiff DIRECTV, LLC's ("Plaintiffs") Motion to Compel Response to Plaintiffs' Interrogatory No. 3, filed in connection with the parties' Joint Statement of Discovery Dispute Regarding Plaintiffs' Interrogatory No. 3.

IT IS HEREBY ORDERED that the Motion to Compel is GRANTED. Defendants Nexstar Media Group, Inc. and TEGNA Inc. are ordered to provide a complete response to Plaintiffs' Interrogatory Number Three within 7 days.

**IT IS SO ORDERED.**

DATED: _______________

United States Magistrate Judge