Dalmacio V. Posadas, Jr., Bar No. 316837
dposadas@swlaw.com
Snell & Wilmer LLP
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071-3420
Telephone: 213.929.2500
Facsimile: 213.929.2525

*Attorneys for Nonparty*
*Zolo Broadcasting LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD
Judge: Troy L. Nunley
Magistrate Judge: Carolyn K. Delaney

**NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER (DKT. NO. 303)**

Date: September 30, 2026
Time: 10:00 a.m.
Courtroom: 24 (via Zoom)

Trial Date: July 6, 2027
Date Action Filed: March 18, 2026

Nonparty subpoena recipient Zolo Broadcasting LLC ("Zolo"), by and through its undersigned attorneys, hereby give notice and effect the withdrawal of Zolo's Motion for Protective Order (Dkt. No. 303). The issues raised by Zolo in that Motion have been resolved by Plaintiff DIRECTV LLC and Zolo.

WHEREFORE, Zolo hereby withdraws the motion filed at Dkt. No. 303 in the above-captioned matter in reliance on the resolution reached by Plaintiff DIRECTV LLC and Zolo.

Dated: September 25, 2026

SNELL & WILMER LLP

By:________________________
Dalmacio V. Posadas, Jr.

*Attorneys for Nonparty Zolo Broadcasting LLC*