UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NEXSTAR-TEGNA MERGER LITIGATION | No. 2:26-cv-00976-TLN-CKD<br><br>**SPECIAL MASTER'S MONTHLY REPORT FOR SEPTEMBER 2026** |

Pursuant to paragraph 6 of the Order Appointing Special Master, this report summarizes the Special Master's activity in September 2026. Activity in September included the review of case file documents and the Court's Orders for background and guidance; the review of documents provided by Defendants and organization of documents in a secure filing system; correspondence with the parties regarding information to be provided and issues to be addressed in the initial status conference; review of Defendants' Monthly Compliance Submission; conduct the initial status conference on September 25, 2026 to discuss the status of ongoing compliance activity and discovery and to identify issues requiring follow up discovery or analysis; correspond with parties regarding ongoing discovery activity; the retention of an assistant to propose for Court approval; and ongoing analysis regarding the process for monitoring compliance with the Court's Orders.

\\\

All parties have been responsive to and cooperative with the Special Master in all respects. It also appears that counsel for the parties have cooperated with each other and have been able to resolve informally the few disputes that have arisen in the course of discovery. There are no unresolved discovery disputes.

Defendants' Monthly Compliance Submission provided all categories of information and the CEO certifications required by the Court's Orders. Plaintiffs have been requested to identify any deficiencies in the Defendants' report and any evidence of potential noncompliance with the Court's Orders; to date Plaintiffs have not identified any issues of concern (though their analysis is ongoing). Compliance discovery is ongoing.

There are no unresolved disputes requiring the Court's attention. The Special Master's next report will be submitted at the end of October after reviewing updated reports from Defendants and conferring with counsel in the next status conference on October 23, 2026.

**Request for Approval to Retain Assistant**

Pursuant to paragraph 15 of the Order Appointing Special Master, the Court's approval is requested for the retention of an assistant for document organization and analysis, input and support on ongoing electronic discovery, and general support on forensic activity to monitor compliance with the Court's Orders. The proposed assistant, Greg Nelson (LitService LLC), has performed these tasks for me on countless cases for over 20 years, and I have direct personal experience that confirms his high competence and integrity. He has confirmed that he has no conflicts of interest, and he agrees to be bound by all Orders of this Court including the Protective Order. His resume is attached hereto. Mr. Nelson's billing rate for this matter will be $285 per hour.

\\\

\\\

\\\

\\\

\\\

Having been provided this same information, all parties have advised that they have no objections to Mr. Nelson's retention.

Date: September 30, 2026

Charles J. Stevens, Special Master

# GREG NELSON
## LITSERVICE LLC

I specialize in digital forensics, e-discovery, investigations, evidence/data analysis, damages calculations, custom databases, and trial services. I regularly oversee the collection, processing, analysis, review, and production of evidence to Federal, State, and local law enforcement agencies, as well as to private parties to civil litigation.

Representative cases include:

- Forensic collection, processing and analysis of servers, computers and thousands of email accounts spanning decades for production in a state government investigation.
- Assist in oversight of a large-scale document collection, review, audit, and production of a heath care provider's records in a False Claims Act regarding anesthesia billing practices.
- Assist in the investigation, analysis, and proffer of evidence on behalf of executives of foreign and domestic corporations under investigation for antitrust violations by the United States Department of Justice.
- Investigation, data collection, and damages calculations on behalf of a health care company in a federal criminal investigation and False Claims Act case regarding unnecessary surgical procedures.
- Evidentiary preparation for trial for a health care system in a breach of contract claim against the County of Sacramento for reimbursement for health care services provided to the County's indigent population.
- Investigation, data collection, and damages calculations on behalf of residents against a utility company for damages related to groundwater contamination.
- **"**Expert-eyes-only**"** forensic collection of a key witness's computer, data analysis, and culling of relevant evidence, with production of discoverable data and email to the parties associated with multiple pending actions relating to a $230 million investment fraud.
- eDiscovery expert in the Chapter 11 bankruptcies of the Roman Catholic Bishop of Sacramento and the Roman Catholic Bishop of Fresno.
- Payroll/Timekeeping data analysis and damages calculations in wage and hour class action lawsuits.

## Professional Experience

### Litigation and Trial Consulting

**LitService LLC**, April 2012 to Present
Litigation Consultant: Computer forensics, eDiscovery, investigations, testimony, customized databases, complex data analysis, damages calculations; courtroom evidence presentation.

**VAND Group, LLC**, July 2017 to December 2018
Litigation Consultant, Founding Member: Computer forensics, eDiscovery, investigations, customized databases, complex data analysis, damages calculations.

### Specialized Litigation Support / Litigation Paralegal Employment

**DLA Piper (US) LLP**, May 2011 to April 2012
Litigation Paralegal: Collection, review, production, and auditing of digital evidence in complex litigation and government investigations.

**Stevens, O'Connell & Jacobs LLP,** December 1998 to April 2011 (formerly Stevens & O'Connell LLP)
Litigation Paralegal: Factual investigation of cases, organization, and analysis of evidence and computer data, discovery, damages calculations, preparation of demonstrative evidence, and assistance at trial.

### Community Service

**Campus Online**, November 2022 to present (Formerly MTI College)
Member, Paralegal Program Curriculum Advisory Board**:** Board membership comprised of judges, lawyers, professors, experts, paralegals, and legal secretaries charged with planning and development of a high-quality ABA-certified paralegal certification program, faculty planning, and employment development for graduates.