# SUPREME COURT
## State of Colorado.

**STATE OF COLORADO, ss:**

*I,* ***Cheryl Stevens*** **,** *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Jason Anthony Slothouber***

*has been duly licensed and admitted to practice as an*

## *ATTORNEY AND COUNSELOR AT LAW*

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* ***26th***

*day of* ***September*** *A.D.* ***2011*** *and that at the date hereof the said* ***Jason Anthony Slothouber*** *is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* *23rd* *day of* ***February*** *A.D.* ***2026***

**Cheryl Stevens**

Clerk

By Jennifer A. Kendall

Deputy Clerk