Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
Email: bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com
eclarke@wilkinsonstekloff.com

Michael B. Miller (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

IN RE: NEXSTAR-TEGNA MERGER LITIGATION

Case No. 2:26-cv-00976-TLN-CKD

**DEFENDANTS' NOTICE AND MOTION TO COMPEL PLAINTIFF STATES' RESPONSE TO DEFENDANTS' REQUESTS FOR PRODUCTION**

Date: October 14, 2026
Time: 10:00 a.m.
Courtroom: 24, 8th Floor
Judge: Hon. Troy L. Nunley (assigned to Chief Magistrate Judge Carolyn K. Delaney for discovery matters)

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 14, 2026, or as soon as this matter may be heard, Defendants Nexstar Media Group, Inc. and TEGNA Inc. ("Defendants") will, and hereby do, respectfully request that this Court compel the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States") to search for and produce documents responsive to Defendants' First Set of Requests for Production, including documents in Plaintiff States' possession, custody, or control from investigations other than the Nexstar-TEGNA investigation, within fourteen (14) days of the Court's ruling.

This Motion is brought pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure and Local Rule 251 of this Court. Defendants' Motion is based on this Notice of Motion and the accompanying Joint Statement Regarding Discovery Disagreement filed herewith.

Dated: October 6, 2026

Respectfully submitted,

By: <u>*/s/ Bradley S. Lui*</u>
Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Eliot A. Adelson (CA Bar No. 205284)
Daralyn Durie (CA Bar No. 169825)
Michael B. Miller (*pro hac vice*)
Joseph Charles Folio III (*pro hac vice*)
Adam R. Brausa (CA Bar No. 298754)
Nicole K. Serfoss (*pro hac vice*)
Robert W. Manoso (*pro hac vice)*
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)

MORRISON & FOERSTER LLP

Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
Emily A. Clarke (*pro hac vice*)

WILKINSON STEKLOFF LLP

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*