UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

IN RE: NEXSTAR-TEGNA MERGER LITIGATION

Case No. 2:26-cv-00976-TLN-CKD

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF STATES' RESPONSE TO DEFENDANTS' REQUESTS FOR PRODUCTION**

Before the Court is Defendants Nexstar Media Group, Inc. and TEGNA Inc.'s Motion to Compel the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States") responses to Defendants' First Set of Requests for Production, filed in connection with the Parties' Joint Statement Regarding Discovery Disagreement.

IT IS HEREBY ORDERED that Nexstar Media Group, Inc. and TEGNA Inc.'s Motion to Compel Discovery Reponses from Plaintiff States is GRANTED. Plaintiff States shall search for and produce documents responsive to Nexstar Media Group, Inc. and TEGNA Inc.'s First Set of Requests for Production that are in Plaintiff States' possession, custody, or control, including documents from investigations other than the Nexstar-TEGNA investigation, within fourteen (14) days of this Order.

To the extent Plaintiff States withhold any responsive documents on the basis of privilege, they shall provide a privilege log identifying such documents with sufficient specificity as required by Federal Rule of Civil Procedure 26(b)(5)(A) within the same period.

**IT IS SO ORDERED.**

Dated: ________________ ______________________________________

United States Magistrate Judge