AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| In Re: Nexstar-TEGNA Merger Litigation<br>*Plaintiff*<br>v.<br><br>*Defendant* | ) ) ) ) ) | Case No. 2:26-cv-00976-TLN-CKD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California .

Date: 10/7/2026

/s/ Ashley Kaplan
*Attorney's signature*

Ashley Kaplan SBN 293443
*Printed name and bar number*

300 South Spring Street
Los Angeles, CA 90013
*Address*

Ashley.Kaplan@doj.ca.gov
*E-mail address*

(213) 269-6681
*Telephone number*

(916) 731-3637
*FAX number*