UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NEXSTAR-TEGNA MERGER LITIGATION | No. 2:26-cv-00976-TLN-CKD<br><br>**ORDER** |

This matter is before the Court on the Special Master's request for approval to retain an assistant (ECF No. 318) pursuant to the Order Appointing Special Master (ECF No. 306 ¶ 15). The Special Master submitted this request as part of his September report. (ECF No. 318.) The parties have not objected to the Special Master's request. (*See* ECF No. 306 ¶ 7 (setting forth a seven-day period to object to the Special Master's requests).)

Under the Court's appointment Order, the Special Master may, subject to Court approval and parties' objections, hire "any persons reasonably necessary to fulfill his responsibilities," whose compensation "shall be on reasonable and customary terms commensurate with the individuals' experience and responsibilities." (*Id.* ¶ 15.)

The Special Master now seeks to retain an assistant for the purpose of "document organization and analysis, input and support on ongoing electronic discovery, and general support on forensic activity to monitor compliance with the Court's Orders." (ECF No. 318 at 2.) The

Court finds the request, without objection, to be reasonable and in furtherance of the Special Master's duties. Moreover, the Special Master shows that his selected candidate, Greg Nelson of LitService LLC, is experienced and his rate is reasonable.

Accordingly, the Special Master's request to retain Greg Nelson as an assistant at the rate of $285 per hour (ECF No. 318) is GRANTED.

IT IS SO ORDERED.

DATE: October 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE