CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Daniel R. Betancourt | 2. EMAIL<br>daniel.betancourt@ilag.gov | 3. PHONE NUMBER<br>312-415-7945 | 4. DATE<br>10/09/2026 |
| 5. MAILING ADDRESS<br>115 S. LaSalle St. | 6. CITY<br>Chicago | 7. STATE<br>IL | 8. ZIP CODE<br>60603 |
| 9. CASE NUMBER<br>2:26-cv-00976 | 10. JUDGE<br>Chief Magistrate Judge Carolyn K. Delaney | DATES OF PROCEEDINGS<br>11. FROM 10/07/2026 | 12. TO 10/07/2026 |
| 13. CASE NAME<br>In Re: Nexstar-TEGNA Merger Litigation | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento | 15. STATE California |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | MOTION TO COMPEL RESPONSE TO PLAINTIFFS' INTERROGA | 10/07/2026 | ECRO |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☑ | ☑ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2- HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE /s/ Daniel R. Betancourt

PROCESSED BY

20. DATE 10/09/2026

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |