AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| In Re: Nexstar-TEGNA Merger Litigation<br>*Plaintiff*<br>v.<br><br>*Defendant* | ) | Case No. 2:26-cv-00976-TLN-CKD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California .

Date: 10/13/2026

/s/ Sean Arrieta-Kenna
*Attorney's signature*

Sean Ramon Arrieta-Kenna SBN 367770
*Printed name and bar number*

455 Golden Gate Ave, Ste 11000
San Francisco, CA94102
*Address*

Sean.ArrietaKenna@doj.ca.gov
*E-mail address*

(415) 229-0117
*Telephone number*

(916) 731-3637
*FAX number*