# UNITED STATES DISTRICT COURT

Eastern District of California

In re: Nexstar-TEGNA Merger Litigation
Plaintiff (s),
V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:26-cv-00976

Notice is hereby given that, subject to approval by the court, State of Kansas (Party (s) Name) substitutes Christopher Teters, phv (Name of New Attorney), State Bar No. 27248 as counsel of record in place of John Harris (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Office of the Kansas Attorney General
Address: 120 SW 10th Ave., Fl. 2, Topeka, KS 66612
Telephone: (785) 296-3751 Facsimile (785) 291-3699
E-Mail (Optional): chris.teters@ag.ks.gov

I consent to the above substitution.
Date: 10/15/2026

/s/ Christopher Teters
(Signature of Party (s))

I consent to being substituted.
Date: 10/15/2026

/s/ John Harris
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/15/2026

/s/ Christopher Teters
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**