AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

In Re: Nexstar-TEGNA Merger Litigation
*Plaintiff*
v.

*Defendant*

Case No. 2:26-cv-00976-TLN-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California .

Date: 10/20/2026

/s/ Divya Rao
*Attorney's signature*

Divya Badeti Rao SBN 292853
*Printed name and bar number*

455 Golden Gate Ave, Ste 11000
San Francisco, CA94102
*Address*

Divya.Rao@doj.ca.gov
*E-mail address*

(415) 510-3357
*Telephone number*

*FAX number*