Catherine S. Simonsen (SBN 307325)
Andrew Naravage (SBN 320586)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 474-5196
catherine@simonsensussman.com
andrew.naravage@simonsensussman.com
thomas.matters@simonsensussman.com

Nicolas A. Stebinger (admitted *pro hac vice*)
Victoria Sims (admitted *pro hac vice*)
Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
nicolas@simonsensussman.com
<victoria.sims@simonsensussman.com>

Shaoul Sussman (admitted *pro hac vice*)
Nico Gurian (admitted *pro hac vice*)
Paul M. Goodrich (admitted *pro hac vice*)
Braden Fain (admitted *pro hac vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com
braden.fain@simonsensussman.com

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **In re Nexstar-TEGNA Merger Litigation** | No. 2:26-cv-00976-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 182 of the Local Rules of Civil Procedure, Victoria Sims hereby withdraws from representing Plaintiff State of California in the above-captioned action as a result of her departure from Simonsen Sussman LLP. Ms. Sims's withdrawal will not delay the matter or prejudice any party. Counsel from the California Office of the Attorney General and Simonsen Sussman LLP will remain counsel of record for Plaintiff State of California.

Counsel respectfully requests that the Clerk update the docket and Court records to remove Ms. Sims as counsel of record and that the parties update their service lists accordingly.

DATED: October 22, 2026

Respectfully submitted,

*/s/ Victoria Sims*

Victoria Sims (*pro hac vice*)
Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing.

DATED: October 22, 2026

*/s/ Victoria Sims*
Victoria Sims