*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re Nexstar-TEGNA Merger Litigation | Case No. 2:26−cv−00976−TLN−CKD<br><br>**JOINT STATUS REPORT AND MOTION TO WITHDRAW DEFENDANTS' MOTION TO COMPEL PLAINTIFF STATES' RESPONSE TO DEFENDANTS' REQUESTS FOR PRODUCTION**<br><br>Judge: Hon. Troy L. Nunley (assigned to Chief Magistrate Judge Carolyn K. Delaney for discovery matters)<br>Trial Date: July 6, 2027<br>Action Filed: March 18, 2026<br>Hearing Date: October 28, 2026<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Floor |

Defendants Nexstar Media Group, Inc. and TEGNA Inc. ("Defendants") and Plaintiffs the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States") hereby submit this Joint Status Report and Motion to Withdraw Defendants' Motion to Compel Plaintiff States' Response to Defendants' Requests for Production (ECF No. 321).

1. On October 6, 2026, Defendants filed the Motion to Compel Plaintiff States' Response to Defendants' Requests for Production (ECF No. 321).

2. On October 14, 2026, the Defendants and Plaintiff States appeared before Chief Magistrate Judge Carolyn K. Delaney for proceedings on Defendants' Motion.

3. On October 14, 2026, Judge Delaney ordered Defendants and Plaintiff States to continue negotiations in good faith on Defendants' Motion and for the parties to return for further proceedings before Judge Delaney on Wednesday, October 28, 2026.

4. On October 19 and 20, 2026, counsel for Defendants and Plaintiff States met and conferred regarding Defendants' Motion.

5. Defendants and Plaintiff States have reached an agreement to resolve the discovery dispute that is the subject of Defendants' Motion to Compel.

**WHEREFORE**, Defendants and Plaintiff States respectfully request that the Court enter an Order withdrawing Defendants' Motion to Compel Plaintiff States' Response to Defendants' Requests for Production (ECF No. 321) and to remove the Motion from the Court's hearing calendar on October 28, 2026.

Dated: October 23, 2026

Respectfully submitted,

By: /s/ Bradley S. Lui

Bradley S. Lui (CA Bar No. 143088)
Alexander P. Okuliar (*pro hac vice*)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 912-2329
AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Michael B. Miller (*pro hac vice*)
William C. McCaughey (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 903-3720
MBMiller@mofo.com
WMcCaughey@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4010
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8925
Facsimile: (202) 847-4005
eclarke@wilkinsonstekloff.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

/s/ *Brian D. Wang*
BRIAN D. WANG (SBN 284490)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Brent K. Nakamura (SBN 283572)
Supervising Deputy Attorney General
Elizabeth Cheever (SBN 341421)
Emily C. Curran (SBN 293065)
Jennifer K. Hane (SBN 275729)
Henry J. Hauser (SBN 286744)
Connie P. Sung (SBN 304242)
Laura Antonini (SBN 271658)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (213) 269-6000
Email: Brian.Wang@doj.ca.gov

/s/ *Shaoul Sussman*
Shaoul Sussman (admitted *pro hac vice*)
Nico Gurian (admitted *pro hac vice*)
Victoria M. O. Field (admitted *pro hac vice*)
Paul M. Goodrich (admitted *pro hac vice*)
Braden Fain (admitted *pro hac vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
Email: shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
victoria.field@simonsensussman.com

paul.goodrich@simonsensussman.com
braden.fain@simonsensussman.com

Catherine S. Simonsen (SBN 307325)
Andrew Naravage (SBN 320586)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 474-5196
Email: catherine@simonsensussman.com
andrew.naravage@simonsensussman.comthomas.
matters@simonsensussman.com

Nicolas A. Stebinger (admitted *pro hac vice*)
Simonsen Sussman LLP
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 384-3130
Email: nicolas@simonsensussman.com

*Attorneys for Plaintiff the State of California*

FOR PLAINTIFF STATE OF COLORADO

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams*
Bryn A. Williams (SBN 301699)
First Assistant Attorney General
Jonathan B. Sallet (admitted *pro hac vice*)
Special Assistant Attorney General
Robin Alexander (admitted *pro hac vice*)
Assistant Attorney General
Melissa Kessler (admitted *pro hac vice*)
Assistant Attorney General
Amy Bowles (admitted *pro hac vice*)
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702- 508-6000
Email: Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
Robin.Alexander@coag.gov
Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(admitted *pro hac vice*)

*/s/ Julián A. Quiñones Reyes*
Julián A. Quiñones (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*
Paul J. Harper (admitted *pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (admitted *pro hac vice*)
Chief, Antitrust Bureau
Daniel R. Betancourt (admitted *pro hac vice*)
Sarah J. North (admitted *pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF INDIANA

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart, Att. No. 25474-82
Chief Counsel and Director of Consumer Protection

(admitted *pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (admitted *pro hac vice*)
Corinne Gilchrist No. 27115-53
Deputy Attorney General (admitted *pro hac vice*)

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACK
Attorney General of Kansas

*/s/ Christopher Teters*
Christopher Teters (admitted *pro hac vice*)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-368-8429
Email: Chris.Teters@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Anthony W. Mariano*
Anthony W. Mariano (admitted *pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (admitted *pro hac vice*)
Chief, Antitrust Division
Christopher D' Angelo (admitted *pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy E. McFarlane (admitted *pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan J. Feder (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Jaya M. Mantovani (admitted *pro hac vice*)
Attorney General Fellow, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov |
212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288
Jaya.Mantovani@ag.ny.gov | 212-416-8284

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney general of North Carolina

KUNAL CHOKSI (admitted *pro hac vice*)
Senior deputy attorney general

*/s/ Francisco Benzoni*
Francisco Benzoni (admitted *pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (admitted *pro hac vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo*
Timothy D. Smith (admitted *pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex M. DeLorenzo (admitted *pro hac vice*)
Mikaela M. Bock (SBN 335089)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482
Mikaela.Bock@doj.oregon.gov | 503-881-7982

*Attorneys for Plaintiff State of Oregon*
FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz*
Tracy W. Wertz (admitted *pro hac vice*)
Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

*/s/ Joseph S. Betsko*
Joseph S. Betsko (admitted *pro hac vice*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Sarah L. J Aceves*
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov

*Attorney for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINA

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry*
Tyler T. Henry (admitted *pro hac vice*)
Senior Assistant Attorney General
Antitrust Unit
David Curtis Smith (admitted *pro hac vice*)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*