*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO MODIFY CERTAIN PRETRIAL DEADLINES**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: July 6, 2027<br>Action Filed: March 18, 2026 |

In accordance with Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States"), and Defendants Nexstar Media Group, Inc. and TEGNA Inc. (collectively, "Defendants," and together with DIRECTV and Plaintiff States, the "Parties") respectfully move the Court to enter the Stipulated Amended Schedule below extending certain pretrial deadlines set forth in the Court's Order Amending the Initial Pretrial Scheduling Order, Setting Trial, and Entering Stipulated Discovery Protocol (the "Scheduling Order") (ECF No. 258). The Stipulated Amended Schedule would not alter any of the hearing or trial dates the Court has set for the case.

Good cause exists to modify and extend certain pretrial deadlines. The Parties have worked to meet existing deadlines under the Scheduling Order for the past several months. However, the Parties have encountered challenges in making certain document and data productions necessary to proceed with fact and expert discovery according to the current schedule. The Parties thus propose targeted amendments to certain pretrial deadlines, which they have agreed upon as part of a broader effort to overcome these challenges.

Mindful of the Court's limited resources in light of the declared judicial emergency, the Parties

have structured the proposed amendments to largely shift deadlines internal to the Parties (*e.g.*, the close of fact and expert discovery, exchanges of expert reports, and pretrial exchanges of exhibit lists, deposition designations, and witness lists). Only two proposed amendments impact deadlines for submissions to the Court—the deadlines for filing opening and opposition *Daubert* Motions and Motions *In Limine*—for each of which the Parties respectfully request a one-week change to accommodate the other requested extensions to the deadlines for fact and expert discovery. Under the proposal, those motions would be fully briefed twenty days before the final pretrial conference. In addition, the proposal makes no changes to the deadlines for filing the joint pretrial statement or the pretrial brief, or the deadlines for lodging other pretrial materials with the Court. The proposal also leaves undisturbed the dates of the final pretrial conference, the hearing on *Daubert* Motions and Motions *In Limine*, and trial, as set forth in the Scheduling Order.

Prior to this request, the Parties' only request to change deadlines in this case was to extend the deadlines for submitting a report under Federal Rule of Civil Procedure 26(f) and for serving initial disclosures under Federal Rule of Civil Procedure 26(a). *See* ECF No. 222. There have been no prior requests to the Court for extensions of the other pretrial deadlines set out below.

Accordingly, the Parties respectfully request that the Court enter an order modifying the schedule as follows. All changes from the current Stipulated Schedule are highlighted below for ease of review.

**PROPOSED AMENDED SCHEDULE**

| Event | Date |
|---|---|
| Close of Fact Discovery[1] | February 12, 2027 (previously December 10, 2026) |
| Initial Expert Report(s)[2] | March 4, 2027 (previously January 14, 2027) |
| Rebuttal Expert Report(s)[3] | April 1, 2027 (previously February 18, 2027) |
| Notice to Court if parties elect to mediate or attend a settlement conference | April 2, 2027 (no change) |
| Exchange of Preliminary Witness Lists[4] | April 22, 2027 at 5pm PT (no change) |
| Reply Expert Report(s)[5] | April 29, 2027 (previously March 18, 2027) |
| Exchange of Affirmative Deposition Designations | May 4, 2027 (previously April 29, 2027) |
| Exchange of Exhibit Lists and Final Witness Lists | May 6, 2027 at 5pm PT (no change) |
| Close of Expert Discovery | May 13, 2027 (previously April 15, 2027) |
| Exchange of Objections and Counter-Designations to Deposition Designations | May 18, 2027 (previously May 13, 2027) |
| *Daubert* Motions and Motions *In Limine* | May 20, 2027 (previously May 13, 2027) |
| Exchange of Objections to Exhibit Lists | May 20, 2027 (no change) |
| Exchange of Counter-Counter Designations and Objections to Counter- | May 27, 2027 at 5pm PT (no change) |

[1] If Defendants agree to any new divestitures, agreements, or commitments beyond those that Defendants have already made to the FCC and the Ohio Attorney General, Defendants may not rely on those new divestitures, agreements, or commitments in this litigation without providing Plaintiffs an opportunity to conduct fact and expert discovery on them. Any Party may seek a modification of this schedule to allow additional time for such discovery and trial preparation.

[2] Initial Expert Reports shall include: (1) any affirmative reports submitted by Plaintiffs on market definition or anticompetitive effects; (2) any affirmative reports submitted by Defendants on merger-specific efficiencies or a failing firm defense; and (3) any affirmative industry expert reports submitted by either side. Nothing herein limits the subjects on which the Parties may submit expert reports. Expert backup materials shall be provided within two days.

[3] Expert backup materials shall be provided within two days.

[4] Any witness appearing on a preliminary or final witness list who has not been deposed may be deposed after the close of fact discovery.

[5] Expert backup materials shall be provided within one day. Sur-Rebuttal Expert Report(s) shall not be submitted without agreement of the Parties or order of the Court.

| Event | Date |
|---|---|
| Designations | |
| Schedule orientation for Court's audio/visual equipment (if desired)[6] | June 1, 2027 (no change) |
| Oppositions to *Daubert* Motions and Motions *In Limine* | June 3, 2027 (previously May 27, 2027) |
| Parties Create a Joint Exhibit List with Plaintiff and Defense Exhibits, Deduplicating Exhibits Listed by Both Sides | June 3, 2027 (no change) |
| Joint Pre-Trial Statement (L.R. 281) | June 10, 2027 (no change) |
| Pre-Trial Brief (35-Page Limit)[7] | June 17, 2027 (no change) |
| Pre-Trial Conference and Hearing on *Daubert* Motions and Motions *In Limine* | June 23, 2027 at 10:00 a.m. PT (no change) |
| Lodge Trial Exhibits with Court Clerk's Office[8] | June 24, 2027 (no change) |
| Lodge Deposition Designations with Court | June 30, 2027 (no change) |
| Trial[9] | July 6, 2027 at 9:00 a.m. PT (no change) |

[6] The Parties shall notify the Courtroom Deputy Clerk, Michele Krueger, if they wish to reserve and arrange for orientation with all Parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.

[7] To the extent that the Parties wish to brief dispositive legal issues, they should be included in the Pre-Trial or Post-Trial Briefs and will be resolved by the Court in issuing its opinion after trial. Any dispositive issue presented this way will be preserved as if presented in a separate dispositive motion. The Parties have agreed not to file dispositive motions.

[8] The Parties shall lodge trial exhibits with the Courtroom Deputy Clerk — one physical copy and one digital copy (e.g., USB drive). Joint exhibits shall be marked with the prefix "JT" and numerically numbered. If the Parties submit any separate exhibits, Plaintiffs' exhibits shall be listed numerically and Defendants' exhibits shall be listed alphabetically. The physical copy of exhibits shall be appropriately numbered, in 3-ring binders (no larger than 3 inches), with side tabs identifying each exhibit, and an identification label on the front and side panels. Multi-page exhibits shall be fastened together and each page within the exhibit shall be numbered. Any photographs shall be marked individually. It is the duty of counsel to ensure witnesses have access to a copy of exhibits, if needed.

[9] If Parties believe courtroom space will be an issue at trial, the Parties shall jointly notify the Courtroom Deputy Clerk as soon as practicable, so the Court can explore whether space accommodations are possible. Additionally, if any party/attorney knows they will require a reasonable accommodation at trial, they shall notify the Courtroom Deputy Clerk within a reasonable time before trial.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**JOINT STIPULATION AND ORDER**

Judge: Hon. Troy L. Nunley
Trial Date: July 6, 2027
Action Filed: March 18, 2026

For the reasons set forth in the Parties' Joint Stipulation, the Court finds good cause to amend the Amended Scheduling Order (ECF No. 258) and hereby enters the following amended case schedule:

**AMENDED SCHEDULE**

| Event | Date |
|---|---|
| Close of Fact Discovery[1] | February 12, 2027 |
| Initial Expert Report(s)[2] | March 4, 2027 |
| Rebuttal Expert Report(s)[3] | April 1, 2027 |
| Notice to Court if parties elect to mediate or attend a settlement conference | April 2, 2027 |
| Exchange of Preliminary Witness Lists[4] | April 22, 2027 at 5pm PT |

[1] If Defendants agree to any new divestitures, agreements, or commitments beyond those that Defendants have already made to the FCC and the Ohio Attorney General, Defendants may not rely on those new divestitures, agreements, or commitments in this litigation without providing Plaintiffs an opportunity to conduct fact and expert discovery on them. Any Party may seek a modification of this schedule to allow additional time for such discovery and trial preparation.

[2] Initial Expert Reports shall include: (1) any affirmative reports submitted by Plaintiffs on market definition or anticompetitive effects; (2) any affirmative reports submitted by Defendants on merger-specific efficiencies or a failing firm defense; and (3) any affirmative industry expert reports submitted by either side. Nothing herein limits the subjects on which the Parties may submit expert reports. Expert backup materials shall be provided within two days.

[3] Expert backup materials shall be provided within two days.

[4] Any witness appearing on a preliminary or final witness list who has not been deposed may be deposed after the close of fact discovery.

| Event | Date |
|---|---|
| Reply Expert Report(s)[5] | April 29, 2027 |
| Exchange of Affirmative Deposition Designations | May 4, 2027 |
| Exchange of Exhibit Lists and Final Witness Lists | May 6, 2027 at 5pm PT |
| Close of Expert Discovery | May 13, 2027 |
| Exchange of Objections and Counter-Designations to Deposition Designations | May 18, 2027 |
| *Daubert* Motions and Motions *In Limine* | May 20, 2027 |
| Exchange of Objections to Exhibit Lists | May 20, 2027 |
| Exchange of Counter-Counter Designations and Objections to Counter-Designations | May 27, 2027 at 5pm PT |
| Schedule orientation for Court's audio/visual equipment (if desired)[6] | June 1, 2027 |
| Oppositions to *Daubert* Motions and Motions *In Limine* | June 3, 2027 |
| Parties Create a Joint Exhibit List with Plaintiff and Defense Exhibits, Deduplicating Exhibits Listed by Both Sides | June 3, 2027 |
| Joint Pre-Trial Statement (L.R. 281) | June 10, 2027 |
| Pre-Trial Brief (35-Page Limit)[7] | June 17, 2027 |
| Pre-Trial Conference and Hearing on *Daubert* Motions and Motions *In Limine* | June 23, 2027 at 10:00 a.m. PT |

---

[5] Expert backup materials shall be provided within one day. Sur-Rebuttal Expert Report(s) shall not be submitted without agreement of the Parties or order of the Court.

[6] The Parties shall notify the Courtroom Deputy Clerk, Michele Krueger, if they wish to reserve and arrange for orientation with all Parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.

[7] To the extent that the Parties wish to brief dispositive legal issues, they should be included in the Pre-Trial or Post-Trial Briefs and will be resolved by the Court in issuing its opinion after trial. Any dispositive issue presented this way will be preserved as if presented in a separate dispositive motion. The Parties have agreed not to file dispositive motions.

| Event | Date |
|---|---|
| Lodge Trial Exhibits with Court Clerk's Office[8] | June 24, 2027 |
| Lodge Deposition Designations with Court | June 30, 2027 |
| Trial[9] | July 6, 2027 at 9:00 a.m. PT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 29, 2026

Troy L. Nunley
Chief United States District Judge

[8] The Parties shall lodge trial exhibits with the Courtroom Deputy Clerk — one physical copy and one digital copy (e.g., USB drive). Joint exhibits shall be marked with the prefix "JT" and numerically numbered. If the Parties submit any separate exhibits, Plaintiffs' exhibits shall be listed numerically and Defendants' exhibits shall be listed alphabetically. The physical copy of exhibits shall be appropriately numbered, in 3-ring binders (no larger than 3 inches), with side tabs identifying each exhibit, and an identification label on the front and side panels. Multi-page exhibits shall be fastened together and each page within the exhibit shall be numbered. Any photographs shall be marked individually. It is the duty of counsel to ensure witnesses have access to a copy of exhibits, if needed.

[9] If Parties believe courtroom space will be an issue at trial, the Parties shall jointly notify the Courtroom Deputy Clerk as soon as practicable, so the Court can explore whether space accommodations are possible. Additionally, if any party/attorney knows they will require a reasonable accommodation at trial, they shall notify the Courtroom Deputy Clerk within a reasonable time before trial.

Dated: October 29, 2026

*<u>/s/ Beth A. Wilkinson</u>*
Beth A. Wilkinson (pro hac vice)
Kosta Stojilkovic (pro hac vice)
Sarah Neuman (pro hac vice)
Jenna Swarbrick (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Alexander P. Okuliar (pro hac vice)
Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (pro hac vice)
Alexa Rae DiCunzolo (pro hac vice)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
aokuliar@mofo.com
blui@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
eadelson@mofo.com
ddurie@mofo.com
abrausa@mofo.com

Nicole K. Serfoss (pro hac vice)
**MORRISON & FOERSTER LLP**
Republic Plaza
370 Seventeenth Street, Unit 4200
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

nserfoss@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Laura Antonini*
LAURA ANTONINI (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Brent K. Nakamura (SBN 283572)
Supervising Deputy Attorney General
Sean R. Arrieta-Kenna (SBN 367770)
Elizabeth Cheever (SBN 341421)
Emily C. Curran (SBN 293065)
Jennifer K. Hane (SBN 275729)
Henry J. Hauser (SBN 286744)
Ashley Kaplan (SBN 293443)
Divya Rao (SBN 292853)
Connie P. Sung (SBN 304242)
Brian D. Wang (SBN 284490)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Brent.Nakamura@doj.ca.gov
Laura.Antonini@doj.ca.gov

Shaoul Sussman (admitted *pro hac vice*)
Nico Gurian (admitted *pro hac vice*)
Paul M. Goodrich (admitted *pro hac vice*)
Braden Fain (admitted *pro hac vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
Email: shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com
braden.fain@simonsensussman.com

Catherine S. Simonsen (SBN 307325)
Andrew Naravage (SBN 320586)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012

Telephone: (917) 474-5196
Email: catherine@simonsensussman.com
andrew.naravage@simonsensussman.com
thomas.matters@simonsensussman.com

*Attorneys for Plaintiff the State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams*
Bryn A. Williams (SBN 301699)
First Assistant Attorney General
Jonathan B. Sallet (admitted *pro hac vice*)
Special Assistant Attorney General
Robin Alexander (admitted *pro hac vice*)
Melissa Kessler (admitted *pro hac vice*)
Amy Bowles (admitted *pro hac vice*)
Jason Slothouber (admitted *pro hac vice*)
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702- 508-6000
Email: Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
Robin.Alexander@coag.gov
Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(admitted *pro hac vice*)

*/s/ Julián A. Quiñones Reyes*
Julián A. Quiñones (admitted *pro hac vice*)

Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*
Paul J. Harper (admitted *pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (admitted *pro hac vice*)
Chief, Antitrust Bureau
Daniel R. Betancourt (admitted *pro hac vice*)
Sarah J. North (admitted *pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart, Atty. No. 25474-82
Chief Counsel and Director of Consumer Protection
(admitted *pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (admitted *pro hac vice*)
Corinne Gilchrist No. 27115-53
Deputy Attorney General (admitted *pro hac vice*)
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: 317-232-6309
Email: Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACH
Attorney General of Kansas

*/s/ Christopher Teters*
Christopher Teters (admitted pro hac vice)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-368-8429
Email: Chris.Teters@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Anthony W. Mariano*
Anthony W. Mariano (admitted *pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (admitted *pro hac vice*)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (admitted *pro hac vice*)
Chief, Antitrust Division
Christopher D' Angelo (admitted *pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy E. McFarlane (admitted *pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan J. Feder (admitted *pro hac vice*)

Assistant Attorney General, Antitrust Bureau
Jaya M. Mantovani (admitted *pro hac vice*)
Attorney General Fellow, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov |
212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288
Jaya.Mantovani@ag.ny.gov | 212-416-8284

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

KUNAL CHOKSI (admitted *pro hac vice*)
Senior Deputy Attorney General

*/s/ Francisco Benzoni*
Francisco Benzoni (*Admitted pro hac vice*)
Special Deputy admitted General
Brian Rabinovitz (admitted *pro hac vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo*
Timothy D. Smith (admitted *pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex M. DeLorenzo (admitted *pro hac vice*)
Mikaela M. Bock (SBN 335089)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market Street

Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482
Mikaela.Bock@doj.oregon.gov | 503-881-7982

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz*
Tracy W. Wertz (admitted *pro hac vice*)
Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

*/s/ Joseph S. Betsko*
Joseph S. Betsko (admitted *pro hac vice*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

*/s/ Sarah L. J. Aceves*
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov

*Attorney for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

JAY JONES
Attorney General of Virginia

/s/ Tyler T. Henry
Tyler T. Henry (admitted *pro hac vice*)
Senior Assistant Attorney General
Antitrust Unit
David Curtis Smith (admitted *pro hac vice*)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*

FOR PLAINTIFF DIRECTV:

/s/ Glenn D. Pomerantz

Glenn D. Pomerantz (State Bar No. 112503)
glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)

brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

McGregor Scott (State Bar No. 142413)
mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
lharris@kslaw.com
Joshua Hazan (pro hac vice)
jhazan@kslaw.com
Sean Murray (pro hac vice)
smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100

M. Sean Royall (pro hac vice)
sroyall@kslaw.com
Emily Blackburn (pro hac vice)
eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff DIRECTV, LLC*

**FILER'S ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: October 29, 2026

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*