UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: NEXSTAR-TEGNA MERGER LITIGATION

No. 2:26-cv-00976-TLN-CKD

**SPECIAL MASTER'S MONTHLY REPORT FOR OCTOBER 2026**

Pursuant to paragraph 6 of the Order Appointing Special Master, the Special Master submits this report for activity in October 2026. Activity in October included the ongoing review of documents and reports provided by Defendants to monitor compliance; identification of compliance issues to review with the parties; review of parties' agreement regarding the sharing of employee reports of potential compliance issues through a central reporting system; correspondence with the parties regarding information to be provided and issues to be addressed at the next status conference; review of Defendants' Monthly Compliance Submission and identification of issues for further discussion; conduct a status conference on October 23, 2026 to discuss the status of ongoing compliance activity and discovery and to identify issues requiring follow up review; coordination with assistant regarding review and organization of documents provided; and ongoing analysis regarding actions for monitoring compliance with the Court's Orders.

All parties continue to be fully responsive to and cooperative with the Special Master in all respects. Similarly, the parties continue to cooperate with each other and have been able to resolve informally the few disputes that have arisen in the course of compliance discovery. There are no unresolved discovery disputes.

Defendants' Monthly Compliance Submission provided all categories of information and the CEO certifications required by the Court's Orders. Plaintiffs have requested additional information regarding certain aspects of the report and certifications, and Defendants are in the process of providing the requested information informally. Formal compliance discovery is also ongoing.

There are no unresolved disputes requiring the Court's attention. The Special Master's next report will be submitted at the end of November after reviewing updated reports from Defendants and conferring with counsel in the next status conference on November 20, 2026.

Date: November 2, 2026

Charles J. Stevens
Special Master