LATHAM & WATKINS LLP
Joshua N. Holian (SBN 211772)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
joshua.holian@lw.com

Christopher J. Brown (DC Bar No. 230444)
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
chris.brown@lw.com

Zachary Rowen (NY Bar No. 5091715)
Matthew Strand (NY Bar No. 5891288)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
zachary.rowen@lw.com
matthew.strand@lw.com

*Attorneys for Movant Non-Party Skydance Corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| IN RE NEXSTAR-TEGNA MERGER LITIGATION | CASE NO. 2:26-CV-00976-TLN-CKD<br><br>**NON-PARTY SKYDANCE'S NOTICE AND MOTION FOR PROTECTIVE ORDER**<br><br>Date: January 6, 2027<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Floor<br>Judges: Honorable Troy L. Nunley (assigned to Chief Magistrate Judge Carolyn K. Delaney for discovery matters) |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 6, 2027, or as soon as this matter may be heard, Non-Party Skydance Corporation ("Skydance") will, and hereby does, respectfully request that this Court enter a protective order requiring that Plaintiff States continue to comply with the protective order entered in *The State of California et al. v. Paramount Skydance Corporation et al.*, No. 4:26-cv-07116 (N.D. Cal.) (the "Paramount Action"). *See* Paramount Action ECF No. 219. The protective order in the Paramount Action explicitly restricts the use of Skydance's protected material "for prosecuting, defending, or attempting to settle" the Paramount Action, and no party has sought to modify that binding court order here. The parties to this litigation can seek discovery from Skydance directly, as appropriate. Indeed, DirecTV, Plaintiff States, and Nexstar have all issued subpoenas to Skydance and/or its subsidiaries.

This Motion is brought pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 141 and 251 of this Court, and Section 11(c) of the protective order in this case. ECF No. 238. Skydance's Motion is based on this Notice of Motion and an anticipated Joint Statement to be filed pursuant to Local Rule 251.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Joshua N. Holian*

LATHAM & WATKINS LLP
Joshua N. Holian (SBN 211772)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
joshua.holian@lw.com

Christopher J. Brown (DC Bar No. 230444)
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
chris.brown@lw.com

Zachary Rowen (NY Bar No. 5091715)
Matthew Strand (NY Bar No. 5891288)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
zachary.rowen@lw.com
matthew.strand@lw.com

*Attorneys for Movant Non-Party*
*Skydance Corporation*