**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

IN RE NEXSTAR-TEGNA MERGER LITIGATION

CASE NO. 2:26-CV-00976-TLN-CKD

**[PROPOSED] ORDER GRANTING NON-PARTY SKYDANCE'S MOTION FOR PROTECTIVE ORDER**

Before the Court is Non-Party Skydance Corporation's Motion for Protective Order, filed in connection with the Parties' Joint Statement.

IT IS HEREBY ORDERED that Non-Party Skydance Corporation's Motion for Protective Order is GRANTED. The Plaintiff States shall continue to comply with the protective order entered in *The State of California et al. v. Paramount Skydance Corporation et al.*, No. 4:26-cv-07116 (N.D. Cal.), which explicitly restricts the use of Skydance's protected material "for prosecuting, defending, or attempting to settle" that case.

**IT IS SO ORDERED.**

Dated: ______________________

United States Magistrate Judge

Pursuant to this Court's Standing Order and under Local Rule 131(c):

Dated: November 13, 2026

LATHAM & WATKINS LLP

*/s/ Joshua N. Holian*
Joshua N. Holian

*Attorneys for Movant Non-Party Skydance Corporation*