# UNITED STATES DISTRICT COURT

for the

Eastern District of California

In Re: Nexstar-TEGNA Merger Litigation
*Plaintiff*
v.

*Defendant*

Case No. 2:26-cv-00976-TLN-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of California .

Date: 11/18/2026

/s/ Jeremy Gradwohl
*Attorney's signature*

Jeremy Gradwohl SBN 344828
*Printed name and bar number*

300 South Spring Street Suite 1702
Los Angeles, CA 90013
*Address*

Jeremy.Gradwohl@doj.ca.gov
*E-mail address*

(213) 269-6807
*Telephone number*

*FAX number*