AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

DIRECTV, LLC
*Plaintiff*
v.
Nexstar Media Group, Inc.; and TEGNA Inc.
*Defendant*

Case No. 2:26-cv-00976-TLN-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIRECTV, LLC .

Date: 11/20/2026

/s/ Andrew J. Delaplane
*Attorney's signature*

Andrew J. Delaplane, #329825
*Printed name and bar number*

350 South Grand Ave. Fl 50, Los Angeles, CA, 90071
*Address*

andrew.delaplane@mto.com
*E-mail address*

(213) 683-9206
*Telephone number*

(213) 687-3702
*FAX number*