Beth A. Wilkinson (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Jenna P. Swarbrick (*pro hac vice*)
Emily A. Clarke (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
Telephone: 202.847.4010
Email: bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com
eclarke@wilkinsonstekloff.com

Michael B. Miller (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.903.3720
Email: MBMiller@mofo.com

Nicole K. Serfoss (*pro hac vice*)
MORRISON & FOERSTER LLP
370 Seventeenth Street 4200 Republic Plaza
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: nserfoss@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Joseph Charles Folio III (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
Alexa Rae DiCunzolo (*pro hac vice*)
Rita Xia (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
BLui@mofo.com
JFolio@mofo.com
RManoso@mofo.com
ADiCunzolo@mofo.com
RXia@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com
DDurie@mofo.com
ABrausa@mofo.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

IN RE: NEXSTAR-TEGNA MERGER LITIGATION

Case No. 2:26-cv-00976-TLN-CKD

**NOTICE OF WITHDRAWAL OF COUNSEL**

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 182 of the Local Rules of Civil Procedure, Alexander P. Okuliar hereby withdraws from representing Defendants Nexstar Media Group, Inc. and TEGNA, Inc. in the above-captioned action. Defendants will suffer no prejudice as a result of this withdrawal and such withdrawal will not delay the matter. Morrison & Foerster LLP and Wilkinson Stekloff LLP will remain counsel of record for Defendants.

Defendants respectfully request that the Clerk update the docket and Court records to remove Mr. Okuliar as counsel of record and that the parties update their service lists accordingly.

Dated: November 23, 2026

Respectfully submitted,

By: *<u>/s/ Alexander P. Okuliar</u>*

Alexander P. Okuliar (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
Phone: (202) 887-1500
Fax: (202) 887-0763
Email: AOkuliar@mofo.com

*Attorney for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel and parties of record of this filing.

Dated: November 23, 2026

By: */s/ Alexander P. Okuliar*
Alexander P. Okuliar (*pro hac vice*)
.