*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY ¶ 8 OF THE PRELIMINARY INJUNCTION**

Judge: Hon. Troy L. Nunley
Trial Date: July 6, 2027
Action Filed: March 18, 2026

In accordance with Local Rule 143, and as contemplated in the Court's Preliminary Injunction Order (ECF No. 172 at 49 n.26), Plaintiffs DIRECTV, LLC ("DIRECTV") and the State of California, the State of Colorado, the State of Connecticut, the State of Illinois, the State of Indiana, the State of Kansas, the Commonwealth of Massachusetts, the State of New York, the State of North Carolina, the State of Oregon, the Commonwealth of Pennsylvania, the State of Vermont, and the Commonwealth of Virginia (collectively, "Plaintiff States"), and Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") (collectively, "Defendants," and together with DIRECTV and Plaintiff States, the "Parties") respectfully move the Court to modify ¶ 8 of the Preliminary Injunction Order (ECF No. 172), as detailed below.

WHEREAS, on March 27, 2026, the Court entered a Temporary Restraining Order ("TRO") (ECF No. 60), which, among other things, provided that "Defendants shall use all reasonable efforts to maintain—at 2025 levels or 2026 levels that were approved prior to the Transaction, whichever are higher—all station operations, staffing, promotional, advertising, sales, technical assistance, marketing, and merchandising support for the Acquired Stations" (ECF No. 60 at 23 ¶ 8);

WHEREAS, the Court stated in its Preliminary Injunction Order that it would consider modification of ¶ 8 based on "any stipulation submitted by the parties to modify this term" (ECF No. 172 at 49 n.26);

WHEREAS, the Parties have agreed to stipulate to a modification of ¶ 8 of the Preliminary Injunction Order to allow TEGNA to complete its plan to implement Cuez production software in [redacted] newsrooms (hereinafter the "Cuez Initiative"), which TEGNA presently projects will result in a net staffing reduction of approximately [redacted] positions across affected newsrooms—that is, approximately 177 technical director (and other positions involving performance of the technical aspects of news production) positions eliminated and [redacted] content producer (or production related) positions created;

WHEREAS, TEGNA provided Plaintiffs documentation describing TEGNA's pre-Transaction plans for the Cuez Initiative, including documents that show that TEGNA identified Cuez as an option in [redacted]; that TEGNA began deploying Cuez in [redacted] pilot newsrooms in late [redacted]; and that, by [redacted], the TEGNA Leadership Team had planned to deploy Cuez to its remaining newsrooms (*see* **Exhibits 1–3**);

WHEREAS, TEGNA further provided a sworn declaration from its CEO Patrick Paolini, stating that TEGNA's investment in, and commitment to, the Cuez Initiative pre-dated its merger with Nexstar; that Mr. Paolini determined that the Cuez Initiative was in TEGNA's best interest and that completing the Cuez rollout is important to TEGNA's ability to modernize its news-production operations, reduce unnecessary technology and operating costs, and redirect resources toward news and content production; and that no current or former employee or consultant of Nexstar directed or participated in Mr. Paolini's decision to continue the Cuez rollout (*see* **Exhibit 4**);

WHEREAS, TEGNA further provided a sworn declaration from its Vice President of Human Resources Melissa Jones, stating that TEGNA's projected net staffing impacts have proven accurate at TEGNA's other stations that have implemented Cuez-driven changes in employment (*see* **Exhibit 5**);

WHEREAS, DIRECTV and Plaintiff States agree to a modification of ¶ 8 of the Preliminary Injunction Order to permit TEGNA to complete the Cuez Initiative, including the net staffing reduction of approximately [redacted] positions, provided that TEGNA update the Special Master and Plaintiffs on Cuez-related position eliminations and additions in Defendants' monthly submissions to the Special Master;

THEREFORE, the Parties stipulate and agree as follows:

1. Paragraph 8 of the Preliminary Injunction Order (ECF No. 172 at 49) is modified to include the italicized language, as follows: Defendants shall use all reasonable efforts to maintain —

at 2025 levels or 2026 levels that were approved prior to the Transaction, whichever are higher — all station operations, staffing, promotional, advertising, sales, technical assistance, marketing, and merchandising support for the Acquired Stations, *provided that notwithstanding the foregoing, it shall not be a violation of this Order for TEGNA to complete its plans to operationalize the Cuez production software and implement related staffing reductions resulting in approximately* [redacted] *net position reductions (approximately* [redacted] *technical director (and other positions involving performance of the technical aspects of news production) positions eliminated and* [redacted] *content producer (or production related) positions created) in the following stations and newsrooms—*[redacted];

2. Other provisions of the Preliminary Injunction Order remain unchanged; and
3. TEGNA shall provide in Defendants' monthly Special Master submissions an update on the staffing impacts of its Cuez implementation in the prior month and projections of staffing impacts for future months.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re: Nexstar-TEGNA Merger Litigation | Case No. 2:26-cv-00976-TLN-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY ¶ 8 OF THE PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: July 6, 2027<br>Action Filed: March 18, 2026 |

Pursuant to the Parties' Joint Stipulation, and for good cause shown, the Court modifies the Preliminary Injunction Order (ECF No. 172) as follows:

1. Paragraph 8 of the Preliminary Injunction Order (ECF No. 172 at 49) is modified to include the italicized language, as follows: Defendants shall use all reasonable efforts to maintain — at 2025 levels or 2026 levels that were approved prior to the Transaction, whichever are higher — all station operations, staffing, promotional, advertising, sales, technical assistance, marketing, and merchandising support for the Acquired Stations, *provided that notwithstanding the foregoing, it shall not be a violation of this Order for TEGNA to complete its plans to operationalize the Cuez production software and implement related staffing reductions, as described in Paragraph 1 of the Parties' Joint Stipulation, at the stations and newsrooms identified in Paragraph 1 of the Parties' Joint Stipulation*;
2. Other provisions of the Preliminary Injunction Order remain unchanged; and
3. TEGNA shall provide in Defendants' monthly Special Master submissions an update on the staffing impacts of its Cuez implementation in the prior month and projections of staffing impacts for future months.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: November __, 2026

________________________________
HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Dated: November 25, 2026

/s/ Beth A. Wilkinson
Beth A. Wilkinson (pro hac vice)
Kosta S. Stojilkovic (pro hac vice)
Sarah E. Neuman (pro hac vice)
Jenna P. Swarbrick (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com

Emily A. Clarke (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212.294.8925
eclarke@wilkinsonstekloff.com

Bradley S. Lui (CA Bar No. 143088)
Robert W. Manoso (pro hac vice)
Alexa Rae DiCunzolo (pro hac vice)
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
blui@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Eliot A. Adelson (CA Bar No. 205284)
Daralyn J. Durie (CA Bar No. 169825)
Adam R. Brausa (CA Bar No. 298754)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
eadelson@mofo.com
ddurie@mofo.com
abrausa@mofo.com

Nicole K. Serfoss (pro hac vice)
**MORRISON & FOERSTER LLP**

Republic Plaza
370 Seventeenth Street, Unit 4200
Denver, CO 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
nserfoss@mofo.com

X. Kevin Zhao (pro hac vice)
Holley C. M. Horrell (CA Bar No. 287042)
**GREENE ESPEL PLLP**
222 South 9th Street, Suite 2200
Minneapolis, MN 55402
Telephone: 612-373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com

*Attorneys for Defendants Nexstar Media Group, Inc. and TEGNA Inc.*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*<u>/s/ Laura Antonini</u>*
LAURA ANTONINI (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Brent K. Nakamura (SBN 283572)
Supervising Deputy Attorney General
Sean R. Arrieta-Kenna (SBN 367770)
Elizabeth Cheever (SBN 341421)
Emily C. Curran (SBN 293065)
Jennifer K. Hane (SBN 275729)
Henry J. Hauser (SBN 286744)
Ashley Kaplan (SBN 293443)
Divya Rao (SBN 292853)
Connie P. Sung (SBN 304242)
Brian D. Wang (SBN 284490)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6000
Email: Brent.Nakamura@doj.ca.gov
Laura.Antonini@doj.ca.gov

Shaoul Sussman (admitted *pro hac vice*)
Nico Gurian (admitted *pro hac vice*)
Paul M. Goodrich (admitted *pro hac vice*)
Braden Fain (admitted *pro hac vice*)
Simonsen Sussman LLP
307 W. 38th St., 16th Fl.
New York, NY 10018
Telephone: (646) 693-3929
Email: shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com
braden.fain@simonsensussman.com

Catherine S. Simonsen (SBN 307325)
Andrew Naravage (SBN 320586)
Thomas G. Mattes (SBN 355010)
Simonsen Sussman LLP
418 Bamboo Ln., Suite C-18
Los Angeles, CA 90012
Telephone: (917) 474-5196
Email: catherine@simonsensussman.com
andrew.naravage@simonsensussman.com
thomas.mattes@simonsensussman.com

*Attorneys for Plaintiff the State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*<u>/s/ Bryn Williams</u>*
Bryn A. Williams (SBN 301699)
First Assistant Attorney General
Jonathan B. Sallet (admitted *pro hac vice*)
Special Assistant Attorney General
Robin Alexander (admitted *pro hac vice*)
Melissa Kessler (admitted *pro hac vice*)
Amy Bowles (admitted *pro hac vice*)
Jason Slothouber (admitted *pro hac vice*)
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 702-508-6000
Email: Bryn.Williams@coag.gov
Jon.Sallet@coag.gov
Robin.Alexander@coag.gov

Amy.Bowles@coag.gov

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(admitted *pro hac vice*)

*/s/ Julián A. Quiñones Reyes*
Julián A. Quiñones (admitted *pro hac vice*)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

*/s/ Paul J. Harper*
Paul J. Harper (admitted *pro hac vice*)
Supervising Attorney, Antitrust Bureau

Elizabeth L. Maxeiner (admitted *pro hac vice*)
Chief, Antitrust Bureau
Daniel R. Betancourt (admitted *pro hac vice*)
Sarah J. North (admitted *pro hac vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 814-1004
Email: Paul.Harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ Scott L. Barnhart
Scott L. Barnhart, Atty. No. 25474-82
Chief Counsel and Director of Consumer Protection
(admitted *pro hac vice*)
Jacob Patterson, Atty. No. 38302-29
Deputy Attorney General (admitted *pro hac vice*)
Corinne Gilchrist No. 27115-53
Deputy Attorney General (admitted *pro hac vice*)
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: 317-232-6309
Email: Scott.Barnhart@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS

KRIS KOBACH
Attorney General of Kansas

/s/ Christopher Teters
Christopher Teters (admitted pro hac vice)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: 785-368-8429
Email: Chris.Teters@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Anthony W. Mariano
Anthony W. Mariano (admitted *pro hac vice*)
Chief, Antitrust Division
Jennifer E. Greaney (admitted *pro hac vice*)
Deputy Chief, Antitrust Division

Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone: 781-835-7990
Email: Anthony.Mariano@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann (admitted *pro hac vice*)
Chief, Antitrust Division
Christopher D'Angelo (admitted *pro hac vice*)
Deputy Chief Attorney General
Economic Justice Division
Amy E. McFarlane (admitted *pro hac vice*)
Deputy Chief, Antitrust Bureau
Morgan J. Feder (admitted *pro hac vice*)
Assistant Attorney General, Antitrust Bureau
Jaya M. Mantovani (admitted *pro hac vice*)
Attorney General Fellow, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | 212-416-8269
Christopher.D'Angelo@ag.ny.gov | 212-416-6124
Amy.McFarlane@ag.ny.gov | 212-416-6195
Morgan.Feder@ag.ny.gov | 212-416-8288
Jaya.Mantovani@ag.ny.gov | 212-416-8284

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

KUNAL CHOKSI (admitted *pro hac vice*)
Senior Deputy Attorney General

*/s/ Francisco Benzoni*
Francisco Benzoni (*Admitted pro hac vice*)
Special Deputy Attorney General
Brian Rabinovitz (admitted *pro hac vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: 919-716-6000
Email: Fbenzoni@ncdoj.gov
Brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Alex DeLorenzo*
Timothy D. Smith (admitted *pro hac vice*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex M. DeLorenzo (admitted *pro hac vice*)
Mikaela M. Bock (SBN 335089)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tim.Smith@doj.oregon.gov | 503-798-3297
Ian.Vanloh@doj.oregon.gov | 971-239-7457
Alex.Delorenzo@doj.oregon.gov | 503-428-9482
Mikaela.Bock@doj.oregon.gov | 503-881-7982

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

*/s/ Tracy W. Wertz*
Tracy W. Wertz (admitted *pro hac vice*)

Chief Deputy Attorney General
Antitrust Section
Email: twertz@attorneygeneral.gov

/s/ Joseph S. Betsko
Joseph S. Betsko (admitted *pro hac vice*)
Assistant Chief Deputy Attorney General
Antitrust Section
Email: jbetsko@attorneygeneral.gov

Jennifer A. Thomson (admitted *pro hac vice*)
Senior Deputy Attorney General
Antitrust Section
Email: jthomson@attorneygeneral.gov

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF VERMONT:

CHARITY R. CLARK
Attorney General of Vermont

/s/ Sarah L. J. Aceves
Sarah L. J. Aceves (admitted *pro hac vice*)
Assistant Attorney General
Public Protection and Antitrust Unit
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT 05676
Telephone: 802-828-3170
Email: sarah.aceves@vermont.gov

*Attorney for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

JAY JONES
Attorney General of Virginia

/s/ Tyler T. Henry

Tyler T. Henry (admitted *pro hac vice*)
Senior Assistant Attorney General
Antitrust Unit
David Curtis Smith (admitted *pro hac vice*)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: 804-692-0485
Email: THenry@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*

FOR PLAINTIFF DIRECTV:

*/s/ Glenn D. Pomerantz*

Glenn D. Pomerantz (State Bar No. 112503)
glenn.pomerantz@mto.com
Kuruvilla J. Olasa (State Bar No. 281509)
kuruvilla.olasa@mto.com
Robert E. Bowen (State Bar No. 335932)
robert.bowen@mto.com
Liam Gennari (State Bar No. 350177)
liam.gennari@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael (State Bar No. 292380)
justin.raphael@mto.com
Carson J. Scott (State Bar No. 339868)
carson.scott@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Xiaonan April Hu (State Bar No. 321354)
april.hu@mto.com
Brandon H. Thomas (State Bar No. 334240)
brandon.thomas@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

McGregor Scott (State Bar No. 142413)
mscott@kslaw.com
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4800

Olivier N. Antoine (pro hac vice)
oantoine@kslaw.com
Laura Harris (pro hac vice)
lharris@kslaw.com
Joshua Hazan (pro hac vice)
jhazan@kslaw.com
Sean Murray (pro hac vice)
smurray@kslaw.com
Arthur B. Schoen (pro hac vice)
aschoen@kslaw.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Telephone: (212) 556-2100

M. Sean Royall (pro hac vice)
sroyall@kslaw.com
Emily Blackburn (pro hac vice)
eblackburn@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff DIRECTV, LLC*

**FILER'S ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonstekloff.com*