# EXHIBIT 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF PATRICK PAOLINI**

I, Patrick Paolini, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Executive Officer of TEGNA Inc. ("TEGNA"). I was appointed to this position on May 26, 2026, effective June 1, 2026. I submit this declaration based on my personal knowledge and my review of TEGNA's business records. If called as a witness, I could and would testify competently to the matters stated below.

2. At the time of my appointment, TEGNA's initiative to implement Cuez newsroom-production technology across its newsrooms (the "Cuez Initiative") was well underway.

3. Based on information provided to me by members of my leadership team who have been involved in the Cuez Initiative since its inception, my understanding is that prior TEGNA leadership had invested in and committed to a Cuez Initiative rollout across its stations long before Nexstar closed its acquisition of TEGNA.

4. After becoming Chief Executive Officer, I reviewed the Cuez Initiative, including TEGNA's experience at newsrooms where Cuez had already been implemented, projected costs and savings, operational benefits, the positive effects on news production and staffing, and the competitive landscape in the industry.

5. Based on that review and guidance from my leadership team, I determined that completing the Cuez Initiative is in TEGNA's best interest. In my business judgment, completing the rollout is important to TEGNA's ability to modernize its news-production operations, reduce unnecessary technology and operating costs, redirect resources toward news and content production, and remain competitive in a changing media industry.

6. No current or former employee of or consultant for Nexstar Media Group, Inc. ("Nexstar") directed, or participated in my determination that TEGNA should complete the Cuez Initiative. I did not seek or obtain Nexstar's permission or consent, including under Interim Operating Covenants of the parties' Merger Agreement, before or since making that determination.

7. My determination was based on my independent assessment of TEGNA's operations, financial condition, competitive position, and business needs. I would have reached the same determination regardless of Nexstar's acquisition of TEGNA, and regardless of the outcome of the pending litigation concerning that transaction.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of October, 2026 in VA.

By: ______________________

Patrick Paolini

Chief Executive Officer of TEGNA