# EXHIBIT 5

## PUBLIC REDACTED VERSION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re Nexstar-TEGNA Merger Litigation

Case No. 2:26-cv-00976-TLN-CKD

**DECLARATION OF MELISSA JONES**

I, Melissa Jones, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am Senior Vice President, Human Resources at TEGNA Inc. ("TEGNA"), a position I have held since June 2026. Prior to that, I served as Vice President, Human Resources, starting in January 2016. I submit this declaration based on my personal knowledge and my review of TEGNA's business records. If called as a witness, I could and would testify competently to the matters stated below.

2. I have been aware of TEGNA's initiative to implement Cuez newsroom-production technology across its newsrooms (the "Cuez Initiative") since TEGNA began planning for the rollout of the Cuez Initiative. That planning began with identifying Cuez in [redacted] and implementing the technology in [redacted] pilot newsrooms [redacted], long before Nexstar closed its acquisition of TEGNA.

3. As part of the Cuez Initiative planning, for each newsroom, the Human Resources ("HR") team projects the number of technical director positions that would be eliminated, and TEGNA's central content team projects the number of producer (or production-related) positions that would be created.

4. HR then works with leadership at each newsroom to confirm the specific positions being eliminated, and TEGNA's central content team identifies the specific positions that would be created. Impacted employees are encouraged to apply for newly created positions and/or for other open positions at TEGNA. Through this process, the precise number of impacted positions may increase or decrease slightly.

5. TEGNA has fully implemented Cuez in [redacted] newsrooms. The prior implementations followed the model described above: TEGNA eliminated technical director positions and certain related positions associated with operating the legacy systems, and created producer and production-related positions principally focused on producing news content and supporting the new production workflow. The newly created producer and production-related positions were full-time positions.

6. I have compared TEGNA's staffing projections for the newsrooms that completed Cuez-related employment changes with TEGNA's HR records reflecting what occurred. In the aggregate, TEGNA's projected net staffing impacts have proved accurate. Across those [redacted] newsrooms, TEGNA eliminated [redacted] technical director and related production positions, and TEGNA created and filled [redacted] new producer and production-related positions. The aggregate net staffing impact was therefore a reduction of [redacted] positions, as projected.

7. TEGNA currently seeks to complete the Cuez rollout in its [redacted] remaining newsrooms. The current plan projects the elimination of approximately [redacted] production-department positions and the creation of approximately [redacted] full-time producer and production-related positions, for a projected net staffing reduction of [redacted] positions, although the precise number of impacted positions may increase or decrease slightly as TEGNA goes through the process described above.

8. The positions projected to be eliminated are principally technical broadcast-director roles, along with certain production-assistant, production-supervisor, and news-operations-manager roles, depending on the newsroom. Those roles involve performance of the technical aspects of news production such as switching cameras, operating teleprompters, displaying graphics and video, and managing audio.

9. The [redacted] positions projected to be created are predominantly content-producer positions. Each of the [redacted] newsrooms is also expected to add a production lead and a production coordinator to support the producer workforce through coordination, logistics, and implementation of the Cuez workflow. Again, the added positions are full-time positions.

10. The plan for the [redacted] remaining newsrooms is consistent with TEGNA's prior Cuez plans and implementations. Both use the same basic workforce approach: identify and reduce technical production roles associated with operating the legacy systems and add producer and production-support positions.

11. Based on prior experience, I have confidence that TEGNA's projected net staffing impact for the [redacted] remaining newsrooms will prove accurate once Cuez is implemented in those newsrooms.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2026, in SCOTTSDALE, AZ.

By: [signature]
Melissa Jones
TEGNA SVP, Human Resources